UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
PROJECT VERITAS and PROJECT              :
VERITAS ACTION FUND,                     :   Civil Action No. 7:23-cv-04533
                                         :
                Plaintiffs,              :
                                         :   RULE 7.1 STATEMENT
        -against-                        :
                                         :
JAMES O'KEEFE, TRANSPARENCY 1,           :
LLC d/b/a O'KEEFE MEDIA GROUP, RC        :
MAXWELL, and ANTHONY                     :
IATROPOULOS,                             :
                                         :
                Defendants.              :
------------------------------------------------------------x
```

Pursuant to Fed. R. Civ. P. 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs, Project Veritas and Project Veritas Action Fund (private non-governmental parties), certify that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

None.

Dated: May 31, 2023.

Respectfully Submitted,

*/s/ Jay M. Wolman*
Jay M. Wolman (JW0600)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: (888) 887-1776
Email: jmw@randazza.com

Marc J. Randazza (*Pro Hac Vice Forthcoming*)
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
Email: ecf@randazza.com