UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
PROJECT VERITAS and PROJECT
VERITAS ACTION FUND,

                  Plaintiffs,

          -against-

JAMES O'KEEFE, TRANSPARENCY 1,
LLC d/b/a O'KEEFE MEDIA GROUP, RC
MAXWELL, and ANTHONY
IATROPOULOS,

                  Defendants.
------------------------------------------------------------x

Civil Action No. 7:23-cv-04533-CS

**AFFIDAVIT OF SERVICE ON JAMES O'KEEFE and TRANSPARENCY 1, LLC d/b/a O'KEEFE MEDIA GROUP**

I, Jay M. Wolman, hereby declare as follows:

1) I am over 18 years of age and have first-hand knowledge of the facts set forth herein, and if called as a witness could and would testify competently thereto.

2) I am an attorney licensed to practice in the State of New York and before the Bar of this Court.

3) I am attorney of record for Plaintiffs Project Veritas and Project Veritas Action Fund in this matter.

4) On October 17, 2023, Attorney Seldon Jeff Childers of ChildersLaw, LLC, represented to me that he was an individual authorized to accept service of process on behalf of Defendants James O'Keefe and Transparency 1, LLC d/b/a O'Keefe Media Group. Attorney Childers further informed me that electronic service directly by me would constitute sufficient service on the said defendants.

5) Whereupon, on October 17, 2023, I served a true and correct copy of the following documents upon Defendants James O'Keefe and Transparency 1, LLC, d/b/a O'Keefe

1

Media Group, through their agent, Attorney Childers, all documents appearing on the docket of this matter to date, including, but not limited to the following documents:

- ECF No. 1:  Complaint (with Exhibits at ECF Nos. 1-1 1-2, and 1-3);
- ECF No. 2: Civil Cover Sheet;
- ECF No. 3:  Rule 7.1 Statement;
- ECF No. 9:  Summons to James O'Keefe;
- ECF No. 10:  Summons to Transparency 1, LLC;
- ECF No. 13:  First Order Extending Time for Service;
- ECF No. 15:  Second Order Extending Time for Service; and
- ECF No. 16:  First Amended Complaint (with Exhibits at ECF Nos. 16-1, 16-2, and 16-3)

via electronic mail to the address provided by Attorney Childers: jchilders@smartbizlaw.com.

6) Notwithstanding prior attempts and/or effectuation of service upon the said Defendants, they are deemed served, by agreement, on October 17, 2023.

I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.

Dated: October 18, 2023

*/s/ Jay M. Wolman*
Jay M. Wolman (JW0600)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: (888) 887-1776
Email: jmw@randazza.com