UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
PROJECT VERITAS and PROJECT                  :
VERITAS ACTION FUND,                         :   Civil Action No. 7:23-cv-04533
                                             :
                   Plaintiffs,  :
                                             :
       -against-                            :
                                             :
JAMES O'KEEFE, TRANSPARENCY 1,               :
LLC d/b/a O'KEEFE MEDIA GROUP, RC            :
MAXWELL, and ANTHONY                         :
IATROPOULOS,                                 :
                                             :
                   Defendants.  :
---------------------------------------------------------x

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

The motion of Marc J. Randazza for admission to practice *Pro Hac Vice* in the above captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the Bars of the states of Arizona, California, Florida, Massachusetts, and Nevada, and that his contact information is as follows:

    Marc J. Randazza, Esq.
    RANDAZZA LEGAL GROUP, PLLC
    30 Western Avenue
    Gloucester, Massachusetts 01930
    Tel:  888-887-1776
    Fax: 305-437-7662
    Email: ecf@randazza.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs, Project Veritas and Project Veritas Action Fund, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated _____

_____
United States District Judge