

# STATE BAR OF ARIZONA

October 12, 2023

Marc J. Randazza
mjr@randazza.com
SENT VIA ELECTRONIC MAIL ONLY

**RE: Marc J. Randazza.**

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

    Admitted in Arizona:      August 26, 2023
    Current Membership Status:    Active, in good standing.

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

*Sheila Silverio*

Resource Center

