IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROJECT VERITAS and PROJECT   Civil Action No. 7:23-cv-04533-CS
VERITAS ACTION FUND,

    Plaintiffs,

vs.

JAMES O'KEEFE,
TRANSPARENCY 1, LLC,
dba O'KEEFE MEDIA GROUP,
RC MAXWELL, and
ANTHONY IATROPOULOS,

    Defendants.

_____/

## MOTION FOR ADMISSION
## PRO HAC VICE OF SELDON J. CHILDERS

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Seldon J. Childers, hereby moves this Court for an order for admission to practice Pro Hac Vice to appear as counsel for Defendants JAMES O'KEEFE and TRANSPARENCY 1, LLC d/b/a O'KEEFE MEDIA GROUP in the above-captioned action.

I am in good standing of the bar of the State of Florida and the United States Supreme Court, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Please see the attached affidavit pursuant to Local Rule 1.3.

*Motion for Admission Pro Hac Vice of Seldon J. Childers*
Case No.:  7:23-cv-04533 / Project Veritas, et al. v. O'Keefe, et al.
Page 1 of 2

Dated this 14th day of November, 2023.



2135 NW 40th Terrace, Suite B
Gainesville, Florida 32605
tel. 866-996-6104
fax 407-209-3870

*/s/ Seldon J. Childers*
Seldon J. Childers
Florida Bar No. 61112
jchilders@smartbizlaw.com
notice@smartbizlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Court using the Court's CM/ECF system, and that an email copy was sent to the email addresses below this 14th day of November, 2023.

Jay M. Wolman, Esq.
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
jwm@randazza.com

Marc J. Randazza, Esq.
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, Massachusetts 01930
ecf@randazza.com

*/s/ Seldon J. Childers*
Seldon J. Childers
Florida Bar No. 61112

*Motion for Application Pro Hac Vice of Seldon J. Childers*
Case No.: 7:23-cv-04533 / Project Veritas, et al. v. O'Keefe, et al.
Page 2 of 2