IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PROJECT VERITAS and PROJECT VERITAS ACTION FUND,

    Plaintiffs,

vs.

JAMES O'KEEFE,
TRANSPARENCY 1, LLC,
dba O'KEEFE MEDIA GROUP,
RC MAXWELL, and
ANTHONY IATROPOULOS,

    Defendants.

Civil Action No. 7:23-cv-04533-CS

_____/

## AFFIDAVIT OF SELDON J. CHILDERS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Seldon J. Childers, being dully sworn, hereby depose and say as follows:

1. I am an attorney with the law firm Childers Law, LLC. I submit this affidavit in support of my Motion for Admission *Pro Hac Vice* before this Court in the above-captioned action.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Motion for Application Pro Hac Vice of Seldon J. Childers*
Case No.: 7:23-cv-04533 / Project Veritas, et al. v. O'Keefe, et al.
Page 1 of 2

Dated: November 8, 2023.

*Seldon J. Childers*

State of FLORIDA

County ALACHUA

*Notary Public*
Sword and subscribed before me this 8th day of November 2023.
My Commission expires:



*Motion for Application Pro Hac Vice of Seldon J. Childers*
Case No.: 7:23-cv-04533 / Project Veritas, et al. v. O'Keefe, et al.
Page 2 of 2