# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**PROJECT VERITAS and PROJECT
VERITAS ACTION FUND,**

Civil Action No. 7:23-cv-04533-CS

**[PROPOSED] ORDER ON
MOTION FOR ADMISSION
*PRO HAC VICE***

Plaintiffs,

vs.

**JAMES O'KEEFE,
TRANSPARENCY 1, LLC,
dba O'KEEFE MEDIA GROUP,
RC MAXWELL, and
ANTHONY IATROPOULOS,**

Defendants.

_____/

The Motion of Seldon J. Childers, for admission to practice Pro Hac Vice in the

above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State

of Florida and the United States Supreme Court; and that his contact information is as

follows:

Seldon J. Childers
CHILDERS LAW, LLC
2135 NW 40TH Terrace
Suite B
Gainesville, FL 32605
(352) 335-0400

*[Proposed] Order on Motion for Admission Pro Hac Vice*
Case No.:  7:23-cv-04533 / Project Veritas, et al. v. O'Keefe, et al.
Page 1 of 2

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants JAMES O'KEEFE and TRANSPARENCY 1, LLC, dba O'KEEFE MEDIA GROUP in the above-entitled action:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captions case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  This _____ day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE

*Order on Application Pro Hac Vice of Seldon J. Childers*
Case No.:  7:23-cv-04533 / Project Veritas, et al. v. O'Keefe, et al.
Page 2 of 2