# Exhibit 2

E-Mail to Anthony Iatropoulos
November 20, 2023



Cassidy Curran <csc@randazza.com>

## Electronic Service Per Court Order | Project Veritas, et al., v. O'Keefe, et al. | Civil Action No. 7:23-cv-04533

1 message

**Cassidy Curran** <csc@randazza.com>  Mon, Nov 20, 2023 at 2:42 PM
To: a.iatropoulos@protonmail.com
Cc: Jay Marshall Wolman <jmw@randazza.com>, "Marc J. Randazza" <staff@randazza.com>

Dear Mr. Iatropoulos,

Pursuant to the Order of October 10, 2023, (ECF No. 15), we are hereby transmitting to you the attached documents in the matter of *Project Veritas, et al., v. O'Keefe, et al.,* Civil Action No. 7:23-cv-04533, in the United States District Court for the District of New York.

Please confirm receipt of this email. Thank you.

Sincerely,
**Cassidy Curran\*** | **Randazza Legal Group**
30 Western Avenue, Harbor Room | Gloucester, MA 01930
Tel: 702-420-2001 | Email: csc@randazza.com
Firm Offices - Las Vegas | Miami | New England

\* Paralegal – not licensed to practice law.

**Service Packet - Iatropoulos.pdf**
3943K