# Exhibit 3

Text Message to Anthony Iatropoulos
November 20, 2023

(626) 390-4007

MJR 10 • (702) 420-2001                                                                 02:47 PM

Dear Mr. Iatropoulos,

Pursuant to the Order of October 10, 2023, (ECF No. 15), we are hereby transmitting to you the attached documents in the matter of Project Veritas, et al., v. O'Keefe, et al., Civil Action No. 7:23-cv-04533, in the United States District Court for the District of New York.

Please confirm receipt of this text message. Thank you.

https://randazza.com/wp-content/uploads/Service-Packet-Iatropoulos.pdf