> Application for alternative service granted as to Defendant RC Maxwell.  He is deemed, subject to any application he may wish to make, to have been served by email.  But Plaintiffs should continue their efforts to locate a current address or email address for Defendant Iatropoulos.  They earlier indicated that they had hired an investigator but have not set forth what efforts the investigator made.  Even if online searching has been fruitless, I would imagine Plaintiffs could question individuals who know Mr. Iatropoulos.  Plaintiffs shall update the Court no later than 12/15/23.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
PROJECT VERITAS and PROJECT                :
VERITAS ACTION FUND,                       :   Civil Action No. 7:23-cv-04533
                                           :
                    Plaintiffs,            :
                                           :   SUPPLEMENT IN SUPPORT OF
        -against-                          :   PLAINTIFFS' LETTER MOTION
                                           :   FOR ALTERNATE SERVICE
JAMES O'KEEFE, TRANSPARENCY 1,             :
LLC d/b/a O'KEEFE MEDIA GROUP, RC          :
MAXWELL, and ANTHONY                       :
IATROPOULOS,                               :
                                           :
                    Defendants.            :
-----------------------------------------------------------x
```

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

11/30/23

On November 27, 2023, Plaintiffs filed a letter motion for extension of time to serve and to permit alternate service relative to two unserved defendants, RC Maxwell and Anthony Iatropoulos, upon whom a copy of the summons and operative complaint had been transmitted by e-mail.  (ECF No. 23).  The Court granted that order, in part, extending the time to serve until December 27, 2023, and deferred ruling on the request for alternate service.  (ECF No. 24, Order of November 27, 2023).  In so doing, the Court ordered as follows:

> Plaintiffs shall provide an explanation as to why they believe the email addresses to which they have sent the summons and complaint are valid, and/or what efforts they have made to obtain current email addresses for the unserved Defendants.

Pursuant to that order, Plaintiffs hereby provide the requested explanation as follows:

**1.0   E-Mail Address for RC Maxwell**

Plaintiff, Project Veritas, employed Defendant RC Maxwell. Upon employment, RC Maxwell provided Project Veritas with the e-mail address <rc@rcmaxwell.com>. This e-mail address was identified as the contact address for Mr. Maxwell in the Employment Agreement with Plaintiff (ECF No. 16-3), and it was used by Plaintiff to communicate with Mr. Maxwell on

1

multiple occasions. It remains the e-mail address listed by Mr. Maxwell on his Instagram account: https://www.instagram.com/rcmaxw3ll/?hl=en and on his Facebook page: https://www.facebook.com/blackhannity/?locale=hi_IN&paipv=0&eav=AfZMHZVexAVcLjdhNtGFZn_E33pdq7ZZAryo4GvP48hW-K59E88hJEseQnaRLlTqWlc&_rdr. And, notably, the Instagram account remains listed as that belonging to Mr. Maxwell on his "bio" on X (f/k/a Twitter), which Mr. Maxwell posts to daily. *See* https://twitter.com/BlackHannity?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Eauthor. Plaintiffs have no reason to believe that Mr. Maxwell has abandoned this e-mail address.

**2.0   E-Mail Address for Anthony Iatropoulos**

Plaintiff, Project Veritas, employed Defendant Anthony Iatropoulos. Upon employment, Mr. Iatropoulos provided Project Veritas with the e-mail address <a.iatropoulos@protonmail.com>. This e-mail address was identified as the contact address for Mr. Iatropoulous in the Employment Agreement with Plaintiff (ECF No. 16-2), and was used by Plaintiff to communicate with Mr. Iatropoulos on multiple occasions. Unlike Mr. Maxwell, Mr. Iatropoulos does not have an easily-identifiable social media footprint. Counsel for Plaintiffs have performed significant online searches to attempt to track down Mr. Iatropoulos, to determine whether Mr. Iatropoulos has newer contact information, but this has not been successful. Plaintiffs note that the e-mail address is a Proton Mail e-mail address, a service that is described as "one of the best" services for a "privacy-minded user[]", making it unlikely Mr. Iatropoulos would have ceased using it. *See* https://www.techradar.com/reviews/protonmail-secure-email .

WHEREFORE, Plaintiffs respectfully request that the Court deem the e-mail transmissions to Defendants Maxwell and Iatropoulos to have been sufficient and allow their motion for alternate service, deeming such defendants as having been served by e-mail.

Dated: November 30, 2023.

Respectfully Submitted,

*/s/ Jay M. Wolman*
Jay M. Wolman (JW0600)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: (888) 887-1776
Email: jmw@randazza.com

*Counsel for Plaintiffs.*

Civil Action No. 7:23-cv-04533

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

    Respectfully Submitted,

    */s/ Jay M. Wolman*
    Jay M. Wolman (JW0600)

RANDAZZA | LEGAL GROUP