UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Project Veritas et al,

                Plaintiff(s),

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

    v.

7:23-CV-04533 (CS)

O'Keefe et al,

                Defendant(s).
-----------------------------------------------------------X

The above entitled action is referred to the Hon. Andrew E. Krause, United States Magistrate Judge, for the following purposes(s):

____ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

____ INQUEST AFTER DEFAULT / DAMAGES HEARING

____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

____ SOCIAL SECURITY

____ DISPOSITIVE MOTION (i.e., a motion Requiring a Report & Recommendation)

__X__ SETTLEMENT

____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute)*
_____

Discovery Disputes

____ CONSENT UNDER 28 U.S.C. 636 ( C ) FOR ALL PURPOSES (including trial)

____ CONSENT UNDER 28 U.S.C. 636 ( C ) FOR LIMITED PURPOSE OF

_____

____ JURY SELECTION

____ HABEAS CORPUS

_____

Dated:   January 9, 2024
         White Plains, New York

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

*Do not check if already referred for General Pre-Trial.