UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PROJECT VERITAS, *et al.*,

                Plaintiffs,                **SCHEDULING ORDER**

    -against-                        23-cv-4533 (CS) (AEK)

JAMES O'KEEFE, *et al.*,

                Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter is hereby scheduled for a video settlement conference before Magistrate Judge Andrew E. Krause on **Thursday, February 29, 2024, at 1:30 p.m.**

      On or before February 27, 2024, the parties must each submit a confidential, *ex parte* letter not to exceed five (5) pages in length.  The letter must summarize (i) the history of settlement negotiations; (ii) the issues in the case; (iii) the party's settlement valuation of the case and the rationale(s) for it; and (iv) any other facts that would be helpful to the Court in preparation for the conference.  By no later than February 16, 2024, Plaintiffs must make at least one new concrete settlement demand, specifying all material financial and non-financial terms.  By no later than February 23, 2024, Defendants must make at least one new concrete settlement offer, again specifying all material financial and non-financial terms.  These figures must be reported in the pre-conference letters.  Submissions should be emailed to KrauseNYSDChambers@nysd.uscourts.gov.

      Parties – not just the attorneys – must attend the settlement conference.  Corporate parties must send a representative with decision-making authority to settle the matter.  Where liability

insurance is involved, a decision-making representative of the carrier must attend unless specifically excused by the Court.

This conference will be conducted by video, using Microsoft Teams.  A link and instructions will be provided to the parties by email prior to the conference.  Should anyone experience any technical issues with the videoconferencing system, please contact Chambers at (914) 390-4070.

By no later than February 26, 2024, counsel for Defendants must contact Chambers to advise the Court as to how many separate "breakout rooms" will be needed for Defendants during the settlement conference (*i.e.*, will all Defendants be negotiating collectively in one room, or should their be 2, 3, or 4 rooms to allow for separate negotiations with each Defendant, or some combination of Defendants).

Dated: January 17, 2024
       White Plains, New York

                                       **SO ORDERED.**

                                       ANDREW E. KRAUSE
                                       United States Magistrate Judge