

<div align="right">

**Jay Marshall Wolman, JD**
Licensed in CT, MA, NY, DC

</div>

<div align="right">

**11 March 2024**

</div>

<u>Via Electronic Filing and E-Mail</u>

Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150
<chambersnysdseibel@nysd.uscourts.gov>

> ***Re:    Project Veritas, et al. v. James O'Keefe, et al., No. 7:23-cv-04533***
> ***Joint Status Report***

Dear Judge Seibel,

On January 9, 2024 (ECF No. 32), the Court endorsed the motion seeking an order referring the case to a Magistrate Judge for settlement purposes.  In so doing, the Court stayed deadlines pending the discussions and ordered the parties to "provide a joint status update no later than 3/11/24."  The parties update the Court as follows:

On January 17, 2024, Hon. Andrew E. Krause issued a scheduling order setting the matter for a conference on February 29, 2024 (ECF No. 34).   However, due to scheduling conflicts, that settlement conference was rescheduled to March 18, 2024 (ECF No. 35).

Unless the Court orders otherwise, the parties will provide a further joint status update no later than March 25, 2024.

<div style="margin-left: 40%;">

Respectfully Submitted,

/s/ Jay M. Wolman
Jay M. Wolman (JW0600)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: (888) 887-1776
Email: jmw@randazza.com

*Counsel for Plaintiffs,*
*Project Veritas and Project Veritas*
*Action Fund.*

</div>

Randazza Legal Group
Page 2 of 2



Seldon J. Childers
Childers Law, LLC
2135 NW 40th Terrace, Suite B
Gainesville, FL 32605
Tel: (352) 335-0400
Email: jchilders@smartbizlaw.com

*Counsel for Defendants,*
*James O'Keefe and O'Keefe Media Group,*
*and Anthony Iatrooulos*

R.C. Maxwell
Email: rc@rcmaxwell.com
*Pro se*

cc:      Counsel of Record (Via ECF)