

**RANDAZZA**
LEGAL GROUP

**Jay Marshall Wolman, JD**
Licensed in CT, MA, NY, DC

*As the settlement conference before Judge Krause has been rescheduled, the parties shall provide a joint status update by 03/25/24.*

03/11/24    SO ORDERED.    **11 March 2024**

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

Via Electronic Filing and E-Mail

Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150
<chambersnysdseibel@nysd.uscourts.gov>

>       *Re:*    ***Project Veritas, et al. v. James O'Keefe, et al., No. 7:23-cv-04533***
>              ***Joint Status Report***

Dear Judge Seibel,

On January 9, 2024 (ECF No. 32), the Court endorsed the motion seeking an order referring the case to a Magistrate Judge for settlement purposes. In so doing, the Court stayed deadlines pending the discussions and ordered the parties to "provide a joint status update no later than 3/11/24." The parties update the Court as follows:

On January 17, 2024, Hon. Andrew E. Krause issued a scheduling order setting the matter for a conference on February 29, 2024 (ECF No. 34). However, due to scheduling conflicts, that settlement conference was rescheduled to March 18, 2024 (ECF No. 35).

Unless the Court orders otherwise, the parties will provide a further joint status update no later than March 25, 2024.

                    Respectfully Submitted,

                    /s/ Jay M. Wolman
                    Jay M. Wolman (JW0600)
                    RANDAZZA LEGAL GROUP, PLLC
                    100 Pearl Street, 14th Floor
                    Hartford, CT 06103
                    Tel: (888) 887-1776
                    Email: jmw@randazza.com

                    *Counsel for Plaintiffs,*
                    *Project Veritas and Project Veritas*
                    *Action Fund.*

Randazza Legal Group
Page 2 of 2



Seldon J. Childers
Childers Law, LLC
2135 NW 40th Terrace, Suite B
Gainesville, FL 32605
Tel: (352) 335-0400
Email: jchilders@smartbizlaw.com

*Counsel for Defendants,*
*James O'Keefe and O'Keefe Media Group,*
*and Anthony Iatrooulos*

R.C. Maxwell
Email: rc@rcmaxwell.com
*Pro se*

cc:      Counsel of Record (Via ECF)