

**Jay Marshall Wolman, JD**
Licensed in CT, MA, NY, DC

**25 March 2024**

<u>Via Electronic Filing and E-Mail</u>

Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150
<chambersnysdseibel@nysd.uscourts.gov>

> **Re:    *Project Veritas, et al. v. James O'Keefe, et al., No. 7:23-cv-04533***
> ***Joint Status Report***

Dear Judge Seibel,

On January 9, 2024 (ECF No. 32), the Court endorsed the motion seeking an order referring the case to a Magistrate Judge for settlement purposes. In so doing, the Court stayed deadlines pending the discussions and ordered the parties to "provide a joint status update no later than 3/11/24." A status report indicating that the settlement conference was to occur on March 18, 2024, was filed March 11, 2024 (ECF No. 36), whereupon the Court ordered a further joint status update by March 25, 2024 (ECF No. 37). The parties update the Court as follows:

The settlement conference before the Hon. Andrew E. Krause took place on March 18, 2024. Agreements were reached with Defendants Anthony Iatropoulos and R.C. Maxwell, with draft written settlement agreements for each now in progress.

No agreement was reached between Plaintiffs Project Veritas and Project Veritas Action Fund and Defendants James O'Keefe and O'Keefe Media Group.

The parties request the stay be lifted and dates be set for the non-settling defendants to respond to the operative complaint and for a scheduling conference.

Respectfully Submitted,

/s/ Jay M. Wolman
Jay M. Wolman (JW0600)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103

---

Randazza Legal Group
Page 2 of 2



The stay of the deadlines in this proceeding is lifted. Defendants James O'Keefe and O'Keefe Media Group shall respond to the amended complaint by 4/16/24.  The Court will then schedule an appropriate conference depending on whether Defendants answer or file pre-motion letter(s) for an anticipated motion to dismiss.

03/25/24        SO ORDERED.

CATHY SEIBEL, U.S.D.J.

Tel: (888) 887-1776
Email: jmw@randazza.com

*Counsel for Plaintiffs,*
*Project Veritas and Project Veritas*
*Action Fund.*

Seldon J. Childers
Childers Law, LLC
2135 NW 40th Terrace, Suite B
Gainesville, FL 32605
Tel: (352) 335-0400
Email: jchilders@smartbizlaw.com

*Counsel for Defendants,*
*James O'Keefe and O'Keefe Media Group,*
*and Anthony Iatrooulos*

cc:    Counsel of Record (Via ECF)