

Jay Marshall Wolman, JD<br>Licensed in CT, MA, NY, DC

**April 26, 2024**

**Via Electronic Filing and E-Mail**
Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150
<chambersnysdseibel@nysd.uscourts.gov>

  Re: *Project Veritas, et al. v. James O'Keefe, et al.*, No. 7:23-cv-04533
     *Letter Motion to Reschedule Hearing*

Dear Judge Seibel,

As Your Honor is aware, I represent Plaintiffs in the above-referenced matter. Pursuant to Your Honor's Individual Practices, § 1(E), I am writing to request an adjournment of the pre-motion conference scheduled for May 15, 2024 (ECF No. 42) with respect to the motion of Defendants James O'Keefe and Transparency 1, LLC d/b/a O'Keefe Media Group to compel arbitration (ECF Nos. 40 & 41), to May 23, 2024, to wit:

1) <u>Original Date</u>:

    May 15, 2024

2) <u>Number of Previous Requests for Adjournment of Conference</u>:

    None

3) <u>Whether Previous Requests were Granted or Denied</u>:

    Not Applicable

4) <u>Reason for the Instant Request</u>:

    Undersigned counsel is unavailable (both in-person and remotely) due to scheduled surgery for counsel's spouse. Other matters make May 23, 2024, the next best, closest date.

5) <u>Whether the Adversary Consents</u>:

    Counsel for the moving defendants consents to the adjournment to May 23.

100 Pearl Street, 14th Floor, Hartford, Connecticut 06103

jmw@randazza.com | 888.887.1776



Thank you for your attention to this matter.

                                              Respectfully submitted,

                                              Jay M. Wolman

cc:      Counsel of Record