

TEL (352) 335-0400
FAX (407) 209-3870
www.smartbizlaw.com

Jeff Childers, Esq.
*jchilders@smartbizlaw.com*

*Of Counsel*
Charles H. Hardage, Esq.
*chardage@smartbizlaw.com*

Wednesday, May 1, 2024

**Via Electronic Filing and E-Mail chambersnydeseibel@nysd.uscourts.gov**

Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:   Request to Appear Remotely at the Pre-Motion Conference
       Case No.:  7:23-cv-04533
       **Re:  *Project Veritas, et al. v. James O'Keefe, et al.***

Dear Judge Seibel:

Undersigned counsel represents Defendants James O'Keefe and O'Keefe Media Group (together "Defendants") in the above-referenced litigation. Pursuant to Fed. R. Civ. P. 6(b) and 7(b), Local Civil Rule 7.1(d), and Your Honor's Individual Practices, §I(A), Defendants move the Court to permit counsel for Defendants permission to appear remotely for the pre-motion conference currently scheduled for May 31, 2024, at 12:15 pm [Dkt. 44].

On April 17, 2024, this Court issued an Order denying Defendants' Motion to Compel Arbitration without prejudice and treating such motion as a pre-motion letter [Dkt. 42]. That Order also scheduled an in-person pre-motion conference on the same to be held at 12:15 pm on May 15, 2024. *Id.* Plaintiff moved to adjourn the pre-motion conference based on scheduling issues, and the Court granted the motion, ordering the pre-motion conference to take place on May 31, 2024, at 12:15 pm [Dkt. 43 and 44].

Defendants' counsel is located in Gainesville, Florida, and is in the process of engaging local counsel to appear for regularly scheduled hearings.  In the meantime, Defendants ask that their counsel be permitted to appear remotely to avoid the cost and time associated with travel from Florida to New York.

Defendants request to be permitted to appear via the Court's preferred video conferencing software at the pre-motion conference of May 31, 2024, at 12:15 pm.

Thank you for your consideration and attention to this matter.

Regards,

Seldon J. Childers

CHH/adm
cc: counsel of record via CM/ECF

