UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
PROJECT VERITAS and PROJECT
VERITAS ACTION FUND,

                Plaintiffs,

        -against-

JAMES O'KEEFE, TRANSPARENCY 1,
LLC d/b/a O'KEEFE MEDIA GROUP, RC
MAXWELL, and ANTHONY
IATROPOULOS,

                Defendants.
---------------------------------------------------------x

Civil Action No. 7:23-cv-04533

## STIPULATION OF DISMISSAL AS TO DEFENDANT ANTHONY IATROPOULOS ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Project Veritas and Project Veritas Action Fund ("Plaintiffs"), and Defendant Anthony Iatropoulos ("Defendant"), (collectively, the "Parties") hereby stipulate as follows:

Plaintiffs have reached settlement with Defendant, Anthony Iatropoulos. The parties have further agreed that each party shall bear their own costs and attorneys' fees. Therefore, the Parties respectfully request that the Court enter an order dismissing the claims against Defendant Anthony Iatropoulos only, with prejudice. The claims against the remaining Defendants shall proceed.

1

| | |
|---|---|
| Dated: May 13, 2024. | Respectfully Submitted, |
| */s/ Jay M. Wolman* | */s/ Sheldon J. Childers* |
| Jay M. Wolman (JW0600) | Seldon J. Childers |
| RANDAZZA LEGAL GROUP, PLLC | Childers Law, LLC |
| 100 Pearl Street, 14th Floor | 2135 NW 40th Terrace, Suite B |
| Hartford, CT 06103 | Gainesville, FL 32605 |
| Tel: (888) 887-1776 | Tel: (352) 335-0400 |
| Email: jmw@randazza.com | Email: jchilders@smartbizlaw.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant, Anthony Iatropoulos* |

SO ORDERED, this _____ day of _____, 20_____.

_____
Hon. Cathy Seibel

Civil Action No. 7:23-cv-04533

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

*/s/ Jay M. Wolman*
Jay M. Wolman (JW0600)

**RANDAZZA** | LEGAL GROUP