# Exhibit 4

Telegram Messages
O'Keefe and Bolton

# James O'Keefe III

**22 February 2023**

**James O'Keefe III** — 01:02
In reply to *this message*
Please have him talk to Ben Barr

**James O'Keefe III** — 11:43
https://youtu.be/SFOjpGmQvFY

10:465. Disgraceful and vile they would lie about these trips — 11:44

To California to meet with donors — 11:44

It's all hated and venom — 11:44

**James O'Keefe III** — 12:42
https://www.youtube.com/watch?v=SFOjpGmQvFY&t=1s

**Asha Bolton** — 13:09
I am working on the sheet. I am only send things in relation to donations not all messages were donation related. I don't have access to the donation emails in which Jonathan, Joanne & Gillian do.

In reply to *this message* — 13:22
I did this just so you know.

In reply to *this message* — 13:23
I don't even want to listen to this stuff. I am having a hard time dealing with all this.

# James O'Keefe III



**James O'Keefe III**   13:29

https://rwmalonemd.substack.com/p/the-institutional-pathology-that

Work on documenting all the donors who want the money back .   13:35
money back – word document.



**Asha Bolton**   13:35

Yes, I am.

13:35





**James O'Keefe III**   13:36

keep going, im assembling text messages

a law firm representing the donors is filing an action today   13:36
against board. donors are personally putting their names on the civil
action.

# James O'Keefe III

**James O'Keefe III** — 13:36
keep going, im assembling text messages

a law firm representing the donors is filing an action today against board. donors are personally putting their names on the civil action. — 13:36

**Asha Bolton** — 13:38
https://projectveritas-my.sharepoint.com/:w:/p/asha/EY_6bQiRw_VBqtyD5gzCvXQBrVeprC92mj4RsSOLH3ov4g?e=FPZtpE

That's a one drive document, it will continue to grow. — 13:39

**Asha Bolton** — 20:21
Thomas J. Madden is trying to reach you. He is. PR consultant.
https://www.transmediagroup.com/thomas-madden

T: [redacted] — 20:21

**James O'Keefe III** — 20:22
Rod Bartell?

**Asha Bolton** — 20:22
Angela (His assistant) said he would call you directly. I didn't know you didn't speak with him.

I will reach out again. — 20:23

23 February 2023

