# **Exhibit 5**

Telegram Messages
O'Keefe and Rose

← **Alexandra Rose**

**AR** | **Alexandra Rose** | 18:16
I'm sorry these people have harbored feeling. You clearly need to delegate while still being CEO.

**JO** | **J O** | 19:03
I'm been removed from my authority

**AR** | **Alexandra Rose** | 19:09
That is unbelievable. I hope you stand your ground and leave

**AR** | **Alexandra Rose** | 20:23
You need to have a backup of ALL of your donors emails

You need to send a mass email out | 20:23

You can't go black…you need to fight back | 20:23

They want you to hide | 20:23

**JO** | **J O** | 20:24
I need to sleep on i

**JO** | **J O** | 21:01
Revenge is a dish best served cold

But if I see Matt Tyrmand again in person I will punch him in the face . | 21:02

**AR** | **Alexandra Rose** | 21:25
I just got out of my work out and try to call you

**AR** | **Alexandra Rose** | 21:44
I bet Paul Cali started this. He knew exactly what the bylaws were and what was in your employment agreement. He is the one who told Matt and Barry how to take you down.

You have the right to your donors especially when you quit. I would call any donor you've met recently that has donated and tell them what happened so they can demand their money back. | 21:45

Do you have a non compete or non circumvention employment agreement? | 21:51

Who the hell wrote up the contract for PV. They screwed you over. | 21:57

**JO** | **J O** | 21:57
On the phone w lawyers