# Exhibit 6

Solicitation Email

5/23/24, 1:49 PM          Randazza Legal Group Mail - Fwd: Hey James Okeefe here, my personal email and cell included, bombshell video just dropp…

Case 7:23-cv-04533-CS   Document 51-6   Filed 05/29/24   Page 3 of 5

------- Forwarded Message -------
From: Barry Hinckley
Date: On Thursday, May 25th, 2023 at 3:41 PM
Subject: Fwd: Hey James Okeefe here, my personal email and cell included, bombshell video just dropped.
To:

Just and FYI my mother is getting unsolicited emails from James / OMG, since she was obviously on the PV mailing list. She did not sign up for the OMG mailings. Probably took the house list.

B

---------- Forwarded message ---------
From: **tina hinckley**
Date: Thu, May 25, 2023 at 2:54 PM
Subject: Fwd: Hey James Okeefe here, my personal email and cell included, bombshell video just dropped.
To: Barry Hinckley

FYI

Tina Hinckley

Begin forwarded message:

> **From:** James
> **Date:** May 25, 2023 at 1:15:20 PM EDT
> **To:**
> **Subject: Hey James Okeefe here, my personal email and cell included, bombshell video just dropped.**
>
> Hey there,
> I know you've been a supporter of my work in the last year.
>
> My newsroom, OMG has JUST published a new bombshell story featuring a U.S. legislative body, this time the office of Senator John Fetterman (D-Pennsylvania).
>
> The story features Special Assistant Luke Borwegan who is not only the primary aid to the Senator, but is also tasked with holding the iPad for his

reading abilities and according to Borwegan is the one who has to follow him around at all times.

"He'd be okay with, like, overturning the Second Amendment."

And when selecting certain journalists to do a story with, they pick "the ones (journalists who)….will just say exactly what you f***ing want them to".

He even refers to some journalists as "puppets" because they "go along with our narrative."

Also, I confronted Fetterman, and he bobs and weaves in the street like a John Madden informercial! Keep in mind, there are lot of citizen reporters we're working with to copycat what this brave young woman did! Stay tuned!

https://youtu.be/ETfp5p6pCvI

https://twitter.com/OKeefeMedia/status/1661136176076529671?s=20

https://youtu.be/vNelHM2gumg

James O'Keefe
CEO

http://www.okeefemediagroup.com



5/23/24, 1:49 PM                             Randazza Legal Group Mail - Fwd: Hey, James O'Keefe here, my personal email and reduced bombshell video just dropp…

Case 7:23-cv-04533-CS    Document 51-6    Filed 05/29/24    Page 5 of 5



STATEMENT OF CONFIDENTIALITY: This electronic communication (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510 - 2522, sections, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, copying or reliance upon the information contained within this communication is strictly prohibited. The information contained in this email message and any attachments is intended for the use of the addressee(s) only. If you are not an intended recipient, please: (1) notify me immediately by replying to this message; (2) do not use, disseminate, distribute, reproduce, or rely upon any part of the message or any attachment; and (3) destroy all copies of this message and any attachments.

STATEMENT OF CONFIDENTIALITY: This electronic communication (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510 - 2522, sections, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, copying or reliance upon the information contained within this communication is strictly prohibited. The information contained in this email message and any attachments is intended for the use of the addressee(s) only. If you are not an intended recipient, please: (1) notify me immediately by replying to this message; (2) do not use, disseminate, distribute, reproduce, or rely upon any part of the message or any attachment; and (3) destroy all copies of this message and any attachments.