

Jeff Childers, Esq.
jchilders@smartbizlaw.com

Of Counsel
Charles H. Hardage, Esq.
chardage@smartbizlaw.com

TEL (352) 335-0400
FAX (407) 209-3870
www.smartbizlaw.com

Friday, July 19, 2024

**Via Electronic Filing and E-Mail chambersnydeseibel@nysd.uscourts.gov**

Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:   Request for Evidentiary Hearing Deadlines
      Case No.:  7:23-cv-04533
      **Re:  *Project Veritas, et al. v. James O'Keefe, et al.***

Dear Judge Seibel:

Undersigned counsel represents Defendants James O'Keefe and O'Keefe Media Group (together "Defendants") in the above-referenced litigation. Per this Court's Minute Entry of June 3, 2024, the Court has scheduled a Preliminary Injunction evidentiary hearing on July 29, 2024, to hear Plaintiffs' May 29, 2024, Motion for Preliminary Injunction. (Dkt. 50, 51, 51-1).

Pursuant to Fed. R. Civ. P. 6(b) and 7(b), Local Civil Rule 7.1(d), and Your Honor's Individual Practices, §I(A), Defendants move the Court to provide a pre-hearing schedule for the parties to exchange witness lists and exhibit lists, and, if desired by the Court, a schedule for filing the same with the Court.

Thank you for your consideration and attention to this matter.

Regards,

*[signature]*

Seldon J. Childers

CHH/adm
cc:   counsel of record via CM/ECF

2135 NW 40th Terrace, Suite B
Gainesville, FL  32605