# Exhibit 1

E-Mails Between Counsel

July 12, 2024

7/22/24, 1:55 PM Randazza Legal Group Mail - Case No. 7:23-cv-04533 | Project Veritas et al v. O'Keefe et al | Reply in Support of Motion for Prelim. Injunction a…

Case 7:23-cv-04533-CS Document 63-1 Filed 07/26/24 Page 2 of 4



Cassidy Curran <csc@randazza.com>

# Case No. 7:23-cv-04533 | Project Veritas et al v. O'Keefe et al | Reply in Support of Motion for Prelim. Injunction and Opposition to Renewed Cross Motion to Compel Arbitration

4 messages

**Jay M. Wolman** <jmw@randazza.com>     Fri, Jul 12, 2024 at 4:55 PM
To: chambersnysdseibel@nysd.uscourts.gov
Cc: Jeff Childers <jchilders@smartbizlaw.com>, "staff@randazza.com" <staff@randazza.com>, "angela.masciulli@smartbizlaw.com" <angela.masciulli@smartbizlaw.com>, "rc@rcmaxwell.com" <rc@rcmaxwell.com>

Dear Judge Seibel,

Enclosed, please find a copy of Plaintiffs' Reply in Support of Motion for a Preliminary Injunction and Response in Opposition to Defendants' Renewed Cross-Motion to Compel Arbitration and Stay Proceeding (ECF No. 53).

Thank you for your attention to this matter.

Sincerely,
Jay Wolman

---

**Jay Marshall Wolman, CIPP/US, Counsel***
**Randazza Legal Group, PLLC**

100 Pearl Street, 14th Floor | Hartford, CT 06103
30 Western Avenue,, Gloucester, MA  01930
353 Ocean Ave Ste. 4E, Brooklyn, NY 11226
Tel: 702-420-2001 | Email: jmw@randazza.com

---

* Licensed to practice law in Connecticut, Massachusetts, New York and the District of Columbia.

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited.  If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them.  Thank you.

 **053 - Reply in Support of MPI and Opp to Cross Motion to Compel.pdf**
327K

---

**Jay M. Wolman** <jmw@randazza.com>     Fri, Jul 12, 2024 at 4:59 PM
To: Jeff Childers <jchilders@smartbizlaw.com>
Cc: "staff@randazza.com" <staff@randazza.com>, "angela.masciulli@smartbizlaw.com" <angela.masciulli@smartbizlaw.com>

Jeff,

As you know, there is a hearing on the 29th on our motion for preliminary injunction.  Please advise if you are authorized to accept subpoenas for Mr. O'Keefe and OMG relative to that hearing or if we should have them directly served.

Thank you for your attention to this matter.

Sincerely,
Jay Wolman

---

**Jay Marshall Wolman, CIPP/US, Counsel**\*
**Randazza Legal Group, PLLC**
100 Pearl Street, 14th Floor | Hartford, CT 06103
30 Western Avenue,, Gloucester, MA  01930
353 Ocean Ave Ste. 4E, Brooklyn, NY 11226
Tel: 702-420-2001 | Email: jmw@randazza.com

---

\* Licensed to practice law in Connecticut, Massachusetts, New York and the District of Columbia.

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited.  If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them.  Thank you.

[Quoted text hidden]

---

**Jeff Childers** <jchilders@smartbizlaw.com>                                     Tue, Jul 16, 2024 at 10:10 AM
To: "Jay M. Wolman" <jmw@randazza.com>
Cc: "staff@randazza.com" <staff@randazza.com>, "angela.masciulli@smartbizlaw.com" <angela.masciulli@smartbizlaw.com>

Jay,

Good morning. Sorry about the delay getting back to you — I was out at a busy conference all end of last week. To address your question, I do not presently have authority to waive service of process. If that changes, I will let you know.

Regards,

Jeff Childers

| **Contact Information** | |
|---|---|
| T 866.996.6104<br>352-335-0400<br>F 407.209.3870<br><br>www.smartbizlaw.com | **Seldon Jeff Childers**<br>jchilders@smartbizlaw.com<br><br>Childers\*Law, LLC<br>2135 NW 40th Terrace, Suite B<br>Gainesville, FL 32605 |

The information contained in this email and/or attachments is intended only for the personal and confidential use of the intended recipient. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient(s) or any agent responsible for delivering it to the intended recipient(s), you are hereby notified that you may have received this document in error. Any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message. Thank you.

[Quoted text hidden]

---

**Jay M. Wolman** <jmw@randazza.com>                                           Tue, Jul 16, 2024 at 10:47 AM
To: Jeff Childers <jchilders@smartbizlaw.com>
Cc: "staff@randazza.com" <staff@randazza.com>, "angela.masciulli@smartbizlaw.com" <angela.masciulli@smartbizlaw.com>

Jeff,

To be clear, I was technically asking about accepting, not waiving, but I understand your position nevertheless.

Regards,
Jay Wolman

---

**Jay Marshall Wolman, CIPP/US, Counsel**\*

**Randazza Legal Group, PLLC**
100 Pearl Street, 14th Floor | Hartford, CT 06103
30 Western Avenue,, Gloucester, MA  01930
353 Ocean Ave Ste. 4E, Brooklyn, NY 11226
Tel: 702-420-2001 | Email: jmw@randazza.com
_____
* Licensed to practice law in Connecticut, Massachusetts, New York and the District of Columbia.

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited.  If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them.  Thank you.

[Quoted text hidden]