

Jeff Childers, Esq.
*jchilders@smartbizlaw.com*

*Of Counsel*
Charles H. Hardage, Esq.
*chardage@smartbizlaw.com*

Nicholas P. Whitney, Esq.
*nwhitney@smartbizlaw.com*

TEL (352) 335-0400
FAX (407) 209-3870
www.smartbizlaw.com

Tuesday, July 30, 2024

**Via Electronic Filing and E-Mail chambersnydeseibel@nysd.uscourts.gov**

Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:   Request to Withdraw Renewed Cross Motion to Compel Arbitration and Stay Proceeding and Memorandum in Support [ECF. No. 52]
Case No.:  7:23-cv-04533
**Re:** *Project Veritas, et al. v. James O'Keefe, et al.*

Dear Judge Seibel:

Undersigned counsel represents Defendants James O'Keefe and O'Keefe Media Group (together "Defendants") in the above-referenced litigation. Pursuant to Your Honor's Individual Practices, §I(A), Defendants move the Court to withdraw their Renewed Cross Motion to Compel Arbitration and Stay Proceeding and Memorandum of Law In Support [ECF No. 52].

Thank you for your consideration and attention to this matter.

Regards,

*[signature]*

Seldon J. Childers

SJC/adm
cc:   counsel of record via CM/ECF

2135 NW 40th Terrace, Suite B
Gainesville, FL  32605