UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PROJECT VERITAS, and PROJECT VERITAS
ACTION FUND,

                        Plaintiffs,

- against -                                       No. 23-CV-4533 (CS)

JAMES O'KEEFE, TRANSPARENCY 1, LLC        **ORDER**
d/b/a/ O'KEEFE MEDIA GROUP, and
RC MAXWELL,

                        Defendants.
-------------------------------------------------------------x

Seibel, J.

       For the reasons stated on the record on July 30, 2024, Plaintiffs' Motion for a Preliminary Injunction is denied. The Clerk of Court is respectfully directed to terminate the pending motion, ECF No. 50.

**SO ORDERED.**

Dated: July 30, 2024
       White Plains, New York

                                                        _____
                                                           CATHY SEIBEL, U.S.D.J.