EXHIBIT A

Project Veritas -  Board Meeting
February 06, 2023

TRANSCRIPTION OF BOARD MEETING


IN RE: PROJECT VERITAS


February 6, 2023


Stenographically Transcribed Audio Recording By:
Shelby Rosenberg, Florida Professional Reporter

Job No.: 339999

Project Veritas -  Board Meeting
February 06, 2023

Page 2

1  Thereupon,

2  the following proceedings were transcribed from an audio

3  recording:

4      SPEAKER:  He spoke with my wife on a number of

5  occasions, she's just a lot smarter than me.  I will

6  say that unequivocally.  She's a PhD IV League

7  clinical psychologist and I can [indiscernible]

8  brilliant.  She's the voice of reason in my head.

9  This is somewhat personal, but I think a lot of you

10  know my own history from 35 years ago to today in

11  certain ways.  [Indiscernible].

12      SPEAKER:  Thanks.  I want to say something,

13  because James has told me -- we meet 12 years ago, I

14  think it was originally at restoration weekend, and

15  really early on, it seems like maybe a

16  [indiscernible] or her typical event, he had the

17  young lady who I [indiscernible] called the hooker,

18  who's anything but a hooker, and that was such a

19  great video with grandmothers's fur coat, and I

20  thought [indiscernible] over-the-top things, and

21  James and I -- James was an extremely intimate

22  friend, as has been alluded to.  I was a very good

23  friend of [indiscernible].  We became friends on a

24  couple of cruises where we had a lot of time

25  together, and I last saw Andrew two weeks before he

Project Veritas - Board Meeting
February 06, 2023

1   died at [indiscernible] and we hung out for a couple

2   days together.  I went with him on an evening to see

3   all of the kids that do things in their mom's

4   basements.  He was like the superstar of the

5   bloggers.

6       And this is a long time ago -- but it was also

7   2012 -- Andrew was 43, he died two weeks later, and

8   he was a much larger-than-life character who leaves a

9   void in our landscape, and James is similar, but

10   larger-than-life characters had a historical imprint

11   forever as we all know it.

12       My words are kind of redundant, but created,

13   and to a large extent, the journalists, and has been

14   voiced to having one [indiscernible], within the

15   organization and indeed some without.  But I have

16   great affection for James.  We have a whole lot of

17   stuff in common, plus we [indiscernible], fans of

18   [indiscernible], [indiscernible].  I loved turning

19   [indiscernible] on his head and catching people doing

20   things on the left that are expressly contrary to

21   their expressed values, and in short, shining a lot

22   of truth on things and some [indiscernible].

23       So there's a lot of things I could say, but I

24   just wanted to give you a little bit of background.

25   My own background, I've been on [indiscernible]

Project Veritas -  Board Meeting
February 06, 2023

Page 4

1  nonprofit that I had actually -- don't think about

2  them, one of them that seems germane for what we're

3  going through today.  I was for a decade on -- I was

4  [indiscernible] representative from the

5  [indiscernible] in the Milstein Board, the Milstein

6  Center for Corporate Governments, and the people

7  adjacent to me and the names included Henry Kissinger

8  and John Bocal who founded Vangarden.  And that's

9  pulling one of the more on point more relevant things

10  in my background that I was pulling, only non

11  [indiscernible], non billionaire on the board, and

12  I've been on some other organizations where there's

13  20 or 30 billionaires.  It's still a group far less

14  than 100, like the [indiscernible] Congress.  So that

15  sort of thing doesn't really -- everybody puts their

16  pants on one leg at a time.

17      Anyway, I don't know if I went into those

18  things, but I think it's because I've had some -- my

19  interpretation is a little bit patronizing and/or

20  condescending criticism, and that's maybe my

21  misinterpretation from people that don't know the

22  caliber of people we have on our board.  And I have

23  extreme, much higher regard for everybody else on the

24  board than my own background.  Thanks.

25      SPEAKER:  You have a great background and you

Project Veritas - Board Meeting
February 06, 2023

Page 5

1  are [indiscernible].  Everywhere I go, I see you.

2      SPEAKER:  You, too.  You're ubiquitous.

3      SPEAKER:  I'm not going to give a big

4  contemporaneous speech, because I think everyone here

5  knows me.  I love this organization.  James and I

6  have been [indiscernible] of journalism for many,

7  many years.  I've been actively engaged in trying to

8  help him every which way I can and help the employees

9  [indiscernible].  It's the greatest team I've ever

10  seen assembled.  This team, this organization moves

11  mountains, and we do what we can do and adhere to a

12  very rigorous set of core values.  And I think the

13  practice of this meeting is to discuss some of

14  [indiscernible] that have [indiscernible] the

15  circumstances in terms of [indiscernible] here today,

16  unfortunately, but we do have to have some very

17  important conversations, and I will defer to Stephan.

18      I did send a letter to the board members and

19  officers from current employees outlining some of

20  their [indiscernible] and challenges in the

21  organization today, and I hope everyone got a chance

22  to read it.  I did not float it to observers, I did

23  not think that was appropriate at this time.

24      Stephan, I will defer to you if we should read

25  it into the minutes or just say it's there.  It is a

Project Veritas - Board Meeting
February 06, 2023

Page 6

1   rather long letter penned by 20 or so of the

2   employees [indiscernible], and they voice a lot of

3   things they have with the management structure, the

4   organization.  So we are going to obviously be

5   talking about management structure.  That's the

6   reason for this meeting, why we called it.  So it's

7   very appropriate to hear from employees and officers.

8   And if, Stephan, you think it's appropriate, I will

9   lead that letter.  If not, I'm happy not to.  It's

10   easy to read and it's arduous.  But we certainly do

11   need to hear from officers initially, Dan, the COO,

12   and Tom, eventually, and that would be an executive

13   session.  So Stephan, I'll defer to you a little bit

14   on the procedural process so that we're totally

15   compliant.

16      SPEAKER:  So appropriate -- legally we can and

17   probably one of my recommendations is we can make

18   sure that we enter it as an exhibit to the

19   [indiscernible] and circulated to board members.  I

20   think that would be appropriate so the board can

21   discuss whatever the board wants to discuss germane

22   to that issue, but you don't need to read it in its

23   entirety, especially because you shared it with the

24   board members, because we can attach it to minutes as

25   a full exhibit.

Project Veritas - Board Meeting
February 06, 2023

Page 7

1    SPEAKER:  Is there a way to read some highlight

2    excerpts from that?  Because just to -- because we

3    have auditors and we want them to be more informed of

4    that.

5    SPEAKER:  Stephan, if you want, if you think

6    it's appropriate, I can preamble without reading

7    citations of anecdotal experience and [indiscernible]

8    experience.

9    SPEAKER:  Yeah.  I would say, honestly, I have

10   some concerns -- I don't know what you're planning on

11   reading, but there might potentially be issues

12   pertaining to potentially legal implications, legal

13   advice, privacy issues.  I'd rather --

14   SPEAKER:  So you'd have to redact names.

15   SPEAKER:  The board members [indiscernible] the

16   experiential evidence of what they suggest or allege

17   is all anonymous.  It's a composition or

18   [indiscernible] of concerns from employees and their

19   experiences.  I can read the preamble just so that

20   observers have an understanding that the employees

21   are upset and they don't feel heard --

22   SPEAKER:  I think that's maybe an initial

23   middle ground.  I think there are some passages

24   within it that are germane to shedding more light on

25   something under discussion or more information.  I

Project Veritas -  Board Meeting
February 06, 2023

Page 8

1  think that would be good.

2     SPEAKER:  The employees came together over the

3  last two days for Thursday night's event, termination

4  of a formal officer and a senior level employee, and

5  they are putting their feelings on paper.  I will

6  just read without the anecdotes, as we will have

7  employees discussing their experiences given the

8  [indiscernible].

9     SPEAKER:  I apologize.  Can we move to move to

10  the management discussion at this point in the

11  meeting?

12     SPEAKER:  No.

13     SPEAKER:  I think we need to stick to the

14  agenda.  Actually, I think we're on number six on the

15  agenda.  Can we stick with that?

16     SPEAKER:  Number six of the agenda -- yeah, I

17  believe that we can have a positive and honest

18  conversation about management until we hear what the

19  employees have to say is their experience with

20  management.

21     SPEAKER:  I wholeheartedly endorse that view.

22  I think that we have a mis-ordering [indiscernible].

23  We should have adjusted that part of the meeting, but

24  I would move to shift number six to after this

25  discussion at this time.

Project Veritas -  Board Meeting
February 06, 2023

Page 9

1    SPEAKER:  I would suggest that discussion is

2  needed before we can address number six before number

3  seven [indiscernible] for hiring and terminating

4  officers.

5    SPEAKER:  As appointed lawyer, if I can make a

6  quick point of order.  You have a motion, which

7  number six is a motion to restructure, and then

8  there's discussion on that motion and then there's an

9  action or there's not an action on the original

10  motion.

11    SPEAKER:  Well, I know you're a parliamentary

12  expert, which I'm not.  Joe, I think that's very

13  valuable, that was a consideration in adding you, is

14  there a way to change the order of the agenda within

15  the meeting itself?  If not, I'd say that's kind of a

16  legalistic arbitrary [indiscernible] if we can't

17  shift the order of the agenda during the meeting.

18    SPEAKER:  I think I will make the motion to

19  revise the reported structure of the company, and

20  then -- just so we can talk about it -- and then we

21  can defeat the motion if we want or we can work on it

22  -- we can --

23    SPEAKER:  I'm just going to tell you right now,

24  I'm predisposed to tabling it.

25    SPEAKER:  Then we can't have a discussion for

Project Veritas -  Board Meeting
February 06, 2023

1   number six.

2      SPEAKER:  Can we defer the discussion for

3   number six until after we have information?

4   Information first, decision later.

5      SPEAKER:  [Indiscernible] it's a motion, it's

6   discussion, and then it's decision.

7      SPEAKER:  Okay.  Well, Joe, Matt, and I are

8   trying to say, and I don't know if George

9   [indiscernible] have heard, and James understood

10   this, we -- Matt and I have an extremely strong

11   feeling that we need to have testimony and

12   information prior to any structural decisions or even

13   proposals.

14      SPEAKER:  I agree, that would be part of the

15   discussion phase.

16      SPEAKER:  Okay.  So you want to move to discuss

17   right now?

18      SPEAKER:  Well, no.  I'll make the motion to

19   revise the reporting structure of PV, which is the

20   suggested new structure, and --

21      SPEAKER:  Yeah.

22      SPEAKER:  Now we can have a discussion about

23   it.

24      SPEAKER:  I'll second that for purposes of

25   discussion and also say that I think, in general

Project Veritas -  Board Meeting
February 06, 2023

Page 11

1  terms, that's not problematic at this time to me, but

2  I think we should defer discussion of it until later,

3  that's my two cents, but anybody else that wants to

4  move to approve it or -- I guess I don't want to

5  interrupt that process -- I'm just saying my advice

6  would be that we move to have it discussed and then

7  table it for later.  Let's continue the discussion

8  after this next phase.

9      SPEAKER:  So again, we don't have to change the

10  face of anything.  Now we're in the phase of the

11  motion to hear suggestions for the structure and have

12  the discussion.  But we're having the discussion now

13  that we made the motion.  So let's do that now.

14      SPEAKER:  I'll second your motion, Joe.  John

15  did as well.  Anyone else?

16      SPEAKER:  I think all you need is a proposal

17  and a second and we're good.

18      SPEAKER:  And proposals [indiscernible].  So I

19  think it's needs to be operationalized a little bit

20  later -- maybe operationalized at a later time.  I

21  personally don't have a problem with it as a general

22  principle or motion.

23      SPEAKER:  Let's discuss it and then we'll deal

24  with how we're going to act after.

25      SPEAKER:  What's your feeling on it, James?

Project Veritas -  Board Meeting
February 06, 2023

1    MR. O'KEEFE:  We were talking about a letter --

2    I guess my question is:  Where are we in the agenda,

3    first?

4    SPEAKER:  I think we're at 6A.

5    MR. O'KEEFE:  Okay.  So we're talking about a

6    motion to revise the reporting structure of PV with

7    suggested new structure.  My question is:  What is

8    that structure and what is that plan?  What's the

9    recommended structure?

10    SPEAKER:  I completely agree with James that I

11    do not want to wade into those waters right now

12    absent getting more information, which prior to

13    operationalizing --

14    SPEAKER:  That's the seat that we're in.  We're

15    getting the information and the suggestions in this

16    discussion phase.

17    SPEAKER:  I move to table the motion.  I want

18    to hear from everybody.

19    SPEAKER:  Can I make a suggestion real quickly?

20    Right now, there's a very vague motion on the table

21    on revising the reported structure.  I think John, to

22    your point, it's best to leave the motion in this

23    vague, nonoperational stage to permit whatever

24    discussion that is germane to that and then the

25    [indiscernible] because I think what you want, too,

Project Veritas - Board Meeting
February 06, 2023

Page 13

1  John, is decide whether or not to take that out and

2  specify, but I think [indiscernible] it's

3  appropriate.  We shouldn't move beyond specifics

4  because you don't know yet what you want those

5  specifics to be.

6      SPEAKER:  That's right.

7      SPEAKER:  We can leave it general, have

8  whatever discussion, and then you can discuss whether

9  to entertain a motion to table or whatever you want

10  to do.

11     SPEAKER:  Precisely, 100 percent.  Does anybody

12  descent from that view?

13     SPEAKER:  No.

14     SPEAKER:  No.

15     SPEAKER:  No.

16     SPEAKER:  So we've all been heard forth.  Can

17  we move to table it?

18     SPEAKER:  No, we don't table it.  The motion --

19     SPEAKER:  We're going to open up the discussion

20  and the introduction of information that will help us

21  make the informed decision around the agenda item.

22     SPEAKER:  Can we defer it until after the other

23  presentations --

24     SPEAKER:  That's how it happens.  That's how it

25  happens.

Project Veritas -  Board Meeting
February 06, 2023

Page 14

1      SPEAKER:  I was trying to just get it deferred,

2  that's all.

3      SPEAKER:  Number six, it says motion to revise

4  the reporting structure.  I do not see an

5  organization chart that says this is how it flows.

6      SPEAKER:  Excellent point.  Nothing is

7  operational, as Stephan characterized it.  It's

8  vague, and I don't want to -- I abhor something

9  that's vague or ambiguous or you can drive 17 million

10  Mack trucks through and it can mean anything to

11  anybody.

12      SPEAKER:  My own belief is if it's

13  parliamentary rules compliant that in the information

14  gathering phase by hearing from people about the

15  current management structure, which is very

16  [indiscernible], CEO has [indiscernible] control over

17  every operation of the organization.  By hearing from

18  those with experience as it exists now, I think we

19  will get more clarity to where we need to go, to what

20  we need to determine, and we can then come up with a

21  positive resolution.

22      SPEAKER:  I agree.  I think that the

23  information will lead logically, not seamlessly, but

24  logically, from all of us [indiscernible] additional

25  information.

Project Veritas - Board Meeting
February 06, 2023

Page 15

1    SPEAKER:  And when will we hear that additional

2  information?  Now?

3    SPEAKER:  Yes, since we got passed this speed

4  bump right now.

5    SPEAKER:  There is that speed bump.  Let's get

6  to that discussion.

7    MR. O'KEEFE:  I would request a two-minute --

8  this is James -- a two-minute bathroom break.

9    SPEAKER:  Sure.  [Indiscernible].

10    SPEAKER:  I think we should have about --

11  anybody for five?

12    SPEAKER:  Between two and five minutes.

13    SPEAKER:  Okay.  Who's going to run the

14  stopwatch?

15    SPEAKER:  I got it.

16    MR. O'KEEFE:  I'll be right back.

17    (Brief recess taken.)

18    SPEAKER:  All right.

19    SPEAKER:  Welcome back, James.  Everybody here?

20  George is back?  Okay.

21    SPEAKER:  Will it please the board to

22  [indiscernible] -- is it recording, Stephan?

23    SPEAKER:  Yes, it is back on.

24    SPEAKER:  If it would please the board, I can

25  read the letter, the preamble to the letter, or we

Project Veritas -  Board Meeting
February 06, 2023

Page 16

1    can just have initially officers and have employees

2    give some testimony on their experience.  That would

3    shed some light on the agenda item that we need to

4    take up.

5        SPEAKER:  I move to approve that reading of the

6    letter, the preamble, and moving on with testimony

7    and information.

8        SPEAKER:  Yes.

9        SPEAKER:  Do we have everyone back?  It looks

10   like George is not in his chair.  Let's do a vote on

11   that anyway.  Let's move the thing along, okay?

12       SPEAKER:  Yeah [indiscernible].

13       SPEAKER:  There's a motion on the floor.  Is

14   the president going to call the question?

15       MR. O'KEEFE:  I'm sorry, I'm sorry.  Can you

16   say that again?

17       SPEAKER:  The motion is to read the letter into

18   the minutes.

19       MR. O'KEEFE:  Yes.  That would be fine.

20       SPEAKER:  And to read the preamble.

21       SPEAKER:  Yes.

22       SPEAKER:  I'm in favor of that.

23       SPEAKER:  Yes.

24       SPEAKER:  I'm in favor as well.

25       SPEAKER:  [Indiscernible].

Project Veritas - Board Meeting
February 06, 2023

1       SPEAKER: The minutes, it will be in the

2    minutes for us.

3       SPEAKER: I haven't had a chance to read this

4    letter, I just received it, so I don't know what's in

5    it before I put it -- approve it. So I would defer

6    to you, John.

7       SPEAKER: Well, if I were you, I would abstain,

8    because you don't have information, and that's a fair

9    -- to be fair to you, I think that's what you should

10   do.

11      SPEAKER: Then I will abstain from voting on

12   that motion. Thank you.

13      SPEAKER: So the motion passes to read the

14   letter without going through all the pages

15   [indiscernible] the letter?

16      SPEAKER: You were going to read the preamble

17   only at this time.

18      SPEAKER: I will only just read all three

19   paragraphs as a few -- just to give a recollection.

20      SPEAKER: Okay. Go. Go.

21      SPEAKER: February 6, 2023, "To the

22   [indiscernible] and [indiscernible] management.

23   Note, the opinion data shared and anecdotes were

24   compiled by one-third of the PV staff affecting every

25   department. Not all signed this letter, but all have

Project Veritas - Board Meeting
February 06, 2023

Page 18

1   compelling reasons to contribute.  Signatories have

2   not been the subject of this abuse nor witnessed any

3   abuse, but found the corroborated behavior troubling

4   and were willing to sign.  The undersigned are

5   troubled and frustrated with James' management style

6   and business actions.  His behavior and actions are

7   [indiscernible] to our core values and came to a head

8   this week, most recently the treatment of Barry

9   Hinckley and Tom O'Hara.  These two highly respected

10   individuals did what they felt was right for the

11   betterment of the organization and got berated in

12   public on Tuesday and effectively terminated on

13   Thursday.  There's a screenshot of a text from Barry

14   [indiscernible] of the development team.  Last night,

15   I stood up to [indiscernible] and was fired.

16   Management by shaming and bullying is never

17   acceptable and it doesn't belong in the workplace.  I

18   won't tolerate it personally or on behalf of my

19   coworkers' direct reports.  I'm proud to say I stand

20   by my actions.  It was an honor to work with you.  As

21   they say, be brave, do something."

22       The letter follows, "These actions led to

23   immediate communication between concerned PV members.

24   Over the past few days, we collected additional

25   examples of behaviors which crossed the line.  The

Project Veritas - Board Meeting
February 06, 2023

1  following bulleted items came from individuals and

2  are edited as little as possible to keep the spirit

3  of everyone's individual thoughts.  The first data

4  point is an unattributed quote, 'James has become a

5  power-drunk tyrant and he's exactly who he

6  pontificates on who we should be exposing.'  There

7  are seven pages of anecdotes very representatively,

8  airing grievances leading to termination is what has

9  prevented me from speaking up in the past.  At times

10  I have, I was accused of violating by NDA, sabotaged,

11  and had my behavior labeled [indiscernible].  Lack of

12  transparency when the stakes are made from the top

13  down.  For example, former producer never suing us,

14  it was told her entire company as if it wasn't

15  absolutely true.  [Indiscernible] was an

16  [indiscernible] we all know that.  But when I treated

17  early on to prevent him from assuming so much power

18  and authority knowing he couldn't handle it, I

19  received a classic, "If you don't agree, there's the

20  door."

21      I'm going to try and read short ones.  "It's

22  sad, embarrass ing, and increasingly becoming James'

23  standard for how he treats the [indiscernible].

24  Honestly, it's wild and incredibly irrational

25  behavior for someone publicly and internally claiming

Project Veritas - Board Meeting
February 06, 2023

Page 20

1  to be the only one raising money.  At Democracy

2  Partners' trial in public, I was yelled out in front

3  of jurors because he was hungry and he took the

4  eight-month-pregnant woman's sandwich.  Barry,

5  [indiscernible], Dan, Tom, and Eric were the subject

6  of bullying on the leadership meeting with ten people

7  present.  No productive outcome resulted that needed

8  a forum of everyone present.  Everyone is operating

9  in fear of James.  One doesn't know whether one will

10  meet his needs and expectations since the target is

11  constantly moving and priorities are shifting.

12      In personal conversation with Jared in PV, it

13  was discussed that his departure was due to

14  personality clashing between Jared and James.  Jared

15  is held in high regards to PV staff and played an

16  instrumental role in the organization.  Several

17  donors have expressed their concerns with their money

18  being used to to produce [indiscernible].  As I

19  described Project Veritas current environment with

20  the same, the beatings will continue until morale

21  improvement.  In recent donor meetings, James'

22  behavior has been arrogant and dismissal of the

23  donors, that they won't give us five or six-figure

24  donations.  This happened in the past few weeks in a

25  meeting with [indiscernible] in Miami.

Project Veritas - Board Meeting
February 06, 2023

Page 21

1    [Indiscernible].  James is [indiscernible].  It is

2    everyone's duty [indiscernible].  Donors are

3    hesitating not to side and about whether

4    [indiscernible] should be sent to Project Veritas.

5        At a donor event in [indiscernible], James was

6    one hour and 15 minutes late.  We had a room of 100

7    people waiting for him to speak.  People commented

8    afterwards that he could have at least apologized for

9    being so late.  This is a good example of James not

10   realizing that everyone's time is important.

11   [Indiscernible] publicly demeaning peoples' roles or

12   responsibilities.  [Indiscernible], "See, I'm the

13   [indiscernible], junior editor."  [Indiscernible].

14       SPEAKER:  You're breaking up a bit.

15       SPEAKER:  We're having trouble hearing you.

16       SPEAKER:  Sorry.  I'm going to skip ahead.  I'm

17   not going to read the rest of the anecdotes.  Can you

18   hear me now?

19       SPEAKER:  Yes.

20       SPEAKER:  Okay.  "We are writing these out

21   because we value the organization that James has

22   built and what we've become.  No one else is doing

23   the work at PV and we love it.  What we do for our

24   audience, we do incredibly well.  However, we can't

25   become even greater until we [indiscernible] the full

Project Veritas -  Board Meeting
February 06, 2023

Page 22

1    potential of the organization and as people.  The

2    only problem we have with material that comes

3    [indiscernible] in this organization.  If we don't

4    make these changes, we will [indiscernible] best

5    people.  We have the moral courage to say what needs

6    to be said, to continue down the path we are on, and

7    you will have an army of yeses when [indiscernible]

8    penned this letter.  We are resilient.  Failure is

9    not an option.  Be brave, do something.  This was

10   signed by people from production, journalists,

11   development, IT, and facilities.  There's screenshots

12   of messages, and this is all in the document and a

13   rehash of our core values and our ethical values,"

14   and this is 11 pages.

15       If this is deemed prudent, I will put this up

16   for vote.  I will submit this to the observers that

17   we have [indiscernible] and allowed to observe all

18   this [indiscernible].  I will send this out so they

19   have more context.  Do I have a motion to vote on

20   that?  I'm motioning to share this letter with the

21   observers that we've invited in to observe these

22   proceedings.

23       SPEAKER:  May I suggest that the employees who

24   contributed to this letter be observers for the rest

25   of this meeting?

Project Veritas - Board Meeting
February 06, 2023

Page 23

1    SPEAKER:  Just the observers that we have that

2   we've invited in who are currently with us,

3   [indiscernible], [indiscernible], Eric O'Keefe,

4   [indiscernible] on this call because he's invited in

5   as observers.  I didn't want to send this out

6   unilaterally.  It's not my role to make that

7   decision.

8    SPEAKER:  I think this is --

9    SPEAKER:  Anyone?

10    SPEAKER:  If it is for a discussion phase, I

11   don't know if it's appropriate for this letter to be

12   leaked out, especially if it has the names of

13   employees on it.

14    SPEAKER:  I agree.

15    SPEAKER:  Those employees -- names have not

16   been read and I would prefer to keep it that way.  I

17   would amend the motion to enter the letter in its

18   entirety as an exhibit to the minutes.

19    SPEAKER:  The minutes are private property of

20   Project Veritas.  We do not want this to get out.

21    SPEAKER:  My only view is anyone we've invited

22   to the call is prompted to maintain the duty of care

23   we've bestowed upon them that they will not leak this

24   out.  This is for context [indiscernible] for the

25   organization.

Project Veritas - Board Meeting
February 06, 2023

Page 24

1    SPEAKER:  I have no surety of that.

2    SPEAKER:  I think that's a foolish way of -- a

3  foolish hope.  I'm not saying you're foolish, I'm

4  just saying that it would be highly [indiscernible].

5  It could be a technical violation of our NDA and our

6  duty of care and trust to employees [indiscernible]

7  to the organization.

8    SPEAKER:  In lieu of that, we will attach it to

9  the minutes for the board and officers and internal

10  counsel only.

11    SPEAKER:  I have a question.  I have a question

12  -- that we've allowed that auditors to be in for at

13  least that summary for reading of some excerpts; was

14  that not the case?  Were the auditors not on for

15  that?

16    SPEAKER:  The observers are listening only and

17  they're listening to everything we say as we have

18  extended the courtesy to them [indiscernible].

19    SPEAKER:  So they did hear that.  I wanted to

20  be [indiscernible] to the subsidy issues.  Okay.

21    SPEAKER:  [Indiscernible].

22    SPEAKER:  But it would be highly inappropriate

23  --

24    SPEAKER:  I'd like to recommend we not move

25  past what we've already dealt with, [indiscernible].

Project Veritas -  Board Meeting
February 06, 2023

1    SPEAKER:  Yeah.

2    SPEAKER:  In lieu of that, I'd like to have the

3  employees who have agreed to speak to us in full

4  knowledge that this is in front of the board,

5  observers that we've invited in, and that this is

6  recorded.  They have extended their willingness to

7  make us aware of these data points that they think we

8  should know, I think we should know, and I believe

9  that's why we're having this call.

10    SPEAKER:  Let's move quickly.

11    SPEAKER:  I would have [indiscernible], our

12  ranking officer's COO, offer a few minutes about his

13  impression of the management style and the leadership

14  --

15    MR. O'KEEFE:  May I ask:  Do I have a chance to

16  respond to this?

17    SPEAKER:  Yes, but I think -- I mean,

18  absolutely, you should have every right to do that,

19  but I think that because of the time issues, with

20  your [indiscernible], I think it's important to

21  listen to them first and then give you a chance to

22  thoroughly respond to everything, take notes and --

23  because we are in an extreme time crunch because of

24  Joe's and -- George's, Joe's, and Steve's issues that

25  I didn't foresee.  Otherwise, I think, we'll never

Project Veritas  -  Board Meeting
February 06, 2023

Page 26

1  get there in the time --

2    MR. O'KEEFE:  I would like to read my --

3    SPEAKER:  Let's bring them in.  We're still in

4  6A of the agenda.

5    SPEAKER:  I would move to have Dan present his

6  views as the COO about management.

7    SPEAKER:  Go.  Second.  I'll approve.  Can we

8  just do a blanket approval that we're going to have

9  -- I don't want to have a separate vote on every

10  person that comes in.  That's insane.  So the

11  sequence that happens, I move that we just -- without

12  further delay, have whatever [indiscernible] talk,

13  okay?  Thanks.

14    SPEAKER:  Let's [indiscernible] and see what

15  they have to say.

16    (Simultaneous speaking)

17    SPEAKER:  Just for the accuracy of the minutes,

18  I need to get a vote counted on that proposal.

19    SPEAKER:  Approve.

20    SPEAKER:  I'll move for that.

21    SPEAKER:  I second it.

22    SPEAKER:  I mean, I think the motion is moot

23  because it is incorporated in the [indiscernible].

24    SPEAKER:  Approve.

25    SPEAKER:  Joe is right.  Steve, George?

Project Veritas -  Board Meeting
February 06, 2023

Page 27

1      SPEAKER:  Approve.

2      SPEAKER:  Approve.

3      SPEAKER:  Thank you.

4      SPEAKER:  [Indiscernible], are you on the line?

5      SPEAKER:  I am.  Can you hear me?

6      SPEAKER:  Yes.  I joined Project Veritas about

7   ten months ago.  And over the last ten months, we've

8   had a lot of incredible, positive things, both at an

9   organizational level and also individual level with

10   James and I's interaction.  There have been a number

11   of things that we've also debated, some of them are

12   around finances and expenditures and how to value

13   what is a worthwhile expenditure.

14      From a management perspective, the leading by

15   intimidation seems to have been a theme long before I

16   joined and something that's has pervaded over the

17   last ten months.  And despite us having incredibly

18   positive stories, viewership, and overall attention,

19   I think we've had -- these actions have actually --

20   as far as people management goes -- have gotten worse

21   in my eyes.  Personally, I believe most of this has

22   to do with too many responsibilities, too much

23   accountability, and not focus ing on core

24   competencies across journalism and the creative side.

25      All great organizations come to a point where

Project Veritas -  Board Meeting
February 06, 2023

Page 28

1  the founder cannot wear all the hats because they're

2  no longer [indiscernible].  I believe that that's

3  where we are right now.  I think most of all of this

4  negative behavior stems from the inability to manage

5  all of these different things and wear all these

6  different hats.

7      I'm not sure if I should go into specific

8  examples around things or what you guys really need

9  me to focus on, but that's my general overview.

10      SPEAKER:  I was just alerted -- because I think

11  it's relevant to the conversation, I was just alerted

12  by staff that the organization's social media

13  accounts have just had all their passwords changed

14  and all the staff was just locked out of all the

15  social media accounts in the last two minutes.

16      SPEAKER:  Who did that?  Who has the power to

17  do that?

18      SPEAKER:  I think Eric, right?

19      SPEAKER:  Eric [indiscernible], yeah.

20      SPEAKER:  Eric is on PTO right now.

21      SPEAKER:  Was he directed to do that?

22      SPEAKER:  Not by me, not by James he just said

23  either.

24      SPEAKER:  Okay.  Maybe it's -- maybe that's

25  something that's not material, because it can be

Project Veritas - Board Meeting
February 06, 2023

Page 29

1  corrected after this.  Maybe it's just as well that

2  we're not communicating to anybody outside of the

3  organization at this time until after the meeting,

4  okay?

5      SPEAKER:  [Indiscernible] with the agenda.

6      (Simultaneous speaking)

7      SPEAKER:  Dan, if you want to add anything

8  [indiscernible], whether it's hiring and firing,

9  global process, anything you perceive.

10     SPEAKER:  Am I still talking?

11     SPEAKER:  Yeah.

12     SPEAKER:  Sorry, guys.  I just had to go run

13  and get a power cord.

14     SPEAKER:  Do you want to hit some bullet

15  points, Dan, operational issues or operational

16  [indiscernible]?

17     SPEAKER:  Yeah.  So I think on some levels, it

18  might be worth -- it might be worth going through

19  some of the things --

20     SPEAKER:  It turns out we're in extreme time

21  constraints, so you can skip the preambles.

22     SPEAKER:  Yeah.  I mean, obviously the most

23  impactful thing that happened recently were the

24  firings with no seemingly -- wildly irresponsible

25  firings, particularly of Tom, for seemingly no good

Project Veritas -  Board Meeting
February 06, 2023

Page 30

1   reason, from my perspective.  So that was very, very

2   concerning.  And I think there had been a number of

3   just -- I often say negative energy is very

4   expensive, and just absolutely raising voices and

5   yelling at people, leadership by intimidation -- when

6   I got here, Patrick Davis was completely torn down in

7   front of his entire staff, that was one example.

8   Patrick Davis wasn't the right person for the role,

9   however, that doesn't mean that he deserves that type

10  of treatment, nor does anyone.  The same thing --

11      SPEAKER:  Do you have any suggestions on how to

12  change that?

13      SPEAKER:  Well, I think two things.  I think

14  number one, I think stress is a major mark in this,

15  it's personal, but I think the second is to focus on

16  highest and best use, things that allow James to

17  shine as opposed to getting frustrated, and I think

18  that that is separating a lot of roles and

19  responsibilities in defining that.

20      For example, the org chart, if you look at our

21  org chart now, pretty much everyone in the

22  organization reports to me.  There's data lines into

23  James, but there's a helicopter of leadership

24  management style that comes inborn out of start-up

25  mentality of having to do everything from day one,

Project Veritas - Board Meeting
February 06, 2023

Page 31

1  but at some point we have to mature past that and

2  separate some of those roles and responsibilities so

3  that that helicopter leadership does not continue.

4      SPEAKER:  If I'm hearing you, that would also

5  -- I even talked to James last night on this -- would

6  that relief his stress?  Because I completely agree

7  -- let him be a genius of what he's a genius at and

8  -- we'll see later, but we'll decide whether

9  personnel and management is in his wheelhouse, I

10  would assume it's not, and I've heard that verbatim

11  from other people, too, that know more about it.

12      SPEAKER:  Dan, what roles should be separated?

13      SPEAKER:  I think the business from the

14  journalism and creativity.  When I say separated, we

15  all have read a number of books here.  It's the

16  manager, the entrepreneurs, operating system, all

17  these management books always refer to a visionary

18  who's one individual, and an implementer and executor

19  which is another individual.  So I would say that the

20  effective of whether it's a CEO or executive

21  director, the effective business leader versus the

22  creative leader , those are two different roles.

23  Often organizations start with them being the same

24  person, but they very infrequently end that way.

25      SPEAKER:  Well, but -- this is a question:

Project Veritas - Board Meeting
February 06, 2023

1  There's a world in which James would continue to be a

2  visionary leader and strategic leader and all the

3  things that a brilliant genius has that have created

4  this place and a historical person that's an icon of

5  American culture and politics.  I mean, is there a

6  way -- roles [indiscernible] but I'm asking for your

7  two cents, whether that's --

8      SPEAKER:  Yes, I believe in that 100 percent.

9  When I talk about separating roles and

10  responsibilities, it's not like I'm suggesting that

11  James has no say in these other activities or

12  defining the vision.  I'm not suggesting that at all.

13  It's just unilateral authority and the my way or the

14  highway type of management style needs to change.

15      MR. O'KEEFE:  May I have a chance to --

16      SPEAKER:  I'm sorry, how many reporting lines

17  are there within PV?  Maybe there are [indiscernible]

18  or accounting sections, but how many different

19  reporting sections are there within the PV structure?

20      SPEAKER:  So we have business development, we

21  have communications and media relations, which is

22  really one entity, we have legal, we have IT, we have

23  the journalists, and then we have the producers and

24  editors, and then we have accounting, and HR, which

25  is -- yes.

Project Veritas -  Board Meeting
February 06, 2023

Page 33

1    SPEAKER:  So about six or seven?

2    SPEAKER:  There's finance and accounting in

3  there somewhere.

4    SPEAKER:  So about six or seven in total.

5    SPEAKER:  I wanted to clarify my question.

6  Would part of that role be being a strategic leader

7  for journalism and [indiscernible] very effectively

8  in the past?

9    SPEAKER:  Yes, yes.  I mean, besides the on-air

10  talent, the editorial creative oversight, that is

11  part and parcel of what James is absolutely

12  incredible at.

13    SPEAKER:  [Indiscernible] professional at that.

14  He's historic.

15    SPEAKER:  Yeah.

16    (Simultaneous speaking)

17    SPEAKER:  [Indiscernible] legal mostly involved

18  as a prime witness in any of the ongoing suits, maybe

19  [indiscernible] --

20    SPEAKER:  Yes.

21    SPEAKER:  So it definitely involves legal.

22    SPEAKER:  Correct.

23    SPEAKER:  I think the issue -- Dan, correct me

24  it I'm wrong -- but it's which ones we should pursue

25  or shouldn't pursue.  It's not necessarily that

Project Veritas -  Board Meeting
February 06, 2023

Page 34

1  James, obviously being the spokesperson for the

2  company, he's going to be named in just anything that

3  PV does.  It's more about the strategy of legal I

4  think is what Dan is kind of getting at, and having

5  that diversification as opposed to -- to this point,

6  it was we don't surrender, we fight everything, and

7  sometimes that's just --

8      SPEAKER:  If I'm not mistaken, there's very few

9  if any CEOs of organizations of this size -- and this

10  is something that James should be congratulated upon

11  -- for us getting to this stage, that would have any

12  micromanagement of people or probably would want to

13  delegate things in the management realm, operations

14  realm, to another principal within the company while

15  remaining in a strategic role, which is what a lot of

16  chairmen or executive chairmen or CEOs do, but

17  whatever the term [indiscernible] can't be ambiguous

18  as to the duties, as to the scope, and all that.

19      MR. O'KEEFE:  I'd like to respond to the

20  statements when I can.

21      SPEAKER:  Stephan, please let in the number

22  ending in 5140.  It's Jeff Littman, who's been an

23  invited observer.

24      SPEAKER:  Yes.

25      MR. O'KEEFE:  I'd like --

Project Veritas -  Board Meeting
February 06, 2023

Page 35

1      SPEAKER:  I think James wanted a chance to

2  respond.

3      MR. O'KEEFE:  I'd like the opportunity to

4  respond, and I thank everyone for their candor.  May

5  I say a few words?

6      SPEAKER:  You're the president.

7      MR. O'KEEFE:  I would offer this response a

8  letter that I've written to the staff regarding kind

9  of a sincere heartfelt apology for some of the things

10  that have happened here in meetings, and I'd like to

11  read it to you and then we can discuss it and get

12  your thoughts.

13      SPEAKER:  Particularly the first part is really

14  relevant to our present discussion.  That part is

15  sort of past some of its -- about ordering of the

16  minutes and things like that.  That's getting into

17  operational decisions that we're going to be

18  discussing later.

19      MR. O'KEEFE:  The letter reads, "Dear team, on

20  Tuesday of this week, some of you had the unfortunate

21  experience of seeing me get into a heated agreement

22  over the direction and nature of our fundraising

23  approaches.  I confronted an issue in front of a

24  group that should have been handled privately, and I

25  was wrong to behave this way.  It affected many

Project Veritas - Board Meeting
February 06, 2023

1   people at headquarters who overheard it.  I also have

2   not been patient with some of you and have behaved

3   poorly.  As you all are the life and blood of Project

4   Veritas, I want you to know I'm sorry and ashamed of

5   my actions."

6       And I have not sent this out yet.  With the

7   blessing of the board, I propose this be one of the

8   solutions I discuss for the sake of Project Veritas.

9       "Many of you that have been with me for years

10  know that this is not the first time I've gotten

11  emotional and impulsive during times of strain.  We

12  are in a stressful journey together and sometimes the

13  pressure gets the best of me.  It does not matter the

14  circumstances.  I should never behave that way in

15  front of my colleagues or treat people that are

16  working hard for Veritas in an unkind manner, and I

17  am truly sorry.  I fail to lead by example in these

18  cases.

19      I hurt people who are here because they believe

20  in our mission.  I'm truly [indiscernible] by my

21  behavior, as I let you all down, let myself down in

22  these instances.  This is not what a great or even

23  good leader does.  I do expect the best from

24  everyone, but it should start with me.  Anything less

25  than our best, then we do not stand a chance against

Project Veritas - Board Meeting
February 06, 2023

Page 37

1   the array of forces against us.  We have a long way

2   to go, and if we're going to accomplish this mission,

3   then I must be held accountable for my actions when

4   they result in harm.

5       So my solution is as follows:  I am going to

6   slow down and listen.  From here forward, I will have

7   an open-door policy for anyone on staff to share

8   their observations about our mission and our

9   organization with me directly.  I want to hear from

10  the staff about ideas and communications and

11  procedures and other things that I can do to

12  implement and improve Project Veritas.  I understand

13  that my behavior, like the ones you saw on Tuesday,

14  were public disagreements -- private disagreement,

15  rather -- that was made public cannot happen again,

16  and I've apologized to Tom personally.

17      Please accept my apology for that behavior last

18  week -- and there have been other times of public

19  disagreements -- from the bottom of my heart.  I hope

20  that I can count on your grace, your forgiveness, and

21  your continued dedication to Project Veritas as we

22  work together.  We are an organization that does not

23  exist without all of your efforts.  You all know by

24  now that I'm not always good at expressing myself,

25  but I am [indiscernible], and have had a chance to

Project Veritas -  Board Meeting
February 06, 2023

Page 38

1   reflect.  I am very proud of this team, I believe in

2   all of you, I want to work with you, and I want you

3   all to be happy here in our mission.  Again, I'm not

4   always good at expressing it, but I am proud of this

5   team.  I believe in you, and I'll always walk through

6   walls for the mission of this place."

7       I suggest that this be distributed to the staff

8   with the board's blessings and I be given the

9   opportunity to actually have these open-door policies

10  this week and beyond and have a chance to listen to

11  feedback without providing any responses but simply

12  to listen and observe so that we can figure out the

13  best way forward.

14      SPEAKER:  If I can respond to that.  I think

15  that's certainly good intention.  We do have in our

16  handbook a 24/7 open-door policy, so I may revise

17  that part before sending that out.  You certainly

18  don't need the board's permission to take that

19  action.

20      SPEAKER:  I will say that that has to be a very

21  humbling and sincere letter.  It is also a great

22  introspection that he sees in himself that most

23  people won't ever get to, and that to me says mounds

24  upon mounds of who this man is, what he has done, and

25  why he should continue to lead.

Project Veritas -  Board Meeting
February 06, 2023

Page 39

1      SPEAKER:  I would like to hear from some other

2  employees so that we have the full context of why

3  [indiscernible].

4      SPEAKER:  [Indiscernible].

5      SPEAKER:  Anything else for Dan?  Any

6  questions?  Dan, do you want to provide any other

7  relevant input?  I mean, anything?

8      SPEAKER:  I guess the only other thing I can

9  talk about briefly is just basic understanding of

10  organizational structure and finances.  Often we talk

11  about whether we can afford something, not by

12  comparing some fixed cost to variable cost and basic

13  understanding of accounting is I think lacking there,

14  and we're usually making expense decisions based upon

15  how much of a percentage of payroll, which is the

16  wrong metric on any level for any expenditure.  So

17  that just one example that I've always been concerned

18  with.

19      SPEAKER:  Doesn't the responsibility for that

20  reside with the CFO?  Shouldn't they be empowered in

21  that regard or not?

22      SPEAKER:  I think the answer is yes.  I

23  shouldn't say that.  I know the answer is yes.

24      SPEAKER:  Isn't Howard present to do that?

25      SPEAKER:  I think on paper, I understand it,

Project Veritas - Board Meeting
February 06, 2023

Page 40

1  that the CFO is accountable for this, but I believe

2  there's very often --

3      SPEAKER:  Dan, sorry --

4      SPEAKER:  You can't have accountability without

5  responsibility empowering you --

6      SPEAKER:  John, this is Tom.  I'll answer that

7  question for you.  It usually comes from the top

8  down.  So no, I don't have the ability to push back

9  on it.

10     SPEAKER:  So you don't have any authority on

11  that.  You are kind of legally accountable maybe, but

12  you don't have any control over what -- how things

13  are [indiscernible].  Is that kind of correct or not?

14     SPEAKER:  Correct, yes.

15     SPEAKER:  Okay.  Well, that's a problem.  You

16  know, I'm really glad James got to read his letter.

17  I think it's well written and thoughtful, and I think

18  it's really important for James to have this be

19  heard.  I do think we need to move on to the rest of

20  the meeting.

21     SPEAKER:  I agree.

22     SPEAKER:  Thank you, James.

23     SPEAKER:  Stephan, I have [indiscernible], the

24  number ending in 5638.

25     SPEAKER:  So should I admit the 5638?

Project Veritas -  Board Meeting
February 06, 2023

Page 41

1      SPEAKER:  Yes.

2      SPEAKER:  Okay.  They're admitted.

3      SPEAKER:  Thanks, Stephan.

4      SPEAKER:  Barry has been an employee for a few

5   months.  He came in, was hired unilaterally to be

6   like an independent consultant on certain SBUs to

7   help fix them, and he became a lead to many of the

8   employees and [indiscernible].

9      SPEAKER:  Can you guys hear me okay?

10      SPEAKER:  I hear you.

11      SPEAKER:  Okay, great.  Hi, Matt.  Hi,

12   everyone.  How are you doing?

13      SPEAKER:  We have very limited time.  So just

14   get to your main points, please.  Thanks.

15      SPEAKER:  All right.  First of all, I'm here

16   painfully and unhappily.  I've been with this

17   employer from 2012 and then on and off and then

18   [indiscernible] here, and then, as you know, an

19   employee as of this fall.  I joined because of the

20   mission and the person behind the mission, and sadly,

21   my confidence and respect for the leader, the CEO of

22   the organization, has completely eroded to the point

23   where I feel [indiscernible] this week that I can no

24   longer follow his lead because I consider the

25   workplace a hostile work environment, incredibly

Project Veritas - Board Meeting
February 06, 2023

Page 42

1  toxic, employees are continually shamed and bullied

2  and discounted and appear to only be object to one

3  end, which is the furtherance of his personal agenda.

4      I feel the donors have just been treated quite

5  dismissively as being only an object to donate money,

6  once again, for the same means, and they're not

7  respected.  I also have witnessed over time the

8  fiduciary responsibility, my opinion, not respected

9  of those donors' money and spent very poorly, and

10  never like anything I've seen in a private company,

11  let alone a nonprofit that's supposed to be mission

12  based.  It seems to me the mission has been lost.

13      SPEAKER:  Can you give any specific examples?

14      SPEAKER:  Well, I ran a large company with a

15  lot of employees, and I never lived this lifestyle

16  with black cars running at $250 an hour constantly

17  picking me up, moving me around, flying a helicopter

18  up to Maine to go to family.  It's just very

19  extensive accommodations when the rest of the staff

20  are staying at one level.  I mean, all for one and

21  one for all, especially a nonprofit.  I just never

22  have seen a position of one person living one way and

23  everyone else living another way.

24      SPEAKER:  Haven't some of those excursions --

25  as you referred to -- though, been meeting with

Project Veritas -  Board Meeting
February 06, 2023

1  donors?

2     SPEAKER:  Some of them, yeah, but not all of

3  them.  It's hard to tell what the definition of a

4  donor is anymore, quite frankly.  Even still --

5  listen, I'm here as a former employee, and I'm just

6  telling you what I saw.  You guys do what you do.

7  And who am I speaking with, by the way?

8     SPEAKER:  This is Steve [indiscernible].

9     SPEAKER:  Hi, Steve.  So I have lost trust in

10  them.  I got to the point where I couldn't in good

11  faith ask people to invest in this organization, the

12  high dollars I was constantly getting asked to

13  invest, because I just don't think the

14  [indiscernible] of those dollars was proper and in

15  line with the mission and certainly in line with the

16  way nonprofits should be run.

17     Lastly, I think I witnessed the board's trust

18  being abused, for example, when the executive plan --

19  which was never approved by anyone in the executive

20  that I'm aware of -- was distributed and said that it

21  was approved by the plan -- and I've been around long

22  enough.  I've been in the workforce for 30, 40 years.

23  I've never seen anything run this poorly, and I've

24  never seen such a hostile and I've never seen people

25  so taken for granted.  When you issue a plan without

Project Veritas - Board Meeting
February 06, 2023

Page 44

1  any approval of your executives without any approval

2  of your board and then it's distributed as both have

3  happened, that's incredibly difficult for anyone

4  trying to follow that lead and certainly something I

5  became unwilling to follow.

6      I'm happy to go into more specifics, but I know

7  the time is limited.  And [indiscernible] last week

8  when I told James I can no longer follow his lead, I

9  was told over and over again that people beneath me

10  are supposed to follow my lead no matter what.  And I

11  told James, "I consider your management highly

12  dictatorial and I can't in good context follow it.  I

13  can't in good conscious manage people underneath

14  you."  I was given the role of interim CEO because

15  everyone else was pretty much left in that role, it

16  was down to bare bones, and trying to keep it going

17  and in [indiscernible] manage those people when James

18  would swoop in and just grab someone off my team and

19  direct them to do things and it was a different

20  person that was supposed to do that the day before.

21  It became [indiscernible].  It's a culture of fear.

22      And I told James I couldn't manage that

23  organization, I couldn't work there anymore following

24  his management style.  I said, "There's three things

25  that can happen here, James.  I'll resign, I'll get

Project Veritas -  Board Meeting
February 06, 2023

Page 45

1  fired, or things will change, but I can't follow your

2  lead because I consider it dangerous.  It's hostile

3  to coworkers."  I came into this organization knowing

4  no one and having no personal relationships.  I was

5  there for the mission and the people that were

6  supposedly supporting the mission, but it became

7  pretty clear it was just about one person.  And the

8  mission, it really seems to be just there to support

9  that person's personal goals in my opinion.

10  Something got lost along the way.

11      The last thing I said is, "or things change."

12  I think there's -- there was a great opportunity to

13  create a great administrative organization underneath

14  an amazing and groundbreaking journalist.  And I told

15  James this, I think he's a groundbreaking journalist,

16  but there's no straight line between being a great

17  CEO and a great journalist.  Very few people in

18  history can do both, and --

19      SPEAKER:  What did you say, you were terminated

20  because you disagreed?

21      SPEAKER:  Yeah.  100 percent I was terminated

22  for insubordination because I wouldn't follow his

23  lead, or whatever you want to call it, word for word.

24  I couldn't agree with it.  I always had problems with

25  how people were being treated.  And certain tactics,

Project Veritas -  Board Meeting
February 06, 2023

Page 46

1  it was double the smack-down every time.  "Follow me,

2  I brought you on, follow me," etc., etc.  So I made

3  that clear --

4      (Simultaneous speaking)

5      SPEAKER:  So that afternoon, I got an e-mail

6  from James saying that he accepted my resignation,

7  and I responded, "I never submitted my resignation,"

8  and he said, "Therefore, you're terminated."  I said,

9  "I never submitted my resignation, but I cannot

10  follow your lead and support your management style."

11      SPEAKER:  What was your role, Barry?

12      SPEAKER:  Chief strategy officer.

13      SPEAKER:  Too many people talking.  Barry, what

14  was your role?

15      SPEAKER:  Chief strategy officer.  I was

16  brought in to help Dan and the team stand up this new

17  platform that we discussed, we had been discussing,

18  called PVCV, and broaden the message so we could get

19  the awesome journalists out to more people

20  [indiscernible] in long form and hopefully bring in

21  [indiscernible].  It's more efficient that way.  I

22  was also brought in to help with development.  Over

23  time, it became clear that I was asked to lead

24  development because Randy had left and I had already

25  been helping out before that on a volunteer basis at

Project Veritas -  Board Meeting
February 06, 2023

Page 47

1   five or six events.

2      SPEAKER:  So Barry, [indiscernible] you had

3   introductions and facilitated some tangible results

4   in development prior to your coming onboard formally

5   in any way, and some of those have resulted in

6   seven-figure donations; is that correct?

7      SPEAKER:  I'm not sure about seven-figure

8   donations.  I definitely have done things in the team

9   over the target of very high network people, probably

10  four or five times, adding up to probably 4 or 500

11  people.  There was -- I wasn't involved in the

12  follow-up process at that time, but I definitely know

13  tens of thousands of dollars had been donated from

14  people that I know and a lot more would be

15  [indiscernible] in the pipeline.

16     SPEAKER:  So you were a catalyst.  I think

17  that's the word to describe you as, a producer as

18  catalyst, a facilitator.

19     SPEAKER:  I was trying to build a proper

20  pipeline that you would for high network donors.  I

21  mean, we ended up [indiscernible] this development

22  department drive-by development because everyone had

23  high network [indiscernible] and they could be asked

24  for a million dollars or 250 or whatever their

25  capacity was deemed to be immediately.  No

Project Veritas - Board Meeting
February 06, 2023

Page 48

1  relationship building really to speak of.  That's not

2  how --

3      SPEAKER:  Barry, have we lost any donors or

4  have any donors been disparaged as a result of

5  anything that James has done?

6      SPEAKER:  I certainly have heard, that

7  [indiscernible] was pretty bad, the New York Times.

8  I think it was Goldman, the New York Times

9  complication on the street, a lot of people were put

10  off and thought it was something very personal and

11  not something that was mission [indiscernible] of

12  journalism.

13      I did introduce him to a billionaire family in

14  Houston, and it was a cultivation, and I spent

15  15 years building that relationship, and he showed up

16  25 minutes late and we got an hour of their time,

17  hour and a half maybe, and I asked him not to ask for

18  any money because it was a cultivation, and I went to

19  the bathroom, and by the time I came back, he had

20  asked them for cash.  That is not how things work in

21  this world.  [Indiscernible] to me, I never heard

22  from that guy again.  15-year relationship I had been

23  building down the drain, in my opinion.  He might

24  come back, but I haven't heard from the guy since,

25  pretty much.

Project Veritas -  Board Meeting
February 06, 2023

Page 49

1     SPEAKER:  Thank you.

2     SPEAKER:  Barry, you help put together an event

3  in Palm Beach at [indiscernible]'s house.  How would

4  you describe the results from that?

5     SPEAKER:  Well, the results were underwhelming.

6  The right people were there, but I think people --

7  these are all professional givers at this level.

8  [Indiscernible] started asking people for $5,000 a

9  head and he's getting 5 million out of them now.

10  Those people need to be cultivated and respected, and

11  I think we've got on base, but we have a lot of work

12  to do.  And I certainly had asked some major league

13  people that were previous PV donors that had left for

14  whatever reason, but now I had my [indiscernible] to

15  attend, they did, and I'm not confident that the

16  follow-up is there to cultivate these people the way

17  they expect to be cultivated.

18     SPEAKER:  The ZIP Code 33480 is a

19  [indiscernible] like is [indiscernible].  And

20  properly cultivated, it will yield incredible

21  results.  I know, because I [indiscernible].

22     SPEAKER:  Yeah, but it's not drive by built.

23  It will do more harm than good.

24     SPEAKER:  [Indiscernible], we both -- you're in

25  the same ZIP Code or your adjacent ZIP Code because

Project Veritas - Board Meeting
February 06, 2023

Page 50

1  you're in Wellington, but [indiscernible].  But James

2  has been in this room more than once where

3  [indiscernible] I met over ten years ago through the

4  same crew through the same restoration weekend.  He

5  did start out at 5,000.  He'll tell specific stories,

6  and we were in the room where he raised just

7  something over 20 million, this year, 22 million.

8  There's a lot of groundwork that goes -- there's

9  [indiscernible] and cultivation that goes before that

10  magical moment where people officially make those

11  donations.

12      SPEAKER:  I would like to hear from Tom.  I

13  mean, if there's any other questions for Barry or if

14  Barry has anything else he'd like to say, I would

15  like to keep this moving.

16      SPEAKER:  Yeah.  Barry, I just have -- when you

17  met James via helicopter, were there [indiscernible]

18  on the way [indiscernible] where he --

19      SPEAKER:  You cut out, Matt.

20      SPEAKER:  Was there donors met on the way to

21  Maine or in Maine when there was a helicopter ride

22  chartered privately?

23      SPEAKER:  No.  As far as I'm aware, it was

24  [indiscernible] stopped in Newport to pick up a

25  professional captain, which the sole purpose was to

Project Veritas -  Board Meeting
February 06, 2023

Page 51

1   help sail the boat back.  The boat was in such

2   disrepair.  I wasn't going to go offshore -- I'm a

3   former professional, so I found a professional who

4   was willing to get picked up and come up and that

5   [indiscernible] was really just about repairing the

6   boat and getting it back to Rhode Island

7   [indiscernible].  I was only trying at that time to

8   introduce him to people that [indiscernible] specific

9   donors.  All the donor stuff came before we left for

10  Montana in the early part of the month.

11      MR. O'KEEFE:  I'd love an opportunity to

12  respond when Barry Hinckley is off the phone, please.

13      SPEAKER:  [Indiscernible] might be allowed to

14  listen to this, but I mean, maybe not speak, but

15  like, what James stated.  I'm concerned about time,

16  because we're at 3:00.  Some of you are leaving in 15

17  to 30 minutes and we haven't even scratched the

18  surface.

19      SPEAKER:  I mean, we could continue to talk to

20  employees amongst each other without ruling on

21  anything or making any formal motion.  Obviously we

22  can't complete [indiscernible] dispositive

23  [indiscernible], but there's still some factfinding.

24      SPEAKER:  If there are going to be accusations

25  made about improprieties, I think it's only

Project Veritas -  Board Meeting
February 06, 2023

Page 52

1  appropriate to have the chief executive officer

2  respond with the facts of what happened, and I'd like

3  to do that.

4     SPEAKER:  I completely agree, James, but is

5  this something we can just defer -- go ahead,

6  briefly.

7     MR. O'KEEFE:  So I would say there's a man

8  named John Trainor, Barry Hinckley knows who he is,

9  he was based in Maine, and due to weather issues,

10  that was something I spoke with Tom O'Hara about, and

11  Tom O'Hara, I had this verbal consent to book that --

12     SPEAKER:  Wait, wait.  Don't put words in my

13  mouth.

14     SPEAKER:  May I finish?

15     SPEAKER:  Not if you're going to accuse me of

16  consenting to something I didn't.  I'd like to defend

17  myself.

18     SPEAKER:  No accusations, just stating what I

19  witnessed.  John --

20     SPEAKER:  I did not consent.  You told me you

21  had donor meetings, that's what I consented to.

22     MR. O'KEEFE:  There was a man named John

23  Trainor, who Barry Hinckley knows, that was

24  organizing an event in Texas that we organized.

25  Oftentimes the chief executive officer has to have

Project Veritas - Board Meeting
February 06, 2023

Page 53

1   multiple donor meetings in one day, sometimes meet

2   with multiple billionaires in one day.  In this case,

3   there was a gentleman named John Trainor who was

4   organizing an event in Texas that was present in

5   Maine.  Weather issues occurred, and the -- I have in

6   front of me the itinerary from HBN to KUUU, that's

7   [indiscernible] Airport.  Weather issues diverted the

8   plane to Portland ultimately and I was not able to

9   arrive to my destination until very late in the

10  evening.  That was --

11      SPEAKER:  Was it [indiscernible] or a chopper?

12      MR. O'KEEFE:  It was a helicopter.  The other

13  helicopter rides I can remember are one to visit

14  Tucker Carlson at his hunting cabin in Maine, some

15  2020, a couple thousand dollars to go from here to

16  The Hamptons again to meet with a billionaire.

17  Oftentimes the chief executive officer has to -- in

18  order to obtain multiple meetings in one business day

19  to increase the revenue for the company has to make

20  the decision in order to spend a little money,

21  $2,000, $5,000 or $10,000 in order to do this.  I was

22  told that this is an optics issue more than a

23  financial one since the purpose for these trips

24  whether it's Tucker Carlson or Andy Saven who gives

25  us $50,000 a year or John Trainor who organized an

Project Veritas - Board Meeting
February 06, 2023

Page 54

1  event in Texas, that was the intent, and the sole

2  purpose behind each of these things, that is what I

3  think a prudent chief executive officer of any

4  company does in order to raise more revenue for the

5  firm, which is my priority and purpose.

6      I've had some disagreements with -- we've had

7  some disagreements about that, but I think it's

8  within the purview of the chief executive officer to

9  raise as much revenue as possible for the

10  organization due to limited time.  This is not unique

11  or unusual.  As to taking black car service, I don't

12  fully understand how that's an impropriety or any

13  different than an Uber.  That's something that Mr.

14  Hinckley said.  And also we've had conflicts of

15  visions over the direction of fundraising, but

16  ultimately -- for example, there's a lot of things

17  that are omitted, and I just wanted to make sure that

18  everyone understood the purpose of that

19  transportation.  The purpose that it was intended

20  for, for those particular --

21      SPEAKER:  My understanding was you left your

22  boat in me, we were planning a trip to bring it back,

23  John Trainor you already met a week or so before at

24  the event we hosted at our house for you to raise

25  money, he was already working with Joanne to set the

Project Veritas - Board Meeting
February 06, 2023

Page 55

1  event up, that one was in the bag already.  Whatever

2  happened on the back with John Trainor was social.

3      SPEAKER:  Were there any other donors on this

4  trip?

5      SPEAKER:  Not that I'm aware of.

6      SPEAKER:  That's a question for James.  Did you

7  see any other donors on that trip?

8      MR. O'KEEFE:  The intention of that trip was to

9  follow up with John Trainor.

10     SPEAKER:  Just John Trainor?

11     MR. O'KEEFE:  He organized an event in Texas, I

12  believe it was in October, in Highland Park.

13     SPEAKER:  So just to meet with him or were

14  there others?

15     MR. O'KEEFE:  I believe it was just him, to

16  follow up with him.

17     SPEAKER:  Okay.

18     SPEAKER:  Now is the time to have Tom --

19     SPEAKER:  I think we should move on.

20     SPEAKER:  When we move on to executive session,

21  we can do that as we -- to manage the amount of

22  people on the call, there are time constraints, I do

23  think there are a couple of employees who are looking

24  to share.

25     SPEAKER:  Go for it.

Project Veritas -  Board Meeting
February 06, 2023

Page 56

1      SPEAKER:  Thank you, Barry.

2      SPEAKER:  Thanks for your comments.

3      SPEAKER:  [Indiscernible] folks calling in, and

4  afterwards, Jonathan Bailey.

5      SPEAKER:  I don't see anyone --

6      SPEAKER:  They're calling in now.

7      SPEAKER:  While we're on -- this is Stephan,

8  I've got a bit of -- I have a hard stop at 3:30.  I

9  can leave the system up.  I'll be texting with John,

10  but I have a very hard stop at 3:30.  But you don't

11  need me, you've got Sullivan.

12      SPEAKER:  We can continue.

13      SPEAKER:  Thanks, Stephan.  Is anybody showing

14  up on our call-in line?

15      SPEAKER:  Yes.  I've got a [indiscernible].

16  I've got two, do you want me to admit both?

17      MR. O'KEEFE:  No.  0371 is Joanne

18  [indiscernible].  You can let her in first.

19      SPEAKER:  Okay, 0371 is coming in.  Joanne is

20  in.

21      SPEAKER:  Hi.  Joanne?

22      SPEAKER:  Yes.

23      SPEAKER:  We'll give you the floor to explain

24  how you perceived the management and the leadership

25  and the culture of the organization.

Project Veritas -  Board Meeting
February 06, 2023

Page 57

1      SPEAKER:  Okay.  Can you hear me okay?

2      SPEAKER:  You're loud and clear.

3      SPEAKER:  All right.  Just wanted to make sure.

4      SPEAKER:  We're really short on time.  I just

5   wanted to let you know.  So we want to hear you --

6      SPEAKER:  We're not short on time.

7      SPEAKER:  I'm not.  I have an infinite amount

8   of time, but some of our board members are going to

9   have to be off.

10      SPEAKER:  Okay.  Well, let me go ahead and -- I

11   am going to give my perspective.  And just for a

12   little bit of background, I joined PV development

13   organization in December of 2020.  I had never been

14   with such a diverse group of individuals who are so

15   mission-aligned and committed to the [indiscernible]

16   on the mission and really good people.  I also have

17   never experienced so much turnover, turmoil, and

18   dysfunction in the workplace. The negative impact

19   spilled over onto personal life where my husband and

20   grandchildren are telling me that I need to leave the

21   stress of the job at work because I take it out on

22   them not even realizing that I'm doing it.

23      The work environment has noticeably changed to

24   the negative over the last four to six months where

25   it's a really hostile work environment and we're

Project Veritas - Board Meeting
February 06, 2023

Page 58

1  really operating in fear that we're going to be

2  chastised or reprimanded for doing something wrong.

3  I did not want to go into the office today.  I was

4  concerned, really.  I didn't feel safe going into the

5  office.  That has never happened in my entire career.

6  Over the last four to six months -- is there a

7  question, or just continue?

8      SPEAKER:  Just continue.

9      SPEAKER:  Okay.  So over the last four to six

10  months, James has been noticeably more agitated and

11  more arrogant with his messaging and we have been

12  more focused and desperate for money, at times, rude

13  and curt with donors, not really listening to the

14  donors, and having conversation, but demanding that,

15  "It's just clear the work we do is very important.

16  Just give us your money."

17      We are treating our donors more like ATM

18  machines than cultivating and developing

19  relationships.  We come across -- he comes across

20  oftentimes that only his time matters, and it's very

21  dismissive of who we're meeting with and what we are

22  trying to do.  Being desperate and sharing the

23  message with supporters that we're desperate is not

24  something that is helping donors to want to give to

25  us.  He frequently has threatened that if he walks

Project Veritas -  Board Meeting
February 06, 2023

1  away from PV, there will be no PV, that James is PV

2  and PV is James, and I believe that we have a talent

3  in the office and the organization in place that PV

4  can and does deliver results whether James is

5  speaking for us or not.  It is not a healthy

6  environment to be working in.

7      The donors want to investigate -- they want to

8  invest in investigative journalism.  Frequently we're

9  being told it's not just about James, it's the

10  investigative journalism that we're doing.  They want

11  to see more of that.  We just recently had the

12  largest [indiscernible] in PV history where we raised

13  online alone from the [indiscernible] about $900,000.

14  That's the biggest [indiscernible] to date.  We're

15  not even celebrating that, and no message of

16  congratulations to the PV team other than to

17  congratulate the journalists, and of course he

18  deserves the congratulations, but a whole team puts

19  together what PV is delivering to the marketplace.

20  People need to be recognized for the hard work that

21  they're consistently providing.

22      The donors are pleased that we're not doing

23  these one-night hits where we're really into getting

24  more in-depth on our journalism and putting more

25  credibility into the stories.  That's the feedback

Project Veritas -  Board Meeting
February 06, 2023

Page 60

1   that I'm consistently getting from the donors I speak

2   to.  We had a high-dollar call with James and

3   Clarice, who was with a PV for a couple of weeks.

4   She came onboard, a very, very [indiscernible]

5   officer.  And in the course of that [indiscernible],

6   offered a different approach potentially with the

7   donors.  James did not really receive that suggestion

8   well and went after Clarice.  Clarice ended up

9   leaving within two weeks because of the environment

10   that we're working under.

11      In the middle of January, Barry and I were in

12   James' office to do a call with James.  We had put

13   together a list of individuals that had not donated

14   as much as we had forecasted in 2022.  We were

15   focused on the shortfall and growing our revenue.

16   This list is about 20 donors, 5.6 million short in

17   what we had forecasted that we'd be receiving from

18   them.  We wanted James to discuss with them what it

19   would take for them to feel comfortable making an

20   investment in PV and increasing their donation and/or

21   renewing their support.  James did not receive this

22   well, got very angry at both Barry and myself.

23      The following day, James called to express how

24   dissatisfied he was with what I had done in his

25   office the day before and one of the -- part of the

Project Veritas - Board Meeting
February 06, 2023

Page 61

1   discussion was around communication and staying on

2   top of all the messages and things that are floating

3   around.  And I expressed that there was multiple

4   channels, I do have difficulty at times finding

5   everything because we have it in Telegram, we have it

6   in Teams, we have it in e-mail, etc.  It was just

7   being bullied because I didn't deliver.

8       In any case, one of the things that's occurring

9   and that I'm hearing over and over again is that we

10  have a reputation among our donors that we look at

11  them as an ATM machine because we're not really

12  treating them as partners, we're not cultivating

13  relationships.  An example of that is after a recent

14  Palm Beach event, we were introduced to a new

15  process.  We developed a list for James to call so he

16  could personally call and thank them for coming and

17  getting to know them.  One of the [indiscernible] he

18  met was potentially [indiscernible], that is an

19  individual who hasn't given to us in the last couple

20  of years, but she took time out of her schedule even

21  though she had a dinner later that night to come and

22  see us.  We wanted him to call and just thank her.

23  He chose not to do that, that was not something that

24  he wanted to do.

25      In addition, we had sent out -- we called

Project Veritas - Board Meeting
February 06, 2023

1    everybody, we thanked everybody, we sent them a

2    follow-up e-mail thanking them for being at the

3    event, included a donation link.  We actually got

4    feedback -- we got some donations, we also got

5    feedback, some messages that they appreciated the

6    e-mail that we had sent them.  They subsequently the

7    following week asked us to send an e-mail to all of

8    the donors who we had left a voicemail that we had

9    not yet spoken to and we were following up

10   [indiscernible], we were following up to call to talk

11   to them.  He wanted an e-mail to go out with a

12   five-figure ask in the e-mail.  I and the DVO team

13   did not think that was appropriate or a good idea,

14   and later in the afternoon, after the DVO team had

15   finally settled on that, James called and was

16   reprimanding me for not wanting to send that out, the

17   e-mail with the five-digit ask.  He asked me why, I

18   said I didn't think it was appropriate, that's not

19   the way you cultivate a relationship.

20        During the course of that conversation, I was

21   [indiscernible] to being the reason that there's such

22   low morale in the entire company, not just the

23   [indiscernible], but the entire company.  He also

24   suggested that if I don't like the way things are,

25   "There's the door, you can leave the company."  We

Project Veritas - Board Meeting
February 06, 2023

Page 63

1  were ordered to go ahead and do that, we drafted it

2  up and he wanted to review it.  I sent it to him a

3  few hours later, he got back to Tom to let Tom know

4  that there was a misunderstanding and that isn't what

5  he had said at all.  The treatment at that point in

6  time with that call, [indiscernible] came in from

7  next door to apologize for how we were treated when

8  James called to [indiscernible] to the event.

9      There's other specific incidents -- and some of

10  this is not that easy to share, but this is feedback

11  that I'm getting more frequently and more

12  consistently.  So I just wanted to make the statement

13  this is what I'm being told, this is what I'm being

14  told by donors who have called.  There was an event

15  in Greenwich, James was an hour and 15 minutes late.

16  There were individuals who were dissatisfied because

17  he did not apologize for wasting their time, as well

18  they were [indiscernible] to say that the dress of

19  his girlfriend was not appropriate, and James asked

20  Tom and I to come to office to discuss that.  I said

21  that she probably was not appropriately dressed for

22  an afternoon event in Greenwich on education.

23      We also had been at other events and the

24  individuals attending the events had also commented

25  on James' girlfriend.  And in Charleston,

Project Veritas -  Board Meeting
February 06, 2023

Page 64

1    particularly, we had a private dinner, there was

2    assigned seats, and his girlfriend did not want to

3    sit where she was assigned, and they asked and just

4    refused to go where she was supposed to sit.  And it

5    was embarrassing because we had guests and we need to

6    have some level of listening to who's hosting.

7        Recently there's been several new processing

8    donors who have shared that they were having

9    conversations with his girlfriend where she's talking

10   about raising 5 to $10 million and having individuals

11   at dinners and lunches who are ready to write checks

12   for 1 million to $10 million and that there was no

13   tact or finesse coming from his girlfriend.  The

14   reason I'm bringing this up is it's reflecting poorly

15   on Project Veritas's reputation.  I understand that

16   you have a personal life and you do have individuals

17   that you're going to be with, but if they're brought

18   in to part of the company, then we cannot afford to

19   have this kind of information going around or look

20   going around, because if you're talking about Project

21   Veritas, the donors need to be comfortable in what

22   they're investing in.  I have suggested to these

23   individuals that they need to share this back with

24   Director James, if they're not willing to write a

25   check, but it's becoming more and more common to hear

Project Veritas -  Board Meeting
February 06, 2023

Page 65

1   this kind of feedback.

2       Other donor examples, recently in Miami, James

3   was very dismissive of a donor.  They wanted to talk

4   about a certain subject and James was just focused on

5   a recent FI and wanted them to watch that, and his

6   demeanor was just not -- it was just disturbing how

7   he was treating them versus really listening and

8   appreciating the fact that they just gave us a

9   $30,000 grant.  He's not always hearing what the

10   donor is saying.

11       There was a donor out in California who James

12   had said he's going to fund an entire villa and pay

13   for everything, and he started to engage with the

14   donor.  In fact, that was not what was happening.

15   The donor was willing to fund a cash award for a

16   whistleblower and the money was going to come out of

17   normal -- his normal annual contribution to us.

18       So there was another incident where he asked

19   for $100,000 at the end of a dinner in December.  The

20   [indiscernible] form did not go through to the donor.

21   I was given the task to follow up.  James became very

22   frustrated that they didn't have a form.  When I

23   followed up with the donor, the donor had not and

24   still has not committed to giving us the $100,000.

25   We're not sure how much they'd want to give us,

Project Veritas -  Board Meeting
February 06, 2023

1  they're really assessing their relationship with us.

2      I believe PV deserves to be the best.

3  [Indiscernible] but to the team that is in place

4  that's really doing this tremendous work.  In my

5  opinion, James is acting to the detriment of the

6  organization and our ability to grow.  Barry was

7  brought in to help develop the platform and

8  [indiscernible] he began to put a structure in place

9  and really got into a routine, which James stopped

10  after the effort being called that we tried to do

11  with James.

12      So I think [indiscernible] media organization

13  that can be, we have the most talented team I've seen

14  since coming to PV and hope the board can make a

15  decision to allow the company to flourish.  I don't

16  believe that James is in a management position of

17  controlling individuals that's going to allow that to

18  happen.  I thank everybody for the opportunity to

19  speak, and if there's any questions or clarification

20  --

21      SPEAKER:  I have one question.

22      SPEAKER:  Okay.

23      SPEAKER:  This is Joe [indiscernible].  Thanks

24  for all your testimony here today.  Can I ask:  Do

25  you think that James is good at anything?  And if so,

Project Veritas - Board Meeting
February 06, 2023

Page 67

1    what are his strengths?

2        SPEAKER:  James is good at being the face of

3    PV, at talking about what it is we do and what we

4    accomplish, talking about the story.  But managing

5    the people and interfacing the donors, he's not

6    developing relationships, and as I said, Joe, in the

7    last four to six months, that has been very

8    pronounced.

9        SPEAKER:  Joanne, thank you for your

10   information.  You and I spoke very briefly yesterday,

11   and I hope you got some assets, sorry you were late,

12   and I'm sorry about -- I was just worried about the

13   shortness of time we have, and I apologize profusely.

14   You're under enough pressure.  Can you comment on how

15   this has affected you personally?

16       SPEAKER:  So I typically have said that this is

17   my third career, and I absolutely love being a part

18   of Project Veritas, but especially the last six

19   months, it has been a constant stress ball.  I

20   typically get into the office around 6:30 in the

21   morning, I stay until 8:00 or later, traffic quite a

22   bit, and that was all great, and meeting new people

23   and talking about what Project Veritas brings to the

24   table is great. It's becoming harder and harder to do

25   that, and I've experienced the mistreatment of

Project Veritas -  Board Meeting
February 06, 2023

Page 68

1   employees and also the mistreatment of donors.  I

2   mean, it's just not right.  I can't sincerely ask for

3   a large amount of money knowing that potentially

4   we're wasting the money and we're not really being

5   the best we can be in our mission.

6      SPEAKER:  Joanne, you mentioned retention.  You

7   cited Clarice who was there for two weeks.  You've

8   been involved with PV for quite a few years.  Have

9   you seen an acceleration in turnover?

10     SPEAKER:  So I'm not sure I can answer that.

11  As I said in the beginning, I've never seen so much

12  turnover in any role that I've ever been in.  I spent

13  years in corporate and had my own company.  I've

14  never seen turnover like this.  You can't disagree.

15  You are bullied, it's not something that I've ever

16  experienced before, and there's a lot of turnover.

17  If you look at who's here now, many people haven't

18  been here.  I've been here two years, a little over

19  two years, and I'm probably one of the longer

20  longevity people.

21     SPEAKER:  Do you have a feeling that after -- I

22  believe we already discussed -- the Tuesday meeting

23  and peoples' reaction to sort of the violence of that

24  with the berating, do you have a feeling that if

25  you're talking to an employee from the office most

Project Veritas - Board Meeting
February 06, 2023

1  frequently that people are [indiscernible]?

2    SPEAKER:  I think if there's not a change,

3  there will be a mass exodus.  Everybody is committed

4  to the mission, which is why we've approved so much

5  of this mistreatment, but there's a point where it's

6  a breaking point, and I think a lot of people believe

7  after now having spoken up, it's in James' hands.

8  We've gotta find something new, anyway.

9    SPEAKER:  Understood.

10    (Simultaneous speaking)

11    SPEAKER:  Go ahead, Steve.

12    SPEAKER:  I'm giving you a crystal ball.  If

13  you can change something today, what is it you'd

14  change and why?

15    SPEAKER:  I would ask that Tom and Barry and

16  Dan be given the opportunity to structure the

17  company.  It cannot be a flat company.  It's not

18  going [indiscernible], and James focus on journalism

19  and what he's excellent at, writing books, and allow

20  the company to be structured [indiscernible] in place

21  that have improved, the journalism has improved.  I

22  think Barry and Tom have experience in the marketing

23  and the development side and the platform side with

24  what we're trying to create and grow.  Allow that to

25  happen and see where PV can go.  It's not that James

Project Veritas -  Board Meeting
February 06, 2023

Page 70

1   -- James founded a tremendous organization, we have a

2   tremendous brand, and we've built on a story.  One

3   person can't manage the full thing, and that's what's

4   happened.

5       SPEAKER:  I know.  I managed 75 people and 200

6   people, and delegation is absolutely imperative.

7   Question:  You mentioned one event, I think it was on

8   Palm Beach Island, was it [indiscernible]?

9       SPEAKER:  Palm Beach, yeah, that was

10  [indiscernible].  I'm sorry, Steve, you're breaking

11  up.

12      SPEAKER:  I've been going in and out on this

13  Zoom thing.  Thank you very much.

14      SPEAKER:  Thanks, Joanne.

15      SPEAKER:  Thank you all.

16      SPEAKER:  Thank you, Joanne.

17      SPEAKER:  Buh-bye.

18      SPEAKER:  John Sullivan, are you able to let in

19  Jonathan Bailey?

20      SPEAKER:  Yeah.  I need to let Stephan know,

21  he's the moderator.

22      SPEAKER:  I just hang up, right?

23      SPEAKER:  Yeah, Joanne.

24      SPEAKER:  John Sullivan can do that, too.

25      SPEAKER:  It ends in 5377.

Project Veritas -  Board Meeting
February 06, 2023

Page 71

1    MR. O'KEEFE:  How many more people do we intend

2  to hear from?  Just a question --

3    SPEAKER:  I'm not seeing a 5377 in the queue.

4    MR. O'KEEFE:  Point of order:  How many more

5  people do we intend to hear from?

6    SPEAKER:  I mean, certainly all the people who

7  have requested to speak given the time issues, but I

8  think we should hear from a few more people in

9  different divisions of the company, not just

10  development.

11    SPEAKER:  I'll waive to that point and say

12  until the board decides that discussion is over.

13    SPEAKER:  I personally am inclined to continue

14  until -- as long as we can.  If people have to leave,

15  we'll be recording them.

16    SPEAKER:  I see a 904 number ending in 5377.

17  They're in the waiting room.

18    SPEAKER:  [Indiscernible] because I do have to

19  get moving.

20    SPEAKER:  Yeah.  I mean, Steve, I understand,

21  it's going to be very tough to get people together

22  again.

23    SPEAKER:  Hopefully we can keep going.  I'm

24  taking my iPad, which is what I'm Zoomed in on in my

25  car, and I'll take it with me.

Project Veritas -  Board Meeting
February 06, 2023

1      SPEAKER:  Okay.  904 number ending in 5377.

2  They're let in.

3      SPEAKER:  I think people have a right to speak

4  given that they do not feel heard.  This is the first

5  time they're having an opportunity.

6      SPEAKER:  It looks like 5377 is in.

7      SPEAKER:  Jonathan Bailey, please just address

8  your topic to the board.

9      SPEAKER:  Before he does that, I just want to

10  read quickly from the handbook.  Retaliation, it's

11  strictly prohibited.  The company's policy also

12  strictly prohibits any form of retaliation against an

13  employee because the employee complained about

14  harassment or discrimination.  Just wanted to get

15  that out.

16      SPEAKER:  Thank you, Joe.

17      SPEAKER:  Hello, everyone.  Is it okay if I

18  just kind of say why I'm here today?

19      SPEAKER:  Absolutely.

20      SPEAKER:  So I'd like to preface this by saying

21  that I personally have not endured the brunt of what

22  was discussed today.  Honestly, James has only ever

23  been kind to me.  My colleagues have explained to me

24  that that's because I'm new here.  I've been with the

25  company about six months, and quite frankly, there's

Project Veritas -  Board Meeting
February 06, 2023

Page 73

1   nowhere else I'd rather be.  I have the utmost

2   respect for James and recognize every day that he's

3   in an unenviable position what with the pressure he's

4   under and the persecution he faces with all firms.

5        That being said, these are precisely the

6   reasons behind the mistreatment of employees.

7   Specifically last week, I was in a room and witnessed

8   an incident where I honestly, afterwards, I just had

9   to go outside and take a deep breath.  I contemplated

10  [indiscernible] to be compelled to disagree morally

11  or ethically when doing so may result in termination.

12  Essentially the entire development staff is agreeing

13  on something that we thought was very important and

14  everyone was basically told, "It's my way or the

15  highway.  If you don't like it, you can leave," which

16  just kind of hurt morale in a big way, and I think

17  it's during [indiscernible] it's been frustrating.

18       I very recently have joined the development

19  team, and in my short tenure there, a lot of donors

20  have expressed frustration about they don't want to

21  pay for things like the Project Veritas Experience or

22  things like that, and it kind of makes me feel like

23  it's a [indiscernible] sometimes.  It's not easy to

24  say no to James.  So when compelled to do so for

25  whatever reason, people fear they might lose their

Project Veritas -  Board Meeting
February 06, 2023

Page 74

1   jobs, and I worry especially lately when it might be

2   me to be berated in front of my colleagues.

3       Again, I can't imagine the pressure James is

4   under, so I've always kind of assumed that that's

5   just an outlet for that.  We all love and respect

6   James, but we're all here for the mission, and I

7   think this is why this is happening.  I don't know

8   what the solution is, but I do know we need to

9   address it somehow to be able to maintain an

10  atmosphere where we can all focus on getting our

11  meaningful work done.

12      Eric [indiscernible], I don't know if he's

13  speaking to you guys or has or what, but I've had the

14  pleasure of working directly for Eric since I

15  started, and that guy is a powerful, tireless force

16  for PV, and for his own sanity, he might leave the

17  company, and that just breaks my heart.  I just don't

18  want to watch these valuable, wonderfully dedicated

19  people just disappear, and I feel like I'm kind of

20  awaiting my turn at the same seemingly inevitable

21  result.  That's really all I wanted to say.

22      SPEAKER:  What is your feeling on peoples'

23  views of the tenability, continuing this way versus

24  departures versus change?  What would you recommend

25  for change?  If you believe that people are looking

Project Veritas -  Board Meeting
February 06, 2023

Page 75

1   to leave, since you are in the office, you speak to

2   people all the time.

3       SPEAKER:  Honestly, I actually already have

4   spoken to James a little bit.  I actually was

5   compelled to write my own letter to James, just a

6   short one, just to say, "I don't know exactly what's

7   been going on, but it's wall-to-wall in that building

8   right now.  People are thinking about leaving because

9   they're frustrated."  It's a lot of people, and a lot

10  of my colleagues that I respect and admire and learn

11  a lot from are thinking about leaving.  And again, I

12  don't know what the answer is, but it's definitely

13  untenable, I'd say.

14      I don't know if it's really my place to speak

15  in favor of ex employees or employees thinking of

16  leaving, but it just feels like PV might always stay

17  in this perpetual state of [indiscernible] and never

18  have like a core force [indiscernible] the next big

19  hurdle.

20      SPEAKER:  Is there anything else you'd like to

21  add about what you see and the culture of the

22  organization or management?

23      SPEAKER:  I don't know.  I mean, I've been

24  wrestling with this for days, and it's just -- I'm

25  stressed.  I apologize, it's hard for me to think

Project Veritas - Board Meeting
February 06, 2023

Page 76

1  clearly right now.  Just we all care, we all care

2  about the mission.  That's why we're here.  We just

3  want to make sure that -- I don't know.  To be

4  completely frank, maybe I'm not qualified to make

5  this assessment, but I just think things might be

6  better if James wasn't specifically -- James, if

7  you're not specifically involved in personnel

8  management.  I don't know if that's the answer, but

9  that's one thing I can see might alleviate a lot of

10  these problems.  We talked about that briefly, James

11  and I the other day.  It seemed like he was receptive

12  and was contemplating.

13      SPEAKER:  You made mention of the infraction as

14  you were I think the first one to approach him and

15  share your feelings about the culture and the

16  environment in the office.  I salute your

17  forthrightness and transparency.

18      SPEAKER:  That's the thing, I didn't want to

19  have any secrets between me and James and anybody

20  else.  We're a team.  I just -- it needed to be said.

21  You could feel it.  If you were there, you could have

22  felt it.  It sucks James was busy at that moment

23  because maybe it would have gone differently and

24  maybe if everybody was [indiscernible], I don't know.

25  In our conversation, it seemed like James was open to

Project Veritas - Board Meeting
February 06, 2023

Page 77

1  the criticism.  He didn't react emotionally.  He

2  heard what I had to say and it seemed like he

3  appreciated my reaching out and assured me that I

4  wouldn't be fired for something like that, but then

5  it essentially came down to the same thing that got

6  what I believe led to the firing of Tom Barry, which

7  is just you do have to agree ultimately.  Regardless

8  of your experience and your personal thoughts on the

9  matter, you do ultimately have to agree or it's your

10  job.  That's how people are feeling right now, and it

11  just feels antithetical to what we stand for, and

12  it's just frightening.

13      SPEAKER:  Do you believe that there's currently

14  any building consensus within the groups and then

15  within the groups, what they determine

16  [indiscernible]?

17      SPEAKER:  Can you rephrase that question?

18      SPEAKER:  Do you believe that there's any

19  consensus building among the business

20  [indiscernible], development, and management?

21      SPEAKER:  Yeah, for sure.  I mean, it seems

22  like everyone expects some type of change and almost

23  everyone at HQ.  I don't think this really affects

24  the wonderful journalists we have on our team.  Most

25  of their time is in the field, we don't really see

Project Veritas - Board Meeting
February 06, 2023

Page 78

1  them too often.  I can't speak for other departments.

2  But yeah, there's definitely a lot of frustration in

3  multiple departments in the building, comms, DVO,

4  finance, production.  I think people, our instinct in

5  the moment is to kind of endure it, and just if

6  there's a moment where people feel like they're being

7  [indiscernible] unfairly, we all kind of just

8  discreetly apologize for them to each other and keep

9  our heads down and just keep the ship moving.  But --

10      SPEAKER:  Have you observed let's say stark or

11  clearer distinction -- has HQ -- when James is in the

12  office versus the field, is there a [indiscernible]?

13      SPEAKER:  I hate to say this, like it actually

14  breaks my heart to say this, but we get more work

15  done when James isn't at HQ.  I don't know -- sorry,

16  go ahead.  I was just going to say, I don't even know

17  really what I'm advocating for here, because

18  obviously I believe PV -- James is the face of PV,

19  and people watch more of our content if his face is

20  in the content.  We can measurably prove that, that's

21  important to add.  I don't know.  I mean, I know that

22  there's less anxiety in the office with James

23  elsewhere doing stuff that's important for him to be

24  doing

25      SPEAKER:  Thank you.

Project Veritas - Board Meeting
February 06, 2023

Page 79

1      SPEAKER:  That's my [indiscernible].

2      SPEAKER:  Thanks, Jonathan.

3      SPEAKER:  Let's keep it moving.  If there's no

4  more questions, let's [indiscernible].

5      SPEAKER:  I don't know if you can hear me.

6      SPEAKER:  My name is [indiscernible].  I've

7  been working for Project Veritas since January of

8  2019.  I was hired as an undercover journalist

9  originally and I transitioned to the IT team around

10  the end of 2020.  At that point we've had

11  [indiscernible] as the IT director.  We made a move

12  to bring in an individual named Michael Schaffer who

13  was going to be the permanent IT director at the time

14  to look over [indiscernible] and myself.

15  [Indiscernible] said [indiscernible] at that point,

16  which left Mike to be by himself, and when Mike --

17  Mike had basically one day of good work at Project

18  Veritas.  After that -- I was the only one helping

19  out Mike in the IT department.  It was just me and

20  him . Whenever there was a problem, it was me and

21  Mike [indiscernible] James.

22      I'll never forget -- and it's my fault, I let

23  it occur multiple times.  I was young at the time.  I

24  mean, I still am, but I've learned a lot, and I

25  watched as one time -- James used to hate the word

Project Veritas - Board Meeting
February 06, 2023

Page 80

1  process.  He didn't like the word process for some

2  reason.  Mike would tell me something IT related, I

3  didn't know at the time [indiscernible], but Mike had

4  said to James that, "There needs to be a process for

5  this," wherever he was trying to push it forward

6  without like going the right way you should be going.

7      I understand some people don't understand the

8  IT world.  I get it, it's different, but the minute

9  he had said that, unfortunately, James had like the

10  ultimate [indiscernible].  And every day, Mike

11  Schaffer -- I don't know what he did -- the minute

12  James saw him, the minute it was ever

13  [indiscernible], it was just anxiety driven ridicule,

14  and in front of people, and it was horrible because I

15  wanted [indiscernible], but at the same time, I was

16  -- I'll be honest with you, James is my friend.  I

17  love James.  This is nothing against James.  I hate

18  doing this.  I actually -- it gave me anxiety to come

19  on the call.  But I can't lie, Mike Schaffer fears

20  coming to work every day.  That man -- he literally

21  told me one time, "I don't want to come in.  James is

22  a bully and I know he's just going to absolutely rip

23  me apart in front of everybody else."

24      Nobody says anything, including myself.  He

25  just took it and took it and took it, and one day he

Project Veritas - Board Meeting
February 06, 2023

Page 81

1  finally got a new job, [indiscernible] IT director

2  now, [indiscernible], but the one thing I

3  [indiscernible] unfortunately when Mike left was that

4  James liked Josh, and I was so happy for that.

5  That's great.  I literally prayed every night that

6  James would like Josh so that I wouldn't have to deal

7  with the anxiety every time I'd walk into the office

8  and worry.

9     I think James -- James [indiscernible], I will

10  tell you that straight up.  He's been nothing but

11  great to me.  He's a great person, he's a great

12  leader, and I still believe he's [indiscernible]

13  Project Veritas forever, but I also can't ignore that

14  -- it may not happen to me, but Mike was actually my

15  friend, too, because he helped me learn to get to

16  where I'm at right now, and it pains me every day to

17  [indiscernible] he didn't want to come at all

18  sometimes.  He would be like, "Well, why

19  [indiscernible]," Mike would [indiscernible], because

20  it just sounds childish.  It sounds like -- it was

21  the truth.

22     Mike just couldn't wait to leave.  He was like,

23  "Listen, I with love Project Veritas.  I believe in

24  everything James does.  It's nothing against anything

25  he's built.  I completely respect him, but I cannot

Project Veritas - Board Meeting
February 06, 2023

Page 82

1    get ripped apart every single day I come to work and

2    fear my boss every single day." It's honestly the

3    one time I've had the one-on-one interaction where

4    I've seen James unfortunately not -- I don't know

5    what to call it, it's either he likes you or he

6    doesn't. And unfortunately, he didn't like Mike, and

7    I got to see that side of him. It went from February

8    2021 until Josh came on right before the

9    [indiscernible]. So I went through months of it,

10   [indiscernible]. At times I'd go to help James just

11   so Mike wouldn't have to go in because I knew he

12   would be a little bit easier on me and maybe I could

13   get James [indiscernible] so that Mike wouldn't have

14   to deal with that.

15       Now, I can't attest to anyone else's

16   one-on-one, I'm not going to lie to you, but I will

17   tell you this: My coworkers are my friends. I've

18   been here five years in this place. That's like 20

19   years. And I mean that in a good way, it's just the

20   type of fucking work you do. Excuse my language.

21   It's just the type of work you do. [Indiscernible],

22   and I've seen the world in a completely different way

23   than everybody, but it can't -- I've seen the role,

24   I'm not -- I've walked out people when they're fired

25   countless times way more than I've put new equipment

Project Veritas - Board Meeting
February 06, 2023

Page 83

1   in their hands.  And I don't mean that in a bad way,

2   but it's just the truth.

3       Like I said before, I love James, but -- he

4   literally is one of my closest friends, and it pains

5   me.  It pains me to this day.  It pains me, I hate

6   it, but I can't sit there and let what happened to

7   Mike happen to other people that I care about.  I see

8   it happen.  It happened to Mike for a short period of

9   time, but I've seen it trickle down.  It's not me.

10  Like I said, I don't get any of it, maybe it's

11  because -- I don't know, but I've seen it.  I've seen

12  it with my friend.  I've seen people have

13  disagreements and people that think differently, but

14  that's what makes our organization so great, that

15  people can have the courage or at least be able to

16  feel confident that they can at least speak up and

17  have a difference of opinion.

18      Now people don't feel that way.  Now people

19  feel that if they have a difference of opinion and he

20  doesn't like it, then they're going to deal with shit

21  and they're going to get ridiculed and ripped apart

22  in front of everybody else and nobody is going to say

23  anything.  And I'll be honest with you, nobody says

24  anything . Nobody said anything for years because

25  nobody wants to deal with that shit.  Nobody wants to

Project Veritas -  Board Meeting
February 06, 2023

Page 84

1  deal with that.  It's sad that we're at this point,

2  but [indiscernible] opinion and be the way it is, to

3  continue and fight the good fight and have the goal

4  and push that we have.  We can't have roll over like

5  we do.  It's just the truth.  It's just

6  inevitability.  I'm telling you, it's what I've seen.

7  I see it.  I'm the person that -- I'm the one that

8  [indiscernible] people.  I see it all the time.

9  "This person, [indiscernible], why is this person

10  getting fired?"

11      It's like there's more firing than hiring, and

12  something needs to change.  I don't know what it may

13  be, but I honestly -- I want to say that I do

14  believe, like I said earlier, James is still the face

15  of this company.  He built it, I'm not taking

16  anything away.  I can never deal with or wake up

17  every day and feel -- the closest I ever felt is when

18  I woke up today and [indiscernible] by that job and I

19  had to go and get his devices myself and I saw the

20  newscast and it finally hit me.  I was like wow, this

21  is actually atrocious.  Holy shit, these people are

22  horrible people.  I can't imagine waking up and

23  dealing with this.  So I'm not taking anything away

24  from him when it comes to that at all.

25      Like I said, he's my friend, but at the same

Project Veritas - Board Meeting
February 06, 2023

Page 85

1  time, I can't BS around with IT.  IT, my friends and

2  colleagues, one, they don't feel confident in ever

3  saying their difference of opinion at all.  They

4  think they'll be ridiculed and belittled in front of

5  everybody else and that nobody else will say

6  anything, and two, they just feel like the company is

7  not focused fully on what we should be focusing on,

8  like what we should be doing, Project Veritas work,

9  which is undercover journalism.  That's what we were

10  hired for, and that's just the honest truth.

11      SPEAKER:  Your first name is Andrew is it?

12      SPEAKER:  Angelo.

13      SPEAKER:  Okay.

14      SPEAKER:  Focusing on undercover journalism,

15  [indiscernible], the [indiscernible] and the asking

16  and I get it, I get it's James -- it's his

17  [indiscernible] away from all of this, which everyone

18  should have.  Everyone should have something that

19  takes you away from work and your life and you can

20  enjoy something.  I understand that, but when you

21  pull people -- like when we got pulled to do

22  Oklahoma -- I'm a team player, I get it, especially

23  I'm IT, I gotta be a team player, I gotta make sure

24  everything works, but I'm sitting there, I'm like,

25  "Why are we doing this?  How is this helping PV?"  No

Project Veritas - Board Meeting
February 06, 2023

Page 86

1  offense.  I'm not comms, I'm not production, but I

2  can go on a comment on Instagram, I can go on the

3  comments in YouTube, I can go to the comments and

4  just read what people say when we do these things.

5  They don't think it's attractive to the brand, they

6  don't think it helps what we're doing fighting the

7  fight, and they honestly get turned off by it.  They

8  think it's just not Project Veritas.  It's one thing

9  for James to be doing it.  That's all fine, I have

10  nothing against that, but the people that were hired

11  in this company were hired to be doing undercover

12  journalism.  [Indiscernible] for those types of jobs,

13  and I feel like that's not where we're going when we

14  do these -- I'm not going to say I didn't enjoy it,

15  I'm not going to lie and say I didn't enjoy it, but I

16  will say that I thought the whole time, "How does

17  this help PV?"  Because he thought it was helping PV.

18  I didn't see any, "Okay, we did this, now we brought

19  in this amount of money," or anything,

20  [indiscernible].  But it's just the truth, and that's

21  what I have to say.

22      SPEAKER:  I really appreciate your thoroughness

23  and candor and you addressing many things.  One thing

24  I wanted to ask, because that five years, you're over

25  three times longer tenure than the average person at

Project Veritas - Board Meeting
February 06, 2023

Page 87

1  PV, which is about 1.4 years at average turnover; is

2  that correct?  That's what I've been told.  You

3  commented on the turnover.  Kind of two questions.

4  One is -- some outsiders -- let me ask the first

5  question that I have, the main one:  In that five

6  years, you talked about the FBI rate and all these

7  extremely stressful [indiscernible] in the last year;

8  have you seen a change -- has that behavior always

9  been there or have they amplified from stresses?

10  Understandably -- most human beings couldn't handle

11  anywhere near the stresses that James and all of you

12  have been under, so I salute you and I salute James

13  for that.  Have you seen a change in the quality or

14  quantity in some of the issues that you've brought

15  up?

16      SPEAKER:  I honestly believe that when we

17  started, first started, I remember when I first

18  started in Project Veritas to now, so 2019 to now and

19  everything that's come from there, from the

20  [indiscernible] case, to the Minnesota

21  [indiscernible], so that's when I really started --

22  [indiscernible] it was a lot.  It was a lot for me.

23  I would come home and talk to my friends overwhelmed

24  and I'd tell them [indiscernible] story about what

25  was happening and it was overwhelming for them to

Project Veritas -  Board Meeting
February 06, 2023

Page 88

1   even hear.  I understand the overwhelming and

2   emotional part of it, it was for all of us, but I

3   honestly think when we hit the Minnesota story and

4   from then on, the stress level has picked up.  It

5   went from -- [indiscernible] in a good way.  It

6   wasn't like [indiscernible] you don't have to worry

7   about getting yelled out or something.  It never used

8   to be like that.  The work was fine, it was just with

9   the stress and everything, it's natural, but you have

10  to catch yourself.

11      I honestly -- I don't know if James realizes,

12  but we are his friend, whether he likes it or not,

13  because we're around him the most and we care about

14  Project Veritas, which he built.  [Indiscernible] and

15  he does most [indiscernible], but a lot of the times,

16  sometimes he doesn't, and it's just the truth.  And I

17  get it, he's the boss and CEO, I completely respect

18  that.  But when people can't feel free and give their

19  opinion and [indiscernible] if everybody votes

20  [indiscernible], then that's the way it is, it's fair

21  and square, but at least you were able to voice your

22  opinion confidently and respectfully.  But now it's

23  not like that.  People don't feel confident.

24      The only time when people feel confident is

25  when everybody at the company is in one

Project Veritas -  Board Meeting
February 06, 2023

Page 89

1  [indiscernible] because you kind of have so many

2  voices that people will always speak up for each

3  other, but when you're [indiscernible] James is

4  coming around, I'd say about 25 people in the office,

5  after a while, people are just like, "I don't feel

6  like getting yelled at."  And I get it and I

7  understand that, but it shouldn't be like that, and

8  that's the way it is, unfortunately.

9      Getting back to what you said, I honestly would

10  say yeah, of course, right when November 2020 kicked

11  off and we started [indiscernible] and they really

12  saw, in my opinion, saw our full [indiscernible], and

13  that's why they went full throttle to stop us, that's

14  when all the stress and anxiety kicked in, rightfully

15  so.  I'm not taking that away.  I'm not saying that

16  that's normal.  It is.  But you have to learn that

17  you have to respect your employees, too, and their

18  opinions.  You can't just lash out on them because --

19  I get it, it's easy for me to say because I don't

20  have that stress.  It's easy for me to say you can't

21  go off on those people because you're not dealing

22  with that, but you have to, because that's what a

23  good leader would do, they would check themselves.

24      A good role of [indiscernible], we make

25  mistakes.  There will be times where you might have

Project Veritas - Board Meeting
February 06, 2023

Page 90

1  yelled at someone and you shouldn't have, and when

2  you realize that, maybe somebody needs to tell you

3  that, because I've tried to talk to James about this

4  stuff, but I'll be honest with you, I don't want to

5  -- I've seen [indiscernible], I don't want to be on

6  that end of the stick.  I really don't.  I like

7  Project Veritas and I like having that conversation

8  and being able to talk to him.  And I tell him stuff

9  in confidence and he's told me in confidence, too,

10  but at the same time, I've seen my colleagues, and

11  it's just wrong, and I can't just sit back and say

12  whatever happens happens.  I've been here for a long

13  time, I love this place, but it's just the truth.  I

14  had to say what I needed to say there.

15      SPEAKER:  Thank you so much.

16      SPEAKER:  [Indiscernible], everyone knows

17  [indiscernible], have you thought about

18  [indiscernible]?

19      SPEAKER:  The honest truth is, I told everyone

20  the only way I'd ever leave this company is if I was

21  fired or something ridiculous happened, but we're at

22  a crossroads.  I'll be honest with you, there's a

23  crossroads right now, because I can't be like --

24  because you're going to drive away people that are

25  good for this company that help the company and help

Project Veritas -  Board Meeting
February 06, 2023

Page 91

1  spread the word of undercover journalism and all the

2  [indiscernible] that we do.  And when we're at this

3  crossroads where you can't keep going down the same

4  path, it's just atrocious.  It's not going to build

5  the company.  It's going to break it down and and

6  deteriorate it.

7      There needs to be a change.  That doesn't mean

8  -- I know James, just like he probably knows a lot

9  about me, and one thing I know about James, it's not

10  going to be like take some time and come back and go

11  back to what you do.  He's not going to change.  He

12  needs to learn that okay, maybe -- you built the

13  company.  Don't get me wrong, I understand that, but

14  it's 2023 now.  Like you can be the face and you can

15  still do the undercover journalism, but in my honest

16  opinion -- and like I said, I'm just an IT guy, okay?

17  I'm giving my opinion.  It may mean nothing, but you

18  can't just [indiscernible].  I respect Tom and I

19  respect Barry, and I've only known them a couple of

20  months.  There's one thing I've learned about that

21  guy.  That guy's got plenty of freaking money.  He

22  does not need to be doing what we're doing, he does

23  not need to be helping us. I think of it like Trump.

24  Like Trump didn't need to go and run [indiscernible],

25  and this guy Barry, he can be chilling, not worrying

Project Veritas - Board Meeting
February 06, 2023

1   about anything, but he took the time out of his day

2   to come out and work for us and help us, especially

3   help our development team that obviously needs help

4   and your [indiscernible].

5       It's like being at a park and somebody says,

6   "Hey, let's go play basketball," and they

7   [indiscernible], "Yeah, let's go play now."  It's

8   unbelievable.  It kills me.  Like I said, I

9   [indiscernible] Tom, Barry, just like I always do.  I

10  didn't [indiscernible] because I respect and I know

11  James is the leader, but I'll be honest with you,

12  with managing people, he's not good at it, he's not

13  good at managing people.  He just -- sometimes he's

14  just too cruel.  And I get it, you have to be stern,

15  as a boss, and I get that, but it's to an extent,

16  too.

17      [Indiscernible] and you're wondering why people

18  don't have motivation to come to the office and

19  motivation, why do you think that is?  It's because

20  they don't care about PV.  We've got people

21  [indiscernible] Eric posted about PV when he didn't

22  need to be, he could be [indiscernible].  They don't

23  feel comfortable at work, they just feel like they're

24  going to get destroyed.  [Indiscernible] yeah,

25  whatever [indiscernible], so I don't have to worry

Project Veritas -  Board Meeting
February 06, 2023

Page 93

1   about getting absolutely ripped apart in front of

2   everyone else.

3       I never even told James this.  I said it to

4   myself.  I said, "Listen, I love James, but the day

5   that that shit happens to me, I don't need anybody to

6   stand up for me.  I'm loud.  I will not take it," but

7   [indiscernible], I never had to take it.

8   [Indiscernible], I don't know, but James is a great

9   undercover journalist, he's a great leader when it

10  comes to Project Veritas, but he's not good at

11  managing people.  He's not good at hiring and firing.

12  In my honest opinion, I don't think he is.

13      I'm almost done.  It can't be -- like I said,

14  he can [indiscernible], but he can't be managing the

15  people when he comes back.  He can still be the

16  leader and everything, but you can't be the one

17  hiring and firing.  He fired Tom.  Like, I'm sorry,

18  that's so stupid.  It's so stupid.  From an outside

19  perspective, it's the stupidest thing ever.  I could

20  not believe.  When I heard that, I could not freaking

21  believe it.  I'm so emotional because I care.

22      Like I said at the beginning of this, I respect

23  James.  He's my friend, I love him to death.  Man, I

24  don't care if he hates me after all of this.  I don't

25  care, my opinion will not change, but I have to say

Project Veritas - Board Meeting
February 06, 2023

Page 94

1 something because I care and love my friends and

2 colleagues as well.  Thank you.

3     SPEAKER:  You've been extremely clear.  I

4 really appreciate your extreme candor that you've

5 exercised.  What would you say to somebody who's

6 outside who's not on our board that [indiscernible]

7 James, just get ready for a lot of turnover, or

8 somebody that said to me -- this is somebody else

9 that said to me that's not on our board that would

10 say, "You know, you don't understand nonprofits, they

11 have more turnover than other organizations, and

12 that's just the way they are," and some of us who

13 have been on nonprofits would disagree with that.

14     SPEAKER:  I have a question for you, Angelo.

15 It's quick.  Are you in charge of the social media

16 accounts or is somebody else in charge?

17     SPEAKER:  No, I'm not in charge of social media

18 accounts.  I don't have any passwords for social

19 media accounts.

20     SPEAKER:  Who's in charge of the social media

21 accounts, do you know?

22     SPEAKER:  I honestly -- I think it would be

23 Eric, but I honestly do not know.  Like I said, I'm

24 not in communication.  I don't have any information

25 when it comes to who's in charge of the social media

Project Veritas -  Board Meeting
February 06, 2023

Page 95

1  accounts whatsoever.

2      SPEAKER:  Okay.

3      SPEAKER:  You can regard my question as

4  rhetorical.

5      SPEAKER:  Honestly, I don't know where else to

6  like point the direction than the person that's

7  hiring and firing.  Some people of course deserve to

8  get fired.  Don't get me wrong, there are people that

9  were fired that deserved it, but there are also

10  people that got fired that I personally think didn't

11  deserve it, and that's just my opinion on it.

12      But I'll tell you one thing, Barry and Tom

13  definitely did not deserve to get fired.  It's

14  ridiculous.  I don't care how you take it, I don't

15  care if you don't like it, because I care about James

16  enough that I will tell him the truth.  I wouldn't be

17  [indiscernible].

18      SPEAKER:  Angelo --

19      SPEAKER:  I was going to say anyway,

20  [indiscernible] I was going to [indiscernible] no

21  offense, James, I don't agree with firing Barry and

22  Tom.  You can do whatever you want, but I think it's

23  a horrible decision for this company.  I think it's a

24  horrible -- it shows that we're just going to

25  continue our high turnover rate because Barry was

Project Veritas -  Board Meeting
February 06, 2023

Page 96

1  here for like three months or whatever.  That's all I

2  have to say.

3     SPEAKER:  Thank you.

4     SPEAKER:  This is Steve.  Thank you so much,

5  Angelo.  You had the most compassion and

6  forthrightness.  Thank you.

7     SPEAKER:  Angelo, I don't know if you can hear

8  me, but thank you very much for your time and candor.

9  It's extremely useful, and I have to say, somewhat

10  amusing as well.  Thank you very much.

11     SPEAKER:  Thanks, Angelo.  I won't screw up

12  your -- or should I say fuck up your first name

13  again, hopefully.

14     SPEAKER:  Thank you, Angelo.  Let's keep it

15  moving.

16     SPEAKER:  It's Stephan.  It's 9728.

17     SPEAKER:  Hey, Tom.

18     SPEAKER:  Hey.  How's it going?

19     SPEAKER:  Tell everyone who you are, how long

20  you've been with PV, what your role is, and what's on

21  your chest.

22     SPEAKER:  Yeah, sure.  I'm [indiscernible], I'm

23  one of the undercover journalists here.  I've been

24  here for just north of three years.  And yeah, so,

25  with everything that's come to light, I feel the need

Project Veritas -  Board Meeting
February 06, 2023

Page 97

1  to speak out about some things that have happened

2  recently that have troubled me and upset me in

3  regards to James.  The first one, the main one that I

4  want to focus on, which is November 17th, I was given

5  a call by a [indiscernible] at the time, and it was

6  about noon, and he called and he said, "Hey, listen,

7  James wants somebody in New York right now.  It's an

8  education subject.  I can't find anybody else.  And

9  part of that, too, is I want your girlfriend to come,

10  too.  [Indiscernible] it's all taken care of, but we

11  need that as a cover, because the idea was they know

12  PV is here, we want you to be able to [indiscernible]

13  on the education subject.  You can't be affiliated

14  with us and mingling with us while you're there

15  because of that, but also, at the same time, you

16  don't want to be the [indiscernible] at the bar."

17      Now, I think immediately -- this is a weekday

18  and my girlfriend works from home, and I think

19  immediately, there's no way this is going to work,

20  she's [indiscernible] all day.  I end up talking to

21  her.  I said, "Let me get right back to you."  I end

22  up talking to her and she speaks to her boss and her

23  boss made an exception for her.  She ended up

24  actually using her own PTO to take the day off to

25  come with me to New York.  So we slammed our bags

Project Veritas - Board Meeting
February 06, 2023

Page 98

1  together, we went to New York, and we sat down at the

2  bar and we started [indiscernible] subject, right?

3      Now, we saw a few people from PV, but they

4  understood, which I was made very clear that everyone

5  understands that we weren't to engage in everything,

6  that was the whole point.  So we're sitting at the

7  bar, the Carriage Lounge in [indiscernible], and I'm

8  listening.  And my girlfriend's role is really just

9  to be there as my girlfriend and just talk to a wife

10  or something like that.  So I'm doing my thing and I

11  get to about where I have three contacts made of the

12  education subject, and I look over to my right, and

13  James was at the bar and he was like six feet away,

14  and he's looking right at me and James is pointing

15  towards the subject that he wants me to talk to, all

16  right?

17      I knew what the plan was, so I tried to like

18  not ignore James, but not engage, because I knew this

19  was a dicey situation.  Well, this touched into RC

20  coming in and going to the other end of the bar.  All

21  of a sudden, James was engaging in the subject

22  himself.  So this quickly cleared out the bar, as you

23  can imagine, but before that, James had a

24  conversation with the man probably about six or

25  seven feet away from me.  Him and this guy had a very

Project Veritas - Board Meeting
February 06, 2023

Page 99

1  brief conversation.  The guy, I'm not sure exactly

2  what was said, [indiscernible], and all of a sudden,

3  I figured well, he's here, he's doing this, I'm going

4  to get a B-roll shot.  James is talking to somebody,

5  I gotta get a B-roll shot.  So I get a perfect B-roll

6  shot and we go back to our room.

7      Well, James [indiscernible], and he was mic'd

8  up and [indiscernible].  James never acknowledged the

9  fact that his audio failed or anything.  He was like,

10  "Well, let's see what we got."  We checked and there

11  was virtually nothing.  Very, very chopped up audio,

12  didn't catch anything.  So he wanted to check my

13  B-roll.  This turned into pulling up the B-roll, and

14  it slightly caught the audio, but it didn't catch it

15  enough to be able to do anything with it.  Part of

16  that was the bartender coming up and saying to my

17  girlfriend, "Do you want another drink?"  And she

18  said, "Yeah, sure, I'll take one."

19      Well, we're back in the room and we discover

20  that James makes it a point -- and this was an

21  important moment -- that my girlfriend spoke over,

22  and it was not only that, but I was responsible for

23  not capturing the audio.  In the hotel room, both of

24  us got slightly lectured, including her, a

25  non-employee, non-contractor, anything, somebody who

Project Veritas -  Board Meeting
February 06, 2023

Page 100

1   just came to help.  We get lectured about how the

2   audio -- we need to not talk whenever he's doing

3   something.  We need to be more vigilant.  I should

4   have done something else.  It's never been my job to

5   capture someone else's audio ever.  That does fall

6   under eavesdropping, actually.

7       So this happens, and I'm upset about it, but I

8   don't really say anything.  What really got me to the

9   point where I wasn't going to be able to forget about

10  it was whenever I started hearing other colleagues

11  coming to me.  I had two separate colleagues that

12  came to me and said that James was talking bad about

13  me and my girlfriend, specifically my girlfriend,

14  behind our back.  And the exact quote that I was

15  given from a colleague was that, "It fucked the whole

16  thing up," or something.  "His girlfriend fucked the

17  whole thing up talking over," something to that

18  effect.  I got that from two separate colleagues that

19  told me that.

20      You could imagine how that made me feel after

21  we jumped last minute.  No thank you, anything like

22  that.  I just -- honestly, it really hurt because I

23  didn't expect -- I never had any sort of treatment

24  like that from James and I didn't think James would

25  do something like that or talk behind the back like

Project Veritas - Board Meeting
February 06, 2023

1   that, especially when we didn't even get a thank you,

2   but we did our job or I did my job and she came along

3   and didn't have to and just felt very unappreciated.

4       The follow-up to that is that the whole

5   [indiscernible] thing, I spoke up after we had the

6   call with [indiscernible].  The [indiscernible] was

7   departing and I spoke up and I know that

8   [indiscernible] cut me off and he was like, "I

9   appreciate it," and everything like that, but at the

10  end of the day, nobody else really said anything.

11  James [indiscernible], Dan did and everything, but in

12  the end, acknowledged like part of what I said.

13  James didn't say anything as far as like indirectly

14  to what I said, but he did call me later that night.

15      I'm on my way to get my daughter and James

16  calls me and he immediately tells me he wants to talk

17  about what I said on the call.  I just start talking

18  to him the way that I talk and I could tell he was

19  agitated, but he snapped after the first maybe

20  sentence that I said.  And I'm paraphrasing, but it

21  was something very close to the effect of, "First of

22  all, you don't gotta talk to me like you're at a

23  fucking job interview."  It was aggressive, and I was

24  taken aback by it because I had never heard him talk

25  like that.  That was the first time I had heard him

Project Veritas -  Board Meeting
February 06, 2023

1  speak to me like that.  And I told him -- I said,

2  "James, I'm just trying to talk to you about the

3  situation."

4      This conversation went on as I'm driving to get

5  my daughter for a while where James basically

6  continued conflating my questioning of his decision

7  to [indiscernible] and all the decisions that were

8  made with not being mission driven or not being fully

9  onboard, and that's the thing that I think is a

10  perpetual problem.  I think James is very

11  [indiscernible] at conflating, having questions about

12  his leadership with not being aligned with PV's core

13  values and mission.  And I just couldn't -- I

14  couldn't disagree more.  I ended up getting to pick

15  up my daughter and she -- I told him, I said, "James,

16  I gotta go.  I'm getting my daughter right now," and

17  he just said, "Have fun with your daughter," and hung

18  up the phone.

19      I gotta be honest -- I want to share this,

20  too -- since then, I haven't felt -- there's other

21  things that I've heard from colleagues and

22  experiences they've had.  It's made me feel very

23  uneasy about the company that once was my dream job.

24  It doesn't feel like that anymore.  I mean, I'm

25  getting a little emotional talking about it, to be

Project Veritas -  Board Meeting
February 06, 2023

Page 103

1    honest.  I come from a small town and this is the

2    biggest break I've ever been given in my life, but I

3    can only withstand a certain kind of treatment and I

4    demand a certain level of respect.  I just -- this

5    literally has gone from my dream job into something

6    where I can't even believe I'm on this call.  It just

7    feels very hostile.  It feels like James has 100

8    percent absolute control over everything.  In the

9    last six months, I've had two separate instances

10    where -- this is another issue itself -- that I've

11    had two instances where I've been given a release

12    date for my content by Pam for content that I've

13    worked on, one being I believe five months of

14    investigating, I was given a release date, and I had

15    cut-downs and drafts and subtitles and everything,

16    and then James shuts it down at the last minute.  So

17    really, the editorial process is James says yes or

18    no.  That's just something that -- I really don't

19    know what James doesn't have full control over.  I'm

20    sorry, did someone say something?

21        SPEAKER:  No.

22        SPEAKER:  Okay, my bad.  It's just -- I'll wrap

23    it up with this.  I felt like especially the

24    [indiscernible] situation, which hurt me the most,

25    I've been thinking about this for a while.  To me,

Project Veritas - Board Meeting
February 06, 2023

1   our ethics and core values, I mean, I love this

2   organization, I love what I do, I love everything

3   about it.  Do I feel good about looking for other

4   jobs because I feel insecure about my job right now?

5   No, I don't feel good about that.  But I have a

6   six-year-old daughter that I have to provide for.  So

7   stuff like this going on, I don't know if James is

8   going to retaliate from what I said, I don't know

9   what's going to happen with the company, but I fear

10   it, and that's what I started doing, because I have

11   no other option.  And at the end of the day, my

12   number one priority is to be able to provide for my

13   daughter, whom not to mention I've spent countless,

14   countless, countless weekends getting coverage for.

15   I'm a partial [indiscernible], I only get her on

16   weekends.  I sacrificed times and arranged daycare

17   and things like that so I can do this job, so I can

18   pursue investigation, and I've just given a lot for

19   this company.

20        So this is all very disheartening.  From the

21   [indiscernible] point, as I wrap this up, I just

22   wanted to say that I felt like that was a classic

23   example of breaking our ethical value number 10,

24   which is being accountable.  I feel like James will

25   not hold himself accountable whatsoever for his

Project Veritas - Board Meeting
February 06, 2023

1  personal audio failing.  I feel like he played the

2  blame game, which isn't something that I haven't seen

3  before out of James, and he --

4     SPEAKER:  I have one question for you, it's

5  really on a personal level.  Are you a dance dad?  Do

6  you take your daughter to dance?

7     SPEAKER:  Yeah.

8     SPEAKER:  Good.  That's my wife.  Thank you.

9     SPEAKER:  I've got a question for you.  Go

10  ahead.

11     SPEAKER:  I was going to say, it's a lot, but

12  it's still rewarding.

13     SPEAKER:  I know.

14     SPEAKER:  As an undercover journalist, are

15  there any rules about having backup audio?

16     SPEAKER:  Yes.  So the rule is you should

17  always have two forms of audio on you at all times.

18     SPEAKER:  Did James have two forms of audio?

19     SPEAKER:  No, and I wanted to say something,

20  but he was already in the process of telling me it

21  was my fault.

22     SPEAKER:  I have nothing further.

23     SPEAKER:  Thanks, [indiscernible].  It's great

24  to [indiscernible] briefly the next day at lunch I

25  think, it was so [indiscernible], and we appreciate

Project Veritas -  Board Meeting
February 06, 2023

Page 106

1  your information and the sacrifices that you make for

2  the job.

3      SPEAKER:  Thank you, guys.  I really appreciate

4  it.  I appreciate every one of you.  And again, even

5  taking this call is disheartening, and I love this

6  organization too much to not do it.  And the truth is

7  paramount and that's what we're here for, and

8  sometimes it's tough, but I would take this call a

9  million times again because it's the right thing.

10      SPEAKER:  Thank you.

11      SPEAKER:  Thank you, guys.

12      SPEAKER:  Stephan, can you hear me?

13      SPEAKER:  Yes, I can hear you.

14      SPEAKER:  [Indiscernible].

15      SPEAKER:  5354 is in.  Is that Bethany?

16      SPEAKER:  [Indiscernible] I'll mute.

17      SPEAKER:  Bethany, are you on?

18      SPEAKER:  Yes, I'm on.

19      SPEAKER:  Please tell the board members and

20  observers your name, what your role is, how long

21  you've been with the organization, and then proceed

22  to share with us whatever you want to share.

23      SPEAKER:  My name is Bethany.  I am a

24  [indiscernible], and I've been with the organization

25  since January of 2020, so just a little over two

Project Veritas - Board Meeting
February 06, 2023

Page 107

1   years.  Whenever I was asked to speak before the

2   board today, I immediately was overwhelmed with fear

3   and anxiety.  That's exactly why I did want to speak

4   to you all today.  The [indiscernible] Project

5   Veritas is what I fully believe in [indiscernible] if

6   it will help change the future culture of our

7   organization because I care about it so much.

8       I want to start by saying that I really do

9   respect everything that James has done, no one else

10  is doing for Project Veritas, and [indiscernible]

11  James being the visionary [indiscernible].  It's the

12  mission of PV.  That's the reason why I've stayed

13  with the organization as long as I have.  In January

14  of 2020, I just came to learn that [indiscernible]

15  was created [indiscernible], Project Veritas.  I came

16  here [indiscernible] emotionally, [indiscernible], my

17  personal life [indiscernible] mistreatment of me or

18  my colleagues.  While I was here, I've witnessed a

19  lot of turnover.  Our average is one and a half

20  years.  That's the same as the fast food industry.

21  That's really unfortunate, because I've never been

22  with a group of people who are more dedicated,

23  mission driven, and overall just really incredible

24  human beings.  Not only have I seen it internally,

25  [indiscernible].  This is happening at a rapid pace.

Project Veritas -  Board Meeting
February 06, 2023

Page 108

1   This is difficult for me [indiscernible], which

2   [indiscernible].

3       So really I want to kind of go to a few

4   examples.  In 2020, there was a concern of a mole in

5   the office leaking information to the public.  So

6   [indiscernible] travel to headquarters, so I had to

7   fly to [indiscernible].  We were interrogated by two

8   private investigators who were hired to find the

9   mole.  So during the interrogation, I was told by the

10  two PIs who questioned me [indiscernible] as well as

11  the fact several of my colleagues had expressed

12  confidence that I was not the mole, then at some

13  point James [indiscernible] questioned me a second

14  time [indiscernible] at the time.  Mainly he

15  questioned my role at the organization.  Then after

16  the interrogation took place, staff were never

17  provided with a conclusion about who the true mole

18  was, that was even after staff asked a few different

19  times [indiscernible].  After that whole experience,

20  morale was so law, colleagues were questioning

21  [indiscernible] if there was enough collaboration.

22  It was overall a toxic work environment.

23      In 2020, also I suffered the emotional

24  experience of miscarriage.  I took about half a week

25  off of work to physically and mentally heal from

Project Veritas -  Board Meeting
February 06, 2023

Page 109

1  that, but James was pretty adamant that he wanted me

2  to return back to work and [indiscernible] at the

3  time that he didn't give a fuck about my situation.

4  [Indiscernible] in 2021, I learned that I was

5  expecting a very healthy baby boy.  I was incredibly

6  afraid to tell James.  I ended up telling Jen, who's

7  head of HR, [indiscernible], to tell her.  I

8  immediately followed up with the anxiety about how I

9  was afraid to tell James I was expecting a baby,

10  how's he going to take this, is this going to impact

11  my relationship and my employment.  [Indiscernible] I

12  shared the news with him and he definitely didn't

13  take it well, but it was just another example of a

14  [indiscernible] work environment and the culture.

15      In December of 2021, when I was eight and a

16  half months pregnant, I was actually brought in to be

17  questioned by the FBI because I was pregnant at the

18  January 5th rally, I was there with Project Veritas

19  [indiscernible].  I never [indiscernible] from the

20  FBI why they were interrogating me, but my belief is

21  that they were trying to -- the FBI was trying to get

22  me to provide donor names, which I never did.

23  [Indiscernible] FBI [indiscernible] speaking with my

24  attorney, I never heard one word from James showing

25  encouragement or support.  The next [indiscernible]

Project Veritas - Board Meeting
February 06, 2023

Page 110

1  he said that he completely forgot that had happened

2  and went back to the topic [indiscernible] at the

3  time.  It's ironic given the fact that's he never

4  forgave a former colleague that worked in development

5  and that he used to consider a friend, he never

6  forgave him [indiscernible] by the FBI.

7      A more recent example, I had a [indiscernible]

8  cultivation call with a brand new supporter, they

9  gave us a six-figure donation for the first time

10  [indiscernible].  [Indiscernible] that James had

11  stated that we wanted this person to give seven

12  figures this year.  [Indiscernible] on the phone call

13  it was more of a happy new year, thank you for your

14  support last year, what can we do better, I'd love

15  your feedback.  The call went so well that the donor

16  sent in a six-figure donation.  I [indiscernible] to

17  the donor, and immediately after we hung up, I called

18  Tom and Barry to ask [indiscernible] because I knew

19  that James was going to be upset with me about it.

20  Barry and Tom were very [indiscernible] apologet ic

21  that [indiscernible] reaction for the six-figure

22  donation, and that's just kind of the reality of

23  working here.

24      So I think [indiscernible] Barry and Tom

25  suggested and they found out that [indiscernible] and

Project Veritas -  Board Meeting
February 06, 2023

1   that my colleague traveling with him that my donation

2   was not to be celebrated because it wasn't seven

3   figures and he didn't want to hear an excuse about

4   [indiscernible] and that he even called Dan to

5   discuss his feelings of displeasure and that he

6   wanted to have a discussion with me in the future.

7       So the next time that I saw James was the day

8   after we had a donor event, we went out to dinner.

9   At the end of the dinner, [indiscernible] made a

10  comment in front of the people at the table that he

11  was not happy with the fact that the donor wasn't

12  sending seven figures now.  I tried to reassure him

13  that I believe it would increase this year, it's only

14  January, there's 11 months left in the year, and it

15  wasn't my goal to intentionally not have them give

16  seven figures in January.  The way that he was

17  speaking with me, I got some concerns with people

18  that were sitting there, because afterwards I had

19  some colleagues come up to me and say that

20  [indiscernible] situation, "I apologize that James

21  was speaking to you that way."

22      Recently, we had a [indiscernible] of PV for an

23  event in [indiscernible] with 100, 120 attendees.  I

24  had to make follow-up contact that next week with

25  about half of the list while the remainder of them

Project Veritas - Board Meeting
February 06, 2023

1   were either on James' or Barry's call list.  Even

2   though I established a relationship with these

3   prospective donors, James demanded we send a mass

4   e-mail asking each attendee for a minimum of $25,000.

5   [Indiscernible] CFO as well as the executive director

6   all agree this was not the right position.  James

7   became verbally abusive to my team saying,

8   "[indiscernible]," and if you have a problem with

9   what he says, you have to go find somewhere else to

10  work.

11      He made a statement that Joanne was the reason

12  morale was so low and she was personally responsible

13  for morale being low [indiscernible].  So it went on

14  for several hours.  James made it seem

15  [indiscernible] even though we were all on the same

16  page and he wasn't, but James never apologized for

17  that.  And also, I mean [indiscernible] with Barry,

18  James needed [indiscernible] a few days late, Barry

19  was wrongfully terminated [indiscernible] James.  In

20  terms of how James treats my team, he is very

21  regularly wishy-washy, [indiscernible], never meets

22  expectations.  So [indiscernible] asking for a list

23  of donors to contact [indiscernible] to not actually

24  want to do those calls [indiscernible].  Then asking

25  us for [indiscernible] to contact even though we

Project Veritas -  Board Meeting
February 06, 2023

1  haven't [indiscernible], saying that we do not need

2  to tell him how to handle donor [indiscernible] when

3  it comes to his case load on strategy, but that also

4  [indiscernible] because [indiscernible] because his

5  time is so valuable and regularly [indiscernible].

6      [Indiscernible] expectations are in terms of

7  the money raised, we lost three different people on

8  the development team, [indiscernible] nothing has

9  [indiscernible] from a logical perspective, he

10  increased it from 30 million to 35 million for this

11  year, which is 13 million [indiscernible] what we

12  raised in 2022.  Then Barry and Todd [indiscernible]

13  unrealistic goals, he just [indiscernible] he said 35

14  million was going to be the goal because that's what

15  he said.  The internal [indiscernible] and especially

16  [indiscernible] as a nonprofit [indiscernible] when

17  we're trying to obtain [indiscernible] information or

18  effective donation.  Being late to VIP functions or

19  events where people have paid to be and have time

20  with James and they have [indiscernible] even though

21  they paid for that; not showing up to donor meetings

22  of wealthy prospects that he asked [indiscernible]

23  because he was at the gym.  Not actively listening or

24  engaging with supporters when they speak to him,

25  which is especially embarrassing for me when I'm

Project Veritas - Board Meeting
February 06, 2023

Page 114

1  there, but especially [indiscernible] because they've

2  donated a certain amount or [indiscernible] already.

3  Looking at his phone during donor events or during

4  donor meetings, [indiscernible] when they're speaking

5  making them feel unimportant.  Being rude by making

6  abrupt and very aggressive asks when people barely

7  know us and are trying to get to know us.

8  [Indiscernible] donors, sometimes aggressively when

9  donors have objections or questions about James'

10  strategy, even though that's a normal part of the

11  cultivation process.  We want the donors to become

12  more involved [indiscernible] questions or objections

13  or try to figure out why we make the decisions that

14  we do.

15      We have lost one of our supporters because of

16  his behavior and they've kind of fallen off the grid.

17  But because of all these actions, I think donors are

18  realizing that they're being [indiscernible] and that

19  they're transactional and [indiscernible] helping PV

20  go to the next level.  Increasingly [indiscernible]

21  that they've given $5,000 or $10,000 donation that

22  they've majorly invested [indiscernible] and really

23  [indiscernible] money towards James' [indiscernible]

24  and, "You should be investing in the investigative

25  journalism."  [Indiscernible] Project Veritas

Project Veritas - Board Meeting
February 06, 2023

1  Experience, we've lost quite a few supporters, but

2  whenever these concerns were brought up to James, he

3  said he was going to do what he wants to do because

4  it's [indiscernible].

5      Donors have increasingly expressed concerns

6  over James' judgment and decisionmaking, in

7  particular [indiscernible], but also when it comes to

8  his behavior, especially as of late, making remarks

9  to me about [indiscernible] his arrogance and

10  immaturity.  An example would be from recent FI

11  videos on [indiscernible] how he's looking

12  [indiscernible] employees literally kicked around

13  [indiscernible].  I think that James is

14  [indiscernible] and if it has [indiscernible] million

15  dollar goal, but because he [indiscernible] we don't

16  really [indiscernible] about why they aren't donating

17  and they're not currently supporting us.  He's also

18  made the wrong impression for [indiscernible]

19  supporters that we're in a [indiscernible] desperate

20  situation claiming that he's the only one raising

21  money.  He loves to say that, that he's the only one

22  raising money, and that he needs [indiscernible] and

23  that he should be focusing on journalism, but he has

24  to travel around and do events to keep the

25  organization afloat and this isn't only

Project Veritas - Board Meeting
February 06, 2023

Page 116

1  [indiscernible] people more successful and wealthy

2  because they want [indiscernible] successful in the

3  long-term [indiscernible] strategy.

4      Since the events over the last two days have

5  occurred, James has put me in a very compromising

6  situation because he's been calling donors and

7  telling them that we're trying to take the company

8  away from him.  A very long-time supporter stated he

9  disagreed with James' narrative.  He [indiscernible]

10  very firmly that James was not very good at

11  everything and [indiscernible] and that management

12  over staff is something he lacks and he believes that

13  the direct oversight of the staff should be taken

14  away from him absolutely.

15      One of the reasons that I've shared these

16  experiences [indiscernible] necessary for the sake of

17  PV's future to remove toxicity and fear between

18  employees and James, that are [indiscernible]

19  comprised of individuals who want to do what's best

20  for PV, not to [indiscernible] that James is

21  demanding.  I think that a very important decision in

22  that would be rehiring Barry.  [Indiscernible]

23  workplace where my current and future colleagues are

24  excited to show up every day [indiscernible], have

25  disagreements and respectfully question and

Project Veritas -  Board Meeting
February 06, 2023

1  [indiscernible] without fear of retaliation or being

2  terminated.  [Indiscernible] Project Veritas as a

3  beacon of hope and we provide a task to effectively

4  fight back against corrupt [indiscernible] liberals,

5  which is why I love working here for that reason.

6  It's an incredible mission I'm very proud to be a

7  part of, and one I'm [indiscernible].  I hope PV

8  grows to become [indiscernible] investigative

9  journalism organization in the world.  Thank you.

10      SPEAKER:  That was a very, extremely thoughtful

11  and articulate presentation.  I really appreciate

12  your sharing that.

13      SPEAKER:  I agree.  Sorry for any of the

14  personal family things that the [indiscernible] has

15  caused.

16      SPEAKER:  Thank you.

17      SPEAKER:  I have one question, Bethany.  This

18  is Joe.  Has there ever been a time where there was

19  an issue that you felt uncomfortable talking to James

20  and you took it to someone else instead?

21      SPEAKER:  In terms of with a donor?

22      SPEAKER:  A donor or another employee or any --

23      SPEAKER:  I never felt comfortable talking to

24  James about any issue, but I also believe in chain of

25  command.  So if there were ever any things to come

Project Veritas -  Board Meeting
February 06, 2023

Page 118

1  up, I would naturally go to my superior and try to

2  resolve it that way.

3      SPEAKER:  Would that have been Randy?

4      SPEAKER:  It would have been Randy, yeah.

5      SPEAKER:  So Randy is not with the company any

6  more, is he?

7      SPEAKER:  No, he's not.

8      SPEAKER:  Did he leave on his own?

9      SPEAKER:  I cannot officially confirm that.

10     SPEAKER:  Him and Jared were -- do you want to

11  answer this, James, or do you want me to?

12     MR. O'KEEFE:  How would you address --

13     SPEAKER:  I would say with Randy, we mutually

14  agreed that the relationship was not working out.

15     SPEAKER:  Okay.  That's all I got.

16     SPEAKER:  Thanks, Bethany.  Stephan, Bethany is

17  off the call.

18     SPEAKER:  Sorry.  I can hear you guys.  Can you

19  hear me?

20     SPEAKER:  I can hear you.

21     SPEAKER:  Please state your name, role, how

22  long you've been with the organization, and share

23  with us what's on your mind.

24     SPEAKER:  My name is [indiscernible], I'm a

25  journalist here and I've been a journalist here for

Project Veritas -  Board Meeting
February 06, 2023

Page 119

1  three and a half years.  I just want to say that

2  there are so many things that I love and admire about

3  James.  I've seen the very quiet, humble, vulnerable

4  side to him, and I so appreciate his bravery.  I have

5  personally not been on the receiving end of verbal

6  abuse from James.  Today I'm just going to bring up

7  specific instances where people have reported to me

8  [indiscernible] behavior.

9      So here are a few short instances.  I received

10  complaints from my FBI Force Diamondback about James.

11  Diamondback was upset about witnessing James'

12  treatment of staff during his interview in DC.  He

13  said that James was snapping at employees and

14  ordering them around in a curt manner.  Diamondback

15  calls me after and told me that James needs a "people

16  management class" and that he was a "diva."  I

17  reported this to Jen just to let her know, and I'm

18  not sure what was done after that.

19      More recently, Diamondback was introduced to a

20  high dollar PV donor named Anonymous.  During dinner,

21  James offered -- reportedly offered Diamondback a job

22  with PV, and Anonymous Donor was very supportive of

23  that idea.  Diamondback did not end up getting hired

24  due to cultural differences, I believe, as well as a

25  couple other reasons.  But Diamondback has

Project Veritas - Board Meeting
February 06, 2023

1   [indiscernible] he thought James had a micromanaging

2   nature about him and that he wished James would allow

3   Dan to do his job as an executive director more

4   autonomously, and James told Diamondback that if he

5   wasn't a good cultural fit for PV, then it might just

6   not work out, and Diamondback told Anonymous Donor

7   about this and the donor told Diamondback that he was

8   turned off by James' overpromising and "social

9   demeanor" during the dinner and that he intends to

10  pull out of supporting PV financially.

11       The other instance is that a while ago, a

12  colleague and I introduced a high net worth husband

13  and wife to Project Veritas, we had been friends for

14  a while, and they're currently a Project Veritas high

15  dollar donor.  A year ago, the husband told me that

16  he was initially very turned off by a meeting that he

17  had had with James.  He claimed that James asked him

18  in a rather demanding way that he would like him to

19  write a $75,000 check to PV on the spot, which made

20  him very uncomfortable, but he did end up writing a

21  check that day and continued their relationship with

22  PV.  Pretty soon after they attended a donor event

23  for PV where James was present, the wife told me that

24  she asked James for a photo and he had turned her

25  down and that she was very embarrassed and felt like

Project Veritas -  Board Meeting
February 06, 2023

1   crying.  They had continued to support PV after this.

2   I did happen to get a call from her today just as of

3   the most recent update and she only had great things

4   to say about PV and James.  So since this incident,

5   it seems like they've gotten to know the positive

6   James that I personally know and love.

7        These incidents, particularly in my opinion, I

8   think they're byproducts of being in a very high

9   pressure environment all the time.  My intention is

10   just to present what has been reported to me

11   [indiscernible] with respect to James and everyone

12   here.  I love working here and I only want the best

13   for the mission and every person involved.

14        SPEAKER:  Thank you.  Does anyone have any

15   questions?

16        SPEAKER:  Thanks, Arden.

17        SPEAKER:  Thank you.

18        SPEAKER:  Stephan, please let in 0434, Mike

19   [indiscernible].

20        SPEAKER:  Mike [indiscernible], please tell the

21   board and observers you're name, what you do at

22   Project Veritas, and how many years you've been at

23   the organization.

24        SPEAKER:  Hi, everyone.  My name is Michael

25   [indiscernible].  I'm one of the associate producers

Project Veritas -  Board Meeting
February 06, 2023

1  here.  I basically cut all the videos and write the

2  scripts for the stories that we put out.  I've been

3  here for three years, ongoing my fourth year now.

4      Just to like start things off, I want to say

5  this has been really tough the past week, because in

6  the end, I love James like family, I really do, and

7  him and I have had our ups and downs over the past

8  two years I've been here.  Unfortunately right now,

9  given the circumstances, him and I are getting along

10  probably the best we ever had, but this isn't about

11  me and James' relationship anymore, this is about the

12  Project Veritas organization and making sure it will

13  last beyond me and all of us who currently work

14  there.  Basically the way I see it, management works

15  here for the past two years is we've compromised

16  [indiscernible] by elevating people who are

17  agreeable, that are agreeable to James'

18  [indiscernible], but they're also mediocre, they

19  don't exhibit the same passion or drive as the ones

20  who have been here and have been working tirelessly

21  around the clock forever, for years now, to like grow

22  and expand and reach new horizons.

23      I always say I want to [indiscernible] Rubicon,

24  and I think we've done it.  I think we're right

25  there.  We're having the best -- we just had the best

Project Veritas - Board Meeting
February 06, 2023

1  release we ever had in Project Veritas history by 3X,

2  and we're getting coverage that we've never seen.

3  [Indiscernible], like covering the story, that's a

4  whole new potential audience, and right now we're

5  dealing with stuff like this because of like a very

6  ludicrous, irrational decision to try to get rid of

7  Tom and Barry for voicing grievances.  It's caused a

8  huge rift in everything that's been going on because

9  these are valued, very important people to the

10  organization.

11      Barry was talking to Angelo and me about his

12  mission for the future and like, why not expand.

13  He's a rich guy, he's doing this because he believes

14  in it.  I've said a million times, I just want to

15  leave, but in the end, I don't, because I love this

16  place.  I love the mission, I love the team, we're

17  all family, and I firmly believe that, and it makes

18  it impossible for me to want to go anywhere because I

19  know nowhere else in the world that I'm going to have

20  the experience that I'm having here, and it's been a

21  really positive one in the sense that it's very

22  adventurous, very fulfilling work that I'm doing.  At

23  times, things are good and everything is like fun and

24  exciting and we're doing all this crazy stuff

25  together and there's nothing like it.  It's a bunch

Project Veritas - Board Meeting
February 06, 2023

Page 124

1    of good friends [indiscernible] there's nothing in

2    the world I'll ever get like that.

3        The problem is, because historically, we've had

4    bad hires, [indiscernible] causing disaster and

5    Vanessa who didn't really care about what I did or my

6    involvement, didn't really want to know.  She just

7    knew that I was one of the [indiscernible] because

8    she saw me in the [indiscernible], and she just

9    wanted me out.  That's after I [indiscernible]

10   Vanessa didn't [indiscernible].  James apologized at

11   least, which that made me feel better about it.  I

12   still feel kind of like rubbed the wrong way that

13   after I was writing the stories and producing them

14   for over a year, I wasn't the first person they bring

15   to the room and [indiscernible] getting rid of my

16   boss in a crazy way, and that led to other people

17   leaving like Spencer and Eric -- Eric [indiscernible]

18   left before because of a different pretty egregious

19   reason because somehow it was agreed upon that Eric

20   [indiscernible] was going to be strapped up to a lie

21   detector test and like asked about [indiscernible].

22   Eric [indiscernible], there's no way he'd do that.

23   He was like loyal to the organization, but once he

24   was challenged that hard, he couldn't take it, so he

25   left.

Project Veritas -  Board Meeting
February 06, 2023

1      Then [indiscernible] fired [indiscernible], a

2  very public fight that shouldn't have happened in the

3  first place.  That all happened because of an

4  alcoholic thing, which is his own can of worms.  It's

5  chaos, because it's one thing -- again, I understand

6  that James [indiscernible] -- I understand that that

7  happened, but the fact of the matter is that it robs

8  PV of crucial resources.  Most of my department in

9  production was gone.  So I was kind of left

10  scrambling working on like four or five different

11  stories like [indiscernible], [indiscernible], and

12  [indiscernible], and now -- then like I'm stuck there

13  and everything is kind of all over the place.

14      These stories were complicated, [indiscernible]

15  as they were, and Nancy gets sick and she couldn't go

16  to Oklahoma.  I know that hurt James, I know it hurt

17  him, and I understand why, but at the same time, she

18  was sick, she couldn't physically come.  I understand

19  also [indiscernible] it was really bad.  We went out

20  -- first [indiscernible] wasn't allowed to go with us

21  and Mount Rushmore [indiscernible].  That whole crazy

22  thing [indiscernible] was insane to me.  I couldn't

23  believe that they allowed this crazy person to stay

24  around us.

25      Then on top of that, Nancy and I got sick

Project Veritas -  Board Meeting
February 06, 2023

Page 126

1   coincidentally from Tampa to South Dakota, and then

2   like she was going to go on her birthday out to this

3   wine drinking party, and she had no choice, she had

4   to go to this donor [indiscernible] or James would

5   have gotten very upset with her.  [Indiscernible] was

6   there and she was sick and very drunk and it was her

7   birthday and a crazy person was there.  It just all

8   feels -- I'm not saying it was a deliberate setup or

9   nothing like that, I'm saying all the elements of the

10   night could have been avoided if she wasn't concerned

11   [indiscernible] by James.  If she just left, then we

12   still would have had her on as an incredible

13   executive producer, because she was so important to

14   this [indiscernible] and a tremendous

15   [indiscernible].

16       Even when I first started, like [indiscernible]

17   millions of followers across every account that we

18   had on social media was after all 2020 when Eric was

19   able to kind of like [indiscernible] and Nancy and I

20   buckled down and got production [indiscernible] that

21   like would be able to keep up with it consistently.

22   So I take like our success very personal.  I like to

23   think I helped a lot with that.  So to get rid of

24   someone that was so crucial in that piece.  It was

25   just stuff that just kept happening with her.  Also

Project Veritas - Board Meeting
February 06, 2023

1   [indiscernible] was let go, and I just don't

2   understand how when Nancy was thrown away, everyone

3   -- we were so quick to think she was suing us when --

4   then when I asked her because she hired the lawyer

5   for her separation agreement, not to sue us, when I

6   asked her, I was told I violated my NDA.  That really

7   hurt me, because when I was talking to her about

8   things internally, I didn't know because I didn't

9   want to violate my NDA.  Then I found out later that

10  in a room full of people -- because James told me, I

11  was working from home the next day because I was very

12  upset -- and James calls me and asks me on the phone

13  point blank if I want to resign, and although I felt

14  like I was the closest I ever was to doing it, I

15  don't want to give up on this place, I don't want to

16  let go.

17      So I just said, "James [indiscernible], I'm

18  still [indiscernible]."  It was just like really --

19  [indiscernible].  She was more than just like a

20  coworker.  She taught me like a lot and she was

21  really like a mentor in the general sense of my

22  career and life, not just Project Veritas.  I wish I

23  could answer about how I could do things here, but I

24  don't want to tell her any [indiscernible].  And

25  also, Vanessa, [indiscernible] off of that, and the

Project Veritas -  Board Meeting
February 06, 2023

Page 128

1   way Nancy was treated, that really, that just showed

2   me how even like working your ass off here and trying

3   to make it the best company you can, if you go

4   against what James wants or what senior leadership

5   wanted or whatever, back then, then not only were you

6   terminated, but your reputation to all of your

7   colleagues or your former colleagues would get

8   dragged through the mud and then they'll never get

9   corrected.  [Indiscernible] corrected, I realized

10  that, but it took so long to correct something that I

11  knew wasn't true immediately.

12      And I don't know -- I told people myself

13  because I knew the truth and I believe in the truth,

14  and at this point, to think [indiscernible] I

15  misplaced the [indiscernible].  What people know

16  about us is going out, doing undercover investigative

17  journalism, and it's just really cool, the thing that

18  makes us sexy.  Everyone loves Veritas and it's super

19  cool and interesting and no one does stuff like that.

20  While I respect that James, he wants [indiscernible].

21  I do [indiscernible], I'm into that stuff, but I

22  don't think that it's on brand with what we do.

23  [Indiscernible] I rationalize how it's connected.  In

24  the end, it's like not getting us anywhere in an

25  investigative path forward.

Project Veritas -  Board Meeting
February 06, 2023

Page 129

1      I work here because I believe in exposing

2   corruption and speaking truth to power and it's not

3   like work on stage and things like that.  I know

4   people who support us aren't into that stuff either,

5   and in the end, they want to support our mission to

6   expose corruption.  And that's my main task here,

7   it's the thing I care about the most.  This story,

8   it's just what happened.  It invigorated my spirit.

9   It's giving me hope for this place.

10      And lastly, like Dave told me at the Christmas

11   party [indiscernible], told me personally, and also

12   at [indiscernible]'s wedding, that the past two years

13   have been crazy.  And I haven't really gotten too

14   specific with everything, I'm trying to give you a

15   more general version of things, but I'm hoping that

16   this year won't be so crazy and maybe we'll have it

17   under control and we'll go back to that growing

18   feeling that we had years prior before

19   [indiscernible] and everything.  But the things with

20   Barry and Tom and the other things like I heard that

21   were like these big major changes, I am just like,

22   this is going to be another crazy year, and I don't

23   know how much more of that I can take.

24      I don't want to leave.  I want to make sure

25   this company is perfect and in an upward trajectory

Project Veritas - Board Meeting
February 06, 2023

Page 130

1   and I want it to become -- it has the potential to

2   become the most successful news organization of all

3   time, and I want it to do that, and I'll do whatever

4   I have to do to do that, but things have to change in

5   order for us to achieve that.

6        SPEAKER:  Question, [indiscernible] personnel

7   which is [indiscernible], but you obviously have some

8   close relationships with people; did you ever go into

9   James' office and tell him that you didn't think it

10  was the right move even he [indiscernible] to make

11  those moves, get some closure on it, or you

12  [indiscernible]?

13       SPEAKER:  Well, James and I -- obviously the

14  biggest [indiscernible] has been Nancy.  And James --

15  I felt nervous personally -- but James called me in

16  [indiscernible] Vanessa.  I wasn't called in to the

17  room with James following Nancy being asked to take

18  vacation, but I really -- I went in with her and I

19  didn't go back to the office, and James called me

20  back to apologize for that, which I really

21  appreciated, but I just felt like the stories,

22  [indiscernible] and I spoke on a balcony in Miami for

23  about two hours, about two weeks after everything

24  went down, and we were talking, but I still kind of

25  felt like I had to like hold back my -- I was still

Project Veritas -  Board Meeting
February 06, 2023

Page 131

1   able to be pretty honest, but like after that, it was

2   like he understood how significant that was, not just

3   for the company, but for me personally.  So I imagine

4   he just wanted to make sure I was all right, and I

5   appreciated that, and he wanted to make sure I wasn't

6   going anywhere.  I really appreciate that.

7       Like I said, I love James like family, I really

8   do, but sometimes family gets screwed up.  Him and I

9   have had our ups and downs, but right now, I'm not

10   doing it from an ill place or nothing.

11      SPEAKER:  Understood.  Anybody have any

12   questions for Michael?

13      SPEAKER:  Thanks, Mike.

14      SPEAKER:  Thank you.

15      SPEAKER:  Stephan, if you would let in

16   [indiscernible].

17      SPEAKER:  Okay.

18      SPEAKER:  This is Steve, [indiscernible].

19      SPEAKER:  If you would just tell the board and

20   observers your name, what you do in the organization,

21   and your reception of where things are.

22      SPEAKER:  Sure.  I'm Jen.  I changed from HR

23   director recently to administrative director.  Where

24   I see things right now, I'm concerned.  We lost an

25   executive in the company last month and

Project Veritas -  Board Meeting
February 06, 2023

1  [indiscernible] Tom and possibly [indiscernible] and

2  Barry were being terminated.  I'm not really sure,

3  but I'm concerned about that.  I've been here for

4  eight and a half years and I've always believed in

5  the organization and what we do.  The organization

6  [indiscernible].  I understand that James, from what

7  I understand, I don't know everything,

8  [indiscernible], that there's a possibility that

9  you're asking that he step down in his role of CEO

10  from the organization and [indiscernible] --

11      SPEAKER:  We haven't determined anything.

12  We're just trying to understand the culture.

13      SPEAKER:  That's question has not been brought.

14      SPEAKER:  Okay.  So culture, I think we have a

15  very bad [indiscernible] culture, news organization,

16  generally our job.  We [indiscernible] people who

17  work here more recently in the past two years than

18  prior, [indiscernible] be ready for a high work

19  ethic.  It's a very demanding job, reasonably so,

20  we're doing work making a big impact on the world at

21  this point with the last release that we just did.

22  So I think it's a tough place to work.  It's not

23  amusing, you have to have thick skin.  Some people

24  are resilient and some people don't make it.

25  [Indiscernible], that's for sure, especially part of

Project Veritas -  Board Meeting
February 06, 2023

Page 133

1   the vetting process and hiring process.  We have a

2   lot of turnover.  [Indiscernible].

3       So that's the culture.  You guys can ask me any

4   questions you want.

5       SPEAKER:  Do you know the number of people that

6   have turned over?

7       SPEAKER:  The numbers of the people

8   [indiscernible] recently --

9       SPEAKER:  [Indiscernible] I guess the retention

10  rate I think is what he's asking.  What's the

11  retention rate?

12       SPEAKER:  I don't have a ratio or a percentage

13  on it, but I just saw a report for legal team for one

14  of the [indiscernible] that were in, and it was 2016

15  for the last seven years.  We've had 139 people

16  whether employees or contractors terminated from the

17  company or left.

18       SPEAKER:  That's since 2016?

19       SPEAKER:  Yes, in the last seven years.  I just

20  literally did that report, so I know that information

21  was accurate.

22       SPEAKER:  That probably -- just FYI, that's

23  probably on an average basis of those five or six

24  years of 50 people, an average base.  So you're

25  looking at, whatever, 300 percent turnover in seven

Project Veritas -  Board Meeting
February 06, 2023

Page 134

1  years.

2      SPEAKER:  About [indiscernible].

3      SPEAKER:  You're widely considered in the

4  office like the den mother, people confide in you.

5  Can you talk a little bit about their feelings on the

6  culture, their feelings of do they feel safe,

7  confident they can be their best selves, that sort of

8  thing?

9      SPEAKER:  I think -- yeah.  I think everyone

10  knows that fear, that our culture is certainly

11  different from working at a government job or

12  something like that, that's for sure.  We're a mixed

13  bag of people.  Nobody comes from the same place.

14  We're very different, [indiscernible] about each

15  other.  I think we definitely have a roller coaster

16  here.  There's up and downs all the time.  Morale is

17  up and down all the time.

18      Do they feel safe here, as far as physical, I

19  don't think anyone feels that they're going to get

20  hurt.  Do they feel like they're going to lose their

21  job?  I think more recently, we had a layoff, so

22  people are probably a little threatened by that.  I

23  don't know what else you want me to say about that.

24  People come to me, but actually not recently for

25  much.  They may not want to come to me in closed

Project Veritas - Board Meeting
February 06, 2023

Page 135

1  doors because maybe I am responsible for enabling

2  certain situations that they don't feel comfortable

3  coming to me, and that's just being honest.

4      SPEAKER:  As you're working to find resumes and

5  find hires, you talk to people that apply, what are

6  the -- the people who know about the organization, do

7  you ever hear any -- do they come in with any

8  perspectives or is there a reputation that precedes

9  what [indiscernible]?

10      SPEAKER:  What do you mean by that?  In terms

11  of [indiscernible]?

12      SPEAKER:  Yeah, [indiscernible] conversations

13  with them about what is the sort of culture.  Does

14  anyone have any notions as they come in about us?

15      SPEAKER:  I don't think so.  We're pretty

16  transparent about what it's like here because we

17  found that we're more successful with our hires in

18  being transparent with -- it's [indiscernible] work,

19  it's a lifestyle.  It's not necessarily -- certainly

20  not a 9:00 to 5:00.

21      SPEAKER:  Okay.

22      SPEAKER:  I'm sorry, I'm not sure what you said

23  there.

24      SPEAKER:  Jen, have you seen quality over

25  quantity changes in the last number of years that

Project Veritas -  Board Meeting
February 06, 2023

1  you've been with the organization?  Most recently

2  versus in the past.

3      SPEAKER:  Changes with just the culture.  I

4  think our culture has improved because our vetting

5  process has improved, and I think we're hiring more

6  of the right people, I would say in the last few

7  years.  We're trying to hire more [indiscernible]

8  people for sure, not people that [indiscernible]

9  mission driven.

10      SPEAKER:  [Indiscernible] he has the best team

11  he's ever had, and that included executives, too, in

12  our conversation almost a week ago.

13      SPEAKER:  I believe that as well.  I think our

14  team is pretty phenomenal and they work really hard

15  to achieve great things.

16      SPEAKER:  Anybody else have any questions?

17  Jen, thank you for coming on.

18      SPEAKER:  Sure, no problem.

19      SPEAKER:  Stephan, the next number is 8620.

20      SPEAKER:  Okay, coming in.

21      SPEAKER:  This is Josh.

22      SPEAKER:  Josh, please tell the board and

23  observers your name, your role, how long you've been

24  at the organization, and your perceptions and what

25  you're thinking about everything.

Project Veritas -  Board Meeting
February 06, 2023

1      SPEAKER:  My name is Joshua Hughes.  My role is

2   the IT and facilities director here at Project

3   Veritas.  I've been with Project Veritas since the

4   beginning of September 2021.

5      SPEAKER:  Did everyone get that?

6      SPEAKER:  Yeah.  That was '21, right?

7      SPEAKER:  I'm sorry?

8      SPEAKER:  2021?

9      SPEAKER:  Josh, if you can just talk about the

10   cultural issues, maybe your other experiences in

11   different corporate professional settings and

12   whatever you want to share.

13       SPEAKER:  Yeah.  There's been a few things that

14   I'd like to go through.  The format of the culture,

15   the format of the [indiscernible], it's a relatively

16   open format.  And also, I don't think it's going to

17   take that long, but to answer the first question,

18   around corporate culture, in terms of other

19   organizations I've worked with, Project Veritas is

20   clearly very unique compared to some of my earlier

21   engagements.  I've worked with Fortune 500 companies.

22   So it might not be an apples to apples comparison.

23   When I came into this position, having previously

24   come from the likes of Metronics and Johnson and

25   Johnson and I worked in consulting where

Project Veritas -  Board Meeting
February 06, 2023

1  [indiscernible] KTMG, it's clearly a different

2  culture.  But that was to be expected, right?  So

3  that's clearly going to be a little bit different

4  than what -- number one, what I expected, and

5  honestly, what I wanted from this culture.

6  [Indiscernible] is a good thing.

7      Now shifting gears and speaking more to the

8  things that happened as of late, that certainly came

9  to a head as of last week, I wanted to say one thing.

10  First I'll talk about myself and my relationship with

11  PV.  I've been here for a little bit over a year and

12  a half now.  There's only been one time where I

13  stated I was in a situation that was confrontational.

14  In my perspective, I want to say unjustifiably so,

15  where I was like kind of [indiscernible], kind of a

16  little bit over the top, and that was just one

17  incident where I was meeting with -- I was in a room,

18  it was myself, it was Dan, it was [indiscernible],

19  and we were going over some of the plan and strategy,

20  and James reacted poorly to a comment that I had

21  said, which -- we were having a fairly heated

22  discussion, it was around the budgeting, and I think

23  I made the comment about, "I don't want to waste my

24  employees' time."  I think that was the exact quote.

25  There was some yelling and screaming that went on

Project Veritas - Board Meeting
February 06, 2023

1  around that statement.  [Indiscernible], I really

2  thought it was the approach we were taking.  It was a

3  fairly minor issue, too.

4      So I want to kind of loop back and say that by

5  the end of the day, we reconciled on that, and

6  actually, it was -- James and I actually sat down and

7  we reconciled, we had a heart to heart on that and

8  worked through it.  So from a personal perspective, I

9  think I have a fairly good personal relationship with

10  James, and the rest of my team as well, too, from

11  what I've been told on the people that report to me.

12      Moving on to the next point, though, what I

13  really can't abide by is having people that I respect

14  [indiscernible] down and basically talk through, and

15  that came to a head at the leadership meeting.  I've

16  seen little bits of it, I haven't been in the front

17  lines as much as other people.  But at the leadership

18  meeting last Tuesday, it was pretty powerful and

19  pretty pronounced.  It went from -- it was Barry, it

20  was Dan, it was Eric, and it was Tom, all leaders

21  within this organization who I have respect for.  And

22  there wasn't a dialogue, and that's what really upset

23  me the most.  [Indiscernible], that smaller version

24  of that, like I just described, a lot of people at

25  the meeting, there was a palpable feeling in the air

Project Veritas -  Board Meeting
February 06, 2023

Page 140

1   that this wasn't good.  But based on the previous

2   experience, all right, tensions are high, we're

3   running through the biggest stories we've ever run in

4   the history of PV.  [Indiscernible] and this will

5   settle down.  Well, [indiscernible] conversations

6   happened apparently based on speaking with other

7   people that were in the line of fire, it got worse

8   and worse [indiscernible], and I wasn't in the

9   office, but people could hear this going on.  So

10  that's a little bit of hearsay.

11      But going back to my experience personally, I

12  think the -- I don't use [indiscernible], it's just

13  something I was [indiscernible].  Thursday night when

14  James reached out to me and had me disable access for

15  both Barry and for Tom as well, I was literally -- I

16  was shocked, and it took me a while to really -- just

17  to let that sink in.  Of course [indiscernible]

18  according to James, and I did just that.  Then I

19  forgot who it was, but this was late Thursday night,

20  a day later, there was conversation around wanting to

21  have employees discuss the event s that happened that

22  week, and I [indiscernible], it was basically a chat,

23  and I said, "I'd love to hear what other people are

24  thinking," because I thought this was going to get

25  blown up and then going to calm down, but obviously

Project Veritas -  Board Meeting
February 06, 2023

1  things didn't go that way.  And once I heard all the

2  other I want to say anecdotes and experiences that

3  people had over the years, I was really kind of taken

4  aback.

5      My last point that I wanted to make kind of

6  brings it up a level.  This is around where I -- how

7  I think this could affect -- or how it's affecting

8  the actual strategy of where we want to go as a

9  company.  And I think for the most part, most people

10  on the call right now, they were on from the setup

11  and have very ambitious goals and [indiscernible],

12  just this is a very real but hard goal to get to, and

13  then we're barely out of February, and two of the

14  leaders that are going to be responsible for pushing

15  these efforts, along with obviously the rest of the

16  staff, are let go.

17      So I think not only was I sad to see that

18  reaction take place, I was disheartened with the

19  [indiscernible] the actual business, how we're going

20  to achieve our goals.  So then I thought about it,

21  [indiscernible] people, they brought up some

22  information and the amount of employees that have

23  been with PV since its inception, and I believe we're

24  looking at a turnover rate which is on par with this

25  fast food [indiscernible].

Project Veritas -  Board Meeting
February 06, 2023

Page 142

1      So I've worked -- when I was in high school, I

2   worked at McDonalds, and I can tell you that they

3   don't do a [indiscernible] assessment, they don't

4   spend time investing in the talent to flip burgers,

5   and we're working at that same turnover rate with an

6   average of like a year and a half worth of service.

7   We're never going to be able to grow.  I think part

8   of it is the fact that people are either burning out

9   or they're let go in actions such as what happened

10   this week, and I don't think it's good for long-term

11   health of the company.  So that's really -- those are

12   really my [indiscernible].  I know I said a lot here.

13   Did anyone have any questions for me?

14      SPEAKER:  When everyone spoke after

15   [indiscernible] Tom and Barry were let go, what was

16   the sentiment?  What was the feeling of the

17   conversation [indiscernible] of the CFO?

18      SPEAKER:  So what was being -- what was the

19   feeling of the general audience of everybody?  Is

20   that was the question is?

21      SPEAKER:  Yeah, who you talked to.

22      SPEAKER:  It was a third of the company.  I

23   mean, people care.  So here is the general sentiment.

24   The letter that a lot chose to sign, if you just kind

25   of skip all the anecdotes and sentiments and all that

Project Veritas - Board Meeting
February 06, 2023

Page 143

1  and you get right to kind of what's being tasked with

2  the board to help out with, those are fundamental

3  [indiscernible] that anyone would want to sign.  If

4  we put the opposite in place to say, "Oh, we want to

5  be bullied, we want [indiscernible], we want to be

6  more micromanaged," I think what's being asked for is

7  very -- it's just common sense, right?  I think that

8  was really the sentiment of everybody that -- people

9  are emotionally changed.  I'm not going to lie about

10  that.  Some people were freaking out [indiscernible],

11  but that's the result that people want to see.

12      People want to see a change so we can do our

13  jobs in an effective and efficient manner.  We've

14  hired a lot of -- and the term leadership came up a

15  lot.  We're hired to be leaders here, leaders that

16  were all driven toward the same goal.  And here is

17  the point.  To Barry and Tom, we're all driven to the

18  same goal, we're all going the same way, but we're

19  going to have different approaches, we're going to

20  have different tactics, we're going to have different

21  life experiences in terms of how we get to these

22  outcomes, but everybody on the call is still driven

23  to the core values and the mission, which is Project

24  Veritas.  I think that was the overall sentiment

25  there, their hope for all of the problems that people

Project Veritas -  Board Meeting
February 06, 2023

Page 144

1  have had.  And other people, like I said, have had

2  more issues on a personality level than I have.

3  There was never any down side, there was never any

4  frustration around [indiscernible] or serving our

5  [indiscernible].

6      It's frustrating, though, when there's

7  interactions with those internal employees and donors

8  and other stakeholders within our organization where

9  those interactions are needed.  We're not going to

10  rehash everything that we listed, because that's in

11  black and white, but that is where the frustration

12  came in.  It's how we're trying to achieve our goals,

13  not what we're doing.  We all want the what to

14  continue.  Does that make sense?

15      SPEAKER:  Absolutely.

16      SPEAKER:  Exceptionally well, everything,

17  perfect.  Appreciate it, your thoughts, very

18  thoughtful.

19      SPEAKER:  And I've really held those thoughts

20  since I've joined the organization.  It was a big

21  shift to go from a 50,000-person organization to this

22  organization.  And I want to say absolutely that I am

23  -- I will even go out on a limb to speak for other

24  people here because I've heard them say they love

25  working here, because it's the thing that we do that

Project Veritas - Board Meeting
February 06, 2023

1    nobody else is doing, nobody else is doing.  The

2    organization that was the [indiscernible] and brought

3    in the table, that's still alive and fresh in

4    everyone's mind, and 100, 100 percent.  So yeah, that

5    really -- I think in a nutshell, that's where I'm at,

6    and that's where a lot of other folks are at.

7        SPEAKER:  I hesitate to ask this, but one of

8    the things that were talked about, I will use the

9    term abuse, those are express violations of human

10   [indiscernible], but also of the employee handbook

11   and written documents, and moreover, we're in a

12   really litigious age and there's a meaningful legal

13   as a board to speak to get to a better place and help

14   James get to a better place and get the organization

15   in a better place, and maybe you can provide us some

16   [indiscernible] or structural changes.

17       SPEAKER:  Mm-hmm.

18       SPEAKER:  I'm sorry, I shouldn't have -- that

19   wasn't appropriate for me to say.

20       SPEAKER:  It's fine.

21       SPEAKER:  There are people aware of the

22   violations -- [indiscernible] want to look at those

23   things and say, "Well, gosh, this is a black and

24   white thing," and it's not really something you want

25   to deal with this day in age especially.  Maybe 100

Project Veritas - Board Meeting
February 06, 2023

1  years ago.

2      SPEAKER:  If I'm [indiscernible] legally, I

3  don't intend to say that [indiscernible] verbally --

4      (Simultaneous speaking)

5      SPEAKER:  I'm not asking, [indiscernible]

6  litigious ages, so I was curious.  But what I was

7  saying, do people ever look at the employee handbook

8  and say, "What are we conforming to with standards

9  and ideals and express behaviors that we

10  [indiscernible]?"

11      SPEAKER:  It certainly should happen.  At the

12  end of the day, what's in the handbook, I mean, it

13  should be reflective of how we live our lives.  If I

14  were to sum up, especially what transpired

15  [indiscernible], I got the feel being in that

16  argument on Tuesday, I don't know exactly the words I

17  would use, I would just say that it wasn't

18  productive.  It wasn't moving in the correct

19  direction to make this company better and greater.

20  Purely [indiscernible], there's different ways that

21  that can be done.  People respond differently.

22      Another challenge, too, I know this is

23  [indiscernible], just like right now, it's hard to

24  hear people, so many get lost that way, too, but I

25  think this was especially [indiscernible].  One

Project Veritas - Board Meeting
February 06, 2023

1  example, Dan was agreeing, it was something

2  [indiscernible] two main points.  One was donor

3  e-mail asking for money, one other thing was setting

4  up not a Word Press, but a way to do blogging, we

5  were having a conversation around that.  Dan was

6  trying to agree and James I thought was yelling

7  through that.  I don't know if it's because he

8  couldn't hear what Dan was saying, but Dan was

9  saying, "I'm agreeing with you."  So I just didn't

10  think that was productive.  Regardless of

11  [indiscernible] or not, it's not getting it to a

12  better place.  That's all.

13     SPEAKER:  Well, I like the precision of a lot

14  of the IT guys.

15     SPEAKER:  Thank you, Joshua.

16     SPEAKER:  [Indiscernible] this is not really a

17  discussion around [indiscernible].

18     SPEAKER:  Thank you, Josh.

19     SPEAKER:  Am I good?

20     SPEAKER:  Yeah.

21     SPEAKER:  Thank you all for hearing me out.

22     SPEAKER:  Stephan, please let in 3411.

23     SPEAKER:  All I see is 7896 waiting.

24     SPEAKER:  That's probably the other one.  That

25  should be it.

Project Veritas - Board Meeting
February 06, 2023

1    SPEAKER:  So allow in 7896?

2    SPEAKER:  Yes.

3    SPEAKER:  Okay.  They're in.

4    SPEAKER:  Hello.

5    SPEAKER:  Please tell the board and observers

6  your name and your role and how long you've been at

7  the organization, and then just talk freely.

8    SPEAKER:  Perfect.  My name is Jillian, and I'm

9  a development [indiscernible] here.  I've been with

10  the organization for over a year now.  Although this

11  is a short time, it is long enough to [indiscernible]

12  the mistreatment of employees.  When I first started

13  working here, I was always so excited to come into

14  work.  I would leave my house around 6:00 a.m. and

15  not getting home until about 7:00.  I still do this

16  because I truly believe in the mission.

17     In the past six months, things have changed

18  drastically, and I no longer enjoy being in the

19  office.  I have a fear that development will be

20  shamed as failures for not meeting James' often

21  unreasonableness.  Often when development is called

22  into the office to do donor calls with them, we're

23  told we're not working hard enough or simply wasting

24  his time and he says he has to do our jobs for us,

25  and he never acknowledges development's hard work and

Project Veritas -  Board Meeting
February 06, 2023

Page 149

1   successes, of which there are many.

2       One recent example stands out.  A phone call

3   earlier this week, James was angry that development

4   had disagreed with a strategy of his.  The team had

5   voiced their opinions on this as to why the strategy

6   was a mistake and should not be used.  James

7   proceeded to call Barry and Joanne insubordinate

8   claiming that no one says no to James O'Keefe.  If

9   they could not follow his [indiscernible], then they

10   should look for a job elsewhere.  James also went as

11   far as to blame Joanne for low morale over the entire

12   organization simply because she didn't agree with

13   James' strategy.  Having listening to this, it was

14   heartbreaking and enraging.  It was so bad that

15   others who had overheard this phone call came into

16   the office just to apologize for the way that James

17   had spoken to us.

18       But not even 24 hours after the incident, James

19   messaged us explaining that we had actually

20   misunderstood him, that we had not simply changed his

21   mind, but again, it was said to be our fault, and no

22   apology to Joanne or Barry for that phone call.  And

23   although this is only one example for me, it captures

24   recent daily life at Project Veritas.  So I just want

25   to thank you guys for listening to me and my

Project Veritas - Board Meeting
February 06, 2023

Page 150

1    concerns.

2        SPEAKER:  Very, very helpful.  Thank you,

3    [indiscernible].

4        SPEAKER:  Thank you.  I appreciate it.

5        SPEAKER:  Stephan, you can let in 1634?

6        SPEAKER:  Okay.  Coming in.

7        SPEAKER:  Hello?

8        SPEAKER:  Hey, [indiscernible]?

9        SPEAKER:  Yes.

10        SPEAKER:  Please tell your name and how many

11    years you've been with the org and what you do, and

12    then just feel free to talk freely.

13        SPEAKER:  My name is James Mandell.  I've been

14    here almost about three years.  On August 1st, it

15    will be my three years.  I'm in comms, I'm a social

16    media editor, and I also assist with posting as well

17    as making content.  I don't really know where to

18    start, but I will start by saying this isn't easy

19    and, I obviously imagine it not being for anybody,

20    but that being said, this needs to happen.

21        So I guess my first point that I will make is

22    personally, I'm quite upset about the way things have

23    digressed into what it is right now, and

24    [indiscernible] as far as my opinion, but I really do

25    feel like the way the culture of the organization has

Project Veritas - Board Meeting
February 06, 2023

Page 151

1  -- I don't want to say deteriorated, but morphed into

2  what it is now since I've joined has become toxic.  I

3  think that's a trickle-down system, [indiscernible],

4  but I do believe it comes from the top down.  I stand

5  by that.  I think James has become drawn on power and

6  has acted like a tyrant while pontificating on that

7  [indiscernible] as to what we could be exposing, and

8  it's an oxymoron.  And it saddens me because I look

9  up to James.  He's an American hero, and I was very

10  grateful beyond belief as to him letting me be part

11  of this organization, building my career.

12      One of our colleagues, RC, who was just married

13  about a month or so ago, he sat down with me at

14  dinner and told me how he's seen me [indiscernible]

15  I've been, and it really spoke volumes to me because

16  it was very profound because someone I look up to, an

17  American hero, that America looks up to, was

18  recognizing my talent.  That gave me a lot of hope.

19  But after the past couple days, it's just been really

20  a depressing letdown.

21      I would say -- for examples about his behavior,

22  the culture, I would like to start with one example.

23  It was in the earlier part of [indiscernible] joining

24  our organization.  We were in Colorado for the

25  filming of [indiscernible], and we had to go back to

Project Veritas - Board Meeting
February 06, 2023

1    the airport, the private jet to go back to HQ, James

2    wanted me to send a [indiscernible] to get it edited

3    immediately, which was also [indiscernible], but I

4    [indiscernible], so I did.  I stayed there, and when

5    we had to leave [indiscernible] because the plane

6    [indiscernible].  I was forced to get back in the

7    plane and not be able to send the footage.  When we

8    got back to HQ, I was somewhat publicly and somewhat

9    privately bullied, I was teased and mocked about not

10   doing anything right, and it was honestly not my

11   fault.  That was just one incident.

12       The rest of what I'd say is mostly the culture

13   stems from James' behavior, and it's not okay.  I

14   don't know [indiscernible].  And it's not up to me,

15   it's not in my control, but I do want to say that

16   something needs to happen.  I do believe that you

17   guys will make the right decision, whatever it may

18   be.  But from what I've seen over the past almost

19   three years now has been an absolute disgrace in my

20   opinion because I always see people getting hired and

21   fired or quitting or coming in and coming out.  It's

22   a revolving door.  Mostly people are not only

23   disrespected and not treated correctly, it just

24   sounds like they were disposable, but there's also no

25   trust.  There's no trust within the people,

Project Veritas -  Board Meeting
February 06, 2023

1   especially those in leadership.  For example, my

2   supervisor, Eric [indiscernible], was strapped to a

3   polygraph test nearly a year after the whole

4   [indiscernible] incident, then [indiscernible], and I

5   personally did not [indiscernible] at the time, but I

6   transitioned from production to comms a little bit

7   later.  But what I saw was just, it was wrong.

8       In my opinion, if you can't trust your own team

9   -- I don't know the reason for the polygraph test,

10  but if you can't trust your own team, then what do

11  you have?  You're walking on eggshells around

12  everyone.  Like I said, trickle down, it causes it to

13  boomerang, and it was sad.  He's not only my

14  supervisor, but he's my friend and my mentor, and I

15  really do look up to him and he's taught me a lot.

16  There's a lot that I know now today because of his

17  knowledge and intuition.  And I always see when

18  there's an audience call or I overhear it or if it's

19  private, whatever the case is, there's a lot of

20  distrust with the team leaders, specifically

21  [indiscernible] things being brought to the

22  forefront.  I don't know the exact reason, but what I

23  can deduce on my own accord, I think it's an act of

24  jealousy or a threat to the power system.

25      What I mean by that is I really do think that

Project Veritas -  Board Meeting
February 06, 2023

Page 154

1   James has been in a position where he thinks people

2   are out to get him or people are going against him

3   and he wants it his way.  And I totally understand,

4   because this is his baby.  PV, he birthed PV.  No one

5   can take that away from him.  He's been wrongfully

6   accused and prosecuted, and that is not diminished.

7   I will do anything in my power to fight for him for

8   that.  But if you're not going to put trust into the

9   people that you put in those positions, to further

10  the company and to further the mission

11  [indiscernible] who haven't seen it before, then

12  what's the point?

13      There's been many times and many instances.

14  I've seen one very recently.  For example, Eric and

15  I, we had a [indiscernible] meeting about ideas of

16  what we could do for this coming year, and one of

17  those ideas was [indiscernible], and James was

18  onboard for that.  And for about three to four hours,

19  at least what I saw, three to four hours, Eric was

20  trying to get James to sit down for literally five

21  minutes and [indiscernible] as to what was going to

22  go on and how it worked, and James became

23  [indiscernible], preoccupied, whatever the case was.

24  When everything started, James was unprepared, he got

25  mad, started acting like honestly a child, getting

Project Veritas - Board Meeting
February 06, 2023

Page 155

1  angry, putting all kinds [indiscernible] and stuff

2  like that.  Eric had to run around and help him, and

3  it really not only bothered myself or Eric, but many

4  others.  It's just really upsetting.

5      Another example I can give is literally last

6  week when this whole incident was [indiscernible],

7  Barry and Tom, I [indiscernible].  So my colleague,

8  [indiscernible] Patrick, we were just working, and we

9  heard Joanne and Tom who had joined the call spoke to

10  James a certain thing they were trying to do, and

11  James wasn't having it.  Every time they tried to

12  talk, James said -- in one ear and out the other, he

13  just sort of like berated them.  I literally heard

14  him say to Tom, "If you're not going to do it my way,

15  you can leave the fucking company."  Excuse my

16  language.  It blew my mind.  It blew my mind that I

17  actually for I think the first time actually hearing

18  -- not just hearing it from someone from their

19  account, but actually hearing it from James because I

20  happened to be on the phone, I had actually walked in

21  and asked if they were okay, because it was just

22  berating.  I couldn't believe my ears.  I literally

23  could not believe my ears.  It's insane.

24      It was just -- behavior -- the whole point of

25  what I'm trying to say is most of why the culture is

Project Veritas - Board Meeting
February 06, 2023

1  the way it is is because the organization is

2  trickle-down.  The way that James acts like everyone

3  is [indiscernible].  If I'm in the room with James

4  [indiscernible] in the morning, I come back

5  [indiscernible], "Is he okay?  Did he seem like fine

6  or happy?"  It's like, well, at the same time, if you

7  really think about it, James is like a part -- he is

8  the face of the company and it wouldn't be what it is

9  without him.  We can't [indiscernible] that, but at

10  the same time, PV is PV and James is James.  There's

11  a reason why -- there has to be a reason why people

12  are acting like that.  It's because people are

13  [indiscernible] what James is feeling as to how

14  things will go.

15      There's certain times where I've

16  [indiscernible] on ideas on content creation or even

17  posting because James was in a bad mood or he doesn't

18  want certain things to be going up because he wanted

19  something to happen in a certain way.  Well, how are

20  you supposed to let your team work?  It's not

21  practical.  It's like trying to walk through a brick

22  wall sometimes for almost three years, in my

23  perspective.  I have to be in a writer's room to help

24  with ideas.  We're talking about [indiscernible].

25  I'm like, "Well, this isn't [indiscernible].  In my

Project Veritas - Board Meeting
February 06, 2023

1  opinion, this is like a personal thing."  If you want

2  to do [indiscernible], that's fine, but that's not

3  the message of PV.  It blows my mind sometimes.

4      It's hard to find words.  And I'm sorry if I'm

5  rambling here, but it's just overwhelming.  I've been

6  trying to get my mind straight to understand what I'm

7  going to say and how to deliver it, and I hope

8  [indiscernible], but there's a lot, and it's very

9  overwhelming.

10     SPEAKER:  Thank you.

11     SPEAKER:  Thanks, Jay.  You came across very

12  clearly.  Thank you.

13     SPEAKER:  Is there any other questions at all?

14  I don't mind sharing [indiscernible] if you guys

15  would like.

16     SPEAKER:  No.  I think we -- it's kind of

17  redundant.  I appreciate it.

18     SPEAKER:  No worries.

19     SPEAKER:  Stephan, the last -- I think the last

20  one in the queue is [indiscernible].

21     SPEAKER:  Okay.

22     SPEAKER:  I'm going to go now.  Thank you,

23  guys.

24     SPEAKER:  [Indiscernible], are you there?

25     SPEAKER:  Yeah.  Can you guys hear me?

Project Veritas -  Board Meeting
February 06, 2023

1     SPEAKER:  Yeah.  Tell the board and observers

2  your name, your role, how long you've been at PV, and

3  just share your thoughts in this open forum.

4     SPEAKER:  Hey guys.  My name is

5  [indiscernible], [indiscernible] manager at Project

6  Veritas.  I've been here over three years.  I started

7  in October -- September/October of 2019, which I

8  think anyone can agree, a year at PV is ten years

9  anywhere else, in a good way and bad way.  So I can

10  get started.  Just a quick background on how I

11  started here and then I'll get to the main point.

12     I've been here at the onset [indiscernible].  I

13  spoke to others about this as well, because the

14  mentality is this is my dream job, I love the fact

15  that PV hired me.  The night before I started at PV,

16  the first day at PV, I was unable to sleep because I

17  had too much adrenaline about the fact of starting

18  and my first day.  I actually was so tired in the

19  office the first week I was there that I was worried

20  that I was going to be called out for just not being

21  -- working well enough because I was really crazy

22  like that.  So that was how I felt coming to PV.  And

23  obviously I learned about -- my first three to six

24  months, I learned a role, and I have to say in large

25  part I give credit to Eric [indiscernible] for being

Project Veritas - Board Meeting
February 06, 2023

Page 159

1   so good at his job, number one.  He's the best

2   employee I think PV has.  I know I'm biased, everyone

3   knows I'm very good friends with Eric, but I actually

4   believe what I'm telling you, that he is incredibly

5   talented in what he does.  And I've learned a lot

6   from him and he helped me grow into the role where

7   today I'm very confident to say I'm also very good

8   at.

9       Throughout the time, 2020, I saw different

10  disagreements.  More so I was witnessing

11  [indiscernible] between production [indiscernible]

12  general management disagreeing.  There was some

13  heated conversations.  I was never part of those, but

14  I always thought, "This is a little much.  I don't

15  think this type of screaming is necessary for the

16  [indiscernible] we're trying to drive and urgency

17  here."  But more so towards Tom [indiscernible] 2021.

18  In 2020, we had people that [indiscernible] PV were

19  just not good employees, but they weren't really that

20  much of an issue with me and Eric.  I think we

21  marched through those fine.  In 2021, when Nate was

22  brought into the team around I'd say March or April

23  of that year -- first off, I'm a person that

24  [indiscernible].  I love to help them, but I learned

25  quite quickly -- and Eric saw this earlier than I

Project Veritas - Board Meeting
February 06, 2023

Page 160

1  did -- but I learned quite quickly, within a few

2  weeks, his first month at PV, that he was unwilling

3  to do the work that me and Eric were willing to do.

4      When Eric gave Nate instructions to complete to

5  do that were completely valid that I did before Nate

6  was there, he not only basically complained, I know

7  he complained to James about Eric's treatment, which

8  led to James from my understanding completely

9  berating Eric about this, and the relationship there

10  soured significantly between Eric and James after all

11  this [indiscernible] came together for the team.  I

12  wasn't too much involved in the situation.  I know it

13  affected Eric dramatically, and I feel really bad for

14  that.  I felt his pain, because I work with him

15  closely.  And he was really hurt that this kid that

16  was not into doing the work that we did was getting

17  preferential treatment to the point where he was

18  removed [indiscernible] over to [indiscernible].  He

19  was taken out of the comms team under Eric's

20  supervision and put -- after a few months.

21  [Indiscernible] entire company [indiscernible] you

22  have to be fired.  It was pretty clear to me and Eric

23  who were on the team.

24      It never sat well James that it ended up this

25  way because -- I should tell you, one time, James

Project Veritas - Board Meeting
February 06, 2023

Page 161

1   called me a month later to complain about Eric, for

2   example, and he mentioned like how Eric was just

3   awful to Nate [indiscernible].  And this was months

4   after Nate had been fired.  It wasn't really part of

5   the conversation that James called me for, so I know

6   [indiscernible], and it never improved with Eric.  I

7   wasn't so much affected through Eric and comms as a

8   whole, so we had that instance.

9       I obviously can't speak in detail as much as

10  Eric about this.  I don't want to do that.  What I

11  can speak about is what I experienced.  That started

12  more so I'd say in September of 2021 where the

13  traumatic months for the entire staff -- the fact

14  that we had a flood in the office, everyone remembers

15  that.  It was also the same day basically where Nancy

16  was fired, and Eric and I were on a airplane when

17  this news was broken to the staff.  At the time,

18  through Zoom, Eric and I were not able to attend

19  because we were on a flight, I was actually with

20  [indiscernible], we find out through other people

21  that this happened.  We were very disheartened

22  because we knew how much value she brought to the

23  company and how hard she worked and our concerns and

24  Eric [indiscernible] following that.

25      Our concern was we've just seen so much

Project Veritas -  Board Meeting
February 06, 2023

Page 162

1   turnover in senior leadership and staff as a whole.

2   We were just concerned about the future of PV with

3   the constant turnover, firing, dramatic situations

4   coming from that.  We voiced it -- and I can say for

5   a fact that -- I think I can speak for Eric -- we

6   voiced it purely for the concern of PV's future, and

7   we knew how [indiscernible] and we just don't think

8   that that turnover at PV is good.  We just think it's

9   out of control, it's really bad.  We voiced it, and

10   James was upset we did it in the PV leadership

11   channel at the time, but he called us.  And within a

12   few days of having the conversation with James, I

13   felt at the time that things were going to calm down.

14   I thought, "We got this off our chest."  I moved on,

15   I think Eric moved on, I think James moved on.  But I

16   was totally mistaken for thinking that James had

17   moved on, because two to three weeks later, we had a

18   [indiscernible] because we didn't have an office yet.

19   And for the entire week, all I can remember

20   personally was every session that James could attack

21   Nancy's reputation to the entire staff and made

22   anyone who was in that meeting feel like that if

23   they're friends with Nancy, they must be traitors,

24   and awful people, too.  That was not once or twice or

25   one day, that was every single day as much as

Project Veritas - Board Meeting
February 06, 2023

1  possible, constantly being reminded that anyone who

2  talked to Nancy was awful, to the point where I got

3  late night texts saying, "Why didn't you have the

4  guts to talk in front of the staff about what you

5  actually think about this whole thing and the core

6  values?"

7      I honestly will never do that in front of the

8  staff because the staff was being manipulated to

9  despise Nancy.  So if I said anything in her defense,

10  obviously the staff would turn on me.  So I obviously

11  had no choice but to remain silent and take the

12  beating quietly.  I know other people felt exactly

13  the same way as me.  I can speak from a personal

14  example, one of the [indiscernible] that Nancy was

15  talking to lawyers and essentially suing Project

16  Veritas, and James went on a rampage about that and

17  made sure that the whole staff in that room was

18  willing to say exactly what he envisioned that they

19  needed to say about Nancy.  So it was basically -- I

20  don't know even know what the right word is because

21  it's just a strong word, I don't want to use this

22  word, but it was a [indiscernible] reputation that I

23  thought [indiscernible] that didn't know any better

24  about Nancy or what was going on behind the scenes

25  fed right into it.

Project Veritas -  Board Meeting
February 06, 2023

1      So I was in that room and I started feeling

2   sick to my stomach.  When I say sick to my stomach, I

3   mean physically, my stomach was turning.  So I was

4   considering throwing up and I really wanted to -- I

5   thought I was going to.  I couldn't control it.  I

6   actually believed I was going to.  So I thought maybe

7   I should go to the bathroom because that's the only

8   way I can do this without causing a scene.  If I'm

9   going to be sick, I need to go to the bathroom and do

10   it, but as soon as I started thinking about going to

11   the bathroom, James started saying, "If you don't

12   agree with my decision, there's the door."

13      So at this point, I was at the point where if I

14   stand up to go to the door, James will think I'm

15   trying to quit PV and get fired.  So I was like okay,

16   I'll just compose myself in here and try to avoid

17   what's going on for the next 20 minutes and just sit

18   here and not be sick.  That's what I did.

19   Miraculously, I didn't get sick, but I thought I was

20   going to be.  That was the [indiscernible] of that

21   week.

22      I can give way more examples as to what I

23   personally felt, for example, me and [indiscernible]

24   were talking that same day at the Yacht Club, and

25   after the event at the [indiscernible], me and

Project Veritas -  Board Meeting
February 06, 2023

Page 165

1  [indiscernible] were talking about how awful we were

2  feeling about everything going on.  And James saw me

3  and [indiscernible] talking, he immediately tried to

4  approach us by looping around the Yacht Club.

5  Instead of coming straight out, he tried to go around

6  to see if he could catch us speaking without us

7  actually knowing that he was there, but obviously I

8  saw James walking towards us, so I saw him do it.  So

9  [indiscernible], I know James wanted to catch us, if

10  you may, saying about how awful we felt.

11      He changed the conversation and made it about

12  the core values and basically said, "If you don't do

13  the core values, I can do this by myself.  I can do

14  this work by myself.  I don't need anything from you

15  guys," basically just like moving the conversation

16  that way.  We ended it there.  That's when James

17  messaged me saying if I had any guts to talk and if I

18  was keeping secrets from him, and I would ask him,

19  "James, let's have a phone call about this.  I'm

20  willing to talk to you on the phone."  He didn't want

21  to talk on the phone, he just wanted to text me

22  paragraphs.  And I can say personally that I've never

23  -- that grudge never went away between us and James.

24  I include Eric on this, too, because there's been

25  several -- at least one, but probably more instances

Project Veritas -  Board Meeting
February 06, 2023

Page 166

1   in 2022 where we've had -- all the calls with the

2   whole staff.

3       For example, one time [indiscernible] moving

4   legally against us and all that, James made that

5   conversation and immediately mentioned how a year

6   ago, we had a situation with Nancy where we had staff

7   that were disloyal and not willing to do what needs

8   to be done and -- he mainly transferred the whole

9   conversation back to how bad people were

10  [indiscernible], so therefore we need to revamp how

11  we [indiscernible] and all that.  So he never really

12  got over the fact that me and Eric and others

13  [indiscernible] a year later.  That was a personal

14  example I can speak of.

15      Obviously I can list things that -- screaming

16  and that type of stuff like that, but those are

17  things I've witnessed.  I want to say obviously I'm

18  willing to [indiscernible] if it gets to the point,

19  but I understand -- I'm only saying all of this

20  because I care about work and PV and everybody.  The

21  reason that I'm doing this all is for the sole

22  purpose that I think everyone doesn't deserve to go

23  through that.  And that moment was when I realized

24  that if I ever spoke out for the betterment of PV, I

25  would likely be humiliated that way.  So I refrained

Project Veritas -  Board Meeting
February 06, 2023

1  myself and just did my job the way I can and I've

2  witnessed bad decisions being made.  Oftentimes I

3  caught on early before the person ended up being

4  fired, for example.  The general consensus every time

5  that we made suggestions about what is good for PV,

6  the general go-to is, "Either you agree with me or

7  here is the door."  So there's no room ever to really

8  make any serious assessments about what is needed

9  when the reaction is, "I like this.  If you don't

10  like it, here is the door."

11     So yeah, that's where I stand.  I don't know if

12  you guys have any further questions, but I don't want

13  to take up much of your time.

14     SPEAKER:  Thanks very much, [indiscernible].  A

15  comment of a historian once said that academics

16  [indiscernible] avoid and hate feedback,

17  entrepreneurs seek [indiscernible] feedback.  It just

18  sort of seems on point with some of the things you're

19  saying.

20     SPEAKER:  [Indiscernible].

21     SPEAKER:  Say that again, I apologize.

22     SPEAKER:  [Indiscernible].

23     SPEAKER:  Thank you, guys.

24     SPEAKER:  I don't know if anyone has any

25  questions for Mario, but --

Project Veritas -  Board Meeting
February 06, 2023

1      SPEAKER:  Just one question for Mario.  You

2   have access to the social media accounts?

3      SPEAKER:  The PV account is working the last I

4   checked.  What I have heard earlier today was that

5   James' password had been changed.  I'm not sure where

6   [indiscernible], I believe that's still the case, but

7   that's what I know.  But I did have one other point

8   that I know Eric would like me to relay to you guys.

9   There's two things actually that really bothered me

10   personally, so I think I can speak on a personal on

11   this.  I witnessed my boss be polygraphed at PV.  I

12   believe that it was a way to -- kind of an F-U

13   because of how Eric called out the Nate

14   [indiscernible] thing, and it was right after Nate

15   [indiscernible] had been fired.  So I did witness him

16   being polygraphed for something we all knew he didn't

17   do.

18      The other part is I did witness Eric be

19   promoted to chief of staff of the company, and then

20   not only was he demoted to social media director at

21   one point, but James and [indiscernible] at the time

22   basically made it the case that we're not going to --

23   [indiscernible] made it the case that Eric had to

24   publicly park through the [indiscernible] like in a

25   humiliating way to let him know that he was no longer

Project Veritas -  Board Meeting
February 06, 2023

Page 169

1  in the role that they had given to him.  He never

2  asked for that role, [indiscernible].  These

3  demotions and these kind of petty back-and-forth

4  behaviors only occurred at the exact same time that

5  another personal issue like [indiscernible] or Nancy,

6  it was very clear to us that these things were

7  happening as a result of us doing something that

8  James didn't like and used something else to kind of

9  get payback on us.  We felt it.  I know I can't speak

10  for Eric, but we are very -- we do feel very

11  significantly, because he's been here for seven

12  years.

13      I know he wasn't able to speak today.  It

14  bothered me and our team.  When they attack Eric, we

15  feel like all of us are under attack, I'll be honest

16  with you.  When Eric is under attack at PV, me and

17  [indiscernible] feel like we are, too.  We'll never

18  leave Eric behind.  That's just a thing we'll never

19  do, and we feel for him.  So I won't do something

20  like that.

21      SPEAKER:  Thank you.  This is John

22  [indiscernible].  I'm trying to call in on my iPhone

23  because I'm having to move to meet somebody for

24  dinner, but I'm going to keep you in my ear and I

25  won't have any conversation.  [Indiscernible] set of

Project Veritas  -  Board Meeting
February 06, 2023

Page 170

1  batteries on my iPad, which I've been watching on.

2  Thank you so much.  Appreciate it.

3      SPEAKER:  No problem.

4      SPEAKER:  So let's wait for John to come back

5  on.  There are other people who wanted to speak, I

6  think.  Five hours, it's redundant.  But I'll wait

7  for John to come on.

8      SPEAKER:  I'm on now.  Thanks.

9      SPEAKER:  The only thing, I think we all agree

10  we have to suspend this, we can't keep going.  I want

11  to hear from Tom [indiscernible], that would be under

12  executive [indiscernible] board members.  And Tom, I

13  don't know the rules on officers, if Dan would be

14  [indiscernible] or what have you to do a part of

15  that.  Certainly observers should not be a part of

16  that given they're not under NDA and the financial

17  stuff is proprietary.  Two points of action, before

18  we suspend, to formally reinstate Tom --

19      SPEAKER:  We've got a [indiscernible].  Before

20  we take any kind of board action, you might want to

21  take a look at who's on.

22      SPEAKER:  Who is on?  I mean, I think that we

23  want to do the CFO reported analysis, obviously all

24  board members need to be here [indiscernible] to the

25  liability [indiscernible] from that stem from donor

Project Veritas - Board Meeting
February 06, 2023

Page 171

1  funds [indiscernible].  We need to have that

2  conversation.  I think that's way too long a

3  conversation for where we are in the course of the

4  day in this call.

5      (Simultaneous speaking)

6      SPEAKER:  Can I interject something here?  I

7  want to know from James now -- you've heard three or

8  four hours of testimony from people who work with

9  you; what is your response?  What do you think we

10  should do about this?

11      SPEAKER:  That's a good question.

12      SPEAKER:  I wonder if he heard me.

13      (Simultaneous speaking)

14      SPEAKER:  I can unmute him.

15      SPEAKER:  I don't know if he heard it.

16      SPEAKER:  James, are you there?

17      MR. O'KEEFE:  Yes, I've heard.  Do you want me

18  to address --

19      SPEAKER:  James, before we get there -- it's

20  Stephan -- before we -- let's carefully take a look

21  at the list of participants.  There are a couple

22  phone numbers here.  I just want to make sure we're

23  [indiscernible] here.

24      SPEAKER:  Who's the 9400 and the

25  [indiscernible]?

Project Veritas -  Board Meeting
February 06, 2023

Page 172

1    SPEAKER:  [Indiscernible].

2    SPEAKER:  Who's 9007?

3    SPEAKER:  I have no idea.

4    MR. O'KEEFE:  Well, those people were listening

5  to all of the allegations, so what's the concern with

6  listening to my response exactly?

7    SPEAKER:  I just want you to take a look at it.

8    MR. O'KEEFE:  Those people were listening to

9  all the allegations against me.

10    SPEAKER:  I think James is appropriate and

11  correct.  I just want to make sure before

12  [indiscernible].

13    SPEAKER:  9007, who are you?

14    SPEAKER:  That's [indiscernible].

15    MR. O'KEEFE:  I mean, there have been a few

16  hours of specific commentary from 10 to 15 people in

17  an organization.  I've offered my solution, which is

18  a heartfelt letter to the staff, but in terms of the

19  specific allegations, this is not fair or appropriate

20  to have me respond in --

21    SPEAKER:  I'm not interested in you detailing

22  the allegations and defending yourself in that

23  regard.  What I'd really like to know is:  What do

24  you think we should do about it as the directors?

25  What do you think it means to you about what you --

Project Veritas -  Board Meeting
February 06, 2023

1  what we should do with you?  I mean, what do you

2  expect us to do given these allegations?

3      MR. O'KEEFE:  Well, will I have a chance to

4  respond to them?  There's two separate issues here.

5      SPEAKER:  No.  The quick answer is no, not

6  here, not now.  If you want to write something up,

7  great.  I want to know what you think we should do

8  about it.  We're here to preserve Project Veritas,

9  okay?  What do we do about you?

10      MR. O'KEEFE:  One moment.  I've offered a very

11  heartfelt memo that with the board's blessing, I

12  propose that we distribute -- may I -- I've offered a

13  very heartfelt memo with the opportunity of

14  apologizing for specifically what happened on

15  Tuesday, and I intend to -- I'd like to distribute

16  that with the board's blessing and I'd like to have

17  an open-door policy moving forward to listen to these

18  issues face-to-face and have the opportunity to hear

19  the concerns and do my best to hear people and listen

20  to them.  A few hours ago, I read that from the

21  bottom of my heart, the thing I'd like to send out to

22  the staff and have an open-door policy to listen to

23  people.

24      I've been told -- I'm not certain if there's an

25  interest in hearing or -- I'm not certain if there's

Project Veritas -  Board Meeting
February 06, 2023

Page 174

1  an opportunity to respond to these things, or if

2  that's something that people want me to do, I can, if

3  I'm given time to respond to that, but more

4  importantly, I'd like to hear from the board what

5  their solution is if it's not the one that I've

6  proposed.

7      SPEAKER:  I'm going to speak.  I'm usually very

8  soft and very passive in my approach when I talk to

9  anybody.  I want to remind you, James, that you are

10  here amongst some of your closest friends that have

11  supported you for many, many years.  There's no

12  [indiscernible] here.  You have to trust these people

13  to do the right thing for you.  Please, please do

14  that.  It hurts every one of us to come to this point

15  and have to hear these stories and -- I don't know

16  what the solution is, but there has to be something

17  immediate.  I just want to remind you that we love

18  you and we care about your organization, and you're

19  destroying it.  You're destroying the thing that you

20  created.

21      MR. O'KEEFE:  Well, I'm willing to work with

22  professionals on the behavioral issues and I will do

23  everything in my power to change.

24      SPEAKER:  I'm happy to hear that.  It's

25  nobody's intention to take severe action, I don't

Project Veritas -  Board Meeting
February 06, 2023

1  think so, especially after hearing the employees say

2  that they love you and they hate you at the same

3  time.  I think that we can come up with a solution

4  where we walk away as a healthy organization and a

5  healthy founder, and that's what I hope that this

6  board for today, your friends and most loyal,

7  entrusted people -- whether you believe it or not --

8  will do.  That's all I have.

9     SPEAKER:  Ed Clark.  If it's permissible by the

10  board, I don't know if we need to vote on it or if it

11  can be more informal.  I'd like to say a few words.

12  I'm in favor of hearing one of our most loyal,

13  long-term supporters who loves the organization,

14  James has [indiscernible], getting tied to be here

15  today to observe.  I'd like to hear from

16  [indiscernible].

17     SPEAKER:  I'm in favor.

18     SPEAKER:  I'm in favor.

19     SPEAKER:  James, would you be okay with that?

20     MR. O'KEEFE:  Yes.

21     SPEAKER:  Would you unmute 9007, please,

22  Stephan?

23     SPEAKER:  I think 9007 can unmute themselves at

24  this point.  All I can do is request on this side.

25  Thank you.

Project Veritas -  Board Meeting
February 06, 2023

1      SPEAKER:  I met James six, seven years ago, and

2   consider James a friend and have donated to the

3   organization.  I have become a little bit discerned

4   of late about the [indiscernible].  I'm part of the

5   organization [indiscernible] where one person has

6   taken over and another statistic [indiscernible]

7   terminated as James.  And the staff knows, with every

8   check I've sent Veritas, I've always made it a

9   priority to do something for the staff, because

10  owning a business, the people that support you are

11  critical.

12      I'm a big fan of Tom and [indiscernible] Barry.

13  I think the job of one man overseeing aspects of this

14  company is all but impossible.  I think James is a

15  wonderful journalist, but I think the rest of the

16  business needs to be run by other people if the

17  mission is to be successful.  And I do worry, James,

18  right now a little bit about your mental health.  I

19  think right now there's a lot of stress and

20  [indiscernible] if you take some time off to take

21  care of you first.

22      In hearing all this talk, the little that I

23  heard over the years, I feel very strongly that you

24  are the founder and the inspiration, but you're

25  separating yourself from the mission.  The mission is

Project Veritas -  Board Meeting
February 06, 2023

Page 177

1   now being [indiscernible], and I think that from

2   other donors that I've spoken to, they've witnessed

3   the change as well.

4       So I strongly encourage you to try and exercise

5   some [indiscernible] right now, James, get Tom back

6   involved, Barry back involved, people who -- I thank

7   the board for standing up in a difficult situation,

8   but PV right now [indiscernible] with donor info and

9   the [indiscernible] would love to see

10  [indiscernible].  I do think you need some changes or

11  all of this is for not, and the rate of turnover I

12  would say for most people in business is alarming.

13      SPEAKER:  [Indiscernible].  Sorry, Ed.

14      SPEAKER:  That's okay.  I'm done.  I just

15  applaud the effort and I think something needs to be

16  done right now both to help James out, and hopefully

17  in a couple of months, James is back with his

18  journalistic brilliance, but I think the other

19  aspects of the business will be better served and the

20  mission is more likely to grow and be accomplished

21  without his oversight and people worrying about

22  needing to kiss the ring.  I'm sorry to have to say

23  that, but I want the mission to succeed.  Thank you.

24      MR. O'KEEFE:  Thank you.

25      SPEAKER:  Very well.  I have a question for

Project Veritas -  Board Meeting
February 06, 2023

Page 178

1   James.  Did you learn anything new in the last few

2   hours or get any new insights?

3       MR. O'KEEFE:  Yeah, yes.  I really appreciate

4   everyone caring so much about the mission and I

5   really appreciate everyone being so honest.  I do

6   recognize that I have made some mistakes, some

7   serious mistakes, particularly the blow-up this week,

8   and I should not disagree like that in front of other

9   people.  I mean that in a very heartfelt way.  It's

10  something that cannot happen again. I think doing a

11  better job of listening to people and pausing and

12  slowing down is something that has to change.  So I

13  own that and recognize that.

14      We've been moving at a frenetic pace under

15  unbelievable amounts of pressure to get to where we

16  are, but moving forward, I think it's necessary to --

17  I have to change, and I think that I can and I know

18  that I will.  And I've outlined what I think is the

19  right thing to do right now, which is to have an

20  open-door policy for everyone here, and I will just

21  take note of what they have to say and I'm willing to

22  make those change s.  I'm willing to make the change.

23      I do think -- this organization is so important

24  to me.  I will learn better ways to deal with people.

25  It's my essence.  My soul is so tied into this place.

Project Veritas - Board Meeting
February 06, 2023

Page 179

1  I do think I need management assistance, I do need to

2  -- we need to work on that, the people around me,

3  something I wanted to discuss with the board, the

4  right people around me.  I don't want to lose the

5  wonderful people who are here.  I've pulled in Tom

6  this morning and spoke to him.  Tom and I have had

7  some disagreements.  There are some strategic and

8  fundraising that are truly just disagreements over

9  strategy and fundraising.  It's not the what, it's

10  the how I communicate with people and my tonality and

11  my appreciation and my compassion for people.  Those

12  things I will change because I have to change them,

13  because if I don't change them, we're going to lose

14  Project Veritas.

15      SPEAKER:  Ed Clark suggested he was concerned

16  about your mental health.  And we all acknowledge

17  that you've been under super human stressors, we have

18  a lot of empathy.  I think what I heard him

19  suggesting was something akin to taking some time off

20  or a sabbatical, some period of time, weeks or

21  months, I don't know, but maybe a serious amount of

22  time and having some help.  Is that something that --

23      SPEAKER:  I don't know what the long-term

24  corrective actions are, but I e-mailed the board.  I

25  proposed immediate corrective action based on the

Project Veritas -  Board Meeting
February 06, 2023

Page 180

1   testimony that was presented.  I can read it here.  I

2   can refer to the e-mail.  I also sent it to Mr.

3   Sullivan and Stephan.

4       SPEAKER:  Please, Joe, go for it.

5       SPEAKER:  Okay.  I move to implement the

6   following immediate corrective action:  These actions

7   -- the practice of these actions are for the

8   employees to correct things until we can come up with

9   some long-term corrective actions.  I don't know what

10  that looks like, but we'll have to meet again to

11  discuss that.  Obviously Tom O'Hara would be fully

12  restored as CFO.  The action that was taken against

13  him was a violation of the bylaws, specifically

14  article three, which says, "Unless otherwise

15  specified by the board of directors, each officer

16  which the board ratifies his CFO officership shall be

17  elected or appointed to hold office until the annual

18  meeting of board of directors."  That hasn't

19  happened.  "Next [indiscernible] appointment until

20  his successor if any has been elected or qualified or

21  until his early resignation or removal."  He hasn't

22  resigned and the board has not removed him.  And it

23  says, "any officer that has been elected or appointed

24  by board of directors may be removed by board of

25  directors. "

Project Veritas -  Board Meeting
February 06, 2023

Page 181

1    So there's no unilateral removal mechanism to

2  remove an officer that was ratified by the board.  So

3  Tom is reinstated.  I think that's by default, but I

4  would just refer to the action of the bylaws.  Barry

5  Hinckley shall also be reinstated if that's his will.

6  I don't know that it is.

7    MR. O'KEEFE:  May I make a point of order?

8    SPEAKER:  Go ahead.

9    MR. O'KEEFE:  I have a right to respond to

10  corrective actions, and I'd like to speak with the

11  board only as agreed upon at the beginning of this

12  meeting.  Prior to a vote taking place on corrective

13  actions.  I'd also like to know --

14    SPEAKER:  I don't remember agreeing to that.

15    MR. O'KEEFE:  Point of order --

16    SPEAKER:  There will be discussion on the

17  motion.

18    MR. O'KEEFE:  I would like --

19    SPEAKER:  There's a discussion on every motion.

20    MR. O'KEEFE:  I'd like a discussion on what the

21  plan is going to be after these actions are taken

22  before they are voted on.  And I'd like to

23  understand, because we have a fiduciary obligation to

24  the organization, and in the best interest of the

25  organization, if we take these actions beyond -- if

Project Veritas - Board Meeting
February 06, 2023

Page 182

1  we take drastic actions, I'd like to discuss that and

2  I'd like to discuss those things with the board only.

3  But proceed.

4      SPEAKER:  Who remains as an observer?  Ed is

5  on.  Are there any other observers?

6      SPEAKER:  We have a number of observers.

7      MR. O'KEEFE:  I'd like to propose that we

8  discuss the changes that you'd like to make.  And

9  first of all --

10      SPEAKER:  An executive session?

11      MR. O'KEEFE:  I just want to say one thing

12  here.  I temporarily suspended Tom's accounts.  I

13  reinstated it yesterday.  So that's not -- there's no

14  issue there.  But in terms of the other actions you'd

15  like to take, I'd like to discuss them before we vote

16  on them.

17      SPEAKER:  Should I bifurcate the actions?

18      SPEAKER:  How would you do that?

19      (Simultaneous speaking)

20      SPEAKER:  Hopefully you can all see the

21  participants in the bottom part.  I show Jeff

22  Whitman, Eric O'Keefe, 9007 number, Steve

23  [indiscernible], John Sullivan, John [indiscernible].

24      MR. O'KEEFE:  I would propose some of these

25  management solutions involve outside observers are

Project Veritas -  Board Meeting
February 06, 2023

Page 183

1  final, current employees I would request that when we

2  discuss the management solutions, we don't do so in

3  front of current employees.  That would be a request

4  --

5      SPEAKER:  I think that's fair.  I would just

6  say that I don't think we're going to have any

7  restructuring discussions yet.  I think there's more

8  preliminary stuff that needs to be heard, which I

9  believe [indiscernible] mandated to discuss one of

10  the other critical issues, which is the fiscal

11  [indiscernible] under current management and have

12  discussion about what might be the remedies for

13  things that might have occurred under that

14  [indiscernible].  I think that's really important,

15  because we all have a fiduciary duty and a legal

16  compliance duty, and I think we can't just ratify

17  that.

18      SPEAKER:  So why don't I bifurcate the motion

19  and just go line by line and just have a vote on each

20  one, the first one being to fully reinstate Tom

21  O'Hara.  I will make that motion.

22      SPEAKER:  So moved.

23      SPEAKER:  I'll second that.

24      SPEAKER:  I'll second it.

25      MR. O'KEEFE:  Thank you.

Project Veritas -  Board Meeting
February 06, 2023

Page 184

1      SPEAKER:  Question.  I mean, do we need to

2   vacate the presidency so I can call the vote?

3      MR. O'KEEFE:  I support it.

4      SPEAKER:  All in favor?

5      MR. O'KEEFE:  Aye.

6      SPEAKER:  Aye.

7      SPEAKER:  Any opposed?  Hearing none, the

8   motion is passed, and Tom O'Hara is fully reinstated.

9      SPEAKER:  Thank you.

10      SPEAKER:  Can we take on the same vote as

11   related to Barry Hinckley?

12      MR. O'KEEFE:  I'd like to make a point of order

13   that the chief executive officer has the discretion

14   to make that decision, and there have been a number

15   of very serious allegations made here that I have not

16   had an opportunity to respond to.  I'm not sure

17   there's even an interest in this board in hearing the

18   responses, but we need to have a serious conversation

19   about this if you vote on it and its implications for

20   this firm.  You have a fiduciary responsibility to

21   have that conversation with me.  I have sat here for

22   four hours and heard various allegations, which there

23   seems to be no interest in hearing my response to

24   those allegations.  This board is about to reinstate

25   an employee that the chief executive officer has the

Project Veritas - Board Meeting
February 06, 2023

Page 185

1    authority to fire according to the bylaws of this

2    company.

3        SPEAKER:  Subject to the board --

4        SPEAKER:  I would also preliminarily put

5    forward a motion to restrict the chief executive

6    officer's capacity to hire and fire for a

7    predetermined time as we determine right now given

8    that the employees are now frightened they may get

9    fired.

10       SPEAKER:  I recommend 30 days.

11       MR. O'KEEFE:  Point of order, I'd like to have

12    a conversation about that plan, that structure, how

13    it will work.

14       SPEAKER:  It's an immediate corrective action,

15    it's not a long-term.

16       MR. O'KEEFE:  I'd like to have a conversation

17    about that before we vote on it.

18       SPEAKER:  Yes, we will have a conversation on

19    it before voting.  But what is the motion, Matt?

20       SPEAKER:  The motion would be to restrict the

21    chief executive officer's ability to hire and fire

22    employees with the rationale being that the employees

23    are scared of retaliation.

24       SPEAKER:  [Indiscernible]?

25       SPEAKER:  I will put that up for board

Project Veritas - Board Meeting
February 06, 2023

Page 186

1  discussion.  I will just say that many of these

2  employees have been ready to quit and walk out

3  because of all the things we've heard today, and if

4  they don't feel that they're protected, I believe we

5  will start to see those [indiscernible].  So this is

6  more [indiscernible].

7      SPEAKER:  Make the motion first and then we can

8  have that discussion about it after.  You can support

9  it after.

10      SPEAKER:  What is the motion?

11      SPEAKER:  I motion to restrict the chief

12  executive's ability to hire and fire employees for

13  the next 90 days and pass that responsibility on to

14  the COO/executive director in consultation with the

15  board, not unilaterally.

16      SPEAKER:  I'll second that.

17      SPEAKER:  Now this is where we have discussion.

18  Is there any discussion?

19      SPEAKER:  I think 90 days is too short.  I

20  think the employees that testified today took a huge

21  risk given the recent history, huge risk of losing

22  their job.  Maybe we should identify the employees

23  that testified today and say they can't be fired for

24  at least a year.

25      SPEAKER:  Well, I think that undermines the

Project Veritas -  Board Meeting
February 06, 2023

Page 187

1   at-will ability.  And if there's cause, we don't want

2   to undermine that.

3        SPEAKER:  It's just an immediate -- this is

4   just an immediate corrective action.  This isn't a

5   long-term thing.  This is just today --

6        SPEAKER:  Let's say for 90 days with the

7   obligation to review prior to the end of 90 days.

8   We'll probably hopefully have a wise and amicable

9   solution in place long before then.

10       SPEAKER:  Are we supposed to -- are we in a

11   session where we're supposed to have outside

12   observers still or not?  I'm not clear on that.

13       SPEAKER:  Personally, I believe we should.  If

14   you guys want to vote on limiting the access of

15   observers, then that is your right.

16       SPEAKER:  No.  I'm fine with them listening.

17       SPEAKER:  Me, too.

18       SPEAKER:  The motion that I posed was

19   restriction of the chief executive to hire and fire

20   for 90 days, or if you want to say 180 days, we can

21   --

22       SPEAKER:  With the exception of cause and

23   agreement by the board, I would go 180 days.  I mean,

24   they really stuck their --

25       SPEAKER:  It's not preventing the termination

Project Veritas -  Board Meeting
February 06, 2023

Page 188

1  of employees.  They can still be terminated, just not

2  by the CEO unilaterally.  That's what we're

3  discussing.  It sounds like we have two amendments to

4  the main motion which we have to entertain and

5  discuss on.  The first one being --

6      SPEAKER:  I have faith that we have

7  [indiscernible] management in place with Dan and Tom,

8  that nothing would be embarked upon that would be

9  [indiscernible], and I also believe that we should

10  obviously have the right to oversee any of those

11  actions given the retention issue and the culture.

12      SPEAKER:  I agree.

13      SPEAKER:  So where are we at?  George, do you

14  want to make a motion?

15      SPEAKER:  Where are we?

16      SPEAKER:  George, do you want to change it from

17  90 days?

18      SPEAKER:  Yes.

19      (Simultaneous speaking)

20      SPEAKER:  180 days suspension of the power to

21  hire and fire by chief executive and the initial

22  decisionmaking would be by the active ranking

23  manager, which would we the COO, in consultation with

24  the board.

25      MR. O'KEEFE:  May I have a discussion with the

Project Veritas - Board Meeting
February 06, 2023

1  board, please, without the presence of current

2  employees?  That would be my request.

3      SPEAKER:  Is there any employees on the line

4  still?

5      SPEAKER:  [Indiscernible] and Dan, the CFO,

6  both executive officers with signatory authority.

7      SPEAKER:  I'm also on as well, chief

8  compliance.

9      SPEAKER:  Well, the chief compliance officer is

10  the secretary officer and has to be on the line.

11      SPEAKER:  I actually believe that the officers

12  given that we are [indiscernible] over a crucial key

13  responsibility of executive management into their

14  purview, I believe they should be on.

15      MR. O'KEEFE:  I think this is a major decision

16  and we shouldn't be making it hastily per the

17  guidance that you have all given me, and I think that

18  it's imperative that I have a conversation with this

19  board after sitting here for four hours and hearing

20  these things --

21      SPEAKER:  We've all been here for four hours,

22  five hours now.

23      MR. O'KEEFE:  I'd humbly request that right to

24  have that conversation to protect Project Veritas.

25      SPEAKER:  Would you also have that request for

Project Veritas -  Board Meeting
February 06, 2023

1  a decision if you knew that includes half of your

2  employees tomorrow?

3     MR. O'KEEFE:  That's why I'd like to speak with

4  -- I'm not willing to -- let me -- I'm not willing to

5  leave the organization.  I'm not willing to lead --

6  please, may I make a statement, please?  I'm not

7  willing to lead an organization that does not trust

8  me to lead it with the necessary authority.  I

9  refrain from taking any actions until you all feel

10  like you'd like me to lead again.

11     Effective immediately, I'm on leave of absence

12  from Project Veritas and I will return only when my

13  full authority as CEO is restored.  That's what I'm

14  going to do, unless you allow me to have a

15  conversation with this board only.  I need to have

16  that conversation, and it is imperative that I have

17  that conversation.  Again, I'm not willing to lead an

18  organization that does not trust me to lead it

19  without the necessary authority.  I've offered a

20  heartfelt mea culpa, which I truly do mean and I

21  truly will implement, but I have to think about

22  whether I'm able to comply with this request, and I'm

23  requesting a conversation with the board.  If this

24  board chooses not to have that conversation, it will

25  be on the record.

Project Veritas -  Board Meeting
February 06, 2023

Page 191

1      SPEAKER:  We can have that conversation.

2      SPEAKER:  I don't believe it is appropriate

3   given the incurring corrective action that we're

4   looking to undertake to freeze out from the

5   conversation those who are going to have to assume

6   authority by default for existential moderation of

7   the organization such as hiring and firing.  I don't

8   feel comfortable with that at all, because

9   [indiscernible] who are fiduciaries who have opened

10  themselves to unlimited liability by signing off on

11  all the documents as officers.

12      MR. O'KEEFE:  Can we hear from the rest of the

13  employees in the firm if that's what we're going to

14  do?  Again, I'd like to request this conversation

15  with the board only.  A motion to -- I'll propose a

16  motion before the board to have a conversation with

17  the board without employees present.  Anyone else in

18  favor?

19      SPEAKER:  Any opposed?

20      SPEAKER:  Yes.

21      SPEAKER:  Yes.

22      MR. O'KEEFE:  All in favor, say aye.  Is anyone

23  opposed to that motion?  I'm unclear about the voting

24  on this.

25      SPEAKER:  Yes.

Project Veritas -  Board Meeting
February 06, 2023

Page 192

1    SPEAKER:  Yes.

2    SPEAKER:  Yes.

3    MR. O'KEEFE:  You're opposed to have any

4   conversation with the board members only?

5    SPEAKER:  With the board members only, yes,

6   oppose.

7    MR. O'KEEFE:  Okay, so then we need to have a

8   conversation about the plan.  It sounds to me like

9   you guys can sit back down.  My question for you is

10   --

11    SPEAKER:  So 180 days is the amended.

12    MR. O'KEEFE:  My question is:  What is the plan

13   if you implement this solution --

14    (Simultaneous speaking)

15    SPEAKER:  Procedurally, don't we have to --

16   I'll second the motion for the purposes of discussion

17   so we can go under the discussion, okay?

18    SPEAKER:  We're already in discussion.  Back to

19   Matt's main motion to suspend the hiring and firing

20   for 180 days of the CEO and pass that authority to

21   the executive director and/or COO.  That's the

22   present motion.

23    SPEAKER:  I believe that's passed.

24    SPEAKER:  Well, I thought we were still

25   discussing it.  Is there any more discussion?

Project Veritas -  Board Meeting
February 06, 2023

Page 193

1     SPEAKER:  Procedurally, there needs to be a

2  discussion, maybe for us to discuss it.

3     SPEAKER:  James wants to discuss.

4     MR. O'KEEFE:  I think the necessary thing to do

5  is bring a chief of staff in this organization to act

6  in assistance to help with the management and

7  personnel challenges, and I think that that's the

8  right course of action for me to take along with a

9  heartfelt mea culpa for the matter that happened on

10  Tuesday and some of the other things publicly and

11  have an open-door policy and to listen to people, as

12  I've said, and to change my treatment of people.  The

13  matter --

14     SPEAKER:  Sorry about that.

15     MR. O'KEEFE:  The matter about the taking away

16  my ability to hire people will prevent me from making

17  the best decisions in the interest of this

18  organization and --

19     SPEAKER:  That is correct.  It will prevent you

20  from doing that.

21     MR. O'KEEFE:  If I'm not trusted to lead this

22  organization, I need to have a conversation about

23  this, but I need to understand what the plan is going

24  to be with the organization if I'm not in the

25  organization.

Project Veritas -  Board Meeting
February 06, 2023

Page 194

1      SPEAKER:  To be curt, this is a temporary

2   thing.  This is not a long-term thing.  No one is

3   looking for any long-term removal or anything like

4   that.  This is to fix the immediate problem and then

5   we can have the conversation about chief of staff and

6   implementing other procedures and we can examine

7   things again and restore everything, if it's the

8   purview of the board to do that.  But for now, to

9   correct everything that we've heard, there needs to

10  be some immediate corrective actions.  This is not

11  the end-all-be-all.  This will change in the future,

12  okay?

13      SPEAKER:  One thing I learned, I think -- just

14  as a parenthetical, just because James brought it

15  up -- I think chief of staff is an interesting idea.

16  It seems -- I've heard today that in the past, we've

17  had a chief of staff.  Is that --

18      SPEAKER:  [Indiscernible] the title

19  [indiscernible] it has to have that already, and

20  we're not going to pass a motion on suspension of

21  hiring and firing by the chief executive only for the

22  chief executive to say, "I want to hire somebody

23  else."  We're going to deal with the cards we have

24  dealt, which are considerably good in terms of

25  personnel.

Project Veritas -  Board Meeting
February 06, 2023

Page 195

1     MR. O'KEEFE:  Has the board thought about the

2  consequences, or rather, has the board thought about

3  a plan -- if you can speak through -- if I take this

4  leave of absence from Project Veritas and return only

5  when my full authority as CEO is restored, has the

6  board thought about a plan for Project Veritas in

7  that event and what would that plan be and how would

8  it work?

9     SPEAKER:  Yes.

10     SPEAKER:  Yes.  Project Veritas is an

11  organization that [indiscernible] incredibly taloned

12  individuals, who to your credit, [indiscernible]

13  machine are capable of doing journalism.  We don't

14  believe that there will be any lost output on the

15  margins with you taking some time to basically heal

16  from the stress of the last three years, because the

17  status quo, as we all have witnessed over the last

18  five days, 90 hours talking to staff, and they are

19  adamant that they need to be led by somebody who

20  cares about them on an empathetic level, and none of

21  them believe that that is achievable under the status

22  quo.

23     SPEAKER:  If I can make just a quick point of

24  order, Matt.  We're deviating from the discussion on

25  the motion.  I'm going to move to end the discussion

Project Veritas -  Board Meeting
February 06, 2023

Page 196

1  and then move the question.

2      SPEAKER:  Just to review here.  If we vote for

3  the motion, James is going to leave until he gets

4  reinstated with his full powers -- is that what

5  you're saying, James?

6      SPEAKER:  I don't believe we have enough

7  information.  We still haven't heard from that CFO

8  about the [indiscernible] which is [indiscernible]

9  that are integral to this discussion, whether we

10  [indiscernible].

11      SPEAKER:  It's very substantive information and

12  it's not put into the record at this point, extremely

13  substantive, from what I understand.

14      SPEAKER:  I agree with that.

15      MR. O'KEEFE:  I don't know what I'm going to

16  do.

17      SPEAKER:  Are we going to table it or what are

18  we doing here?

19      SPEAKER:  What are we voting on?

20      SPEAKER:  I'll read the question.  The question

21  is the CEO's hiring and firing privileges shall be

22  revoked for a period of 180 days and the executive

23  director/COO shall have the authority to hire and

24  fire.

25      SPEAKER:  I'll second.

Project Veritas - Board Meeting
February 06, 2023

1    SPEAKER:  One caveat to that, on any hire that

2   has reports, direct reports, that has to be done in

3   consultation with the board.

4    SPEAKER:  So we have an amendment.

5    SPEAKER:  Is that getting too close to

6   micromanagement?

7    SPEAKER:  I don't think we're looking to hire

8   people, I don't think we're looking to fire people.

9   I think it's going to be [indiscernible] situation.

10    SPEAKER:  You're thinking about economics?

11    SPEAKER:  Yes.  That doesn't mean any employees

12  [indiscernible] entry level.  We have no

13  [indiscernible].

14    MR. O'KEEFE:  If you need an answer right now,

15  gentlemen, then the answer is no.  I cannot be forced

16  into making a decision, and I have to think about

17  what I'm going to do.

18    SPEAKER:  We're not asking you to make

19  decisions.  We're asking the executive director to

20  make this decision.

21    SPEAKER:  If I'm hearing you correctly, we're

22  going to vote yes or no on this motion; is that

23  correct?

24    SPEAKER:  Okay.  Yes, sure.

25    SPEAKER:  All in favor, whoever wants to say

Project Veritas - Board Meeting
February 06, 2023

1  aye.

2    SPEAKER:  I vote in favor of the motion.

3    SPEAKER:  Aye.

4    SPEAKER:  All opposed?

5    MR. O'KEEFE:  If you need an answer right now,

6  the answer is no.  The answer is absolutely not.

7    SPEAKER:  Okay.  It's four to one, the motion

8  passes.  John, you can put that in the minutes to

9  show the minutes reflect that.

10    SPEAKER:  Done.

11    SPEAKER:  I would also make a motion that the

12  board level in consultation with the executive

13  director vernacularly titled the COO as the case may

14  be to reinstate Barry Hinckley, and I will do that

15  with the descriptor that the employees are adamant

16  that they have a manager and [indiscernible] manager

17  they have much faith in the COO, especially the DVO

18  team, that they have somebody they were working under

19  that was doing, in their view, the best job they've

20  seen in that role up until now.

21    SPEAKER:  I'll second that.

22    (Simultaneous speaking)

23    SPEAKER:  Is there any discussion on the

24  reinstatement of Barry Hinckley if he even wants it?

25    SPEAKER:  As we stated earlier, the nuance is

Project Veritas -  Board Meeting
February 06, 2023

Page 199

1  precisely that, [indiscernible].

2      SPEAKER:  Subject to his desire.  Is there any

3  discussion on the rehiring of Barry Hinckley subject

4  to his desire?

5      SPEAKER:  I'm not sure -- is this something

6  that the level the board should be enacting?  That's

7  my question.  I love Barry, but --

8      SPEAKER:  I think it's this unique situation,

9  it is.  Not normally.

10      SPEAKER:  He has eight direct reports and the

11  mission critical unit of the organization that is

12  most stressed that is most -- that is at its weakest.

13  So I believe it's at the board's level

14  [indiscernible].

15      SPEAKER:  I wanted to [indiscernible] --

16      SPEAKER:  I mean, technically it could fall

17  under the purview of the executive director and we

18  could let the executive director deal with it or we

19  could --

20      (Simultaneous speaking)

21      SPEAKER:  Yeah.

22      SPEAKER:  I do think that are where we are

23  right now with the emotional turbulence in the

24  organization as we've heard firsthand now, over

25  20 percent of the employees by voice and then another

Project Veritas -  Board Meeting
February 06, 2023

Page 200

1  20 percent by written statement, I think that we have

2  to make that decision, and I think it's a very

3  important symbol to the employees that the culture

4  will change in terms of [indiscernible].

5      SPEAKER:  Excellent.

6      SPEAKER:  Is there any further discussion?

7      SPEAKER:  No.  I call that question

8  [indiscernible].

9      SPEAKER:  Call the question.  All in favor of

10  reinstating Barry Hinckley?

11      SPEAKER:  Aye.

12      SPEAKER:  Aye.

13      SPEAKER:  Aye.

14      MR. O'KEEFE:  Oppose.

15      SPEAKER:  Any opposed?

16      MR. O'KEEFE:  Opposed.

17      SPEAKER:  One opposed.

18      SPEAKER:  James, are you opposed?

19      MR. O'KEEFE:  Opposed.

20      SPEAKER:  James is opposed.  The motion passes

21  four to one.

22      SPEAKER:  If we already passed a motion on

23  hiring and firing, then I don't know how it works

24  with the board vote at the same time --

25      SPEAKER:  James still has his board privileges.

Page 201

1     SPEAKER:  That's right.

2     SPEAKER:  Understood.

3     SPEAKER:  Is there any of [indiscernible] of

4  business or discussion?

5     SPEAKER:  There's the issue of some paid time

6  off, I think that's appropriate to act on, and I'd

7  like to establish that the executive director report

8  to the board of directors and not the CEO.

9     SPEAKER:  Yes.

10     SPEAKER:  I move that the executive director

11  report to the board of directors, and I may have to

12  make a separate motion on paid time off.  I think

13  it's a nice motion as well, a good motion.

14     SPEAKER:  I propose a motion that the executive

15  director report to the board of directors.

16     SPEAKER:  I'll second.

17     SPEAKER:  Aye.

18     SPEAKER:  Aye.

19     SPEAKER:  Any discussion?  We'll just move to

20  the question then.

21     SPEAKER:  Yes.

22     SPEAKER:  I also vote in favor.

23     MR. O'KEEFE:  So we're not going to have a

24  discussion?  Just for the record, we're not going to

25  have a discussion about this?

Project Veritas -  Board Meeting
February 06, 2023

1     SPEAKER:  Do you want to have a discussion?

2     SPEAKER:  Go for it.

3     MR. O'KEEFE:  I oppose the motion.

4     SPEAKER:  Is there anything that you want to

5  discuss for any reasons?

6     MR. O'KEEFE:  I oppose the motion.

7     SPEAKER:  Okay.  Well, four to one on the

8  executive director reporting to the board of

9  directors, which includes James.

10     SPEAKER:  Paid time off.

11     SPEAKER:  Paid time off I think is much needed.

12  I think there will be a lot of clarity after this and

13  we'll have more healthy discussions.  I just don't

14  know how long that will be.

15     SPEAKER:  Indefinite or for --

16     SPEAKER:  I don't think indefinite is

17  appropriate.

18     SPEAKER:  I agree with that.  It's probably up

19  to James or maybe largely --

20     SPEAKER:  I propose initially -- I propose

21  initially a week, and then after which --

22     (Simultaneous speaking)

23     SPEAKER:  It might not be -- it might not be

24  enough, but we could have -- remember, these are

25  immediate corrective actions, and I was hoping that

Project Veritas - Board Meeting
February 06, 2023

Page 203

1  we could have healthier conversations about this

2  stuff.  I don't want to go too long.

3      SPEAKER:  So to be reviewed in a week.  I'm

4  going to be in another day-and-a-half work meeting in

5  Washington D.C., so I just wanted to give you a heads

6  up.

7      SPEAKER:  Let's make it two weeks so people can

8  have it on their calendar.

9      SPEAKER:  Anybody opposed to two weeks paid

10  time off?

11      SPEAKER:  This is not going to be considered a

12  sabbatical.

13      SPEAKER:  No.

14      SPEAKER:  This is just corrective action

15  [indiscernible].

16      MR. O'KEEFE:  If we could let Eric O'Keefe back

17  into the meeting.  Eric O'Keefe is in the waiting

18  room.

19      SPEAKER:  I'm going to hang up, because I'm at

20  dinner with somebody, I'm being rude.

21      SPEAKER:  The last question would be

22  suspending.

23      SPEAKER:  Sorry, Joe, one second.  Eric

24  O'Keefe, has he been readmitted?

25      SPEAKER:  He should be.  There he is.

Project Veritas -  Board Meeting
February 06, 2023

Page 204

1    SPEAKER:  Quickly, can somebody put that into a

2  motion on suspending?  Or I'm going to hang up in one

3  minute.

4    SPEAKER:  James shall be prohibited from --

5  shall turn over his corporate credit card and make no

6  expense on that account until otherwise determined by

7  the board.

8    SPEAKER:  Agree.

9    SPEAKER:  Second.

10    SPEAKER:  That could be a day, that could be a

11  week.

12    SPEAKER:  Can we call the question?

13    SPEAKER:  Is there any discussion?

14    SPEAKER:  I move to second.

15    SPEAKER:  I affirm that motion as well.

16    SPEAKER:  Okay.  I'll vote for it, too.

17    SPEAKER:  Okay.  I'm in favor.  It's my motion.

18  Any opposed?

19    SPEAKER:  James?

20    MR. O'KEEFE:  I oppose that motion.

21    SPEAKER:  Okay.

22    SPEAKER:  The motion is adopted four to one.

23    SPEAKER:  Okay.

24    SPEAKER:  I don't know how that will be

25  enforced, but we will have the CFO enforce that.

Project Veritas - Board Meeting
February 06, 2023

Page 205

1      SPEAKER:  Any business expenses can be

2   reimbursed after review by CFO [indiscernible].

3      SPEAKER:  So we don't have to take any board

4   action on that?

5      SPEAKER:  That will be done by [indiscernible].

6   The one other thing is we do have to reconvene to

7   hear from the CFO.

8      SPEAKER:  Absolutely, we need to reconvene, all

9   six of us.

10     SPEAKER:  Tomorrow?

11     SPEAKER:  We don't have the full board online.

12  We do have to give 24 hours if we're going to call a

13  special.  So unless people waive the notice --

14     SPEAKER:  The only day I can do it is Wednesday

15  because I'm in [indiscernible] Thursday and Friday at

16  another board meeting -- this week, not next week.

17     SPEAKER:  Wednesday at 4:00, we can reconvene.

18     (Transcription concluded.)

19

20

21

22

23

24

25

Project Veritas -  Board Meeting
February 06, 2023

Page 206

1              CERTIFICATE OF REPORTER

2

3

4  STATE OF FLORIDA  )

5  COUNTY OF BROWARD )

6

7

8  I, Shelby Rosenberg, Florida Professional Reporter,

9  certify that I was authorized to and did

10  stenographically transcribe the foregoing audio

11  recording to the best of my ability and that the

12  transcript is a true and complete record of my

13  stenographic notes.

14

15

16

17

18

19  _____
   Shelby Rosenberg, Florida Professional Reporter
20

21

22

23

24

25

Project Veritas - Board Meeting
February 06, 2023

1

## $

**$10**
64:10,12

**$10,000**
53:21 114:21

**$100,000**
65:19,24

**$2,000**
53:21

**$25,000**
112:4

**$250**
42:16

**$30,000**
65:9

**$5,000**
49:8 53:21
114:21

**$50,000**
53:25

**$75,000**
120:19

**$900,000**
59:13

## 0

**0371**
56:17,19

**0434**
121:18

## 1

**1**
64:12

**1.4**
87:1

## 10

**10**
104:23 172:16

**100**
13:11 21:6
32:8 45:21
103:7 111:23
145:4,25

**11**
22:14 111:14

**120**
111:23

**13**
113:11

**139**
133:15

**15**
21:6 48:15
51:16 63:15
172:16

**15-year**
48:22

**1634**
150:5

**17**
14:9

**17th**
97:4

**180**
187:20,23
188:20
192:11,20
196:22

**1st**
150:14

## 2

**20**
50:7 60:16

**82:18 164:17**
199:25 200:1

**200**
70:5

**2012**
41:17

**2016**
133:14,18

**2019**
79:8 87:18
158:7

**2020**
53:15 57:13
79:10 89:10
106:25 107:14
108:4,23
126:18 159:9,
18

**2021**
82:8 109:4,15
137:4,8
159:17,21
161:12

**2022**
60:14 113:12
166:1

**2023**
17:21 91:14

**21**
137:6

**22**
50:7

**24**
149:18 205:12

**24/7**
38:16

**25**
48:16 89:4

**250**
47:24

## 3

**30**
43:22 51:17
113:10 185:10

**300**
133:25

**33480**
49:18

**3411**
147:22

**35**
113:10,13

**3:00**
51:16

**3:30**
56:8,10

**3X**
123:1

## 4

**4**
47:10

**40**
43:22

**4:00**
205:17

## 5

**5**
49:9 64:10

**5,000**
50:5

**5.6**
60:16

Project Veritas -  Board Meeting
February 06, 2023

**50**
  133:24

**50,000-person**
  144:21

**500**
  47:10 137:21

**5140**
  34:22

**5354**
  106:15

**5377**
  70:25 71:3,16
  72:1,6

**5638**
  40:24,25

**5:00**
  135:20

**5th**
  109:18

---

**6**

**6**
  17:21

**6:00**
  148:14

**6:30**
  67:20

**6A**
  12:4 26:4

---

**7**

**75**
  70:5

**7896**
  147:23 148:1

**7:00**
  148:15

---

**8**

**8620**
  136:19

**8:00**
  67:21

---

**9**

**90**
  186:13,19
  187:6,7,20
  188:17 195:18

**9007**
  172:2,13
  175:21,23
  182:22

**904**
  71:16 72:1

**9400**
  171:24

**9728**
  96:16

**9:00**
  135:20

---

**A**

**a.m.**
  148:14

**aback**
  101:24 141:4

**abhor**
  14:8

**abide**
  139:13

**ability**
  40:8 66:6
  185:21 186:12

187:1 193:16

**abrupt**
  114:6

**absence**
  190:11 195:4

**absent**
  12:12

**absolute**
  103:8 152:19

**absolutely**
  19:15 25:18
  30:4 33:11
  67:17 70:6
  72:19 80:22
  93:1 116:14
  144:15,22
  198:6 205:8

**abstain**
  17:7,11

**abuse**
  18:2,3 119:6
  145:9

**abused**
  43:18

**abusive**
  112:7

**academics**
  167:15

**acceleration**
  68:9

**accept**
  37:17

**acceptable**
  18:17

**accepted**
  46:6

**access**
  140:14 168:2

187:14

**accommodations**
  42:19

**accomplish**
  37:2 67:4

**accomplished**
  177:20

**accord**
  153:23

**account**
  126:17 155:19
  168:3 204:6

**accountability**
  27:23 40:4

**accountable**
  37:3 40:1,11
  104:24,25

**accounting**
  32:18,24 33:2
  39:13

**accounts**
  28:13,15
  94:16,18,19,
  21 95:1 168:2
  182:12

**accuracy**
  26:17

**accurate**
  133:21

**accusations**
  51:24 52:18

**accuse**
  52:15

**accused**
  19:10 154:6

**achievable**
  195:21

achieve
130:5  136:15
141:20  144:12

acknowledge
179:16

acknowledged
99:8  101:12

acknowledges
148:25

act
11:24  153:23
193:5  201:6

acted
151:6

acting
66:5  154:25
156:12

action
38:19  170:17,
20  174:25
179:25  180:6,
12  181:4
185:14  187:4
191:3  193:8
203:14  205:4

actions
18:6,20,22
27:19  36:5
37:3  114:17
142:9  179:24
180:6,7,9
181:10,13,21,
25  182:1,14,
17  188:11
190:9  194:10
202:25

active
188:22

actively

113:23

activities
32:11

acts
156:2

actual
141:8,19

adamant
109:1  195:19
198:15

add
29:7  75:21
78:21

adding
47:10

addition
61:25

additional
14:24  15:1
18:24

address
72:7  74:9
118:12  171:18

addressing
86:23

adjacent
49:25

administrative
45:13  131:23

admire
75:10  119:2

admit
40:25  56:16

admitted
41:2

adopted
204:22

adrenaline
158:17

adventurous
123:22

advice
11:5

advocating
78:17

affect
141:7

affected
35:25  67:15
160:13  161:7

affecting
17:24  141:7

affects
77:23

affiliated
97:13

affirm
204:15

afford
39:11  64:18

afloat
115:25

afraid
109:6,9

afternoon
46:5  62:14
63:22

age
145:12,25

agenda
12:2  13:21
16:3  26:4
29:5  42:3

ages
146:6

aggressive
101:23  114:6

aggressively
114:8

agitated
58:10  101:19

agree
10:14  12:10
14:22  19:19
23:14  31:6
40:21  45:24
52:4  77:7,9
95:21  112:6
117:13  147:6
149:12  158:8
164:12  167:6
170:9  188:12
196:14  202:18
204:8

agreeable
122:17

agreed
25:3  118:14
124:19  181:11

agreeing
73:12  147:1,9
181:14

agreement
35:21  127:5
187:23

ahead
21:16  52:5
57:10  63:1
69:11  78:16
105:10  181:8

air
139:25

airing
19:8

airplane
161:16

airport
53:7 152:1

akin
179:19

alarming
177:12

alcoholic
125:4

alerted
28:10,11

aligned
102:12

alive
145:3

allegations
172:5,9,19,22
173:2 184:15,
22,24

alleviate
76:9

allowed
22:17 24:12
51:13 125:20,
23

amazing
45:14

ambiguous
14:9 34:17

ambitious
141:11

amend
23:17

amended
192:11

amendment
197:4

amendments
188:3

America
151:17

American
32:5 151:9,17

amicable
187:8

amount
55:21 57:7
68:3 86:19
114:2 141:22
179:21

amounts
178:15

amplified
87:9

amusing
96:10 132:23

analysis
170:23

and/or
60:20 192:21

Andrew
85:11

Andy
53:24

anecdotes
17:23 19:7
21:17 141:2
142:25

Angelo
85:12 94:14
95:18 96:5,7,
11,14 123:11

angry
60:22 149:3
155:1

annual
65:17 180:17

Anonymous
119:20,22
120:6

antithetical
77:11

anxiety
78:22 80:13,
18 81:7 89:14
107:3 109:8

anymore
43:4 44:23
102:24 122:11

apologet
110:20

apologize
63:7,17 67:13
75:25 78:8
111:20 130:20
149:16 167:21

apologized
21:8 37:16
112:16 124:10

apologizing
173:14

apology
35:9 37:17
149:22

apparently
140:6

applaud
177:15

apples
137:22

apply
135:5

appointed

180:17,23

appointment
180:19

appreciated
62:5 77:3
130:21 131:5

appreciating
65:8

appreciation
179:11

approach
60:6 76:14
139:2 165:4
174:8

approaches
35:23 143:19

appropriately
63:21

approval
26:8 44:1

approve
11:4 16:5
17:5 26:7,19,
24 27:1,2

approved
43:19,21 69:4

April
159:22

Arden
121:16

argument
146:16

army
22:7

arranged
104:16

array
37:1

**arrive**
53:9

**arrogance**
115:9

**arrogant**
20:22 58:11

**article**
180:14

**articulate**
117:11

**ashamed**
36:4

**asks**
114:6 127:12

**aspects**
176:13 177:19

**ass**
128:2

**assessing**
66:1

**assessment**
76:5 142:3

**assessments**
167:8

**assets**
67:11

**assigned**
64:2,3

**assist**
150:16

**assistance**
179:1 193:6

**associate**
121:25

**assume**
31:10 191:5

**assumed**

**74:4**

**assuming**
19:17

**assured**
77:3

**at-will**
187:1

**ATM**
58:17 61:11

**atmosphere**
74:10

**atrocious**
84:21 91:4

**attach**
24:8

**attack**
162:20
169:14,15,16

**attend**
49:15 161:18

**attended**
120:22

**attendee**
112:4

**attendees**
111:23

**attending**
63:24

**attention**
27:18

**attest**
82:15

**attorney**
109:24

**attractive**
86:5

**audience**

21:24 123:4
142:19 153:18

**audio**
99:9,11,14,23
100:2,5
105:1,15,17,
18

**auditors**
24:12,14

**August**
150:14

**authority**
19:18 32:13
40:10 185:1
189:6 190:8,
13,19 191:6
192:20 195:5
196:23

**autonomously**
120:4

**average**
86:25 87:1
107:19
133:23,24
142:6

**avoid**
164:16 167:16

**avoided**
126:10

**awaiting**
74:20

**award**
65:15

**aware**
25:7 43:20
50:23 55:5
145:21

**awesome**
46:19

**awful**
161:3 162:24
163:2 165:1,
10

**aye**
184:5,6
191:22 198:1,
3 200:11,12,
13 201:17,18

———————————

**B**

**B-ROLL**
99:4,5,13

**baby**
109:5,9 154:4

**back**
15:16,19,20,
23 16:9 40:8
48:19,24
51:1,6 54:22
55:2 63:3
64:23 89:9
90:11 91:10,
11 93:15
97:21 99:6,19
100:14,25
109:2 110:2
117:4 128:5
129:17
130:19,20,25
139:4 140:11
151:25 152:1,
6,8 156:4
166:9 170:4
177:5,6,17
192:9,18
203:16

**back-and-forth**
169:3

Project Veritas - Board Meeting
February 06, 2023                                                6

background
  57:12 158:10
backup
  105:15
bad
  48:7 83:1
  100:12 103:22
  124:4 125:19
  132:15 149:14
  156:17 158:9
  160:13 162:9
  166:9 167:2
bag
  55:1 134:13
bags
  97:25
Bailey
  56:4 70:19
  72:7
balcony
  130:22
ball
  67:19 69:12
bar
  97:16 98:2,7,
  13,20,22
bare
  44:16
barely
  114:6 141:13
Barry
  18:8,13 20:4
  41:4 46:11,13
  47:2 48:3
  49:2 50:13,
  14,16 51:12
  52:8,23 56:1
  60:11,22 66:6
  69:15,22 77:6

91:19,25 92:9
95:12,21,25
110:18,20,24
112:17,18
113:12 116:22
123:7,11
129:20 132:2
139:19 140:15
142:15 143:17
149:7,22
155:7 176:12
177:6 181:4
184:11
198:14,24
199:3,7
200:10
Barry's
  112:1
bartender
  99:16
base
  49:11 133:24
based
  39:14 42:12
  52:9 140:1,6
  179:25
basic
  39:9,12
basically
  73:14 79:17
  102:5 122:1,
  14 139:14
  140:22 160:6
  161:15 163:19
  165:12,15
  168:22 195:15
basis
  46:25 133:23
basketball
  92:6

bathroom
  15:8 48:19
  164:7,9,11
batteries
  170:1
Beach
  49:3 61:14
  70:8,9
beacon
  117:3
beating
  163:12
beatings
  20:20
began
  66:8
beginning
  68:11 93:22
  137:4 181:11
behalf
  18:18
behave
  35:25 36:14
behaved
  36:2
behavior
  18:3,6 19:11,
  25 20:22 28:4
  36:21 37:13,
  17 87:8
  114:16 115:8
  119:8 151:21
  152:13 155:24
behavioral
  174:22
behaviors
  18:25 146:9
  169:4

beings
  87:10 107:24
belief
  14:12 109:20
  151:10
believed
  132:4 164:6
believes
  116:12 123:13
belittled
  85:4
belong
  18:17
beneath
  44:9
berated
  18:11 74:2
  155:13
berating
  68:24 155:22
  160:9
bestowed
  23:23
Bethany
  106:15,17,23
  117:17 118:16
betterment
  18:11 166:24
biased
  159:2
bifurcate
  182:17 183:18
big
  73:16 75:18
  129:21 132:20
  144:20 176:12
biggest
  59:14 103:2

130:14 140:3

**billionaire**
48:13 53:16

**billionaires**
53:2

**birthday**
126:2,7

**birthed**
154:4

**bit**
11:19 21:14
56:8 57:12
67:22 75:4
82:12 134:5
138:3,11,16
140:10 153:6
176:3,18

**bits**
139:16

**black**
42:16 54:11
144:11 145:23

**blame**
105:2 149:11

**blank**
127:13

**blanket**
26:8

**blessing**
36:7 173:11,
16

**blessings**
38:8

**blew**
155:16

**blogging**
147:4

**blood**

36:3

**blow-up**
178:7

**blown**
140:25

**blows**
157:3

**board**
15:21,24 24:9
25:4 36:7
44:2 57:8
66:14 71:12
72:8 94:6,9
106:19 107:2
121:21 131:19
136:22 143:2
145:13 148:5
158:1 170:12,
20,24 174:4
175:6,10
177:7 179:3,
24 180:15,16,
18,22,24
181:2,11
182:2 184:17,
24 185:3,25
186:15 187:23
188:24 189:1,
19 190:15,23,
24 191:15,16,
17 192:4,5
194:8 195:1,
2,6 197:3
198:12 199:6
200:24,25
201:8,11,15
202:8 204:7
205:3,11,16

**board's**
38:8,18 43:17
173:11,16

199:13

**boat**
51:1,6 54:22

**bones**
44:16

**book**
52:11

**books**
31:15,17
69:19

**boomerang**
153:13

**boss**
82:2 88:17
92:15 97:22,
23 124:16
168:11

**bothered**
155:3 168:9
169:14

**bottom**
37:19 173:21
182:21

**boy**
109:5

**brand**
70:2 86:5
110:8 128:22

**brave**
18:21 22:9

**bravery**
119:4

**break**
15:8 91:5
103:2

**breaking**
21:14 69:6
70:10 104:23

**breaks**
74:17 78:14

**breath**
73:9

**brick**
156:21

**briefly**
39:9 52:6
67:10 76:10
105:24

**brilliance**
177:18

**brilliant**
32:3

**bring**
26:3 46:20
54:22 79:12
119:6 124:14
193:5

**bringing**
64:14

**brings**
67:23 141:6

**broaden**
46:18

**broken**
161:17

**brought**
46:2,16,22
64:17 66:7
86:18 87:14
109:16 115:2
132:13 141:21
145:2 153:21
159:22 161:22
194:14

**brunt**
72:21

Project Veritas - Board Meeting
February 06, 2023

8

BS
  85:1

buckled
  126:20

budgeting
  138:22

Buh-bye
  70:17

build
  47:19 91:4

building
  48:1,15,23
  75:7 77:14,19
  78:3 151:11

built
  21:22 49:22
  70:2 81:25
  84:15 88:14
  91:12

bullet
  29:14

bulleted
  19:1

bullied
  42:1 61:7
  68:15 143:5
  152:9

bully
  80:22

bullying
  18:16 20:6

bump
  15:4,5

bunch
  123:25

burgers
  142:4

burning

142:8

business
  18:6 31:13,21
  32:20 53:18
  77:19 141:19
  176:10,16
  177:12,19
  201:4 205:1

busy
  76:22

bylaws
  180:13 181:4
  185:1

byproducts
  121:8

_____

C

_____

cabin
  53:14

calendar
  203:8

California
  65:11

call
  16:14 23:4,22
  25:9 45:23
  55:22 60:2,12
  61:15,16,22
  62:10 63:6
  80:19 82:5
  97:5 101:6,
  14,17 103:6
  106:5,8
  110:8,12,15
  112:1 118:17
  121:2 141:10
  143:22 149:2,
  7,15,22
  153:18 155:9

165:19 169:22
  171:4 184:2
  200:7,9
  204:12 205:12

call-in
  56:14

called
  46:18 60:23
  61:25 62:15
  63:8,14 66:10
  97:6 110:17
  111:4 130:15,
  16,19 148:21
  158:20 161:1,
  5 162:11
  168:13

calling
  56:3,6 116:6

calls
  101:16 112:24
  119:15 127:12
  148:22 166:1

calm
  140:25 162:13

candor
  35:4 86:23
  94:4 96:8

capable
  195:13

capacity
  47:25 185:6

captain
  50:25

capture
  100:5

captures
  149:23

capturing
  99:23

car
  54:11 71:25

card
  204:5

cards
  194:23

care
  23:22 24:6
  76:1 83:7
  88:13 92:20
  93:21,24,25
  94:1 95:14,15
  97:10 107:7
  124:5 129:7
  142:23 166:20
  174:18 176:21

career
  58:5 67:17
  127:22 151:11

carefully
  171:20

cares
  195:20

caring
  178:4

Carlson
  53:14,24

Carriage
  98:7

cars
  42:16

case
  24:14 53:2
  61:8 87:20
  113:3 153:19
  154:23 168:6,
  22,23 198:13

cases
  36:18

Project Veritas - Board Meeting
February 06, 2023

9

cash
48:20 65:15

catalyst
47:16,18

catch
88:10 99:12,
14 165:6,9

caught
99:14 167:3

caused
117:15 123:7

causing
124:4 164:8

caveat
197:1

celebrated
111:2

celebrating
59:15

cents
11:3 32:7

CEO
14:16 31:20
41:21 44:14
45:17 88:17
132:9 188:2
190:13 192:20
195:5 201:8

CEO's
196:21

CEOS
34:9,16

CFO
39:20 40:1
112:5 142:17
170:23
180:12,16
189:5 196:7
204:25 205:2,

7

chain
117:24

chair
16:10

chairmen
34:16

challenge
146:22

challenged
124:24

challenges
193:7

chance
17:3 25:15,21
32:15 35:1
36:25 37:25
38:10 173:3

change
11:9 30:12
32:14 45:1,11
69:2,13,14
74:24,25
77:22 84:12
87:8,13 91:7,
11 93:25
107:6 130:4
143:12 174:23
177:3 178:12,
17,22 179:12,
13 188:16
193:12 194:11
200:4

changed
28:13 57:23
131:22 143:9
148:17 149:20
165:11 168:5

channel

162:11

channels
61:4

chaos
125:5

characterized
14:7

charge
94:15,16,17,
20,25

Charleston
63:25

chart
14:5 30:20,21

chartered
50:22

chastised
58:2

chat
140:22

check
64:25 89:23
99:12 120:19,
21 176:8

checked
99:10 168:4

checks
64:11

chest
96:21 162:14

chief
46:12,15
52:1,25 53:17
54:3,8 168:19
184:13,25
185:5,21
186:11 187:19
188:21 189:7,

9 193:5
194:5,15,17,
21,22

child
154:25

childish
81:20

chilling
91:25

choice
126:3 163:11

chooses
190:24

chopped
99:11

chopper
53:11

chose
61:23 142:24

Christmas
129:10

circumstances
36:14 122:9

cited
68:7

claimed
120:17

claiming
19:25 115:20
149:8

Clarice
60:3,8 68:7

clarification
66:19

clarify
33:5

clarity
14:19 202:12

Clark
  175:9  179:15

clashing
  20:14

class
  119:16

classic
  19:19  104:22

clear
  45:7  46:3,23
  57:2  58:15
  94:3  98:4
  160:22  169:6
  187:12

cleared
  98:22

clearer
  78:11

clock
  122:21

close
  101:21  130:8
  197:5

closed
  134:25

closely
  160:15

closest
  83:4  84:17
  127:14  174:10

closure
  130:11

Club
  164:24  165:4

coaster
  134:15

Code
  49:18,25

coincidentally
  126:1

collaboration
  108:21

colleague
  100:15  110:4
  111:1  120:12
  155:7

colleagues
  36:15  72:23
  74:2  75:10
  85:2  90:10
  94:2  100:10,
  11,18  102:21
  107:18
  108:11,20
  111:19  116:23
  128:7  151:12

collected
  18:24

Colorado
  151:24

comfortable
  60:19  64:21
  92:23  117:23
  135:2  191:8

command
  117:25

comment
  67:14  86:2
  111:10
  138:20,23
  167:15

commentary
  172:16

commented
  21:7  63:24
  87:3

comments

56:2  86:3

committed
  57:15  65:24
  69:3

common
  64:25  143:7

comms
  78:3  86:1
  150:15  153:6
  160:19  161:7

communicate
  179:10

communicating
  29:2

communication
  18:23  61:1
  94:24

communications
  32:21  37:10

companies
  137:21

company
  19:14  34:2,14
  42:10,14
  53:19  54:4
  62:22,23,25
  64:18  66:15
  68:13  69:17,
  20  71:9  72:25
  74:17  84:15
  85:6  86:11
  88:25  90:20,
  25  91:5,13
  95:23  102:23
  104:9,19
  116:7  118:5
  128:3  129:25
  131:3,25
  133:17  141:9
  142:11,22

146:19  154:10
155:15  156:8
160:21  161:23
168:19  176:14
185:2

company's
  72:11

compared
  137:20

comparing
  39:12

comparison
  137:22

compassion
  96:5  179:11

compelled
  73:10,24  75:5

compelling
  18:1

competencies
  27:24

compiled
  17:24

complain
  161:1

complained
  72:13  160:6,7

complaints
  119:10

complete
  51:22  160:4

completely
  12:10  30:6
  31:6  41:22
  52:4  76:4
  81:25  82:22
  88:17  110:1
  160:5,8

compliance
183:16 189:8,
9

compliant
14:13

complicated
125:14

complication
48:9

comply
190:22

compose
164:16

comprised
116:19

compromised
122:15

compromising
116:5

concern
108:4 161:25
162:6 172:5

concerned
18:23 39:17
51:15 58:4
126:10 131:24
132:3 162:2
179:15

concerns
20:17 111:17
115:2,5 150:1
161:23 173:19

concluded
205:18

conclusion
108:17

confide
134:4

confidence
41:21 90:9
108:12

confident
49:15 83:16
85:2 88:23,24
134:7 159:7

confidently
88:22

confirm
118:9

conflating
102:6,11

conflicts
54:14

conforming
146:8

confrontational
138:13

confronted
35:23

congratulate
59:17

congratulated
34:10

congratulations
59:16,18

connected
128:23

conscious
44:13

consensus
77:14,19
167:4

consent
52:11,20

consented
52:21

consenting
52:16

consequences
195:2

considerably
194:24

considered
134:3 203:11

consistently
59:21 60:1
63:12 126:21

constant
67:19 162:3

constantly
20:11 42:16
43:12 163:1

constraints
29:21 55:22

consultant
41:6

consultation
186:14 188:23
197:3 198:12

consulting
137:25

contact
111:24
112:23,25

contacts
98:11

contemplated
73:9

contemplating
76:12

content
78:19,20
103:12 150:17
156:16

context
22:19 23:24
39:2 44:12

continually
42:1

continue
11:7 20:20
22:6 31:3
32:1 38:25
51:19 56:12
58:7,8 71:13
84:3 95:25
144:14

continued
37:21 102:6
120:21 121:1

continuing
74:23

contractors
133:16

contribute
18:1

contributed
22:24

contribution
65:17

control
14:16 40:12
103:8,19
129:17 152:15
162:9 164:5

controlling
66:17

conversation
20:12 28:11
58:14 62:20
76:25 90:7
98:24 99:1
102:4 136:12

140:20 142:17
147:5 161:5
162:12
165:11,15
166:5,9
169:25 171:2,
3 184:18,21
185:12,16,18
189:18,24
190:15,16,17,
23,24 191:1,
5,14,16
192:4,8
193:22 194:5

**conversations**
64:9 135:12
140:5 159:13
203:1

**COO**
25:12 26:6
188:23 192:21
198:13,17

**COO/EXECUTIVE**
186:14

**cool**
128:17,19

**cord**
29:13

**core**
18:7 22:13
27:23 75:18
102:12 104:1
143:23 163:5
165:12,13

**corporate**
68:13 137:11,
18 204:5

**correct**
33:22,23
40:13,14 47:6

87:2 128:10
146:18 172:11
180:8 193:19
194:9 197:23

**corrected**
29:1 128:9

**corrective**
179:24,25
180:6,9
181:10,12
185:14 187:4
191:3 194:10
202:25 203:14

**correctly**
152:23 197:21

**corroborated**
18:3

**corrupt**
117:4

**corruption**
129:2,6

**cost**
39:12

**counsel**
24:10

**count**
37:20

**counted**
26:18

**countless**
82:25 104:13,
14

**couple**
53:15 55:23
60:3 61:19
91:19 119:25
151:19 171:21
177:17

**courage**
22:5 83:15

**courtesy**
24:18

**cover**
97:11

**coverage**
104:14 123:2

**covering**
123:3

**coworker**
127:20

**coworkers**
45:3 82:17

**coworkers'**
18:19

**crazy**
123:24 124:16
125:21,23
126:7 129:13,
16,22 158:21

**create**
45:13 69:24

**created**
32:3 107:15
174:20

**creation**
156:16

**creative**
27:24 31:22
33:10

**creativity**
31:14

**credibility**
59:25

**credit**
158:25 195:12
204:5

**crew**
50:4

**critical**
176:11 183:10
199:11

**criticism**
77:1

**crossed**
18:25

**crossroads**
90:22,23 91:3

**crucial**
125:8 126:24
189:12

**cruel**
92:14

**crunch**
25:23

**crying**
121:1

**crystal**
69:12

**culpa**
190:20 193:9

**cultivate**
49:16 62:19

**cultivated**
49:10,17,20

**cultivating**
58:18 61:12

**cultivation**
48:14,18 50:9
110:8 114:11

**cultural**
119:24 120:5
137:10

**culture**
32:5 44:21

56:25 75:21
76:15 107:6
109:14
132:12,14,15
133:3 134:6,
10 135:13
136:3,4
137:14,18
138:2,5
150:25 151:22
152:12 155:25
188:11 200:3

**curious**
146:6

**current**
14:15 20:19
116:23 183:1,
3,11 189:1

**curt**
58:13 119:14
194:1

**cut**
50:19 101:8
122:1

**cut-downs**
103:15

———————
D
———————

**D.C.**
203:5

**dad**
105:5

**daily**
149:24

**Dakota**
126:1

**Dan**
20:5 26:5
29:7,15 31:12

33:23 34:4
39:5,6 40:3
46:16 69:16
101:11 111:4
120:3 138:18
139:20 147:1,
5,8 170:13
188:7 189:5

**dance**
105:5,6

**dangerous**
45:2

**data**
17:23 19:3
25:7 30:22

**date**
59:14 103:12,
14

**daughter**
101:15 102:5,
15,16,17
104:6,13
105:6

**Dave**
129:10

**Davis**
30:6,8

**day**
30:25 44:20
53:1,2,18
60:23,25 73:2
76:11 79:17
80:10,20,25
81:16 82:1,2
83:5 84:17
92:1 93:4
97:20,24
101:10 104:11
105:24 111:7
116:24 120:21

127:11 139:5
140:20 145:25
146:12
158:16,18
161:15 162:25
164:24 171:4
204:10 205:14

**day-and-a-half**
203:4

**daycare**
104:16

**days**
18:24 75:24
112:18 116:4
151:19 162:12
185:10
186:13,19
187:6,7,20,23
188:17,20
192:11,20
195:18 196:22

**DC**
119:12

**deal**
11:23 81:6
82:14 83:20,
25 84:1,16
145:25 178:24
194:23 199:18

**dealing**
84:23 89:21
123:5

**dealt**
24:25 194:24

**Dear**
35:19

**death**
93:23

**debated**

27:11

**December**
57:13 65:19
109:15

**decide**
13:1 31:8

**decides**
71:12

**decision**
10:4,6 13:21
23:7 53:20
66:15 95:23
102:6 116:21
123:6 152:17
164:12 184:14
189:15 190:1
197:16,20
200:2

**decisionmaking**
115:6 188:22

**decisions**
10:12 35:17
39:14 102:7
114:13 167:2
193:17 197:19

**dedicated**
74:18 107:22

**dedication**
37:21

**deduce**
153:23

**deemed**
22:15 47:25

**deep**
73:9

**default**
181:3 191:6

**defend**
52:16

Project Veritas - Board Meeting
February 06, 2023                                                      14

**defending**
172:22

**defense**
163:9

**defer**
10:2 11:2
13:22 17:5
52:5

**deferred**
14:1

**defining**
30:19 32:12

**definition**
43:3

**delay**
26:12

**delegate**
34:13

**delegation**
70:6

**deliberate**
126:8

**deliver**
59:4 61:7
157:7

**delivering**
59:19

**demand**
103:4

**demanded**
112:3

**demanding**
58:14 116:21
120:18 132:19

**demeaning**
21:11

**demeanor**
65:6 120:9

**Democracy**
20:1

**demoted**
168:20

**demotions**
169:3

**den**
134:4

**departing**
101:7

**department**
17:25 47:22
79:19 125:8

**departments**
78:1,3

**departure**
20:13

**departures**
74:24

**depressing**
151:20

**descent**
13:12

**describe**
47:17 49:4

**descriptor**
198:15

**deserve**
95:7,11,13
166:22

**deserved**
95:9

**deserves**
30:9 59:18
66:2

**desire**
199:2,4

**desperate**
58:12,22,23
115:19

**despise**
163:9

**destination**
53:9

**destroyed**
92:24

**destroying**
174:19

**detail**
161:9

**detailing**
172:21

**detector**
124:21

**deteriorate**
91:6

**deteriorated**
151:1

**determine**
14:20 77:15
185:7

**determined**
132:11 204:6

**detriment**
66:5

**develop**
66:7

**developed**
61:15

**developing**
58:18 67:6

**development**
18:14 22:11
32:20 46:22,
24 47:4,21,22

57:12 69:23
71:10 73:12,
18 77:20 92:3
110:4 113:8
148:9,19,21
149:3

**development's**
148:25

**deviating**
195:24

**devices**
84:19

**dialogue**
139:22

**Diamondback**
119:10,11,14,
19,21,23,25
120:4,6,7

**dicey**
98:19

**dictatorial**
44:12

**difference**
83:17,19 85:3

**differences**
119:24

**differently**
76:23 83:13
146:21

**difficult**
44:3 108:1
177:7

**difficulty**
61:4

**digressed**
150:23

**diminished**
154:6

dinner
61:21 64:1
65:19 111:8,9
119:20 120:9
151:14 169:24
203:20

dinners
64:11

direct
18:19 44:19
116:13 197:2
199:10

directed
28:21

direction
35:22 54:15
95:6 146:19

directly
37:9 74:14

director
31:21 64:24
79:11,13 81:1
112:5 120:3
131:23 137:2
168:20 186:14
192:21 197:19
198:13
199:17,18
201:7,10,15
202:8

director/coo
196:23

directors
172:24
180:15,18,24,
25 201:8,11,
15 202:9

disable
140:14

disagree
68:14 73:10
94:13 102:14
178:8

disagreed
45:20 116:9
149:4

disagreeing
159:12

disagreement
37:14

disagreements
37:14,19
54:6,7 83:13
116:25 159:10
179:7,8

disappear
74:19

disaster
124:4

discerned
176:3

discounted
42:2

discover
99:19

discreetly
78:8

discretion
184:13

discrimination
72:14

discuss
10:16 11:23
13:8 35:11
36:8 60:18
63:20 111:5
140:21 179:3
180:11 182:1,

2,8,15 183:2,
9 188:5
193:2,3 202:5

discussed
11:6 20:13
46:17 68:22
72:22

discussing
35:18 46:17
188:3 192:25

discussion
10:2,6,15,22,
25 11:2,7,12
12:16,24
13:8,19 15:6
23:10 35:14
61:1 71:12
111:6 138:22
147:17
181:16,19,20
183:12 186:1,
8,17,18
188:25
192:16,17,18,
25 193:2
195:24,25
196:9 198:23
199:3 200:6
201:4,19,24,
25 202:1
204:13

discussions
183:7 202:13

disgrace
152:19

disheartened
141:18 161:21

disheartening
104:20 106:5

disloyal
166:7

dismissal
20:22

dismissive
58:21 65:3

dismissively
42:5

disparaged
48:4

displeasure
111:5

disposable
152:24

dispositive
51:22

disrepair
51:2

disrespected
152:23

dissatisfied
60:24 63:16

distinction
78:11

distribute
173:12,15

distributed
38:7 43:20
44:2

distrust
153:20

disturbing
65:6

diva
119:16

diverse
57:14

diversification
34:5

diverted
53:7

divisions
71:9

document
22:12

documents
145:11 191:11

dollar
115:15 119:20
120:15

dollars
43:12,14
47:13,24
53:15

donate
42:5

donated
47:13 60:13
114:2 176:2

donating
115:16

donation
60:20 62:3
110:9,16,22
111:1 113:18
114:21

donations
20:24 47:6,8
50:11 62:4

donor
20:21 21:5
43:4 51:9
52:21 53:1
65:2,3,10,11,
14,15,20,23
109:22

110:15,17
111:8,11
113:2,21
114:3,4
117:21,22
119:20,22
120:6,7,15,22
126:4 147:2
148:22 170:25
177:8

donors
20:17,23 21:2
42:4 43:1
47:20 48:3,4
49:13 50:20
51:9 55:3,7
58:13,14,17,
24 59:7,22
60:1,7,16
61:10 62:8
63:14 64:8,21
67:5 68:1
73:19 112:3,
23 114:8,9,
11,17 115:5
116:6 144:7
177:2

donors'
42:9

door
19:20 62:25
63:7 152:22
164:12,14
167:7,10

doors
135:1

double
46:1

downs
122:7 131:9

134:16

drafted
63:1

drafts
103:15

dragged
128:8

drain
48:23

dramatic
162:3

dramatically
160:13

drastic
182:1

drastically
148:18

drawn
151:5

dream
102:23 103:5
158:14

dress
63:18

dressed
63:21

drink
99:17

drinking
126:3

drive
14:9 49:22
90:24 122:19
159:16

drive-by
47:22

driven
80:13 102:8

107:23 136:9
143:16,17,22

driving
102:4

drunk
126:6

due
20:13 52:9
54:10 119:24

duties
34:18

duty
21:2 23:22
24:6 183:15,
16

DVO
62:12,14 78:3
198:17

dysfunction
57:18

---

**E**

e-mail
46:5 61:6
62:2,6,7,11,
12,17 112:4
147:3 180:2

e-mailed
179:24

ear
155:12 169:24

earlier
84:14 137:20
149:3 151:23
159:25 168:4
198:25

early
19:17 51:10

167:3 180:21

**ears**
155:22,23

**easier**
82:12

**easy**
63:10 73:23
89:19,20
150:18

**eavesdropping**
100:6

**economics**
197:10

**Ed**
175:9 177:13
179:15 182:4

**edited**
19:2 152:2

**editor**
21:13 150:16

**editorial**
33:10 103:17

**editors**
32:24

**education**
63:22 97:8,13
98:12

**effect**
100:18 101:21

**effective**
31:20,21
113:18 143:13
190:11

**effectively**
18:12 33:7
117:3

**efficient**
46:21 143:13

**effort**
66:10 177:15

**efforts**
37:23 141:15

**eggshells**
153:11

**egregious**
124:18

**eight-month-
pregnant**
20:4

**elected**
180:17,20,23

**elements**
126:9

**elevating**
122:16

**else's**
82:15 100:5

**embarked**
188:8

**embarrass**
19:22

**embarrassed**
120:25

**embarrassing**
64:5 113:25

**emotional**
36:11 88:2
93:21 102:25
108:23 199:23

**emotionally**
77:1 107:16
143:9

**empathetic**
195:20

**empathy**
179:18

**employee**
41:4,19 43:5
68:25 72:13
117:22 145:10
146:7 159:2
184:25

**employees**
16:1 22:23
23:13,15 24:6
25:3 39:2
41:8 42:1,15
51:20 55:23
68:1 73:6
75:15 89:17
115:12 116:18
119:13 133:16
140:21 141:22
144:7 148:12
159:19 175:1
180:8 183:1,3
185:8,22
186:2,12,20,
22 188:1
189:2,3 190:2
191:13,17
197:11 198:15
199:25 200:3

**employees'**
138:24

**employer**
41:17

**employment**
109:11

**empowered**
39:20

**empowering**
40:5

**enabling**
135:1

**enacting**
199:6

**encourage**
177:4

**encouragement**
109:25

**end**
31:24 42:3
65:19 79:10
90:6 97:20,21
98:20 101:10,
12 104:11
111:9 119:5,
23 120:20
122:6 123:15
128:24 129:5
139:5 146:12
187:7 195:25

**end-all-be-all**
194:11

**ended**
47:21 60:8
97:23 102:14
109:6 160:24
165:16 167:3

**ending**
34:22 40:24
71:16 72:1

**ends**
70:25

**endure**
78:5

**endured**
72:21

**energy**
30:3

**enforce**
204:25

enforced
  204:25

engage
  65:13 98:5,18

engagements
  137:21

engaging
  98:21 113:24

enjoy
  85:20 86:14,
  15 148:18

enraging
  149:14

enter
  23:17

entertain
  13:9 188:4

entire
  19:14 30:7
  58:5 62:22,23
  65:12 73:12
  149:11 160:21
  161:13
  162:19,21

entirety
  23:18

entity
  32:22

entrepreneurs
  31:16 167:17

entrusted
  175:7

entry
  197:12

environment
  20:19 41:25
  57:23,25 59:6
  60:9 76:16

108:22 109:14
121:9

envisioned
  163:18

equipment
  82:25

Eric
  20:5 23:3
  28:18,19,20
  74:12,14
  92:21 94:23
  124:17,19,22
  126:18 139:20
  153:2 154:14,
  19 155:2,3
  158:25 159:3,
  20,25 160:3,
  4,9,10,13,22
  161:1,2,6,7,
  10,16,18,24
  162:5,15
  165:24 166:12
  168:8,13,18,
  23 169:10,14,
  16,18 182:22
  203:16,17,23

Eric's
  160:7,19

eroded
  41:22

essence
  178:25

essentially
  73:12 77:5
  163:15

establish
  201:7

established
  112:2

ethic
  132:19

ethical
  22:13 104:23

ethically
  73:11

ethics
  104:1

evening
  53:10

event
  21:5 49:2
  52:24 53:4
  54:1,24 55:1,
  11 61:14 62:3
  63:8,14,22
  70:7 111:8,23
  120:22 140:21
  164:25 195:7

events
  47:1 63:23,24
  113:19 114:3
  115:24 116:4

everyone's
  19:3 21:2,10
  145:4

exact
  100:14 138:24
  153:22 169:4

examine
  194:6

examples
  18:25 28:8
  42:13 65:2
  108:4 151:21
  164:22

excellent
  14:6 69:19
  200:5

exception
  97:23 187:22

Exceptionally
  144:16

excerpts
  24:13

excited
  116:24 148:13

exciting
  123:24

excursions
  42:24

excuse
  82:20 111:3
  155:15

executive
  31:20 34:16
  43:18,19
  52:1,25 53:17
  54:3,8 55:20
  112:5 120:3
  126:13 131:25
  170:12 182:10
  184:13,25
  185:5,21
  187:19 188:21
  189:6,13
  192:21
  194:21,22
  196:22 197:19
  198:12
  199:17,18
  201:7,10,14
  202:8

executive's
  186:12

executives
  44:1 136:11

executor

31:18

**exercise**
177:4

**exercised**
94:5

**exhibit**
23:18 122:19

**exist**
37:23

**existential**
191:6

**exists**
14:18

**exodus**
69:3

**expand**
122:22 123:12

**expect**
36:23 49:17
100:23 173:2

**expectations**
20:10 112:22
113:6

**expected**
138:2,4

**expecting**
109:5,9

**expects**
77:22

**expenditure**
27:13 39:16

**expenditures**
27:12

**expense**
39:14 204:6

**expenses**
205:1

**expensive**
30:4

**experience**
14:18 16:2
35:21 69:22
73:21 77:8
108:19,24
115:1 123:20
140:2,11

**experienced**
57:17 67:25
68:16 161:11

**experiences**
102:22 116:16
137:10 141:2
143:21

**explain**
56:23

**explained**
72:23

**explaining**
149:19

**expose**
129:6

**exposing**
129:1 151:7

**exposing.'**
19:6

**express**
60:23 145:9
146:9

**expressed**
20:17 61:3
73:20 108:11
115:5

**expressing**
37:24 38:4

**extended**
24:18 25:6

**extensive**
42:19

**extent**
92:15

**extreme**
25:23 29:20
94:4

**extremely**
10:10 87:7
94:3 96:9
117:10 196:12

**eyes**
27:21

---

**F**

**F-U**
168:12

**face**
11:10 67:2
78:18,19
84:14 91:14
156:8

**face-to-face**
173:18

**faces**
73:4

**facilitated**
47:3

**facilitator**
47:18

**facilities**
22:11 137:2

**fact**
65:8,14 99:9
108:11 110:3
111:11 125:7
142:8 158:14,
17 161:13

162:5 166:12

**factfinding**
51:23

**facts**
52:2

**fail**
36:17

**failed**
99:9

**failing**
105:1

**Failure**
22:8

**failures**
148:20

**fair**
17:8,9 88:20
172:19 183:5

**fairly**
138:21 139:3,
9

**faith**
43:11 188:6
198:17

**fall**
41:19 100:5
199:16

**fallen**
114:16

**family**
42:18 48:13
117:14 122:6
123:17 131:7,
8

**fan**
176:12

**fast**
107:20 141:25

Project Veritas - Board Meeting
February 06, 2023

**fault**
79:22 105:21
149:21 152:11

**favor**
16:22,24
75:15 175:12,
17,18 184:4
191:18,22
197:25 198:2
200:9 201:22
204:17

**FBI**
87:6 109:17,
20,21,23
110:6 119:10

**fear**
20:9 44:21
58:1 73:25
82:2 104:9
107:2 116:17
117:1 134:10
148:19

**fears**
80:19

**February**
17:21 82:7
141:13

**fed**
163:25

**feedback**
38:11 59:25
62:4,5 63:10
65:1 110:15
167:16,17

**feel**
41:23 42:4
58:4 60:19
72:4 73:22
74:19 76:21
78:6 83:16,

18,19 84:17
85:2,6 86:13
88:18,23,24
89:5 92:23
96:25 100:20
102:22,24
104:3,4,5,24
105:1 114:5
124:11,12
134:6,18,20
135:2 146:15
150:12,25
160:13 162:22
169:10,15,17,
19 176:23
186:4 190:9
191:8

**feeling**
10:11 11:25
68:21,24
74:22 77:10
129:18 139:25
142:16,19
156:13 164:1
165:2

**feelings**
76:15 111:5
134:5,6

**feels**
75:16 77:11
103:7 126:8
134:19

**feet**
98:13,25

**felt**
18:10 76:22
84:17 101:3
102:20 103:23
104:22
117:19,23
120:25 127:13

130:15,21,25
158:22 160:14
162:13 163:12
164:23 165:10
169:9

**FI**
65:5 115:10

**fiduciaries**
191:9

**fiduciary**
42:8 181:23
183:15 184:20

**field**
77:25 78:12

**fight**
34:6 84:3
86:7 117:4
125:2 154:7

**fighting**
86:6

**figure**
38:12 114:13

**figured**
99:3

**figures**
110:12 111:3,
12,16

**filming**
151:25

**final**
183:1

**finally**
62:15 81:1
84:20

**finance**
33:2 78:4

**finances**
27:12 39:10

**financial**
53:23 170:16

**financially**
120:10

**find**
69:8 97:8
108:8 112:9
135:4,5 157:4
161:20

**finding**
61:4

**fine**
16:19 86:9
88:8 145:20
156:5 157:2
159:21 187:16

**finesse**
64:13

**finish**
52:14

**fire**
140:7 185:1,
6,21 186:12
187:19 188:21
196:24 197:8

**fired**
18:15 45:1
77:4 82:24
84:10 90:21
93:17 95:8,9,
10,13 125:1
152:21 160:22
161:4,16
164:15 167:4
168:15 185:9
186:23

**firing**
29:8 77:6
84:11 93:11,
17 95:7,21

162:3 191:7
192:19 194:21
196:21 200:23

**firings**
29:24,25

**firm**
54:5 184:20
191:13

**firmly**
116:10 123:17

**firms**
73:4

**firsthand**
199:24

**fiscal**
183:10

**fit**
120:5

**five-digit**
62:17

**five-figure**
62:12

**fix**
41:7 194:4

**fixed**
39:12

**flat**
69:17

**flight**
161:19

**flip**
142:4

**floating**
61:2

**flood**
161:14

**floor**
16:13 56:23

**flourish**
66:15

**flows**
14:5

**fly**
108:7

**flying**
42:17

**focus**
27:23 28:9
30:15 69:18
74:10 97:4

**focused**
58:12 60:15
65:4 85:7

**focusing**
85:7,14
115:23

**folks**
56:3 145:6

**follow**
41:24 44:4,5,
8,10,12 45:1,
22 46:1,2,10
55:9,16 65:21
149:9

**follow-up**
47:12 49:16
62:2 101:4
111:24

**followers**
126:17

**food**
107:20 141:25

**foolish**
24:2,3

**footage**
152:7

**force**
74:15 75:18
119:10

**forced**
152:6 197:15

**forces**
37:1

**forecasted**
60:14,17

**forefront**
153:22

**foresee**
25:25

**forever**
81:13 122:21

**forgave**
110:4,6

**forget**
79:22 100:9

**forgiveness**
37:20

**forgot**
110:1 140:19

**form**
46:20 65:20,
22 72:12

**formal**
51:21

**formally**
47:4 170:18

**format**
137:14,15,16

**forms**
105:17,18

**forthrightness**
76:17 96:6

**Fortune**
137:21

**forum**
20:8 158:3

**forward**
37:6 38:13
80:5 128:25
173:17 178:16
185:5

**found**
18:3 51:3
110:25 127:9
135:17

**founded**
70:1

**founder**
28:1 175:5
176:24

**fourth**
122:3

**frank**
76:4

**frankly**
43:4 72:25

**freaking**
91:21 93:20
143:10

**free**
88:18 150:12

**freely**
148:7 150:12

**freeze**
191:4

**frenetic**
178:14

**frequently**
58:25 59:8
63:11 69:1

**fresh**
145:3

**Friday**
  205:15
**friend**
  80:16 81:15
  83:12 84:25
  88:12 93:23
  110:5 153:14
  176:2
**friends**
  82:17 83:4
  85:1 87:23
  94:1 120:13
  124:1 159:3
  162:23 174:10
  175:6
**frightened**
  185:8
**frightening**
  77:12
**front**
  20:2 25:4
  30:7 35:23
  36:15 53:6
  74:2 80:14,23
  83:22 85:4
  93:1 111:10
  139:16 163:4,
  7 178:8 183:3
**frustrated**
  18:5 30:17
  65:22 75:9
**frustrating**
  73:17 144:6
**frustration**
  73:20 78:2
  144:4,11
**fuck**
  96:12 109:3
**fucked**

100:15,16
**fucking**
  82:20 101:23
  155:15
**fulfilling**
  123:22
**full**
  21:25 25:3
  39:2 70:3
  89:12,13
  103:19 127:10
  190:13 195:5
  196:4 205:11
**fully**
  54:12 85:7
  102:8 107:5
  180:11 183:20
  184:8
**fun**
  102:17 123:23
**functions**
  113:18
**fund**
  65:12,15
**fundamental**
  143:2
**fundraising**
  35:22 54:15
  179:8,9
**funds**
  171:1
**furtherance**
  42:3
**future**
  107:6 111:6
  116:17,23
  123:12 162:2,
  6 194:11

**FYI**
  133:22

---

**G**

**game**
  105:2
**gathering**
  14:14
**gave**
  65:8 80:18
  110:9 151:18
  160:4
**gears**
  138:7
**general**
  10:25 11:21
  13:7 28:9
  127:21 129:15
  142:19,23
  159:12 167:4,
  6
**generally**
  132:16
**genius**
  31:7 32:3
**gentleman**
  53:3
**gentlemen**
  197:15
**George**
  10:8 15:20
  16:10 26:25
  188:13,16
**George's**
  25:24
**germane**
  12:24
**girlfriend**

63:19,25
64:2,9,13
97:9,18 98:9
99:17,21
100:13,16
**girlfriend's**
  98:8
**give**
  16:2 17:19
  20:23 25:21
  42:13 56:23
  57:11 58:16,
  24 65:25
  88:18 109:3
  110:11 111:15
  127:15 129:14
  155:5 158:25
  164:22 203:5
  205:12
**givers**
  49:7
**giving**
  65:24 69:12
  91:17 129:9
**glad**
  40:16
**global**
  29:9
**go-to**
  167:6
**goal**
  84:3 111:15
  113:14 115:15
  141:12
  143:16,18
**goals**
  45:9 113:13
  141:11,20
  144:12

**Goldman**
48:8

**good**
11:17 21:9
29:25 36:23
37:24 38:4,15
43:10 44:12,
13 49:23
57:16 62:13
66:25 67:2
79:17 82:19
84:3 88:5
89:23,24
90:25 92:12,
13 93:10,11
104:3,5 105:8
116:10 120:5
123:23 124:1
138:6 139:9
140:1 142:10
147:19 158:9
159:1,3,7,19
162:8 167:5
171:11 194:24
201:13

**gosh**
145:23

**gotta**
69:8 85:23
99:5 101:22
102:16,19

**government**
134:11

**grab**
44:18

**grace**
37:20

**grandchildren**
57:20

**grant**
65:9

**granted**
43:25

**grateful**
151:10

**great**
27:25 36:22
38:21 41:11
45:12,13,16,
17 67:22,24
81:5,11 83:14
93:8,9 105:23
121:3 136:15
173:7

**greater**
21:25 146:19

**Greenwich**
63:15,22

**grid**
114:16

**grievances**
19:8 123:7

**groundbreaking**
45:14,15

**groundwork**
50:8

**group**
35:24 57:14
107:22

**groups**
77:14,15

**grow**
66:6 69:24
122:21 142:7
159:6 177:20

**growing**
60:15 129:17

**grows**
117:8

**grudge**
165:23

**guess**
11:4 12:2
39:8 133:9
150:21

**guests**
64:5

**guidance**
189:17

**guts**
163:4 165:17

**guy**
48:22,24
74:15 91:16,
21,25 98:25
99:1 123:13

**guy's**
91:21

**guys**
28:8 29:12
41:9 43:6
74:13 106:3,
11 118:18
133:3 147:14
149:25 152:17
157:14,23,25
158:4 165:15
167:12,23
168:8 187:14
192:9

**gym**
113:23

---

**H**

**half**
48:17 107:19

108:24 109:16
111:25 119:1
132:4 138:12
142:6 190:1

**Hamptons**
53:16

**handbook**
38:16 72:10
145:10 146:7,
12

**handle**
19:18 87:10
113:2

**handled**
35:24

**hands**
69:7 83:1

**hang**
70:22 203:19
204:2

**happen**
37:15 44:25
66:18 69:25
81:14 83:7,8
104:9 121:2
146:11 150:20
152:16 156:19
178:10

**happened**
20:24 29:23
35:10 44:3
52:2 55:2
58:5 70:4
83:6,8 90:21
97:1 110:1
125:2,3,7
129:8 138:8
140:6,21
142:9 155:20
161:21 173:14

Project Veritas - Board Meeting
February 06, 2023

180:19 193:9

**happening**
65:14 74:7
87:25 107:25
126:25 169:7

**happy**
38:3 44:6
81:4 110:13
111:11 156:6
174:24

**harassment**
72:14

**hard**
36:16 43:3
56:8,10 59:20
75:25 124:24
136:14 141:12
146:23
148:23,25
157:4 161:23

**harder**
67:24

**harm**
37:4 49:23

**hastily**
189:16

**hate**
78:13 79:25
80:17 83:5
167:16 175:2

**hates**
93:24

**hats**
28:1,6

**HBN**
53:6

**He'll**
50:5

**head**
18:7 49:9
109:7 138:9
139:15

**headquarters**
36:1 108:6

**heads**
78:9 203:5

**heal**
108:25 195:15

**health**
142:11 176:18
179:16

**healthier**
203:1

**healthy**
59:5 109:5
175:4,5
202:13

**hear**
11:11 12:18
15:1 21:18
24:19 27:5
37:9 39:1
41:9,10 50:12
57:1,5 64:25
71:2,5,8 79:5
88:1 96:7
106:12,13
111:3 118:18,
19,20 135:7
140:9,23
146:24 147:8
157:25 170:11
173:18,19
174:4,15,24
175:15 191:12
205:7

**heard**
10:9 13:16

31:10 40:19
48:6,21,24
72:4 77:2
93:20 101:24,
25 102:21
109:24 129:20
141:1 144:24
155:9,13
168:4 171:7,
12,15,17
176:23 179:18
183:8 184:22
186:3 194:9,
16 196:7
199:24

**hearing**
14:14,17
21:15 31:4
61:9 65:9
100:10 147:21
155:17,18,19
173:25 175:1,
12 176:22
184:7,17,23
189:19 197:21

**hearsay**
140:10

**heart**
37:19 74:17
78:14 139:7
173:21

**heartbreaking**
149:14

**heartfelt**
35:9 172:18
173:11,13
178:9 190:20
193:9

**heated**
35:21 138:21

159:13

**held**
20:15 37:3
144:19

**helicopter**
30:23 31:3
42:17 50:17,
21 53:12,13

**helped**
81:15 126:23
159:6

**helpful**
150:2

**helping**
46:25 58:24
79:18 85:25
86:17 91:23
114:19

**helps**
86:6

**hero**
151:9,17

**hesitate**
145:7

**hesitating**
21:3

**Hey**
92:6 96:17,18
97:6 150:8
158:4

**high**
20:15 43:12
47:9,20,23
95:25 119:20
120:12,14
121:8 132:18
140:2 142:1

**high-dollar**
60:2

Project Veritas -  Board Meeting
February 06, 2023

highest
30:16

Highland
55:12

highly
18:9 24:4,22
44:11

highway
32:14 73:15

Hinckley
18:9 51:12
52:8,23 54:14
181:5 184:11
198:14,24
199:3 200:10

hire
136:7 185:6,
21 186:12
187:19 188:21
193:16 194:22
196:23 197:1,
7

hired
41:5 79:8
85:10 86:10,
11 108:8
119:23 127:4
143:14,15
152:20 158:15

hires
124:4 135:5,
17

hiring
29:8 84:11
93:11,17 95:7
133:1 136:5
191:7 192:19
194:21 196:21
200:23

historian
167:15

historic
33:14

historical
32:4

historically
124:3

history
45:18 59:12
123:1 140:4
186:21

hit
29:14 84:20
88:3

hits
59:23

hold
104:25 130:25
180:17

Holy
84:21

home
87:23 97:18
127:11 148:15

honest
80:16 83:23
85:10 90:4,
19,22 91:15
92:11 93:12
102:19 103:1
131:1 135:3
169:15 178:5

honestly
19:24 72:22
73:8 75:3
82:2 84:13
86:7 87:16
88:3,11 89:9

94:22,23 95:5
100:22 138:5
152:10 154:25
163:7

honor
18:20

hope
24:3 37:19
66:14 67:11
117:3,7 129:9
143:25 151:18
157:7 175:5

hoping
129:15 202:25

horizons
122:22

horrible
80:14 84:22
95:23,24

hosted
54:24

hostile
41:25 43:24
45:2 57:25
103:7

hosting
64:6

hotel
99:23

hour
21:6 42:16
48:16,17
63:15

hours
63:3 112:14
130:23 149:18
154:18,19
170:6 171:8
172:16 173:20

178:2 184:22
189:19,21,22
195:18 205:12

house
49:3 54:24
148:14

Houston
48:14

how's
96:18 109:10

Howard
39:24

HQ
77:23 78:11,
15 152:1,8

HR
32:24 109:7
131:22

huge
123:8 186:20,
21

Hughes
137:1

human
87:10 107:24
145:9 179:17

humble
119:3

humbling
38:21

humbly
189:23

humiliated
166:25

humiliating
168:25

hung
102:17 110:17

hungry
  20:3
hunting
  53:14
hurdle
  75:19
hurt
  36:19 73:16
  100:22 103:24
  125:16 127:7
  134:20 160:15
hurts
  174:14
husband
  57:19 120:12,
  15

———————————

I

I's
  27:10
ic
  110:20
icon
  32:4
idea
  62:13 97:11
  119:23 172:3
  194:15
ideals
  146:9
ideas
  37:10 154:15,
  17 156:16,24
identify
  186:22
ignore
  81:13 98:18

ill
  131:10
imagine
  74:3 84:22
  98:23 100:20
  131:3 150:19
immaturity
  115:10
immediately
  47:25 97:17,
  19 101:16
  107:2 109:8
  110:17 128:11
  152:3 165:3
  166:5 190:11
impact
  57:18 109:10
  132:20
impactful
  29:23
imperative
  70:6 189:18
  190:16
implement
  37:12 180:5
  190:21 192:13
implementer
  31:18
implementing
  194:6
implications
  184:19
important
  21:10 25:20
  40:18 58:15
  73:13 78:21,
  23 99:21
  116:21 123:9
  126:13 178:23

  183:14 200:3
importantly
  174:4
impossible
  123:18 176:14
impression
  25:13 115:18
improprieties
  51:25
impropriety
  54:12
improve
  37:12
improved
  69:21 136:4,5
  161:6
improvement
  20:21
impulsive
  36:11
in-depth
  59:24
inability
  28:4
inappropriate
  24:22
inborn
  30:24
inception
  141:23
incident
  65:18 73:8
  121:4 138:17
  149:18 152:11
  153:4 155:6
incidents
  63:9 121:7

inclined
  71:13
include
  165:24
included
  62:3 136:11
includes
  190:1 202:9
including
  80:24 99:24
incorporated
  26:23
increase
  53:19 111:13
increased
  113:10
increasing
  60:20
increasingly
  19:22 114:20
  115:5
incredible
  27:8 33:12
  49:20 107:23
  117:6 126:12
incredibly
  19:24 21:24
  27:17 41:25
  44:3 109:5
  159:4 195:11
incurring
  191:3
indefinite
  202:15,16
independent
  41:6
indirectly
  101:13

Project Veritas -  Board Meeting
February 06, 2023                                                        27

**indiscernible**
10:5,9 11:18
12:25 13:2
14:16,24
15:9,22
16:12,25
17:15,22
18:7,14,15
19:11,15,16,
23 20:5,18,25
21:1,2,4,5,
11,12,13,25
22:3,4,7,17,
18 23:3,4,24
24:4,6,18,20,
21,25 25:11,
20 26:12,14,
23 27:4 28:2,
19 29:5,8,16
32:6,17 33:7,
13,17,19
34:17 36:20
37:25 39:3,4
40:13,23
41:8,18,23
43:8,14 44:7,
17,21 46:20,
21 47:2,15,
21,23 48:7,
11,21 49:8,
14,19,21,24
50:1,3,9,17,
18,24 51:5,7,
8,13,22,23
53:7,11 56:3,
15,18 57:15
59:12,13,14
60:4,5 61:17,
18 62:10,21,
23 63:6,8,18
65:20 66:3,8,
12,23 69:1,

18,20 70:8,10
71:18 73:10,
17,23 74:12
75:17,18
76:24 77:16,
20 78:7,12
79:1,4,6,11,
14,15,21
80:3,10,13,15
81:1,2,3,9,
12,17,19
82:9,10,13,21
84:2,8,9,18
85:15,17
86:12,20
87:7,20,21,
22,24 88:5,6,
14,15,19,20
89:1,3,11,12,
24 90:5,16,
17,18 91:2,
18,24 92:4,7,
9,10,17,21,
22,24,25
93:7,8,14
94:6 95:17,20
96:22 97:5,
10,12,16,20
98:2,7 99:2,
7,8 101:5,6,
8,11 102:7,11
103:24
104:15,21
105:23,24,25
106:14,16,24
107:4,5,10,
11,14,15,16,
17,25 108:1,
2,6,7,10,13,
14,19,21
109:2,4,7,11,
14,19,23,25

110:2,6,7,10,
12,16,18,20,
21,24,25
111:4,9,20,
22,23 112:5,
8,13,15,17,
18,19,21,22,
23,24,25
113:1,2,4,5,
6,8,9,11,12,
13,15,16,17,
20,22 114:1,
2,4,8,12,18,
19,20,22,23,
25 115:4,7,9,
11,12,13,14,
15,16,18,19,
22 116:1,2,3,
9,11,16,18,
20,22,24
117:1,2,4,7,
8,14 118:24
119:8 120:1
121:11,19,20,
25 122:16,18,
23 123:3
124:1,4,7,8,
9,10,15,17,
20,21,22
125:1,6,11,
12,14,19,20,
21,22 126:4,
5,11,14,15,
16,19,20
127:1,17,19,
24,25 128:9,
14,15,20,21,
23 129:11,19
130:6,7,10,
12,14,16,22
131:16,18
132:1,6,8,10,

15,16,18,25
133:2,8,9,14
134:2,14
135:9,11,12,
18 136:7,8,10
137:15 138:1,
6,15,18
139:1,14,23
140:4,5,8,12,
13,17,22
141:11,19,21,
25 142:3,12,
15,17 143:3,
5,10 144:3,5
145:2,10,16,
22 146:2,3,5,
10,15,20,23,
25 147:2,11,
16,17 148:9,
11 149:9
150:3,8,24
151:3,7,14,
23,25 152:2,
3,4,5,6,14
153:2,4,5,21
154:11,15,17,
21,23 155:1,
6,7,8 156:3,
4,5,9,13,16,
24,25 157:2,
8,14,20,24
158:5,12,25
159:11,16,17,
18,24 160:11,
18,21 161:3,
6,20,24
162:7,18
163:14,22,23
164:20,23,25
165:1,3,9
166:3,10,11,
13,18 167:14,

16,17,20,22
168:6,14,15,
21,23,24
169:2,5,17,
22,25 170:11,
12,14,19,24,
25 171:1,23,
25 172:1,12,
14 174:12
175:14,16
176:4,5,6,12,
20 177:1,5,8,
9,10,13
180:19 182:23
183:9,11,14
185:24 186:5,
6 188:7,9
189:5,12
191:9 194:18,
19 195:11,12
196:8,10
197:9,12,13
198:16 199:1,
14,15 200:4,8
201:3 203:15
205:2,5,15

**indiscernible]**
127:18

**indiscernible]'
s**
49:3 129:12

**individual**
19:3 27:9
31:18,19
61:19 79:12

**individuals**
18:10 19:1
57:14 60:13
63:16,24
64:10,16,23
66:17 116:19

195:12

**industry**
107:20

**inevitability**
84:6

**inevitable**
74:20

**infinite**
57:7

**info**
177:8

**informal**
175:11

**information**
10:3,4,12
12:12,15
13:20 14:13,
23,25 15:2
16:7 17:8
64:19 67:10
94:24 106:1
108:5 113:17
133:20 141:22
196:7,11

**informed**
13:21

**infraction**
76:13

**infrequently**
31:24

**ing**
19:22 27:23

**initial**
188:21

**initially**
16:1 120:16
202:20,21

**input**

39:7

**insane**
26:10 125:22
155:23

**insecure**
104:4

**insights**
178:2

**inspiration**
176:24

**Instagram**
86:2

**instance**
120:11 161:8

**instances**
36:22 103:9,
11 119:7,9
154:13 165:25

**instinct**
78:4

**instructions**
160:4

**instrumental**
20:16

**insubordinate**
149:7

**insubordination**
45:22

**integral**
196:9

**intend**
71:1,5 146:3
173:15

**intended**
54:19

**intends**
120:9

**intent**
54:1

**intention**
38:15 55:8
121:9 174:25

**intentionally**
111:15

**interaction**
27:10 82:3

**interactions**
144:7,9

**interest**
173:25 181:24
184:17,23
193:17

**interested**
172:21

**interesting**
128:19 194:15

**interfacing**
67:5

**interim**
44:14

**interject**
171:6

**internal**
24:9 113:15
144:7

**internally**
19:25 107:24
127:8

**interrogated**
108:7

**interrogating**
109:20

**interrogation**
108:9,16

interrupt
  11:5

interview
  101:23 119:12

intimidation
  27:15 30:5

introduce
  48:13 51:8

introduced
  61:14 119:19
  120:12

introduction
  13:20

introductions
  47:3

introspection
  38:22

intuition
  153:17

invest
  43:11,13 59:8

invested
  114:22

investigate
  59:7

investigating
  103:14

investigation
  104:18

investigative
  59:8,10
  114:24 117:8
  128:16,25

investigators
  108:8

investing
  64:22 114:24
  142:4

investment
  60:20

invigorated
  129:8

invited
  22:21 23:2,4,
  21 25:5 34:23

involve
  182:25

involved
  33:17 47:11
  68:8 76:7
  114:12 121:13
  160:12 177:6

involvement
  124:6

involves
  33:21

ipad
  71:24 170:1

iphone
  169:22

ironic
  110:3

irrational
  19:24 123:6

irresponsible
  29:24

Island
  51:6 70:8

issue
  33:23 35:23
  43:25 53:22
  103:10
  117:19,24
  139:3 159:20
  169:5 182:14
  188:11 201:5

issues
  24:20 25:19,
  24 29:15 52:9
  53:5,7 71:7
  87:14 137:10
  144:2 173:4,
  18 174:22
  183:10

item
  13:21 16:3

items
  19:1

itinerary
  53:6

————————

           J

James
  10:9 11:25
  12:10 15:8,19
  19:4 20:9,14
  21:1,5,9,21
  27:10 28:22
  30:16,23 31:5
  32:1,11 33:11
  34:1,10 35:1
  40:16,18,22
  44:8,11,17,
  22,25 45:15
  46:6 48:5
  50:1,17 51:15
  52:4 55:6
  58:10 59:1,2,
  4,9 60:2,7,
  12,18,21,23
  61:15 62:15
  63:8,15,19
  64:24 65:2,4,
  11,21 66:5,9,
  11,16,25 67:2
  69:18,25 70:1

  72:22 73:2,24
  74:3,6 75:4,5
  76:6,10,19,
  22,25 78:11,
  15,18,22
  79:21,25
  80:4,9,12,16,
  17,21 81:4,6,
  9,24 82:4,10,
  13 83:3 84:14
  85:16 86:9
  87:11,12
  88:11 89:3
  90:3 91:8,9
  92:11 93:3,4,
  8,23 94:7
  95:15,21
  97:3,7 98:13,
  14,18,21,23
  99:4,7,8,20
  100:12,24
  101:11,13,15
  102:2,5,10,15
  103:7,16,17,
  19 104:7,24
  105:3,18
  107:9,11
  108:13 109:1,
  6,9,24
  110:10,19
  111:7,20
  112:3,6,14,
  16,18,19,20
  113:20 115:2,
  13 116:5,10,
  18,20 117:19,
  24 118:11
  119:3,6,10,
  13,15,21
  120:1,2,4,17,
  23,24 121:4,
  6,11 122:6

124:10 125:6,
16 126:4,11
127:10,12,17
128:4,20
130:13,14,15,
17,19 131:7
132:6 138:20
139:6,10
140:14,18
145:14 147:6
149:3,6,8,10,
16,18 150:13
151:5,9 152:1
154:1,17,20,
22,24 155:10,
11,12,19
156:2,3,7,10,
13,17 160:7,
8,10,24,25
161:5 162:10,
12,15,16,20
163:16
164:11,14
165:2,8,9,16,
19,23 166:4
168:21 169:8
171:7,16,19
172:10 174:9
175:14,19
176:1,2,7,14,
17 177:5,16,
17 178:1
193:3 194:14
196:3,5
200:18,20,25
202:9,19
204:4,19

**James'**
18:5 19:22
20:21 60:12
63:25 69:7
112:1 114:9,

23 115:6
116:9 119:11
120:8 122:11,
17 130:9
148:20 149:13
152:13 168:5

**January**
60:11 79:7
106:25 107:13
109:18
111:14,16

**Jared**
20:12,14
118:10

**Jay**
157:11

**jealousy**
153:24

**Jeff**
34:22 182:21

**Jen**
109:6 119:17
131:22 135:24
136:17

**jet**
152:1

**Jillian**
148:8

**Joanne**
54:25 56:17,
19,21 67:9
68:6 70:14,
16,23 112:11
149:7,11,22
155:9

**job**
57:21 77:10
81:1 84:18
100:4 101:2,

23 102:23
103:5 104:4,
17 106:2
119:21 120:3
132:16,19
134:11,21
149:10 158:14
159:1 167:1
176:13 178:11
186:22 198:19

**jobs**
74:1 86:12
104:4 143:13
148:24

**Joe**
10:7 11:14
26:25 66:23
67:6 72:16
117:18 180:4
203:23

**Joe's**
25:24

**John**
11:14 12:21
13:1 17:6
40:6 52:8,19,
22 53:3,25
54:23 55:2,9,
10 56:9
70:18,24
169:21 170:4,
7 182:23
198:8

**Johnson**
137:24,25

**joined**
27:6,16 41:19
57:12 73:18
144:20 151:2
155:9

**joining**
151:23

**Jonathan**
56:4 70:19
72:7 79:2

**Josh**
81:4,6 82:8
136:21,22
137:9 147:18

**Joshua**
137:1 147:15

**journalism**
27:24 31:14
33:7 48:12
59:8,10,24
69:18,21
85:9,14 86:12
91:1,15
114:25 115:23
117:9 128:17
195:13

**journalist**
45:14,15,17
79:8 93:9
105:14 118:25
176:15

**journalistic**
177:18

**journalists**
22:10 32:23
46:19 59:17
77:24 96:23

**journey**
36:12

**judgment**
115:6

**jumped**
100:21

**junior**

21:13

**jurors**

20:3

---

**K**

---

**keeping**

165:18

**key**

189:12

**kicked**

89:10,14

115:12

**kid**

160:15

**kills**

92:8

**kind**

34:4 35:8

40:11,13

64:19 65:1

72:18,23

73:16,22

74:4,19 78:5,

7 87:3 89:1

103:3 108:3

110:22 114:16

124:12 125:9,

13 126:19

130:24 138:15

139:4 141:3,5

142:24 143:1

157:16 168:12

169:3,8

170:20

**kinds**

155:1

**kiss**

177:22

**knew**

82:11 98:17,

18 110:18

124:7 128:11,

13 161:22

162:7 168:16

190:1

**knowing**

19:18 45:3

68:3 165:7

**knowledge**

25:4 153:17

**KTMG**

138:1

**KUUU**

53:6

---

**L**

---

**labeled**

19:11

**Lack**

19:11

**lacking**

39:13

**lacks**

116:12

**language**

82:20 155:16

**large**

42:14 68:3

158:24

**largely**

202:19

**largest**

59:12

**lash**

89:18

**lastly**

43:17 129:10

**late**

21:6,9 48:16

53:9 63:15

67:11 112:18

113:18 115:8

138:8 140:19

163:3 176:4

**law**

108:20

**lawyer**

127:4

**lawyers**

163:15

**layoff**

134:21

**lead**

14:23 36:17

38:25 41:7,24

44:4,8,10

45:2,23

46:10,23

190:5,7,8,10,

17,18 193:21

**leader**

31:21,22 32:2

33:6 36:23

41:21 81:12

89:23 92:11

93:9,16

**leaders**

139:20 141:14

143:15 153:20

**leadership**

20:6 25:13

30:5,23 31:3

56:24 102:12

128:4 139:15,

17 143:14

153:1 162:1,

10

**leading**

19:8 27:14

**league**

49:12

**leak**

23:23

**leaked**

23:12

**leaking**

108:5

**learn**

75:10 81:15

89:16 91:12

107:14 178:1,

24

**learned**

79:24 91:20

109:4 158:23,

24 159:5,24

160:1 194:13

**leave**

12:22 13:7

56:9 57:20

62:25 71:14

73:15 74:16

75:1 81:22

90:20 118:8

123:15 129:24

148:14 152:5

155:15 169:18

190:5,11

195:4 196:3

**leaving**

51:16 60:9

75:8,11,16

124:17

**lectured**

99:24 100:1

**led**
18:22 77:6
124:16 160:8
195:19

**left**
44:15 46:24
49:13 51:9
54:21 62:8
79:16 81:3
111:14
124:18,25
125:9 126:11
133:17

**legal**
32:22 33:17,
21 34:3
133:13 145:12
183:15

**legally**
40:11 146:2
166:4

**let alone**
42:11

**letdown**
151:20

**letter**
12:1 15:25
16:6,17 17:4,
14,15,25
18:22 22:8,
20,24 23:11,
17 35:8,19
38:21 40:16
75:5 142:24
172:18

**letting**
151:10

**level**
27:9 39:16

42:20 49:7
64:6 88:4
103:4 105:5
114:20 141:6
144:2 195:20
197:12 198:12
199:6,13

**levels**
29:17

**liability**
170:25 191:10

**liberals**
117:4

**lie**
80:19 82:16
86:15 124:20
143:9

**lieu**
24:8 25:2

**life**
36:3 57:19
64:16 85:19
103:2 107:17
127:22 143:21
149:24

**lifestyle**
42:15 135:19

**light**
16:3 96:25

**likes**
82:5 88:12
137:24

**limb**
144:23

**limited**
41:13 44:7
54:10

**limiting**
187:14

**lines**
30:22 32:16
139:17

**link**
62:3

**list**
60:13,16
61:15 111:25
112:1,22
166:15 171:21

**listed**
144:10

**listen**
25:21 37:6
38:10,12 43:5
51:14 81:23
93:4 97:6
173:17,19,22
193:11

**listening**
24:16,17
58:13 64:6
65:7 98:8
113:23
149:13,25
172:4,6,8
178:11 187:16

**literally**
80:20 81:5
83:4 103:5
115:12 133:20
140:15 154:20
155:5,13,22

**litigious**
145:12 146:6

**Littman**
34:22

**live**
146:13

**lived**
42:15

**lives**
146:13

**living**
42:22,23

**load**
113:3

**locked**
28:14

**logical**
113:9

**logically**
14:23,24

**long**
27:15 37:1
43:21 46:20
71:14 90:12
96:19 106:20
107:13 118:22
128:10 136:23
137:17 148:6,
11 158:2
171:2 187:9
202:14 203:2

**long-term**
116:3 142:10
175:13 179:23
180:9 185:15
187:5 194:2,3

**long-time**
116:8

**longer**
28:2 41:24
44:8 68:19
86:25 148:18
168:25

**longevity**
68:20

Project Veritas - Board Meeting
February 06, 2023

**loop**
139:4

**looping**
165:4

**lose**
73:25 134:20
179:4,13

**losing**
186:21

**lost**
42:12 43:9
45:10 48:3
113:7 114:15
115:1 131:24
146:24 195:14

**lot**
27:8 30:18
34:15 42:15
47:14 48:9
49:11 50:8
54:16 68:16
69:6 73:19
75:9,11 76:9
78:2 79:24
87:22 88:15
91:8 94:7
104:18 105:11
107:19 126:23
127:20 133:2
139:24
142:12,24
143:14,15
145:6 147:13
151:18
153:15,16,19
157:8 159:5
176:19 179:18
202:12

**loud**
57:2 93:6

**Lounge**
98:7

**love**
21:23 51:11
67:17 74:5
80:17 81:23
83:3 90:13
93:4,23 94:1
104:1,2 106:5
110:14 117:5
119:2 121:6,
12 122:6
123:15,16
131:7 140:23
144:24 158:14
159:24 174:17
175:2 177:9
199:7

**loves**
115:21 128:18
175:13

**low**
62:22 112:12,
13 149:11

**loyal**
124:23 175:6,
12

**ludicrous**
123:6

**lunch**
105:24

**lunches**
64:11

---

**M**

**machine**
61:11 195:13

**machines**
58:18

**Mack**
14:10

**mad**
154:25

**made**
11:13 19:12
37:15 46:2
51:25 76:13
79:11 97:23
98:4,11
100:20 102:8,
22 111:9
112:11,14
115:18 120:19
124:11 138:23
162:21 163:17
165:11 166:4
167:2,5
168:22,23
176:8 178:6
184:15

**magical**
50:10

**main**
41:14 87:5
97:3 129:6
147:2 158:11
188:4 192:19

**Maine**
42:18 50:21
52:9 53:5,14

**maintain**
23:22 74:9

**major**
30:14 49:12
129:21 189:15

**majorly**
114:22

**make**
10:18 12:19

13:21 22:4
23:6 25:7
50:10 53:19
54:17 57:3
63:12 66:14
76:3,4 85:23
89:24 106:1
111:24 114:13
128:3 129:24
130:10 131:4,
5 132:24
141:5 144:14
146:19 150:21
152:17 167:8
171:22 172:11
178:22 181:7
182:8 183:21
184:12,14
186:7 188:14
190:6 195:23
197:18,20
198:11 200:2
201:12 203:7
204:5

**makes**
73:22 83:14
99:20 123:17
128:18

**making**
39:14 51:21
60:19 114:5
115:8 122:12
132:20 150:17
189:16 193:16
197:16

**man**
38:24 52:7,22
80:20 93:23
98:24 176:13

**manage**
28:4 44:13,

17,22 55:21
70:3

**managed**
70:5

**management**
14:15 17:22
18:5,16 25:13
26:6 27:14,20
30:24 31:9,17
32:14 34:13
44:11,24
46:10 56:24
66:16 75:22
76:8 77:20
116:11 119:16
122:14 159:12
179:1 182:25
183:2,11
188:7 189:13
193:6

**manager**
31:16 158:5
188:23 198:16

**managing**
67:4 92:12,13
93:11,14

**mandated**
183:9

**Mandell**
150:13

**manipulated**
163:8

**manner**
36:16 119:14
143:13

**March**
159:22

**marched**
159:21

**margins**
195:15

**Mario**
167:25 168:1

**mark**
30:14

**marketing**
69:22

**marketplace**
59:19

**married**
151:12

**mass**
69:3 112:3

**material**
22:2 28:25

**Matt**
10:7,10 41:11
50:19 185:19
195:24

**Matt's**
192:19

**matter**
36:13 44:10
77:9 125:7
193:9,13,15

**matters**
58:20

**mature**
31:1

**Mcdonalds**
142:2

**mea**
190:20 193:9

**meaningful**
74:11 145:12

**means**
42:6 172:25

**measurably**
78:20

**mechanism**
181:1

**media**
28:12,15
32:21 66:12
94:15,17,19,
20,25 126:18
150:16 168:2,
20

**mediocre**
122:18

**meet**
20:10 53:1,16
55:13 169:23
180:10

**meeting**
20:6,25 22:25
29:3 40:20
42:25 58:21
67:22 68:22
120:16 138:17
139:15,18,25
148:20 154:15
162:22 180:18
181:12 203:4,
17 205:16

**meetings**
20:21 35:10
52:21 53:1,18
113:21 114:4

**meets**
112:21

**members**
18:23 57:8
106:19
170:12,24
192:4,5

**memo**
173:11,13

**mental**
176:18 179:16

**mentality**
30:25 158:14

**mentally**
108:25

**mention**
76:13 104:13

**mentioned**
68:6 70:7
161:2 166:5

**mentor**
127:21 153:14

**message**
46:18 58:23
59:15 157:3

**messaged**
149:19 165:17

**messages**
22:12 61:2
62:5

**messaging**
58:11

**met**
50:3,17,20
54:23 61:18
176:1

**metric**
39:16

**Metronics**
137:24

**Miami**
20:25 65:2
130:22

**mic'd**
99:7

Michael
  79:12 121:24
  131:12

micromanaged
  143:6

micromanagement
  34:12 197:6

micromanaging
  120:1

middle
  60:11

Mike
  79:16,17,19,
  21 80:2,3,10,
  19 81:3,14,
  19,22 82:6,
  11,13 83:7,8
  121:18,20
  131:13

million
  14:9 47:24
  49:9 50:7
  60:16 64:10,
  12 106:9
  113:10,11,14
  115:14 123:14

millions
  126:17

mind
  118:23 145:4
  149:21 155:16
  157:3,6,14

mingling
  97:14

minimum
  112:4

Minnesota
  87:20 88:3

minor
  139:3

minute
  80:8,11,12
  100:21 103:16
  204:3

minutes
  15:12 16:18
  17:1,2 21:6
  23:18,19 24:9
  25:12 26:17
  28:15 35:16
  48:16 51:17
  63:15 154:21
  164:17 198:8,
  9

Miraculously
  164:19

miscarriage
  108:24

misplaced
  128:15

mission
  36:20 37:2,8
  38:3,6 41:20
  42:11,12
  43:15 45:5,6,
  8 48:11 57:16
  68:5 69:4
  74:6 76:2
  102:8,13
  107:12,23
  117:6 121:13
  123:12,16
  129:5 136:9
  143:23 148:16
  154:10
  176:17,25
  177:20,23
  178:4 199:11

mission-aligned
  57:15

mistake
  149:6

mistaken
  34:8 162:16

mistakes
  89:25 178:6,7

mistreatment
  67:25 68:1
  69:5 73:6
  107:17 148:12

misunderstanding
  63:4

misunderstood
  149:20

mixed
  134:12

Mm-hmm
  145:17

mocked
  152:9

moderation
  191:6

moderator
  70:21

mole
  108:4,9,12,17

moment
  50:10 76:22
  78:5,6 99:21
  166:23 173:10

money
  20:1,17 42:5,
  9 48:18 53:20
  54:25 58:12,
  16 65:16

68:3,4 86:19
91:21 113:7
114:23
115:21,22
147:3

Montana
  51:10

month
  51:10 131:25
  151:13 160:2
  161:1

months
  27:7,17 41:5
  57:24 58:6,10
  67:7,19 72:25
  82:9 91:20
  96:1 103:9,13
  109:16 111:14
  148:17 158:24
  160:20 161:3,
  13 177:17
  179:21

mood
  156:17

moot
  26:22

moral
  22:5

morale
  20:20 62:22
  73:16 108:20
  112:12,13
  134:16 149:11

morally
  73:10

morning
  67:21 156:4
  179:6

morphed

151:1

**mother**
134:4

**motion**
10:5,18
11:11,13,14,
22 12:6,17,
20,22 13:9,18
14:3 16:13,17
17:12,13
22:19 23:17
26:22 51:21
181:17,19
183:18,21
184:8 185:5,
19,20 186:7,
10,11 187:18
188:4,14
191:15,16,23
192:16,19,22
194:20 195:25
196:3 197:22
198:2,7,11
200:20,22
201:12,13,14
202:3,6
204:2,15,17,
20,22

**motioning**
22:20

**motivation**
92:18,19

**mounds**
38:23,24

**Mount**
125:21

**mouth**
52:13

**move**
10:16 11:4,6

12:17 13:3,17
16:5,11 24:24
25:10 26:5,
11,20 40:19
55:19,20
79:11 130:10
169:23 180:5
195:25 196:1
201:10,19
204:14

**moved**
162:14,15,17
183:22

**moves**
130:11

**moving**
16:6 20:11
42:17 50:15
71:19 78:9
79:3 96:15
139:12 146:18
165:15 166:3
173:17
178:14,16

**mud**
128:8

**multiple**
53:1,2,18
61:3 78:3
79:23

**mute**
106:16

**mutually**
118:13

------

**N**

**named**
34:2 52:8,22
53:3 79:12

119:20

**names**
23:12,15
109:22

**Nancy**
125:15,25
126:19 127:2
128:1 130:14,
17 161:15
162:23 163:2,
9,14,19,24
166:6 169:5

**Nancy's**
162:21

**narrative**
116:9

**Nate**
159:21 160:4,
5 161:3,4
168:13,14

**natural**
88:9

**naturally**
118:1

**nature**
35:22 120:2

**NDA**
19:10 24:5
127:6,9
170:16

**necessarily**
33:25 135:19

**needed**
20:7 76:20
90:14 112:18
144:9 163:19
167:8 202:11

**needing**
177:22

**negative**
28:4 30:3
57:18,24

**nervous**
130:15

**net**
120:12

**network**
47:9,20,23

**Newport**
50:24

**news**
109:12 130:2
132:15 161:17

**newscast**
84:20

**nice**
201:13

**night**
18:14 31:5
61:21 81:5
101:14 126:10
140:13,19
158:15 163:3

**nobody's**
174:25

**non-contractor**
99:25

**non-employee**
99:25

**nonoperational**
12:23

**nonprofit**
42:11,21
113:16

**nonprofits**
43:16 94:10,
13

noon
97:6

normal
65:17 89:16
114:10

north
96:24

note
17:23 178:21

notes
25:22

notice
205:13

noticeably
57:23 58:10

notions
135:14

November
89:10 97:4

nuance
198:25

number
10:1,3 14:3
27:10 30:2,14
31:15 34:21
40:24 71:16
72:1 104:12,
23 133:5
135:25 136:19
138:4 159:1
182:6,22
184:14

numbers
133:7 171:22

nutshell
145:5

---

O

---

O'HARA
18:9 52:10,11
180:11 183:21
184:8

O'KEEFE
12:1,5 15:7,
16 16:15,19
23:3 25:15
26:2 32:15
34:19,25
35:3,7,19
51:11 52:7,22
53:12 55:8,
11,15 56:17
71:1,4 118:12
149:8 171:17
172:4,8,15
173:3,10
174:21 175:20
177:24 178:3
181:7,9,15,
18,20 182:7,
11,22,24
183:25 184:3,
5,12 185:11,
16 188:25
189:15,23
190:3 191:12,
22 192:3,7,12
193:4,15,21
195:1 196:15
197:14 198:5
200:14,16,19
201:23 202:3,
6 203:16,17,
24 204:20

object
42:2,5

objections
114:9,12

obligation
181:23 187:7

observations
37:8

observe
22:17,21
38:12 175:15

observed
78:10

observer
34:23 182:4

observers
22:16,21,24
23:1,5 24:16
25:5 106:20
121:21 131:20
136:23 148:5
158:1 170:15
182:5,6,25
187:12,15

obtain
53:18 113:17

occur
79:23

occurred
53:5 116:5
169:4 183:13

occurring
61:8

October
55:12 158:7

offense
86:1 95:21

offer
25:12 35:7

offered

60:6 119:21
172:17
173:10,12
190:19

office
58:3,5 59:3
60:12,25
63:20 67:20
68:25 75:1
76:16 78:12,
22 81:7 89:4
92:18 108:5
130:9,19
134:4 140:9
148:19,22
149:16 158:19
161:14 162:18
180:17

officer
46:12,15
52:1,25 53:17
54:3,8 60:5
180:15,23
181:2 184:13,
25 189:9,10

officer's
25:12 185:6,
21

officers
16:1 24:9
170:13 189:6,
11 191:11

officership
180:16

officially
50:10 118:9

offshore
51:2

oftentimes
52:25 53:17

58:20 167:2

**Oklahoma**
85:22 125:16

**omitted**
54:17

**on-air**
33:9

**onboard**
47:4 60:4
102:9 154:18

**one-night**
59:23

**one-on-one**
82:3,16

**one-third**
17:24

**ongoing**
33:18 122:3

**online**
59:13 205:11

**onset**
158:12

**open**
13:19 76:25
137:16 158:3

**open-door**
37:7 38:9,16
173:17,22
178:20 193:11

**opened**
191:9

**operating**
20:8 31:16
58:1

**operation**
14:17

**operational**
14:7 29:15

35:17

**operationalized**
11:19,20

**operationalizing**
12:13

**operations**
34:13

**opinion**
17:23 42:8
45:9 48:23
66:5 83:17,19
84:2 85:3
88:19,22
89:12 91:16,
17 93:12,25
95:11 121:7
150:24 152:20
153:8 157:1

**opinions**
89:18 149:5

**opportunity**
35:3 38:9
45:12 51:11
66:18 69:16
72:5 173:13,
18 174:1
184:16

**oppose**
192:6 200:14
202:3,6
204:20

**opposed**
30:17 34:5
184:7 191:19,
23 192:3
198:4 200:15,
16,17,18,19,
20 203:9
204:18

**opposite**
143:4

**optics**
53:22

**option**
22:9 104:11

**order**
53:18,20,21
54:4 71:4
130:5 181:7,
15 184:12
185:11 195:24

**ordered**
63:1

**ordering**
35:15 119:14

**org**
30:20,21
150:11

**organization**
14:5,17 18:11
20:16 21:21
22:1,3 23:25
24:7 29:3
30:22 37:9,22
41:22 43:11
44:23 45:3,13
54:10 56:25
57:13 59:3
66:6,12 70:1
75:22 83:14
104:2 106:6,
21,24 107:7,
13 108:15
115:25 117:9
118:22 121:23
122:12 123:10
124:23 130:2
131:20 132:5,
10,15 135:6

136:1,24
139:21 144:8,
20,21,22
145:2,14
148:7,10
149:12 150:25
151:11,24
156:1 172:17
174:18 175:4,
13 176:3,5
178:23
181:24,25
190:5,7,18
191:7 193:5,
18,22,24,25
195:11
199:11,24

**organization's**
28:12

**organizational**
27:9 39:10

**organizations**
27:25 31:23
34:9 94:11
137:19

**organized**
52:24 53:25
55:11

**organizing**
52:24 53:4

**originally**
79:9

**outcome**
20:7

**outcomes**
143:22

**outlet**
74:5

**outlined**

178:18

**output**
195:14

**outsiders**
87:4

**overhear**
153:18

**overheard**
36:1 149:15

**overpromising**
120:8

**oversee**
188:10

**overseeing**
176:13

**oversight**
33:10 116:13
177:21

**overview**
28:9

**overwhelmed**
87:23 107:2

**overwhelming**
87:25 88:1
157:5,9

**owning**
176:10

**oxymoron**
151:8

——————————

P

**pace**
107:25 178:14

**pages**
17:14 19:7
22:14

**paid**

113:19,21
201:5,12
202:10,11
203:9

**pain**
160:14

**painfully**
41:16

**pains**
81:16 83:4,5

**Palm**
49:3 61:14
70:8,9

**palpable**
139:25

**Pam**
103:12

**paper**
39:25

**par**
141:24

**paragraphs**
17:19 165:22

**paramount**
106:7

**paraphrasing**
101:20

**parcel**
33:11

**parenthetical**
194:14

**park**
55:12 92:5
168:24

**parliamentary**
14:13

**part**
10:14 33:6,11

35:13,14
38:17 51:10
60:25 64:18
67:17 88:2
97:9 99:15
101:12 114:10
117:7 132:25
141:9 142:7
151:10,23
156:7 158:25
159:13 161:4
168:18
170:14,15
176:4 182:21

**partial**
104:15

**participants**
171:21 182:21

**partners**
61:12

**Partners'**
20:2

**party**
126:3 129:11

**pass**
186:13 192:20
194:20

**passed**
15:3 184:8
192:23 200:22

**passes**
17:13 198:8
200:20

**passion**
122:19

**passive**
174:8

**password**
168:5

**passwords**
28:13 94:18

**past**
18:24 19:9
20:24 24:25
31:1 33:8
35:15 122:5,
7,15 129:12
132:17 136:2
148:17 151:19
152:18 194:16

**path**
22:6 91:4
128:25

**patient**
36:2

**Patrick**
30:6,8 155:8

**pausing**
178:11

**pay**
65:12 73:21

**payback**
169:9

**payroll**
39:15

**penned**
22:8

**people**
14:14 20:6
21:7 22:1,5,
10 27:20 30:5
31:11 34:12
36:1,15,19
38:23 43:11,
24 44:9,13,17
45:5,17,25
46:13,19
47:9,11,14

48:9 49:6,8,
10,13,16
50:10 51:8
55:22 57:16
59:20 67:5,22
68:17,20
69:1,6 70:5,6
71:1,5,6,8,
14,21 72:3
73:25 74:19,
25 75:2,8,9
77:10 78:4,6,
19 80:7,14
82:24 83:7,
12,13,15,18
84:8,21,22
85:21 86:4,10
88:18,23,24
89:2,4,5,21
90:24 92:12,
13,17,20
93:11,15
95:7,8,10
98:3 107:22
111:10,17
113:7,19
114:6 116:1
119:7,15
122:16 123:9
124:16 127:10
128:12,15
129:4 130:8
132:16,23,24
133:5,7,15,24
134:4,13,22,
24 135:5,6
136:6,8
139:11,13,17,
24 140:7,9,23
141:3,9,21
142:8,23
143:8,10,11,

12,25 144:1,
24 145:21
146:7,21,24
152:20,22,25
154:1,2,9
156:11,12
159:18 161:20
162:24 163:12
166:9 170:5
171:8 172:4,
8,16 173:19,
23 174:2,12
175:7 176:10,
16 177:6,12,
21 178:9,11,
24 179:2,4,5,
10,11 193:11,
12,16 197:8
203:7 205:13

**peoples'**
21:11 68:23
74:22

**perceive**
29:9

**perceived**
56:24

**percent**
13:11 32:8
45:21 103:8
133:25 145:4
199:25 200:1

**percentage**
39:15 133:12

**perceptions**
136:24

**perfect**
99:5 129:25
144:17 148:8

**period**
83:8 179:20

196:22

**permanent**
79:13

**permissible**
175:9

**permission**
38:18

**permit**
12:23

**perpetual**
75:17 102:10

**persecution**
73:4

**person**
26:10 30:8
31:24 32:4
41:20 42:22
44:20 45:7
70:3 81:11
84:7,9 86:25
95:6 110:11
121:13 124:14
125:23 126:7
159:23 167:3
176:5

**person's**
45:9

**personal**
20:12 30:15
42:3 45:4,9
48:10 57:19
64:16 77:8
105:1,5
107:17 117:14
126:22 139:8,
9 157:1
163:13 166:13
168:10 169:5

**personality**

20:14 144:2

**personally**
11:21 18:18
27:21 37:16
61:16 67:15
71:13 72:21
95:10 112:12
119:5 121:6
129:11 130:15
131:3 140:11
150:22 153:5
162:20 164:23
165:22 168:10
187:13

**personnel**
31:9 76:7
130:6 193:7
194:25

**perspective**
27:14 30:1
57:11 93:19
113:9 138:14
139:8 156:23

**perspectives**
135:8

**pervaded**
27:16

**petty**
169:3

**phase**
10:15 11:8,10
12:16 14:14
23:10

**phenomenal**
136:14

**phone**
51:12 102:18
110:12 114:3
127:12 149:2,
15,22 155:20

165:19,20,21
171:22

**photo**
120:24

**physical**
134:18

**physically**
108:25 125:18
164:3

**pick**
50:24 102:14

**picked**
51:4 88:4

**picking**
42:17

**piece**
126:24

**pipeline**
47:15,20

**PIS**
108:10

**place**
32:4 38:6
59:3 66:3,8
69:20 75:14
82:18 90:13
108:16 123:16
125:3,13
127:15 129:9
131:10 132:22
134:13 141:18
143:4 145:13,
14,15 147:12
178:25 181:12
187:9 188:7

**plan**
12:8 43:18,
21,25 98:17
138:19 181:21

**plane**
53:8 152:5,7

**planning**
54:22

**platform**
46:17 66:7
69:23

**play**
92:6,7

**played**
20:15 105:1

**player**
85:22,23

**pleased**
59:22

**pleasure**
74:14

**plenty**
91:21

**point**
12:22 14:6
19:4 27:25
31:1 34:5
41:22 43:10
63:5 69:5,6
71:4,11
79:10,15 84:1
95:6 98:6
99:20 100:9
104:21 108:13
127:13 128:14
132:21 139:12
141:5 143:17
150:21 154:12
155:24 158:11
160:17 163:2

164:13 166:18
167:18 168:7,
21 174:14
175:24 181:7,
15 184:12
185:11 195:23
196:12

**pointing**
98:14

**points**
25:7 29:15
41:14 147:2
170:17

**policies**
38:9

**policy**
37:7 38:16
72:11 173:17,
22 178:20
193:11

**politics**
32:5

**polygraph**
153:3,9

**polygraphed**
168:11,16

**pontificates**
19:6

**pontificating**
151:6

**poorly**
36:3 42:9
43:23 64:14
138:20

**Portland**
53:8

**posed**
187:18

**position**
42:22 66:16
73:3 112:6
137:23 154:1

**positions**
154:9

**positive**
14:21 27:8,18
121:5 123:21

**possibility**
132:8

**possibly**
132:1

**posted**
92:21

**posting**
150:16 156:17

**potential**
22:1 123:4
130:1

**potentially**
60:6 61:18
68:3

**power**
19:17 28:16
29:13 129:2
151:5 153:24
154:7 174:23
188:20

**power-drunk**
19:5

**powerful**
74:15 139:18

**powers**
196:4

**practical**
156:21

**practice**

180:7

**prayed**
81:5

**preamble**
15:25 16:6,20
17:16

**preambles**
29:21

**precedes**
135:8

**precisely**
13:11 73:5
199:1

**precision**
147:13

**predetermined**
185:7

**preface**
72:20

**prefer**
23:16

**preferential**
160:17

**pregnant**
109:16,17

**preliminarily**
185:4

**preliminary**
183:8

**preoccupied**
154:23

**presence**
189:1

**present**
20:7,8 26:5
35:14 39:24
53:4 120:23
121:10 191:17

192:22

**presentation**
117:11

**presentations**
13:23

**presented**
180:1

**preserve**
173:8

**presidency**
184:2

**president**
16:14 35:6

**Press**
147:4

**pressure**
36:13 67:14
73:3 74:3
121:9 178:15

**pretty**
30:21 44:15
45:7 48:7,25
109:1 120:22
124:18 131:1
135:15 136:14
139:18,19
160:22

**prevent**
19:17 193:16,
19

**prevented**
19:9

**preventing**
187:25

**previous**
49:13 140:1

**previously**
137:23

**prime**
33:18

**principal**
34:14

**principle**
11:22

**prior**
10:12 12:12
47:4 129:18
132:18 181:12
187:7

**priorities**
20:11

**priority**
54:5 104:12
176:9

**private**
23:19 37:14
42:10 64:1
108:8 152:1
153:19

**privately**
35:24 50:22
152:9

**privileges**
196:21 200:25

**problem**
11:21 22:2
40:15 79:20
102:10 112:8
124:3 136:18
170:3 194:4

**problematic**
11:1

**problems**
45:24 76:10
143:25

**Procedurally**
192:15 193:1

**procedures**
37:11 194:6

**proceed**
106:21 182:3

**proceeded**
149:7

**proceedings**
22:22

**process**
11:5 29:9
47:12 61:15
80:1,4 103:17
105:20 114:11
133:1 136:5

**processing**
64:7

**produce**
20:18

**producer**
19:13 47:17
126:13

**producers**
32:23 121:25

**producing**
124:13

**production**
22:10 78:4
86:1 125:9
126:20 153:6
159:11

**productive**
20:7 146:18
147:10

**professional**
33:13 49:7
50:25 51:3
137:11

**professionals**
174:22

**profound**
  151:16

**profusely**
  67:13

**prohibited**
  72:11 204:4

**prohibits**
  72:12

**Project**
  20:19 21:4
  23:20 27:6
  36:3,8 37:12,
  21 64:15,20
  67:18,23
  73:21 79:7,17
  81:13,23 85:8
  86:8 87:18
  88:14 90:7
  93:10 107:4,
  10,15 109:18
  114:25 117:2
  120:13,14
  121:22 122:12
  123:1 127:22
  137:2,3,19
  143:23 149:24
  158:5 163:15
  173:8 179:14
  189:24 190:12
  195:4,6,10

**promoted**
  168:19

**prompted**
  23:22

**pronounced**
  67:8 139:19

**proper**
  43:14 47:19

**properly**
  49:20

**property**
  23:19

**proposal**
  11:16 26:18

**proposals**
  10:13 11:18

**propose**
  36:7 173:12
  182:7,24
  191:15 201:14
  202:20

**proposed**
  174:6 179:25

**proprietary**
  170:17

**prosecuted**
  154:6

**prospective**
  112:3

**prospects**
  113:22

**protect**
  189:24

**protected**
  186:4

**proud**
  18:19 38:1,4
  117:6

**prove**
  78:20

**provide**
  39:6 104:6,12
  109:22 117:3
  145:15

**provided**
  108:17

**providing**
  38:11 59:21

**prudent**
  22:15 54:3

**PTO**
  28:20 97:24

**public**
  18:12 20:2
  37:14,15,18
  108:5 125:2

**publicly**
  19:25 21:11
  152:8 168:24
  193:10

**pull**
  85:21 120:10

**pulled**
  85:21 179:5

**pulling**
  99:13

**purely**
  146:20 162:6

**purpose**
  50:25 53:23
  54:2,5,18,19
  166:22

**purposes**
  10:24 192:16

**pursue**
  33:24,25
  104:18

**purview**
  54:8 189:14
  194:8 199:17

**push**
  40:8 80:5
  84:4

**pushing**
  141:14

**put**

  17:5 22:15
  48:9 49:2
  52:12 60:12
  66:8 82:25
  116:5 122:2
  143:4 154:8,9
  160:20 185:4,
  25 196:12
  198:8 204:1

**puts**
  59:18

**putting**
  59:24 155:1

**PV**
  10:19 12:6
  17:24 18:23
  20:12,15
  21:23 32:17,
  19 34:3 49:13
  57:12 59:1,2,
  3,12,16,19
  60:3,20 66:2,
  14 67:3 68:8
  69:25 74:16
  75:16 78:18
  85:25 86:17
  87:1 92:20,21
  96:20 97:12
  98:3 107:12
  111:22 114:19
  116:20 117:7
  119:20,22
  120:5,10,19,
  22,23 121:1,4
  125:8 138:11
  140:4 141:23
  154:4 156:10
  157:3 158:2,
  8,15,16,22
  159:2,18
  160:2 162:2,

8,10 164:15
166:20,24
167:5 168:3,
11 169:16
177:8

**PV's**
102:12 116:17
162:6

**PVCV**
46:18

---

### Q

**qualified**
76:4 180:20

**quality**
87:13 135:24

**quantity**
87:14 135:25

**question**
12:2,7 16:14
24:11 31:25
33:5 40:7
55:6 58:7
66:21 70:7
71:2 77:17
87:5 94:14
95:3 105:4,9
116:25 117:17
130:6 132:13
137:17 142:20
168:1 171:11
177:25 184:1
192:9,12
196:1,20
199:7 200:7,9
201:20 203:21
204:12

**questioned**
108:10,13,15

109:17

**questioning**
102:6 108:20

**questions**
39:6 50:13
66:19 79:4
87:3 102:11
114:9,12
121:15 131:12
133:4 136:16
142:13 157:13
167:12,25

**queue**
71:3 157:20

**quick**
94:15 127:3
158:10 173:5
195:23

**quickly**
12:19 25:10
72:10 98:22
159:25 160:1
204:1

**quiet**
119:3

**quietly**
163:12

**quit**
164:15 186:2

**quitting**
152:21

**quo**
195:17,22

**quote**
19:4 100:14
138:24

---

### R

**raise**
54:4,9,24

**raised**
50:6 59:12
113:7,12

**raising**
20:1 30:4
64:10 115:20,
22

**rally**
109:18

**rambling**
157:5

**rampage**
163:16

**ran**
42:14

**Randy**
46:24 118:3,
4,5,13

**ranking**
25:12 188:22

**rapid**
107:25

**rate**
87:6 95:25
133:10,11
141:24 142:5
177:11

**ratified**
181:2

**ratifies**
180:16

**ratify**
183:16

**ratio**
133:12

**rationale**
185:22

**rationalize**
128:23

**RC**
98:19 151:12

**reach**
122:22

**reached**
140:14

**reaching**
77:3

**react**
77:1

**reacted**
138:20

**reaction**
68:23 110:21
141:18 167:9

**read**
15:25 16:17,
20 17:3,13,
16,18 19:21
21:17 23:16
26:2 31:15
35:11 40:16
72:10 86:4
173:20 180:1
196:20

**reading**
16:5 24:13

**readmitted**
203:24

**reads**
35:19

**ready**

64:11 94:7
132:18 186:2

**real**
12:19 141:12

**reality**
110:22

**realize**
90:2

**realized**
128:9 166:23

**realizes**
88:11

**realizing**
21:10 57:22
114:18

**realm**
34:13,14

**reason**
30:1 49:14
62:21 64:14
73:25 80:2
107:12 112:11
117:5 124:19
153:9,22
156:11 166:21

**reasons**
18:1 73:6
116:15 119:25
202:5

**reassure**
111:12

**receive**
60:7,21

**received**
17:4 19:19
119:9

**receiving**
60:17 119:5

**recent**
20:21 61:13
65:5 110:7
115:10 121:3
149:2,24
186:21

**recently**
18:8 29:23
59:11 64:7
65:2 73:18
97:2 111:22
119:19 131:23
132:17 133:8
134:21,24
136:1 154:14

**reception**
131:21

**receptive**
76:11

**recess**
15:17

**recognize**
73:2 178:6,13

**recognized**
59:20

**recognizing**
151:18

**recollection**
17:19

**recommend**
24:24 74:24
185:10

**recommended**
12:9

**reconciled**
139:5,7

**reconvene**
205:6,8,17

**record**
190:25 196:12
201:24

**recorded**
25:6

**recording**
15:22 71:15

**redundant**
157:17 170:6

**refer**
31:17 180:2
181:4

**referred**
42:25

**reflect**
38:1 198:9

**reflecting**
64:14

**reflective**
146:13

**refrain**
190:9

**refrained**
166:25

**refused**
64:4

**regard**
39:21 95:3
172:23

**regularly**
112:21 113:5

**rehash**
22:13 144:10

**rehiring**
116:22 199:3

**reimbursed**
205:2

**reinstate**
170:18 183:20
184:24 198:14

**reinstated**
181:3,5
182:13 184:8
196:4

**reinstatement**
198:24

**reinstating**
200:10

**related**
80:2 184:11

**relations**
32:21

**relationship**
48:1,15,22
62:19 66:1
109:11 112:2
118:14 120:21
122:11 138:10
139:9 160:9

**relationships**
45:4 58:19
61:13 67:6
130:8

**relay**
168:8

**release**
103:11,14
123:1 132:21

**relevant**
28:11 35:14
39:7

**relief**
31:6

**remain**
163:11

remainder
  111:25

remaining
  34:15

remains
  182:4

remarks
  115:8

remedies
  183:12

remember
  53:13 87:17
  162:19 181:14
  202:24

remembers
  161:14

remind
  174:9,17

reminded
  163:1

removal
  180:21 181:1
  194:3

remove
  116:17 181:2

removed
  160:18
  180:22,24

renewing
  60:21

repairing
  51:5

rephrase
  77:17

report
  133:13,20
  139:11 201:7,
  11,15

reported
  12:21 119:7,
  17 121:10
  170:23

reportedly
  119:21

reporting
  10:19 12:6
  14:4 32:16,19
  202:8

reports
  18:19 30:22
  197:2 199:10

representativel
y
  19:7

reprimanded
  58:2

reprimanding
  62:16

reputation
  61:10 64:15
  128:6 135:8
  162:21 163:22

request
  15:7 175:24
  183:1,3
  189:2,23,25
  190:22 191:14

requested
  71:7

requesting
  190:23

reside
  39:20

resign
  44:25 127:13

resignation
  46:6,7,9

180:21

resigned
  180:22

resilient
  22:8 132:24

resolution
  14:21

resolve
  118:2

resources
  125:8

respect
  41:21 73:2
  74:5 75:10
  81:25 88:17
  89:17 91:18,
  19 92:10
  93:22 103:4
  107:9 121:11
  128:20
  139:13,21

respected
  18:9 42:7,8
  49:10

respectfully
  88:22 116:25

respond
  25:16,22
  34:19 35:2,4
  38:14 51:12
  52:2 146:21
  172:20 173:4
  174:1,3 181:9
  184:16

responded
  46:7

response
  35:7 171:9
  172:6 184:23

responses
  38:11 184:18

responsibilitie
s
  21:12 27:22
  30:19 31:2
  32:10

responsibility
  39:19 40:5
  42:8 184:20
  186:13 189:13

responsible
  99:22 112:12
  135:1 141:14

rest
  21:17 22:24
  40:19 42:19
  139:10 141:15
  152:12 176:15
  191:12

restoration
  50:4

restore
  194:7

restored
  180:12 190:13
  195:5

restrict
  185:5,20
  186:11

restriction
  187:19

restructuring
  183:7

result
  37:4 48:4
  73:11 74:21
  143:11 169:7

Project Veritas -  Board Meeting
February 06, 2023

**resulted**
20:7 47:5

**results**
47:3 49:4,5,
21 59:4

**resumes**
135:4

**retaliate**
104:8

**retaliation**
72:10,12
117:1 185:23

**retention**
68:6 133:9,11
188:11

**return**
109:2 190:12
195:4

**revamp**
166:10

**revenue**
53:19 54:4,9
60:15

**review**
63:2 187:7
196:2 205:2

**reviewed**
203:3

**revise**
10:19 12:6
14:3 38:16

**revising**
12:21

**revoked**
196:22

**revolving**
152:22

**rewarding**

**rhetorical**
95:4

**Rhode**
51:6

**rich**
123:13

**rid**
123:6 124:15
126:23

**ride**
50:21

**rides**
53:13

**ridicule**
80:13

**ridiculed**
83:21 85:4

**ridiculous**
90:21 95:14

**rift**
123:8

**rightfully**
89:14

**ring**
177:22

**rip**
80:22

**ripped**
82:1 83:21
93:1

**risk**
186:21

**robs**
125:7

**role**
20:16 23:6
30:8 33:6

105:12

34:15 44:14,
15 46:11,14
68:12 82:23
89:24 96:20
98:8 106:20
108:15 118:21
132:9 136:23
137:1 148:6
158:2,24
159:6 169:1,2
198:20

**roles**
21:11 30:18
31:2,12,22
32:6,9

**roll**
84:4

**roller**
134:15

**room**
21:6 50:2,6
71:17 73:7
99:6,19,23
124:15 127:10
130:17 138:17
156:3,23
163:17 164:1
167:7 203:18

**routine**
66:9

**rubbed**
124:12

**Rubicon**
122:23

**rude**
58:12 114:5
203:20

**rule**
105:16

**rules**
14:13 105:15
170:13

**ruling**
51:20

**run**
15:13 29:12
43:16,23
91:24 140:3
155:2 176:16

**running**
42:16 140:3

**Rushmore**
125:21

---

S

**sabbatical**
179:20 203:12

**sabotaged**
19:10

**sacrificed**
104:16

**sacrifices**
106:1

**sad**
19:22 84:1
141:17 153:13

**saddens**
151:8

**sadly**
41:20

**safe**
58:4 134:6,18

**sail**
51:1

**sake**
36:8 116:16

salute
76:16 87:12

sandwich
20:4

sanity
74:16

sat
98:1 139:6
151:13 160:24
184:21

Saven
53:24

SBUS
41:6

scared
185:23

scene
164:8

scenes
163:24

Schaffer
79:12 80:11,
19

schedule
61:20

school
142:1

scope
34:18

scrambling
125:10

scratched
51:17

screaming
138:25 159:15
166:15

screenshot
18:13

screenshots
22:11

screw
96:11

screwed
131:8

scripts
122:2

seamlessly
14:23

seat
12:14

seats
64:2

secretary
189:10

secrets
76:19 165:18

sections
32:18,19

seek
167:17

seemingly
29:24,25
74:20

sees
38:22

send
22:18 23:5
62:7,16 112:3
152:2,7
173:21

sending
38:17 111:12

senior
128:4 162:1

sense
123:21 127:21

143:7 144:14

sentence
101:20

sentiment
142:16,23
143:8,24

sentiments
142:25

separate
26:9 31:2
100:11,18
103:9 173:4
201:12

separated
31:12,14

separating
30:18 32:9
176:25

separation
127:5

September
137:4 161:12

September/
october
158:7

sequence
26:11

served
177:19

service
54:11 142:6

serving
144:4

session
55:20 162:20
182:10 187:11

set
54:25 169:25

setting
147:3

settings
137:11

settle
140:5

settled
62:15

setup
126:8 141:10

seven-figure
47:6,7

severe
174:25

sexy
128:18

shamed
42:1 148:20

shaming
18:16

share
22:20 37:7
55:24 63:10
64:23 76:15
102:19 106:22
118:22 137:12
158:3

shared
17:23 64:8
109:12 116:15

sharing
58:22 117:12
157:14

shed
16:3

shift
144:21

shifting

Project Veritas -  Board Meeting
February 06, 2023

20:11 138:7

**shine**
30:17

**ship**
78:9

**shit**
83:20,25
84:21 93:5

**shocked**
140:16

**short**
19:21 57:4,6
60:16 73:19
75:6 83:8
119:9 148:11
186:19

**shortfall**
60:15

**shortness**
67:13

**shot**
99:4,5,6

**show**
116:24 182:21
198:9

**showed**
48:15 128:1

**showing**
56:13 109:24
113:21

**shows**
95:24

**shuts**
103:16

**sick**
125:15,18,25
126:6 164:2,
9,18,19

**side**
21:3 27:24
69:23 82:7
119:4 144:3
175:24

**sign**
18:4 142:24
143:3

**Signatories**
18:1

**signatory**
189:6

**signed**
17:25 22:10

**significant**
131:2

**significantly**
160:10 169:11

**signing**
191:10

**silent**
163:11

**simply**
38:11 148:23
149:12,20

**simultaneous**
26:16 29:6
33:16 46:4
69:10 146:4
171:5,13
182:19 188:19
192:14 198:22
199:20 202:22

**sincere**
35:9 38:21

**sincerely**
68:2

**single**
82:1,2 162:25

**sink**
140:17

**sit**
64:3,4 83:6
90:11 154:20
164:17 192:9

**sitting**
85:24 98:6
111:18 189:19

**situation**
98:19 102:3
103:24 109:3
111:20 115:20
116:6 138:13
160:12 166:6
177:7 197:9
199:8

**situations**
135:2 162:3

**six-figure**
20:23 110:9,
16,21

**six-year-old**
104:6

**size**
34:9

**skin**
132:23

**skip**
21:16 29:21
142:25

**slammed**
97:25

**sleep**
158:16

**slightly**
99:14,24

**slow**
37:6

**slowing**
178:12

**smack-down**
46:1

**small**
103:1

**smaller**
139:23

**snapped**
101:19

**snapping**
119:13

**social**
28:12,15 55:2
94:15,17,18,
20,25 120:8
126:18 150:15
168:2,20

**soft**
174:8

**sole**
50:25 54:1
166:21

**solution**
37:5 74:8
172:17 174:5,
16 175:3
187:9 192:13

**solutions**
36:8 182:25
183:2

**sort**
35:15 68:23
100:23 134:7
135:13 155:13
167:18

**soul**
178:25

Project Veritas -  Board Meeting
February 06, 2023                                                                50

sounds
  81:20 152:24
  188:3 192:8

soured
  160:10

South
  126:1

speak
  21:7 25:3
  48:1 51:14
  60:1 66:19
  71:7 72:3
  75:1,14 78:1
  83:16 89:2
  97:1 102:1
  107:1,3
  113:24 144:23
  145:13 161:9,
  11 162:5
  163:13 166:14
  168:10 169:9,
  13 170:5
  174:7 181:10
  190:3 195:3

SPEAKER
  10:2,5,7,14,
  16,18,21,22,
  24 11:9,14,
  16,18,23,25
  12:4,10,14,
  17,19 13:6,7,
  11,13,14,15,
  16,18,19,22,
  24 14:1,3,6,
  12,22 15:1,3,
  5,9,10,12,13,
  15,18,19,21,
  23,24 16:5,8,
  9,12,13,17,
  20,21,22,23,
  24,25 17:1,3,

7,11,13,16,
18,20,21
21:14,15,16,
19,20 22:23
23:1,8,9,10,
14,15,19,21
24:1,2,8,11,
16,19,21,22,
24 25:1,2,10,
11,17 26:3,5,
7,14,17,19,
20,21,22,24,
25 27:1,2,3,
4,5,6 28:10,
16,18,19,20,
21,22,24
29:5,7,10,11,
12,14,17,20,
22 30:11,13
31:4,12,13,25
32:8,16,20
33:1,2,4,5,9,
13,15,17,20,
21,22,23
34:8,21,24
35:1,6,13
38:14,20
39:1,4,5,8,
19,22,24,25
40:3,4,6,10,
14,15,21,22,
23,25 41:1,2,
3,4,9,10,11,
13,15 42:13,
14,24 43:2,8,
9 45:19,21
46:5,11,12,
13,15 47:2,7,
16,19 48:3,6
49:1,2,5,18,
22,24 50:12,
16,19,20,23

51:13,19,24
52:4,12,14,
15,18,20
53:11 54:21
55:3,5,6,10,
13,17,18,19,
20,25 56:1,2,
3,5,6,7,12,
13,15,19,21,
22,23 57:1,2,
3,4,6,7,10
58:8,9 66:21,
22,23 67:2,9,
16 68:6,10,21
69:2,9,11,12,
15 70:5,9,12,
14,15,16,17,
18,20,22,23,
24,25 71:3,6,
11,13,16,18,
20,23 72:1,3,
6,7,9,16,17,
19,20 74:22
75:3,20,23
76:13,18
77:13,17,18,
21 78:10,13,
25 79:1,2,3,
5,6 85:11,12,
13,14 86:22
87:16 90:15,
16,19 94:3,
14,17,20,22
95:2,3,5,18,
19 96:3,4,7,
11,14,16,17,
18,19,22
103:21,22
105:4,7,8,9,
11,13,14,16,
18,19,22,23
106:3,10,11,

12,13,14,15,
16,17,18,19,
23 117:10,13,
16,17,21,22,
23 118:3,4,5,
7,8,9,10,13,
15,16,18,20,
21,24 121:14,
16,17,18,20,
24 130:6,13
131:11,13,14,
15,17,18,19,
22 132:11,13,
14 133:5,7,9,
12,18,19,22
134:2,3,9
135:4,10,12,
15,21,22,24
136:3,10,13,
16,18,19,20,
21,22 137:1,
5,6,7,8,9,13
142:14,18,21,
22 144:15,16,
19 145:7,17,
18,20,21
146:2,5,11
147:13,15,16,
18,19,20,21,
22,23,24
148:1,2,3,4,
5,8 150:2,4,
5,6,7,8,9,10,
13 157:10,11,
13,16,18,19,
21,22,24,25
158:1,4
167:14,20,21,
22,23,24
168:1,3
169:21 170:3,
4,8,9,19,22

171:6,11,12,
14,15,16,19,
24 172:1,2,3,
7,10,13,14,21
173:5 174:7,
24 175:9,17,
18,19,21,23
176:1 177:13,
14,25 179:15,
23 180:4,5
181:8,14,16,
19 182:4,6,
10,17,18,20
183:5,18,22,
23,24 184:1,
4,6,7,9,10
185:3,4,10,
14,18,20,24,
25 186:7,10,
11,16,17,19,
25 187:3,6,
10,13,16,17,
18,22,25
188:6,12,13,
15,16,18,20
189:3,5,7,9,
11,21,25
191:1,2,19,
20,21,25
192:1,2,5,11,
15,18,23,24
193:1,3,14,19
194:1,13,18
195:9,10,23
196:2,6,11,
14,17,19,20,
25 197:1,4,5,
7,10,11,18,
21,24,25
198:2,3,4,7,
10,11,21,23,
25 199:2,5,8,

10,15,16,21,
22 200:5,6,7,
9,11,12,13,
15,17,18,20,
22,25 201:1,
2,3,5,9,10,
14,16,17,18,
19,21,22
202:1,2,4,7,
10,11,15,16,
18,20,23
203:3,7,9,11,
13,14,19,21,
23,25 204:1,
4,8,9,10,12,
13,14,15,16,
17,19,21,22,
23,24 205:1,
3,5,8,10,11,
14,17

**speaking**
19:9 26:16
29:6 33:16
43:7 46:4
59:5 69:10
74:13 109:23
111:17,21
114:4 129:2
138:7 140:6
146:4 165:6
171:5,13
182:19 188:19
192:14 198:22
199:20 202:22

**speaks**
97:22

**special**
205:13

**specific**
28:7 42:13
50:5 51:8

63:9 119:7
129:14
172:16,19

**specifically**
73:7 76:6,7
100:13 153:20
173:14 180:13

**specifics**
13:3,5 44:6

**speed**
15:3,5

**Spencer**
124:17

**spend**
53:20 142:4

**spent**
42:9 48:14
68:12 104:13

**spilled**
57:19

**spirit**
19:2 129:8

**spoke**
52:10 67:10
99:21 101:5,7
130:22 142:14
151:15 155:9
158:13 166:24
179:6

**spoken**
62:9 69:7
75:4 149:17
177:2

**spokesperson**
34:1

**spot**
120:19

**spread**
91:1

**square**
88:21

**staff**
17:24 20:15
28:12,14 30:7
35:8 37:7,10
38:7 42:19
73:12 108:16,
18 116:12,13
119:12 141:16
161:13,17
162:1,21
163:4,8,10,17
166:2,6
168:19 172:18
173:22 176:7,
9 193:5
194:5,15,17
195:18

**stage**
12:23 34:11
129:3

**stakeholders**
144:8

**stakes**
19:12

**stand**
18:19 36:25
46:16 77:11
93:6 151:4
164:14 167:11

**standard**
19:23

**standards**
146:8

**standing**
177:7

**stands**
149:2

stark
  78:10

start
  31:23 36:24
  50:5 101:17
  107:8 122:4
  150:18 151:22
  186:5

start-up
  30:24

started
  49:8 65:13
  74:15 87:17,
  18,21 89:11
  98:2 100:10
  104:10 126:16
  148:12
  154:24,25
  158:6,10,11,
  15 161:11
  164:1,10,11

starting
  158:17

state
  75:17 118:21

stated
  51:15 110:11
  116:8 138:13
  198:25

statement
  63:12 112:11
  139:1 190:6
  200:1

statements
  34:20

stating
  52:18

statistic
  176:6

status
  195:17,21

stay
  67:21 75:16
  125:23

stayed
  107:12 152:4

staying
  42:20 61:1

stem
  170:25

stems
  28:4 152:13

step
  132:9

Stephan
  14:7 15:22
  34:21 40:23
  41:3 56:7,13
  70:20 96:16
  106:12 118:16
  121:18 131:15
  136:19 147:22
  150:5 157:19
  171:20 175:22
  180:3

stern
  92:14

Steve
  26:25 43:8,9
  69:11 70:10
  71:20 96:4
  131:18 182:22

Steve's
  25:24

stick
  90:6

stomach
  164:2,3

stood
  18:15

stop
  56:8,10 89:13

stopped
  50:24 66:9

stopwatch
  15:14

stories
  27:18 50:5
  59:25 122:2
  124:13
  125:11,14
  130:21 140:3
  174:15

story
  67:4 70:2
  87:24 88:3
  123:3 129:7

straight
  45:16 81:10
  157:6 165:5

strain
  36:11

strapped
  124:20 153:2

strategic
  32:2 33:6
  34:15 179:7

strategy
  34:3 46:12,15
  113:3 114:10
  116:3 138:19
  141:8 149:4,
  5,13 179:9

street
  48:9

strengths
  67:1

stress
  30:14 31:6
  57:21 67:19
  88:4,9 89:14,
  20 176:19
  195:16

stressed
  75:25 199:12

stresses
  87:9,11

stressful
  36:12 87:7

stressors
  179:17

strictly
  72:11,12

strong
  10:10 163:21

strongly
  176:23 177:4

structural
  10:12 145:16

structure
  10:19,20
  11:11 12:6,7,
  8,9,21 14:4,
  15 32:19
  39:10 66:8
  69:16 185:12

structured
  69:20

stuck
  125:12 187:24

stuff
  51:9 78:23
  90:4,8 104:7
  123:5,24
  126:25
  128:19,21

Project Veritas - Board Meeting
February 06, 2023

129:4 155:1
166:16 170:17
183:8 203:2

**stupid**
93:18

**stupidest**
93:19

**style**
18:5 25:13
30:24 32:14
44:24 46:10

**subject**
18:2 20:5
65:4 97:8,13
98:2,12,15,21
185:3 199:2,3

**submit**
22:16

**submitted**
46:7,9

**subsequently**
62:6

**subsidy**
24:20

**substantive**
196:11,13

**subtitles**
103:15

**succeed**
177:23

**success**
126:22

**successes**
149:1

**successful**
116:1,2 130:2
135:17 176:17

**successor**

180:20

**sucks**
76:22

**sudden**
98:21 99:2

**sue**
127:5

**suffered**
108:23

**suggest**
22:23 38:7

**suggested**
10:20 12:7
62:24 64:22
110:25 179:15

**suggesting**
32:10,12
179:19

**suggestion**
12:19 60:7

**suggestions**
11:11 12:15
30:11 167:5

**suing**
19:13 127:3
163:15

**suits**
33:18

**Sullivan**
56:11 70:18,
24 180:3
182:23

**sum**
146:14

**summary**
24:13

**super**
128:18 179:17

**superior**
118:1

**supervision**
160:20

**supervisor**
153:2,14

**support**
45:8 46:10
60:21 109:25
110:14 121:1
129:4,5
176:10 184:3
186:8

**supported**
174:11

**supporter**
110:8 116:8

**supporters**
58:23 113:24
114:15 115:1,
19 175:13

**supporting**
45:6 115:17
120:10

**supportive**
119:22

**supposed**
42:11 44:10,
20 64:4
156:20
187:10,11

**supposedly**
45:6

**surety**
24:1

**surface**
51:18

**surrender**
34:6

**superior**
118:1

**suspend**
170:10,18
192:19

**suspended**
182:12

**suspending**
203:22 204:2

**suspension**
188:20 194:20

**swoop**
44:18

**symbol**
200:3

**system**
31:16 56:9
151:3 153:24

---

**T**

**table**
11:7 12:17,20
13:9,17,18
67:24 111:10
145:3 196:17

**tact**
64:13

**tactics**
45:25 143:20

**takes**
85:19

**taking**
54:11 71:24
84:15,23
89:15 106:5
139:2 179:19
181:12 190:9
193:15 195:15

**talent**
33:10 59:2

142:4 151:18

**talented**
  66:13 159:5

**talk**
  26:12 32:9
  39:9,10 51:19
  62:10 65:3
  87:23 90:3,8
  98:9,15
  100:2,25
  101:16,18,22,
  24 102:2
  134:5 135:5
  137:9 138:10
  139:14 148:7
  150:12 155:12
  163:4 165:17,
  20,21 174:8
  176:22

**talked**
  31:5 76:10
  87:6 142:21
  145:8 163:2

**talking**
  12:1,5 29:10
  46:13 64:9,20
  67:3,4,23
  68:25 97:20,
  22 99:4
  100:12,17
  101:17 102:25
  117:19,23
  123:11 127:7
  130:24 156:24
  163:15 164:24
  165:1,3
  195:18

**taloned**
  195:11

**Tampa**

126:1

**tangible**
  47:3

**target**
  20:10 47:9

**task**
  65:21 117:3
  129:6

**tasked**
  143:1

**taught**
  127:20 153:15

**team**
  18:14 35:19
  38:1,5 44:18
  46:16 47:8
  59:16,18
  62:12,14
  66:3,13 73:19
  76:20 77:24
  79:9 85:22,23
  92:3 112:7,20
  113:8 123:16
  133:13
  136:10,14
  139:10 149:4
  153:8,10,20
  156:20 159:22
  160:11,19,23
  169:14 198:18

**Teams**
  61:6

**teased**
  152:9

**technical**
  24:5

**technically**
  199:16

**Telegram**

61:5

**telling**
  43:6 57:20
  84:6 105:20
  109:6 116:7
  159:4

**tells**
  101:16

**temporarily**
  182:12

**temporary**
  194:1

**ten**
  20:6 27:7,17
  50:3 158:8

**tenability**
  74:23

**tens**
  47:13

**tensions**
  140:2

**tenure**
  73:19 86:25

**term**
  34:17 143:14
  145:9

**terminated**
  18:12 45:19,
  21 46:8
  112:19 117:2
  128:6 132:2
  133:16 176:7
  188:1

**termination**
  19:8 73:11
  187:25

**terms**
  11:1 112:20
  113:6 117:21

135:10 137:18
143:21 172:18
182:14 194:24
200:4

**test**
  124:21 153:3,
  9

**testified**
  186:20,23

**testimony**
  10:11 16:2,6
  66:24 171:8
  180:1

**Texas**
  52:24 53:4
  54:1 55:11

**text**
  18:13 165:21

**texting**
  56:9

**texts**
  163:3

**thanked**
  62:1

**thanking**
  62:2

**theme**
  27:15

**thick**
  132:23

**thing**
  16:11 29:23
  30:10 39:8
  45:11 70:3,13
  76:9,18 77:5
  81:2 86:8,23
  91:9,20 93:19
  95:12 98:10
  100:16,17

Project Veritas - Board Meeting
February 06, 2023

55

101:5 102:9
106:9 125:4,
5,22 128:17
129:7 134:8
138:6,9
144:25 145:24
147:3 155:10
157:1 163:5
168:14 169:18
170:9 173:21
174:13,19
178:19 182:11
187:5 193:4
194:2,13
205:6

**things**
27:8,11 28:5,
8 29:19
30:13,16 32:3
34:13 35:9,16
37:11 40:12
44:19,24
45:1,11 47:8
48:20 54:2,16
61:2,8 62:24
73:21,22 76:5
86:4,23 97:1
102:21 104:17
117:14,25
119:2 121:3
122:4 123:23
127:8,23
129:3,15,19,
20 130:4
131:21,24
136:15 137:13
138:8 141:1
145:8,23
148:17 150:22
153:21
156:14,18
162:13

166:15,17
167:18 168:9
169:6 174:1
179:12 180:8
182:2 183:13
186:3 189:20
193:10 194:7

**thinking**
75:8,11,15
103:25 136:25
140:24 162:16
164:10 197:10

**thinks**
154:1

**thoroughness**
86:22

**thought**
48:10 73:13
86:16,17
90:17 120:1
139:2 140:24
141:20 147:6
159:14 162:14
163:23 164:5,
6,19 192:24
195:1,2,6

**thoughtful**
40:17 117:10
144:18

**thoughts**
19:3 35:12
77:8 144:17,
19 158:3

**thousand**
53:15

**thousands**
47:13

**threat**
153:24

**threatened**
58:25 134:22

**throttle**
89:13

**throwing**
164:4

**thrown**
127:2

**Thursday**
18:13 140:13,
19 205:15

**tied**
175:14 178:25

**time**
11:1,20 17:17
21:10 25:19,
23 26:1 29:3,
20 36:10
41:13 42:7
44:7 46:1,23
47:12 48:16,
19 51:7,15
54:10 55:18,
22 57:4,6,8
58:20 61:20
63:6,17 67:13
71:7 72:5
75:2 77:25
79:13,23,25
80:3,15,21
81:7 82:3
83:9 84:8
85:1 86:16
88:24 90:10,
13 91:10 92:1
96:8 97:5,15
101:25 108:14
109:3 110:3,9
111:7 113:5,
19 117:18

121:9 125:17
130:3 134:16,
17 138:12,24
142:4 148:11,
24 153:5
155:11,17
156:6,10
159:9 160:25
161:17
162:11,13
166:3 167:4,
13 168:21
169:4 174:3
175:3 176:20
179:19,20,22
185:7 195:15
200:24 201:5,
12 202:10,11
203:10

**times**
19:9 36:11
37:18 47:10
48:7,8 58:12
61:4 79:23
82:10,25
86:25 88:15
89:25 104:16
105:17 106:9
108:19
123:14,23
154:13 156:15

**tired**
158:18

**tireless**
74:15

**tirelessly**
122:20

**title**
194:18

**titled**

Project Veritas - Board Meeting
February 06, 2023

198:13

**today**
58:3 66:24
69:13 72:18,
22 84:18
107:2,4 119:6
121:2 153:16
159:7 168:4
169:13 175:6,
15 186:3,20,
23 187:5
194:16

**Todd**
113:12

**told**
19:14 44:8,9,
11,22 45:14
52:20 53:22
59:9 63:13,14
73:14 80:21
87:2 90:9,19
93:3 100:19
102:1,15
108:9 119:15
120:4,6,7,15,
23 127:6,10
128:12
129:10,11
139:11 148:23
151:14 173:24

**tolerate**
18:18

**Tom**
18:9 20:5
29:25 37:16
40:6 50:12
52:10,11
55:18 63:3,20
69:15,22 77:6
91:18 92:9
93:17 95:12,

22 96:17
110:18,20,24
123:7 129:20
132:1 139:20
140:15 142:15
143:17 155:7,
9,14 159:17
170:11,12,18
176:12 177:5
179:5,6
180:11 181:3
183:20 184:8
188:7

**Tom's**
182:12

**tomorrow**
190:2 205:10

**tonality**
179:10

**top**
19:12 40:7
61:2 125:25
138:16 151:4

**topic**
72:8 110:2

**torn**
30:6

**total**
33:4

**totally**
154:3 162:16

**touched**
98:19

**tough**
71:21 106:8
122:5 132:22

**town**
103:1

**toxic**
42:1 108:22
151:2

**toxicity**
116:17

**traffic**
67:21

**Trainor**
52:8,23 53:3,
25 54:23
55:2,9,10

**traitors**
162:23

**trajectory**
129:25

**transactional**
114:19

**transcription**
205:18

**transferred**
166:8

**transitioned**
79:9 153:6

**transparency**
19:12 76:17

**transparent**
135:16,18

**transpired**
146:14

**transportation**
54:19

**traumatic**
161:13

**travel**
108:6 115:24

**traveling**
111:1

**treat**
36:15

**treated**
19:16 42:4
45:25 63:7
128:1 152:23

**treating**
58:17 61:12
65:7

**treatment**
18:8 30:10
63:5 100:23
103:3 119:12
160:7,17
193:12

**treats**
19:23 112:20

**tremendous**
66:4 70:1,2
126:14

**trial**
20:2

**trickle**
83:9 153:12

**trickle-down**
151:3 156:2

**trip**
54:22 55:4,7,
8

**trips**
53:23

**trouble**
21:15

**troubled**
18:5 97:2

**troubling**
18:3

**trucks**

Project Veritas - Board Meeting
February 06, 2023

14:10

**true**
19:15 108:17
128:11

**Trump**
91:23,24

**trust**
24:6 43:9,17
152:25 153:8,
10 154:8
174:12 190:7,
18

**trusted**
193:21

**truth**
81:21 83:2
84:5 85:10
86:20 88:16
90:13,19
95:16 106:6
128:13 129:2

**Tucker**
53:14,24

**Tuesday**
18:12 35:20
37:13 68:22
139:18 146:16
173:15 193:10

**turbulence**
199:23

**turmoil**
57:17

**turn**
74:20 163:10
204:5

**turned**
86:7 99:13
120:8,16,24
133:6

**turning**
164:3

**turnover**
57:17 68:9,
12,14,16
87:1,3 94:7,
11 95:25
107:19 133:2,
25 141:24
142:5 162:1,
3,8 177:11

**turns**
29:20

**two-minute**
15:7,8

**type**
30:9 32:14
77:22 82:20,
21 159:15
166:16

**types**
86:12

**typically**
67:16,20

**tyrant**
19:5 151:6

———————

U

**Uber**
54:13

**ultimate**
80:10

**ultimately**
53:8 54:16
77:7,9

**unable**
158:16

**unappreciated**

101:3

**unattributed**
19:4

**unbelievable**
92:8 178:15

**unclear**
191:23

**uncomfortable**
117:19 120:20

**undercover**
79:8 85:9,14
86:11 91:1,15
93:9 96:23
105:14 128:16

**undermine**
187:2

**undermines**
186:25

**underneath**
44:13 45:13

**undersigned**
18:4

**understand**
37:12 39:25
54:12 64:15
71:20 80:7
85:20 88:1
89:7 91:13
94:10 125:5,
6,17,18 127:2
132:6,7,12
154:3 157:6
166:19 181:23
193:23 196:13

**Understandably**
87:10

**understanding**
39:9,13 54:21
160:8

**understands**
98:5

**understood**
10:9 54:18
69:9 98:4
131:2,11
201:2

**undertake**
191:4

**underwhelming**
49:5

**uneasy**
102:23

**unenviable**
73:3

**unfairly**
78:7

**unfortunate**
35:20 107:21

**unhappily**
41:16

**unilateral**
32:13 181:1

**unilaterally**
23:6 41:5
186:15 188:2

**unimportant**
114:5

**unique**
54:10 137:20
199:8

**unit**
199:11

**unjustifiably**
138:14

**unkind**
36:16

unlimited
  191:10

unmute
  171:14
  175:21,23

unprepared
  154:24

unrealistic
  113:13

unreasonablenes
s
  148:21

untenable
  75:13

unusual
  54:11

unwilling
  44:5 160:2

update
  121:3

ups
  122:7 131:9

upset
  97:2 100:7
  110:19 119:11
  126:5 127:12
  139:22 150:22
  162:10

upsetting
  155:4

upward
  129:25

urgency
  159:16

utmost
  73:1

_____

**V**
_____

vacate
  184:2

vacation
  130:18

vague
  12:20,23
  14:8,9

valid
  160:5

valuable
  74:18 113:5

valued
  123:9

values
  18:7 22:13
  102:13 104:1
  143:23 163:6
  165:12,13

Vanessa
  124:5,10
  127:25 130:16

variable
  39:12

verbal
  52:11 119:5

verbally
  112:7 146:3

verbatim
  31:10

Veritas
  20:19 21:4
  23:20 27:6
  36:4,8,16
  37:12,21
  64:21 67:18,
  23 73:21

79:7,18
81:13,23 85:8
86:8 87:18
88:14 90:7
93:10 107:5,
10,15 109:18
114:25 117:2
120:13,14
121:22 122:12
123:1 127:22
128:18 137:3,
19 143:24
149:24 158:6
163:16 173:8
176:8 179:14
189:24 190:12
195:4,6,10

Veritas's
  64:15

vernacularly
  198:13

version
  129:15 139:23

versus
  31:21 65:7
  74:23,24
  78:12 136:2

vetting
  133:1 136:4

videos
  115:11 122:1

view
  13:12 23:21
  198:19

viewership
  27:18

views
  26:6 74:23

vigilant

100:3

villa
  65:12

violate
  127:9

violated
  127:6

violating
  19:10

violation
  24:5 180:13

violations
  145:9,22

violence
  68:23

VIP
  113:18

virtually
  99:11

vision
  32:12

visionary
  31:17 32:2
  107:11

visions
  54:15

visit
  53:13

voice
  88:21 199:25

voiced
  149:5 162:4,
  6,9

voicemail
  62:8

voices
  30:4 89:2

Project Veritas -  Board Meeting
February 06, 2023

voicing
  123:7

volumes
  151:15

volunteer
  46:25

vote
  16:10 22:16,
  19 26:9,18
  175:10 181:12
  182:15 183:19
  184:2,10,19
  185:17 187:14
  196:2 197:22
  198:2 200:24
  201:22 204:16

voted
  181:22

votes
  88:19

voting
  17:11 185:19
  191:23 196:19

vulnerable
  119:3

---

**W**

wade
  12:11

wait
  52:12 81:22
  170:4,6

waiting
  21:7 71:17
  147:23 203:17

waive
  71:11 205:13

wake

84:16

waking
  84:22

walk
  38:5 81:7
  156:21 175:4
  186:2

walked
  82:24 155:20

walking
  153:11 165:8

walks
  58:25

wall
  156:22

wall-to-wall
  75:7

walls
  38:6

wanted
  24:19 33:5
  35:1 54:17
  57:3,5 60:18
  61:22,24
  62:11 63:2,12
  65:3,5 72:14
  74:21 80:15
  86:24 99:12
  104:22 105:19
  109:1 110:11
  111:6 124:9
  128:5 131:4,5
  138:5,9 141:5
  152:2 156:18
  164:4 165:9,
  21 170:5
  179:3 199:15
  203:5

wanting

62:16 140:20

Washington
  203:5

waste
  138:23

wasting
  63:17 68:4
  148:23

watch
  65:5 74:18
  78:19

watched
  79:25

watching
  170:1

waters
  12:11

ways
  146:20 178:24

weakest
  199:12

wealthy
  113:22 116:1

wear
  28:1,5

weather
  52:9 53:5,7

wedding
  129:12

Wednesday
  205:14,17

week
  18:8 35:20
  37:18 38:10
  41:23 44:7
  54:23 62:7
  73:7 108:24
  111:24 122:5

136:12 138:9
140:22 142:10
149:3 155:6
158:19 162:19
164:21 178:7
202:21 203:3
204:11 205:16

weekday
  97:17

weekend
  50:4

weekends
  104:14,16

weeks
  20:24 60:3,9
  68:7 130:23
  160:2 162:17
  179:20 203:7,
  9

Wellington
  50:1

whatsoever
  95:1 104:25

wheelhouse
  31:9

whistleblower
  65:16

white
  144:11 145:24

Whitman
  182:22

widely
  134:3

wife
  98:9 105:8
  120:13,23

wild
  19:24

wildly
29:24

willingness
25:6

wine
126:3

wise
187:8

wished
120:2

wishy-washy
112:21

withstand
103:3

witnessed
18:2 42:7
43:17 52:19
73:7 107:18
166:17 167:2
168:11 177:2
195:17

witnessing
119:11 159:10

woke
84:18

woman's
20:4

wonderful
77:24 176:15
179:5

wonderfully
74:18

wondering
92:17

word
45:23 47:17
79:25 80:1
91:1 109:24

147:4 163:20,
21,22

words
35:5 52:12
146:16 157:4
175:11

work
18:20 21:23
37:22 38:2
41:25 44:23
48:20 49:11
57:21,23,25
58:15 59:20
66:4 74:11
78:14 79:17
80:20 82:1,
20,21 85:8,19
88:8 92:2,23
97:19 108:22,
25 109:2,14
112:10 120:6
122:13 123:22
129:1,3
132:17,18,20,
22 135:18
136:14
148:14,25
156:20 160:3,
14,16 165:14
166:20 171:8
174:21 179:2
185:13 195:8
203:4

worked
103:13 110:4
137:19,21,25
139:8 142:1,2
154:22 161:23

workforce
43:22

working
36:16 54:25
59:6 60:10
74:14 79:7
110:23 117:5
118:14 121:12
122:20 125:10
127:11 128:2
134:11 135:4
142:5 144:25
148:13,23
155:8 158:21
168:3 198:18

workplace
18:17 41:25
57:18 116:23

works
85:24 97:18
122:14 200:23

world
32:1 48:21
80:8 82:22
117:9 123:19
124:2 132:20

worms
125:4

worried
67:12 158:19

worries
157:18

worry
74:1 81:8
88:6 92:25
176:17

worrying
91:25 177:21

worse
27:20 140:7,8

worth

29:18 120:12
142:6

worthwhile
27:13

wow
84:20

wrap
103:22 104:21

wrestling
75:24

write
64:11,24 75:5
120:19 122:1
173:6

writer's
156:23

writing
21:20 69:19
120:20 124:13

written
35:8 40:17
145:11 200:1

wrong
33:24 35:25
39:16 58:2
90:11 91:13
95:8 115:18
124:12 153:7

wrongfully
112:19 154:5

―――――――――

Y

―――――――――

Yacht
164:24 165:4

year
50:7 53:25
87:7 110:12,
13,14 111:13,

Project Veritas - Board Meeting
February 06, 2023                                                              61

14 113:11
120:15 122:3
124:14
129:16,22
138:11 142:6
148:10 153:3
154:16 158:8
159:23 166:5,
13 186:24

**years**
36:9 43:22
48:15 50:3
61:20 68:8,
13,18,19
82:18,19
83:24 86:24
87:1,6 96:24
107:1,20
119:1 121:22
122:3,8,15,21
129:12,18
132:4,17
133:15,19,24
134:1 135:25
136:7 141:3
146:1 150:11,
14,15 152:19
156:22 158:6,
8 169:12
174:11 176:1,
23 195:16

**yelled**
20:2 88:7
89:6 90:1

**yelling**
30:5 138:25
147:6

**yeses**
22:7

**yesterday**
67:10 182:13

**yield**
49:20

**York**
48:7,8 97:7,
25 98:1

**young**
79:23

**Youtube**
86:3

---

**Z**

**ZIP**
49:18,25

**Zoom**
70:13 161:18

**Zoomed**
71:24