# EXHIBIT B



James O'Keefe <jamesokeefeiii@gmail.com>

## EMAIL 6 : JOK Feb 16th Letter to PV Board of Directors
1 message

**James E. O'Keefe III** <jamesokeefeiii@gmail.com>

From: **James E. O'Keefe III** <jamesokeefeiii@gmail.com>
Date: Thu, Feb 16, 2023 at 1:11 PM
Subject: JOK Feb 16th Letter to PV Board of Directors
To: James O'Keefe <jamesokeefeiii@gmail.com>

Matt Tyrmand
John Garvey
Joseph Barton
Steven Alembik
George Skakel
Dan Strack
Tom O'Hara
Barry Hinkley

Dear All —

Over the last number of days, I have had the opportunity to continually reflect on your actions as a board and executive team of Project Veritas. I have received increasingly emotional and irrational outreaches from various parties pushing me to "negotiate" a resolution to a situation that was caused solely by the planned actions of the board and executive team addressed on this email. While I fully admit and apologize for my actions in the leadership meetings Tuesday the week prior to the February 6th board meeting, the Board refused to accept my apology or allow me to distribute it to staff. After a six-hour choreographed meeting including grievances from 16 of 65 employees, I was given mere seconds to respond. It is clear that the team addressed on this letter was meeting and planning its actions to remove me from a management position well in advance of the meeting.

Over the last two weeks I have carefully followed the board's directive to take a vacation and to avoid contacting donors. Your actions over this same period to undermine Project Veritas and its future, including airing confidential employment matters publicly, has broken trust. I cannot in good conscience return to such a mismanaged organization. The board members and the officers addressed here have each individually and as a group absolutely failed Project Veritas, its employees, and me as both an employee and fellow board member. You have created an embarrassing public display by leaking Project Veritas confidential information. I have not responded privately or publicly because there is no rational appropriate response to the emotional circus that has been created by your actions.

Upon reflection, here is my proposal. Consistent with the letter we received from the lawyer for some of our donors, I expect that the individuals listed on this letter will resign by the end of the week. Project Veritas, including any employees who choose to stay, will go on under my leadership with newly appointed professional board members and officers prepared to exercise

their duty of care and duty of loyalty to the organization. I will return to work on Monday and work with the remaining team to go forward with our mission.

Short of this action, I cannot in good faith return to the employ of an organization with leaders who are attacking me personally, making false and unsupported claims of improper management of resources, improperly airing employment issues related to me and others at Project Veritas, ruining our reputation in front of supporters and donors, and leaking confidential information and fabricated stories. I will be forced for good reason to terminate my position as CEO of Project Veritas.

I will return to our headquarters in Mamaroneck on Monday to either resume my role as CEO or pick up my belongings having been forced to terminate my employment from the organization I founded in the attic of my father's carriage house thirteen years ago and built from one camcorder into a $25 million dollar company with nearly 100,000 donors.

While I thank you for your years of service and dedication to Project Veritas, you have unfortunately driven our one positive relationship to an end.

Sincerely,

James O'Keefe