

TEL (352) 335-0400
FAX (407) 209-3870
www.smartbizlaw.com

Jeff Childers, Esq.
*jchilders@smartbizlaw.com*

*Of Counsel*
Charles H. Hardage, Esq.
*chardage@smartbizlaw.com*

Nicholas P. Whitney, Esq.
*nwhitney@smartbizlaw.com*

Wednesday, August 28, 2024

**Via Electronic Filing and E-Mail chambersnydeseibel@nysd.uscourts.gov**

Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:     Request for Scheduling Conference
        Case No.:  7:23-cv-04533
        **Re:  *Project Veritas, et al. v. James O'Keefe, et al.***

Dear Judge Seibel:

    Undersigned counsel represents Defendants James O'Keefe and O'Keefe Media Group (together "Defendants") in the above-referenced litigation. Pursuant to §I(A) of Your Honor's Individual Practices, Defendants move the Court for a scheduling conference. Defendants have repeatedly requested dates for depositions of Plaintiffs' and their representatives, and only two dates in September and October have materialized despite three weeks of effort in this regard. Defendants would ask for this Court's assistance in causing depositions to be scheduled.

    Thank you for your consideration and attention to this matter.

Regards,

*[signature]*

Seldon J. Childers

SJC/adm
cc:     counsel of record via CM/ECF

2135 NW 40th Terrace, Suite B
Gainesville, FL  32605