UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PROJECT VERITAS, *et al.*,

                Plaintiffs                 **SCHEDULING ORDER**

        -against-                       23-cv-4533 (CS) (AEK)

JAMES O'KEEFE, *et al.*,

                Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

This matter has been referred to Magistrate Judge Andrew E. Krause for general pretrial supervision. ECF No. 82. A video status conference before Magistrate Judge Krause is hereby scheduled for **Thursday, October 17, 2024, at 10:00 a.m.**

Defendants' response to the letter motion filed at ECF No. 81, if necessary, must be filed by October 1, 2024.

This conference will be conducted by video, using Microsoft Teams. To access the teleconference, please follow these directions: (1) dial the meeting number: (914) 292-4033; (2) enter the conference ID: 611005574; and (3) press pound (#) to enter the teleconference as a guest. Should anyone experience any technical issues with the videoconferencing system, please contact Chambers at (914) 390-4070.

Dated: September 26, 2024
       White Plains, New York

                                            **SO ORDERED.**

                                            ANDREW E. KRAUSE
                                            United States Magistrate Judge