UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PROJECT VERITAS, *et al.,*

                              Plaintiffs,                           **RESCHEDULING ORDER**

          -against-                                     23 Civ. 4533 (CS) (AEK)

JAMES O'KEEFE, *et al.,*

                              Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The video status conference in this matter is hereby rescheduled from **Thursday, October 17, 2024, at 10:00 a.m.** to **Tuesday, October 22, 2024, at 9:30 a.m.**

      This conference will be conducted by video, using Microsoft Teams. To access the teleconference, please follow these directions: (1) dial the meeting number: (914) 292-4033; (2) enter the conference ID: 611005574; and (3) press pound (#) to enter the teleconference as a guest. Should anyone experience any technical issues with the videoconferencing system, please contact Chambers at (914) 390-4070.

Dated: September 30, 2024
       White Plains, New York

                                                           **SO ORDERED.**

                                                   _____
                                                   ANDREW E. KRAUSE
                                                   United States Magistrate Judge