

Jeff Childers, Esq.
*jchilders@smartbizlaw.com*

*Of Counsel*
Charles H. Hardage, Esq.
*chardage@smartbizlaw.com*

Nicholas P. Whitney, Esq.
*nwhitney@smartbizlaw.com*

TEL (352) 335-0400
FAX (407) 209-3870
www.smartbizlaw.com

Monday, October 21, 2024

**<u>Via Electronic Filing and E-Mail KrauseNYSDChambers@nysd.uscourts.gov</u>**

Hon. Andrew E. Krause, U.S.M.J.
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:    Defendants' Exhibit for Hearing Tuesday, October 22, 2024
       Case No.:  7:23-cv-04533
       **Re:  *Project Veritas, et al. v. James O'Keefe, et al.***

Dear Judge Krause:

Undersigned counsel represents Defendants James O'Keefe ("O'Keefe") and O'Keefe Media Group ("OMG") (together, "Defendants") in this action. In preparation for the hearing scheduled on October 22, 2024 at 9:30 am [Doc. 86] please see attached Defendants' Exhibit A.

Thank you for your consideration and attention to this matter.

Regards,

Seldon J. Childers
SJC/adm
cc: counsel of record via CM/ECF