# Composite Exhibit 1



Jay Marshall Wolman, JD<br>Licensed in CT, MA, NY, DC

**2 December 2024**

<u>**Via E-Mail Only**</u>
Seldon Jeffrey Childers, Esq.
Nicholas Whitney, Esq.
Childers Law, LLC
2135 NW 40th Terr., Ste. B
Gainesville, FL 32605
jchilders@smartbizlaw.com
nwhitney@smartbizlaw.com

   Re: *Project Veritas, et al. v. James O'Keefe, et al.*, No. 7:23-cv-04533
      *Confidential Designation - Skakel*

Dear Counsel,

Pursuant to Section 2 of the Confidentiality Stipulation and Protective Order (ECF No. 99) in the above-referenced matter, Plaintiffs hereby designated certain attached documents previously produced by non-party George Skakel in response to Defendants' subpoena as CONFIDENTIAL and HIGHLY CONFIDENTIAL—ATTORNEYS' OR EXPERT' EYES ONLY under the protective order. Kindly ensure that your copy of the documents, which had not been marked, are properly handled as required.

For ease of reference, as Mr. Skakel did not Bates stamp his production, we have taken the liberty of Bates number stamping the Confidential materials as well, and, in the interests of completeness, we have numbered his non-confidential production as well.

In the course of his production, Mr. Skakel produced 107 documents that are attorney-client privileged/work product privileged where the privilege belongs to one or both Plaintiffs. Per Fed. R. Civ. P. 26, we are providing the accompanying privilege log. Such documents should be deemed inadvertently produced—Mr. Skakel possessed them as a former board member for one or both Plaintiffs and Plaintiffs lacked the ability to screen and log them prior to production by him. Please dispose of them as required.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Jay M. Wolman*
Jay M. Wolman

Encl. SKAKEL_000001 – SKAKEL_029056

100 Pearl Street, 14th Floor, Hartford, Connecticut 06103

jmw@randazza.com | 888.887.1776

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
PROJECT VERITAS and PROJECT            :
VERITAS ACTION FUND,                   :  Civil Action No. 7:23-cv-04533
                                       :
                Plaintiffs,            :
                                       :
     -against-                       :
                                       :
JAMES O'KEEFE, TRANSPARENCY 1,         :
LLC d/b/a O'KEEFE MEDIA GROUP,         :
ANTHONY IATROPOULOS, and RC            :
MAXWELL,                               :
                                       :
                Defendants.            :
---------------------------------------------------------x

## PRIVILEGE LOG FOR PRODUCTION BY NON-PARTY GEORGE SKAKEL

In furtherance of Non-Party George Skakel's responses to a Subpoena served on him by Defendants James O'Keefe and Transparency 1, LLC, Plaintiffs hereby provide a privilege log of all documents produced by Mr. Skakel that are attorney-client privileged and/or work product privileged, where such privilege belongs to one or both Plaintiffs, attached hereto as **Exhibit 1.**

Dated: December 2, 2024.                Respectfully Submitted,

                                                */s/ Jay M. Wolman*
                                                Jay M. Wolman (JW0600)
                                                RANDAZZA LEGAL GROUP, PLLC
                                                100 Pearl Street, 14th Floor
                                                Hartford, CT 06103
                                                Tel: (888) 887-1776
                                                Email: jmw@randazza.com

Civil Action No. 7:23-cv-04533

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2024, the foregoing document was served on all parties or their counsel of record via electronic mail.

