# COMPOSITE EXHIBIT B

# AFFIDAVIT OF NON-SERVICE
## UNITED STATES DISTRICT COURT
### District of New York

Index Number: CIVIL ACTION NO.
7:23-CV-04533

Date Filed: _____

Plaintiff: **Project Veritas & Project Veritas Action Fund**
vs.
Defendant: **James O'Keefe, et al.**

For:
Childers Law, LLC
2135 NW 40th Terrace
Suite B
Gainesville, FL 32605

Received by HENRY PINTO on the 17th day of October, 2024 at 1:09 pm to be served on **MATTHEW TYRMAND**, 3131 ▮▮▮▮▮▮▮▮▮▮ Miami, FL 33137-5371.

I, HENRY PINTO, being duly sworn, depose and say that on the **4th day of November, 2024 at 11:36 am,** I:

**NON-SERVED** the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION & ATTACHMENT "A" TO SUBPOENA TO BARRY HINCKLEY** for the reason that I failed to find **MATTHEW TYRMAND** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
10/18/2024  5:12 pm  Attempted service at 3131 ▮▮▮▮▮▮▮ Miami, FL 33137-5371 knocked several times no answer no noise no contact made no information from security
10/19/2024  3:06 pm  Attempted service at 3131 ▮▮▮▮▮▮▮ Miami, FL 33137-5371 SATURDAY knocked several times no answer no noise no one came to door, confirmed with management that subject lives here, hasn't seen resident. No further information provided
10/22/2024  7:19 pm  Attempted service at 3131 ▮▮▮▮▮▮▮ Miami, FL 33137-5371 knocked several times no answer no noise no one came to door no call back from card left
10/25/2024  8:17 am  Attempted service at 3131 ▮▮▮▮▮▮▮, Miami, FL 33137-5371 knocked several times no answer no noise no one came to door, no call back from card left.
10/31/2024  8:01 pm  Attempted service at 3131 ▮▮▮▮▮▮▮ Miami, FL 33137-5371 knocked several times no answer no noise no one came to door, no call back from two cards left, cards were removed.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county or judicial circuit in which the process was affected in accordance with State Statutes. Under penalties of perjury, I declare that I have read the forgoing Affidavit/Verified Return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2).

_____
**HENRY PINTO**
CPS#2351

Subscribed and Sworn to before me by means of [X] physical presence or [ ] online notarization this the ___6___ day of __November__, __2024__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

GABRIELLE MARIE THOMAS
Notary Public-State of Florida
Commission # HH 525447
My Commission Expires
May 09, 2028

Gleason Investigations, LLC
250 Palm Coast Pkwy Ne
Ste. 607-194
Palm Coast, FL 32137
(386) 627-8222

Our Job Serial Number: GIA-2024008663



## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of New York

Index Number: CIVIL ACTION NO. 7:23-CV-04533

Date Filed: _____

Plaintiff:
**Project Veritas & Project Veritas Action Fund**
vs.
Defendant:
**James O'Keefe, et al.**

GIA2024008663

For: Childers Law, LLC

Received by Reginald Hunter on the 5th day of November, 2024 at 6:31 am to be served on MATTHEW TYRMAND, 640 [redacted] NEW YORK, NY 10009-3115, I, REGINALD HUNTER, being duly sworn, depose and say that on the 7th day of November, 2024 at 9:42 p.m., executed service by delivering a true copy of the SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION & ATTACHMENT "A" TO SUBPOENA TO MATTHEW TYRMAND in accordance with state statutes in the manner marked below: ( ) INDIVIDUAL SERVICE. Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

(X) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

COMMENTS: On 11/7/24 @ 9:47 P.M. I attempt to serve Matthew Tyrmand. According to the tenant in apt #1 at 640 east 14th st, this person sought doesn't live there and is unknown to the tenant.

Age ___ Sex M F  Race _____ Height _____ Weight _____ Hair _____ Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 12th day of November, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC
FIZA QAZI
Notary Public - State of New York
NO. 01QA0010309
Qualified In Bronx County
My Commission Expires Jun 27, 2027

PROCESS SERVER # 1346142
Appointed in accordance with State Statutes

Gleason Investigations
250 Palm Coast Parkway NE
Suite #607-194
Palm Coast, FL 32137
(386) 627-8222

Our Job Serial Number: 2024008663

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.0a