# EXHIBIT D

Case 7:23-cv-04533-CS-AEK    Document 101-4    Filed 12/06/24    Page 2 of 2

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    7:23-cv-04533

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for    Matthew "Matt" Tyrmand    on    11/27/2024:

☐  I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☒  I returned the summons unexecuted because **Other** after attempting service at 3131 ▮▮▮▮▮▮▮▮▮▮ , Miami, FL 33137

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0.00

My fees are $ 0.00 for travel and $ 140.00 for services, for a total of $ 140.00.

I declare under penalty of perjury that this information is true.

Date:  12/04/2024

*Server's signature*

**Vernon Jacobs Jr.**
*Printed name and title*

421 N.E 77 street
Miami, FL 33138

*Server's address*

Additional information regarding attempted service, etc:

11/27/2024 7:02 PM: There was no answer at the address. I spoke with an on-site worker who says subject resides. I could hear a male voice inside unit, however they wouldn't respond or open door. If defendant is avoiding service why not set up a stakeout or serve at POE
11/28/2024 11:38 AM: There was no answer at the address.
11/30/2024 9:40 AM: There was no answer at the address.
12/3/2024 1:27 PM: There was no answer at the address.




Tracking #: 0150933654