# EXHIBIT E

Deposition: Service of Subpoena

From: Nick Whitney <nwhitney@smartbizlaw.com>
Sent: Thu, Nov 28, 2024 at 3:00 pm
To: mtyrmand
Cc: Jeff Childers,

📎 20241127 Subpoena for Deposition   Matt Tyrmand (12 16 24).pdf (737.2 KB)

Mr. Tyrmand,

We would like to take your deposition in *Project Veritas et al. v. James O'Keefe et al.*, Case No. 7:23-cv-04533. On your most recent appearance on *Dangerous Rhetoric* (Episode 125), you stated that you would happily be deposed. Please find a subpoena for your deposition attached.

We appreciate your willingness to be deposed. Kindly confirm acceptance of service.

**Nick Whitney**
nwhitney@smartbizlaw.com
Childers Law, LLC
2135 NW 40th Terrace, Suite B
Gainesville, FL 32605
Phone
866.996.6104
352.335.0400
www.smartbizlaw.com

The information contained in this email and/or attachments is intended only for the personal and confidential use of the intended recipient. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient(s) or any agent responsible for delivering it to the intended recipient(s), you are hereby notified that you may have received this document in error. Any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message. Thank you.