# UNITED STATES DISCRIT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PROJECT VERITAS and PROJECT VERITAS ACTION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES O'KEEFE, TRANSPARENCY 1, LLC d/b/a O'KEEFE MEDIA GROUP, RC MAXWELL, and ANTHONY IATROPOULOS,<br><br>Defendants. | Civil Action No. 7:23-cv-04533<br><br>**NOTICE OF FILING DECLARATION IN SUPPORT OF DEFENDANTS O'KEEFE AND OMG'S MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE OF SUBPOENA FOR THIRD PARTY MATTHEW TYRMAND** |

COME NOW, Defendants, JAMES O'KEEFE and TRANSPARENCY 1, LLC d/b/a O'KEEFE MEDIA GROUP (collectively "Defendants"), pursuant to the Court's Order memorialized in the Minute Entry of December 13, 2024, hereby give notice of filing the Declaration of Nicholas P. Whitney, Esq. In Support of Defendants' Motion for Order Authorizing Alternative Service of Subpoena for Third Party Matthew Tyrmand. See **Exhibit 1** attached.

/

/

/

Dated: December 19, 2024.



2135 NW 40th Terrace, Suite B
Gainesville, Florida 32605
tel. 866-996-6104 fax 407-209-3870

/s/ Nicholas P. Whitney
Nicholas P. Whitney
Florida Bar No. 119450
Seldon J. Childers
Florida Bar No. 61112
jchilders@smartbizlaw.com
nwhitney@smartbizlaw.com
notice@smartbizlaw.com

*Counsel for Defendants O'Keefe and OMG*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 19, 2024, the foregoing document (including any attached exhibits and documents) was electronically filed with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF served electronically upon all counsel of record and via electronic mail on RC Maxwell at rc@rcmaxwell.com.

/s/ Nicholas P. Whitney
Attorney

2