Respectfully Submitted,

*/s/ Jay M. Wolman*
Jay M. Wolman (JW0600)

RANDAZZA | LEGAL GROUP

| Custodian/Person | Upload Name | Document Ty | Sort Date | Document Da | File Author | File Title | File Subject | File Name | File Path | File Extension | Email From | Email To | Email CC | Email BCC | Email Subject | Email Sent Da | Email Sent Ti | Tag: Privilege |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| George Skakel | 20241119 Sk eMail | | 10/24/2018 | 10/24/2018 | | | RE: Here are more commer | \20241119 S| 10-24-18 He .msg | | | Steve Robert | George Skake Will | | | RE: Here are | 10/24/2018 | 2:21:06 PM | TRUE |
| George Skakel | 20241119 Sk Attachment | | 1/12/2021 | 1/12/2021 | John Sullivan | | | \20241119 S| 2021-01-13 P .docx | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eDoc | | 4/3/2022 | 4/3/2022 | John Sullivan | | | \20241119 S| 2021_12_7_f .docx | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eDoc | | 2/15/2018 | 2/15/2018 | JRO Technology | | | \20241119 S| 2-15-18 Year .docx | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk Attachment | | 2/15/2021 | 2/10/2021 | jede | 2020.02.10 Memo re Depu | | \20241119 S| 2020.02.10 N .pdf | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eDoc | | 3/19/2019 | 3/19/2019 | George Skakel | | | \20241119 S| 3-19-19 Mort .docx | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eDoc | | 3/20/2019 | 3/20/2019 | George Skakel | | | \20241119 S| 3-20-19 from .docx | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eDoc | | 3/20/2019 | 3/20/2019 | George Skakel | | | \20241119 S| 3-20-19 from .docx | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eDoc | | 3/21/2019 | 3/21/2019 | George Skakel | | | \20241119 S| 3-21-19 from .docx | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eDoc | | 3/23/2022 | 3/23/2022 | John Sullivan | | | \20241119 S| 3-21-19 Misc .docx | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eDoc | | 3/22/2022 | 3/22/2022 | John Sullivan | | | \20241119 S| 3-22-22 Pend .docx | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk Attachment | | 3/31/2020 | 3/31/2020 | John Sullivan | | | \20241119 S| Pending Litig: .pdf | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eDoc | | 3/8/2023 | 3/8/2023 | Mark Smith | Employment 00042400 v.1 | \20241119 S| 3-5-18 James .doc | | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eDoc | | 3/5/2018 | 3/5/2018 | Mark Smith | Employment 00042400 v.1 | \20241119 S| 3-5-18 James .doc | | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk Attachment | | 4/10/2019 | 4/10/2019 | Russell Verney | | | \20241119 S| Summary of l .docx | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk Attachment | | 4/1/2021 | 3/31/2021 | John Sullivan | | | \20241119 S| 2021-04-01 P .docx | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eDoc | | 4/16/2019 | 4/16/2019 | Jessica Hanbury | | | \20241119 S| 4-16-2019 JO .docx | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk Attachment | | 4/17/2019 | 4/10/2019 | Russell Verney | | | \20241119 S| Summary of l .docx | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk Attachment | | 4/24/2018 | 4/24/2018 | Will Keiper | | | \20241119 S| Messages - C .pdf | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eMail | | 7/1/2022 | 7/1/2022 | | Legal Training Keynote | | \20241119 S| 7-1-22 Legal .msg | | | Jered Ede | George Skakel | | | Legal Training | 7/1/2022 | 2:10:20 PM | TRUE |
| George Skakel | 20241119 Sk eDoc | | 7/13/2020 | 7/13/2020 | John Sullivan | | | \20241119 S| 7-13-20 Pend .pdf | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eMail | | 7/15/2020 | 7/15/2020 | | Hearings motions in AFT ca | \20241119 S| 7-15-20 Hear .msg | | | | James O'Keef George Skakel; Joe Barton; Colin Sharkey | Hearings mot | 7/15/2020 | 5:35:40 PM | TRUE |
| George Skakel | 20241119 Sk Attachment | | 7/13/2018 | 7/13/2018 | Russell Verney | | | \20241119 S| PVA Legal an .pdf | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eMail | | 7/17/2019 | 7/17/2019 | | FW: PARTIAL FINAL AWARD | \20241119 S| 7-19-2019 FV .msg | | | | George Skake Jessica Hanbury | | | FW: PARTIAL | 7/17/2019 | 1:17:18 PM | TRUE |
| George Skakel | 20241119 Sk Attachment | | 7/24/2019 | 7/24/2019 | | Re: Detail reporting | | \20241119 S| Package.000C .msg | | | Tom O'Hara | George Skakel | | | Re: Detail rep | 7/24/2019 | 4:57:58 PM | TRUE |
| George Skakel | 20241119 Sk Attachment | | 7/24/2019 | 7/24/2019 | | FW: Detail reporting | | \20241119 S| Package.000C .msg | | | Tom O'Hara | Matt Tyrman Steve Roberts | | | FW: Detail re | 7/24/2019 | 4:35:28 PM | TRUE |
| George Skakel | 20241119 Sk Attachment | | 7/24/2019 | 7/24/2019 | | Re: Detail reporting | | \20241119 S| Package.msg .msg | | | Tom O'Hara | George Skake Matt Tyrmand | | | Re: Detail rep | 7/24/2019 | 5:40:19 PM | TRUE |
| George Skakel | 20241119 Sk eMail | | 7/25/2019 | 7/25/2019 | | Board issues to resolve bef | \20241119 S| 7-25-19 Boar .msg | | | | James O'Keef John K. Garve Russell Verney; Will | | | Board issues | 7/25/2019 | 4:27:21 PM | TRUE |
| George Skakel | 20241119 Sk eMail | | 7/30/2019 | 7/30/2019 | | Board issues to resolve bef | \20241119 S| 7-30-19 Voge .msg | | | | Russell Verne James O'Keef Russell Verney; Jason Killm | Board issues | 7/30/2019 | 2:38:50 PM | TRUE |
| George Skakel | 20241119 Sk Attachment | | 7/29/2019 | 7/29/2019 | | | | \20241119 S| Holtzman Vo .pdf | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eMail | | 8/12/2021 | 8/12/2021 | | Fwd: FYI - NYT Motion for S | \20241119 S| 8-14-21 NYT .msg | | | | Fwd: FYI - NY | 8/12/2021 | 4:18:50 PM | TRUE |
| George Skakel | 20241119 Sk Attachment | | 8/27/2019 | 8/26/2019 | John Sullivan | | | \20241119 S| Pending Litig: .pdf | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eDoc | | 6/24/2022 | 6/24/2022 | PV | | | \20241119 S| Pending Litig: .docx | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk Attachment | | 6/5/2018 | 6/5/2018 | Russell Verney | | | \20241119 S| Project Verit: .pdf | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eDoc | | 6/5/2018 | 6/5/2018 | Stacy Goran | | | \20241119 S| PVA Board M .pdf | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk Attachment | | 6/5/2018 | 6/5/2018 | Russell Verney | | | \20241119 S| Project Verit: .pdf | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk Attachment | | 6/5/2018 | 6/5/2018 | Stacy Goran | | | \20241119 S| PVA Board M .pdf | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eMail | | 8/8/2023 | 8/8/2023 | | Continuing Operations | | \20241119 S| 8-8-23 Contir .msg | | | Tom O'Hara | George Skake John Sullivan; Stefan Passa | Continuing O | 8/8/2023 | 2:58:46 PM | TRUE |
| George Skakel | 20241119 Sk eMail | | 9/27/2022 | 9/27/2022 | Zachary Kramer | | | \20241119 S| Pending_Litig .docx | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk Attachment | | 9/27/2022 | 9/27/2022 | Zachary Kramer | | | \20241119 S| Pending_Litig .docx | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eDoc | | 2/12/2023 | 2/12/2023 | George Skakel | | | \20241119 S| 2-12- 23 Core .docx | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eMail | | 2/14/2023 | 2/14/2023 | | Re: To the Employees of Pr | \20241119 S| 2-14-23 Dan .msg | | | Dan Strack | George Skake Matt Tyrmand; Stefan Pass | Re: To the En | 2/14/2023 | ############# | TRUE |
| George Skakel | 20241119 Sk eMail | | 2/15/2023 | 2/15/2023 | | Re: DRAFT | Messages from \20241119 S| 2-15-23 from .msg | | | | John K. Garve Dan Strack | George Skakel; Joe Barton; | Re: DRAFT | | 2/15/2023 | 3:31:40 PM | TRUE |
| George Skakel | 20241119 Sk Attachment | | 3/12/2023 | 3/12/2023 | George Skakel | | | \20241119 S| 3-12-23 Boie: .docx | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk Attachment | | 3/12/2023 | 3/8/2023 | PV | | | \20241119 S| Acrobat.Doc. .pdf | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eDoc | | 3/12/2023 | 3/12/2023 | George Skakel | | | \20241119 S| 3-12-23 Lawy .docx | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eDoc | | 3/15/2023 | 3/15/2023 | George Skakel | | | \20241119 S| 3-12-23 MT R .docx | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eMail | | 3/15/2023 | 3/15/2023 | | FW: correspondence re Mr | \20241119 S| 3-15-23 corre .msg | | | | John Sullivan George Skake Dan Strack; Tom O'Hara; St | FW: correspo | 3/15/2023 | ############ | TRUE |
| George Skakel | 20241119 Sk eDoc | | 3/21/2023 | 3/21/2023 | George Skakel | | | \20241119 S| 3-21-23 emai .docx | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eDoc | | 3/20/2023 | 3/20/2023 | Bradford, Mary Kay (14924) | | \20241119 S| 3-21-23 Proje .docx | | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eMail | | 3/28/2023 | 3/28/2023 | | James' violations of IP use | \20241119 S| 3-28-23 lawy .msg | | | | John Sullivan George Skake Dan Strack; Tom O'Hara; St | James' violati | 3/28/2023 | 5:20:42 PM | TRUE |
| George Skakel | 20241119 Sk Attachment | | 3/28/2023 | 3/28/2023 | Bradford, Mary Kay (14924) | | \20241119 S| Project Verit: .docx | | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eDoc | | 3/31/2023 | 3/31/2023 | Bradford, Mary Kay (14924) | | \20241119 S| 3-28-23 Lawy .docx | | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk Attachment | | 3/31/2023 | 3/31/2023 | Bradford, Mary Kay (14924) | | \20241119 S| 3-31-23 Lawy .docx | | | | | | | | | | TRUE |
| George Skakel | 20241119 Sk eMail | | 3/8/2023 | 3/8/2023 | | FW: correspondence re Mr | \20241119 S| 3-8-23 corres .msg | | | | John Sullivan George Skake Dan Strack; Tom O'Hara; St | FW: correspo | 3/8/2023 | 2:43:54 PM | TRUE |
| George Skakel | 20241119 Sk eMail | | 3/8/2023 | 3/8/2023 | | RE: correspondence re Mr. | \20241119 S| 3-8-23 my re: .msg | | | | George Skake 'John Sullivan' | | | RE: correspon | 3/8/2023 | 3:03:04 PM | TRUE |
| George Skakel | 20241119 Sk eMail | | 3/8/2023 | 3/8/2023 | | Re: FW: correspondence re | \20241119 S| 3-9-23 Matt 1 .msg | | | | Matthew Tyr Stefan Passar John Sullivan; Joe Barton; ( | Re: FW: corre | 3/8/2023 | 5:10:28 PM | TRUE |
| George Skakel | 20241119 Sk Attachment | | 3/8/2023 | 3/8/2023 | | Records Hold Notice - O'Ke | \20241119 S| 3-9-23 Recon .msg | | | | John Sullivan Project Verit: Stefan Passantino | | | Records Hold | 3/8/2023 | 4:56:13 PM | TRUE |
| George Skakel | 20241119 Sk Attachment | | 3/8/2023 | 3/8/2023 | PV | | | \20241119 S| Records Hold .pdf | | | | | | | | | TRUE |

| Custodian | Batch | Type | Date1 | Date2 | From | Subject | Path | To | Date | Time | Priv |
|---|---|---|---|---|---|---|---|---|---|---|---|
| George Skake | 20241119 Sk eMail | 4/11/2023 | 4/11/2023 | | FW: Cease and desist letter | \20241119 Sl 4-11-23 Ceas .msg | John Sullivan Matt Tyrman Stefan Passantino | FW: Cease an | 4/11/2023 | ############ | TRUE |
| George Skake | 20241119 Sk eMail | 4/12/2023 | 4/12/2023 | | RE: Gents, There have beer | \20241119 Sl 4-12-23 Ther .msg | Stefan Passar John Sullivan; George Skake | RE: Gents, Th | 4/12/2023 | 4:48:30 PM | TRUE |
| George Skake | 20241119 Sk eMail | 4/5/2023 | 4/5/2023 | | FW: Cease and desist letter | \20241119 Sl 4-5-23 Cease .msg | John Sullivan George Skake Stefan Passantino | FW: Cease an | 4/5/2023 | 2:26:42 PM | TRUE |
| George Skake | 20241119 Sk eMail | 4/7/2023 | 4/7/2023 | | RE: Audit report today | \20241119 Sl 4-8-23 Beth S .msg | forsythe.bett mtyrmand@gmail.com; tomo@projectve RE: Audit rep | 4/7/2023 | 2:59:50 PM | TRUE |
| George Skake | 20241119 Sk eDoc | 5/2/2023 | 5/2/2023 | Niemczycki, Sarah | | \20241119 Sl 5-2-23 PRIVIl .docx | | | | | TRUE |
| George Skake | 20241119 Sk eDoc | 5/29/2023 | 5/29/2023 | George Skake | | \20241119 Sl 5-29-23.docx .docx | | | | | TRUE |
| George Skake | 20241119 Sk eDoc | 5/3/2023 | 5/3/2023 | George Skake | | \20241119 Sl 5-3-23 I have .docx | | | | | TRUE |
| George Skake | 20241119 Sk eMail | 5/8/2023 | 5/8/2023 | | Re: Project Veritas: Potenti | \20241119 Sl 5-8-23 Projec .msg | | | | | TRUE |
| George Skake | 20241119 Sk eDoc | 6/29/2023 | 6/29/2023 | Microsoft Office User | | \20241119 Sl 6-29-2023 Cc .xlsx | Matthew Tyr John Sullivan George Skake; Joe Barton; Re: Project V | 5/8/2023 | 2:20:44 PM | TRUE |
| George Skake | 20241119 Sk eMail | 3/14/2023 | 3/14/2023 | | FW: James' contract | \20241119 Sl FW James' cc .msg | John Sullivan George Skake Stefan Passantino | FW: James' ci | 3/14/2023 | 6:05:18 PM | TRUE |
| George Skake | 20241119 Sk eMail | 4/24/2023 | 4/24/2023 | | FW: Cease and desist letter | \20241119 Sl FW_ Cease ai .msg | John Sullivan Joe Barton; C Dan Strack; Tom O'Hara; St FW: Cease an | 4/24/2023 | 3:34:11 PM | TRUE |
| George Skake | 20241119 Sk eMail | 3/21/2023 | 3/21/2023 | | FW: PVA donation refund r | \20241119 Sl FW_ PVA dor .msg | Tom O'Hara    Matt Tyrman Dan Strack; John Sullivan | FW: PVA don | 3/21/2023 | 9:23:02 AM | TRUE |
| George Skake | 20241119 Sk eMail | 8/17/2023 | 8/17/2023 | | Fwd: State charity reports | \20241119 Sl Fwd_ State cl .msg | George Skake George Skake | Fwd: State ch | 8/17/2023 | 5:40:06 PM | TRUE |
| George Skake | 20241119 Sk eDoc | 7/26/2023 | 7/26/2023 | George Skake | | \20241119 Sl 7-26-23 more .docx | | | | | TRUE |
| George Skake | 20241119 Sk eMail | 4/17/2023 | 4/17/2023 | | PRIVILEGED | \20241119 Sl Helicopter ric .eml | hull.caitlin@t tomo@proje forsythe.beth@DORSEY.co PRIVILEGED | 4/17/2023 | 4:51:29 PM | TRUE |
| George Skake | 20241119 Sk Attachment | 4/17/2023 | 4/17/2023 | | | \20241119 Sl D603_00000 .pdf | | | | | TRUE |
| George Skake | 20241119 Sk Attachment | 4/17/2023 | 4/17/2023 | | | \20241119 Sl D603_00066 .pdf | | | | | TRUE |
| George Skake | 20241119 Sk Attachment | 4/17/2023 | 4/17/2023 | | | \20241119 Sl D603_00096 .pdf | | | | | TRUE |
| George Skake | 20241119 Sk Attachment | 4/17/2023 | 4/17/2023 | | | \20241119 Sl D603_00114: .pdf | | | | | TRUE |
| George Skake | 20241119 Sk eDoc | 5/2/2023 | 5/2/2023 | George Skake | | \20241119 Sl I have a lot o .docx | | | | | TRUE |
| George Skake | 20241119 Sk eDoc | 5/10/2023 | 5/10/2023 | Bari, Leyla | | \20241119 Sl 2023-05-XX P .docx | | | | | TRUE |
| George Skake | 20241119 Sk eDoc | 3/6/2023 | 3/6/2023 | George Skake | | \20241119 Sl 3-2-23 1st en .docx | | | | | TRUE |
| George Skake | 20241119 Sk eDoc | 3/5/2023 | 3/5/2023 | George Skake | | \20241119 Sl 3-2-23 1st en .docx | | | | | TRUE |
| George Skake | 20241119 Sk eMail | 3/3/2023 | 3/3/2023 | | RE: Full copy | \20241119 Sl 3-3-23 my en .msg | | | | | TRUE |
| George Skake | 20241119 Sk Attachment | 3/3/2023 | 3/3/2023 | | | \20241119 Sl Good Govern .pdf | | | | | TRUE |
| George Skake | 20241119 Sk eDoc | 3/3/2023 | 3/3/2023 | George Skake | | \20241119 Sl 3-4-23 large ( .docx | George Skake 'betts.gina@( DANIEL R. ST George Skake RE: Full copy | 3/3/2023 | 9:17:04 AM | TRUE |
| George Skake | 20241119 Sk eMail | 3/3/2023 | 3/3/2023 | | Re: Westchester County D/ | \20241119 Sl Re Westches .msg | Stefan Passar joebarton; Ju Matt Tyrmand; Steven Aler Re: Westches | 3/3/2023 | 12:45:31 PM | TRUE |
| George Skake | 20241119 Sk eMail | 3/3/2023 | 3/3/2023 | | RE: Full copy | \20241119 Sl RE_ Full copy .msg | George Skake betts.gina@d DANIEL R. STRACK (dan@p RE: Full copy | 3/3/2023 | 9:17:08 AM | TRUE |
| George Skake | 20241119 Sk Attachment | 3/3/2023 | 3/3/2023 | | | \20241119 Sl Good Govern .pdf | | | | | TRUE |
| George Skake | 20241119 Sk eMail | 3/3/2023 | 3/3/2023 | | Re: Westchester County D/ | \20241119 Sl Re_ Westche .msg | Zach Kramer John Sullivan Matt Tyrmand; Steven Aler Re: Westches | 3/3/2023 | 12:39:21 PM | TRUE |
| George Skake | 20241119 Sk eDoc | 3/21/2023 | 3/21/2023 | Bradford, Mary Kay (149244) | | \20241119 Sl Project Verit: .docx | | | | | TRUE |
| George Skake | 20241119 Sk eDoc | 12/13/2022 | 12/13/2022 | George | | \20241119 Sl 12-12-22 em: .docx | | | | | TRUE |
| George Skake | 20241119 Sk eMail | 10/24/2018 | 10/24/2018 | | RE: Here are more commer | \20241119 Sl 10-24-18 emi .msg | Will   Steve Robert George Skake | RE: Here are | 10/24/2018 | 12:59:53 PM | TRUE |
| George Skake | 20241119 Sk eDoc | 6/4/2019 | 6/4/2019 | George Skake | | \20241119 Sl 6-4-19 All Ma .docx | | | | | TRUE |
| George Skake | 20241119 Sk Attachment | 6/4/2019 | 6/4/2019 | | Fwd: Request for approval | \20241119 Sl Package.000( .msg | James E. O'K George Skake); Matthew Tyrmand   Fwd: Reques | 6/4/2019 | 2:41:01 PM | TRUE |
| George Skake | 20241119 Sk Attachment | 6/4/2019 | 6/4/2019 | | Re: Request for approval o | \20241119 Sl Package.000( .msg | Matthew Tyr Steve Robert James E. O'Keefe III; Asha B Re: Request f | 6/4/2019 | 2:31:38 PM | TRUE |
| George Skake | 20241119 Sk Attachment | 6/4/2019 | 6/4/2019 | | RE: Request for approval o | \20241119 Sl Package.msg .msg | George Skake 'Matthew Tyr James E. O'Keefe III; Asha B RE: Request f | 6/4/2019 | 3:00:05 PM | TRUE |
| George Skake | 20241119 Sk eDoc | 6/4/2019 | 6/4/2019 | George Skake | | \20241119 Sl 2-5-18 letter .docx | | | | | TRUE |
| George Skake | 20241119 Sk eDoc | 2/12/2018 | 2/12/2018 | George Skake | | \20241119 Sl 2-9-18 Lots o .docx | | | | | TRUE |
| George Skake | 20241119 Sk Attachment | 2/12/2018 | 1/19/2017 | eburroughs | Microsoft Word - 2016-201 | \20241119 Sl AcroExch.Do: .pdf | | | | | TRUE |
| George Skake | 20241119 Sk Attachment | 12/14/2016 | 12/14/2016 | Russell Verney | | \20241119 Sl Package.000( .docx | | | | | TRUE |
| George Skake | 20241119 Sk eMail | 5/16/2023 | 5/16/2023 | | FW: Georgia - due June 1 | \20241119 Sl FW_ Georgia .msg | Tom O'Hara   George Skake Elizabeth Prendergast; Nol: FW: Georgia | 5/16/2023 | 3:33:51 PM | TRUE |
| George Skake | 20241119 Sk Attachment | 5/16/2023 | 5/15/2023 | | | \20241119 Sl 2023 Renews .pdf | | | | | TRUE |
| George Skake | 20241119 Sk Attachment | 5/16/2023 | 5/15/2023 | Nolan-Horvey, Amy D (72380) | | \20241119 Sl Georgia 2023 .docx | | | | | TRUE |
| George Skake | 20241119 Sk Attachment | 5/16/2023 | 4/25/2023 | | | \20241119 Sl Georgia Affid .pdf | | | | | TRUE |
| George Skake | 20241119 Sk Attachment | 5/16/2023 | 5/15/2023 | Nolan-Horvey, Amy D (72380) | | \20241119 Sl Georgia Atta .docx | | | | | TRUE |
| George Skake | 20241119 Sk eMail | 3/12/2018 | 3/12/2018 | | RE: Revised Employment A | \20241119 Sl RE_ Revised E .msg | Steve Robert George Skake Steve Roberts    RE: Revised E | 3/12/2018 | 2:45:42 PM | TRUE |
| George Skake | 20241119 Sk Attachment | 3/12/2018 | 3/12/2018 | Mark Smith | Employment 00042400 v.1 | \20241119 Sl James O'Keef .doc | | | | | TRUE |



Jay Marshall Wolman, JD
Licensed in CT, MA, NY, DC

2 December 2024

**Via E-Mail Only**
Seldon Jeffrey Childers, Esq.
Nicholas Whitney, Esq.
Childers Law, LLC
2135 NW 40th Terr., Ste. B
Gainesville, FL 32605
jchilders@smartbizlaw.com
nwhitney@smartbizlaw.com

      Re:    *Project Veritas, et al. v. James O'Keefe, et al., No. 7:23-cv-04533*
             *Confidential Designation - Strack*

Dear Counsel,

Pursuant to Section 2 of the Confidentiality Stipulation and Protective Order (ECF No. 99) in the above-referenced matter, Plaintiffs hereby designated certain attached documents previously produced by non-party Daniel Strack in response to Defendants' subpoena as CONFIDENTIAL under the protective order. Kindly ensure that your copy of the documents, which had not been marked, are properly handled as required.

For ease of reference, as Mr. Strack did not Bates stamp his production, we have taken the liberty of Bates number stamping the Confidential materials as well, and, in the interests of completeness, we have numbered his non-confidential production as well.

Additionally, Mr. Strack produced a document that is attorney-client privileged/constitutes attorney work-product where such privilege belongs to Plaintiff Project Veritas. Per Fed. R. Civ. P. 26, we are logging it as a September 21, 2022, 10:52 AM e-mail from John Sullivan to Jered Ede, James O'Keefe, Dan Strack, Jen Kiyak, Zach Kram, and Julia Witt with the subject line "RE: Gioia, et al. v. Project Veritas, Case No. 22-cv-06710; Pre-Motion Letter". Such documents should be deemed inadvertently produced—Mr. Strack possessed them as a former employee, and Plaintiffs lacked the ability to screen and log it prior to production by him. Please segregate that document from your files.

Thank you for your attention to this matter.

                                                    Respectfully submitted,

                                                    Jay M. Wolman

Encl.   STRACK_000001-STRACK_000226

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
PROJECT VERITAS and PROJECT : 
VERITAS ACTION FUND, : Civil Action No. 7:23-cv-04533
 :
Plaintiffs, :
 :
-against- :
 :
JAMES O'KEEFE, TRANSPARENCY 1, :
LLC d/b/a O'KEEFE MEDIA GROUP, :
ANTHONY IATROPOULOS, and RC :
MAXWELL, :
 :
Defendants. :
------------------------------------------------------------x

## PRIVILEGE LOG FOR PRODUCTION BY NON-PARTY DANIEL STRACK

In furtherance of Non-Party Daniel Strack's responses to a Subpoena served on him by Defendants James O'Keefe and Transparency 1, LLC, Plaintiffs hereby provide a privilege log of all documents produced by Mr. Strack that are attorney-client privileged and/or work product privileged, where such privilege belongs to one or both Plaintiffs, attached hereto as **Exhibit 1.**

Dated: December 2, 2024.                Respectfully Submitted,

                                        */s/ Jay M. Wolman*
                                        Jay M. Wolman (JW0600)
                                        RANDAZZA LEGAL GROUP, PLLC
                                        100 Pearl Street, 14th Floor
                                        Hartford, CT 06103
                                        Tel: (888) 887-1776
                                        Email: jmw@randazza.com

Civil Action No. 7:23-cv-04533

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 2, 2024, the foregoing document was served on all parties or their counsel of record via electronic mail.

        Respectfully Submitted,

        */s/ Jay M. Wolman*
        Jay M. Wolman (JW0600)

| Custodian/Pe | Upload Name | Document Ty | Sort Date | Document Da | File Author | File Title | File Subject | File Path | File Name | File Extensior | Email From | Email To | Email CC | Email BCC | Email Subject | Email Sent Da | Email Sent Tii | Tag: Privilege |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daniel Strack | 20241118 Str | eMail | 9/21/2022 | 9/21/2022 | | | RE: Gioia, et al. v. Project V | \20241118 St | RE_ Gioia, et .eml | | John Sullivan | Jered Ede; James O'Keefe III; Dan Strack; | | RE: Gioia, et a | 9/21/2022 | ########## | TRUE |