UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
PROJECT VERITAS and PROJECT : 
VERITAS ACTION FUND, : Civil Action No. 7:23-cv-04533
 :
               Plaintiffs, :
 :
    -against- : **PROOF OF SERVICE OF**
 : **AFFIDAVIT AND OF ORDER**
JAMES O'KEEFE, TRANSPARENCY 1, :
LLC d/b/a O'KEEFE MEDIA GROUP, :
ANTHONY IATROPOULOS, and RC :
MAXWELL, :
 :
               Defendants. :
------------------------------------------------------------x

    In the Order of December 23, 2024 (ECF No. 117), the Court ordered, *inter alia*, as follows:

2.    By no later than **December 31, 2024**, Plaintiffs' counsel must file proof of service of counsel's affidavit in support of the motion filed at ECF No. 115; [and]

6.    Plaintiffs' counsel is also hereby directed to serve a copy of this order on Plaintiffs and to file proof of service on the docket by **December 30, 2024**.

    As to Section 2 of the Order, undersigned counsel certifies that, on December 19, 2024, the said affidavit (ECF No. 115) was served upon Plaintiffs and all parties consistent with the Certificate of Service in the proposed Order to Show Cause (ECF No. 112), as the affidavit was originally submitted as an attachment to that proposed Order to Show Cause when filed at ECF No. 110. However, the Clerk required that the affidavit (and memorandum) thereupon be filed separately, resulting in the affidavit not having a certificate of service attached to it when filed. Out of an abundance of compliance, the affidavit, attached hereto as **Exhibit A**, is being re-served to all parties and to Plaintiffs directly consistent with the Certificate of Service below.

RANDAZZA | LEGAL GROUP

As to Section 6 of the Order, undersigned counsel hereby serves a copy of the Order (ECF No. 117), attached hereto as **Exhibit B**, on Plaintiffs and files proof of service thereon, which service was made as set forth in the Certificate of Service below.

Dated: December 30, 2024.                    Respectfully Submitted,

*/s/ Jay M. Wolman*
Jay M. Wolman (JW0600)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: (888) 887-1776
Email: jmw@randazza.com

Civil Action No. 7:23-cv-04533

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on December 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Copies have also been served upon Defendant R.C. Maxwell via electronic mail: rc@rcmaxwell.com, and upon Plaintiffs as follows:

Project Veritas: To Ben Wetmore, President, via electronic mail: benwetmore@protonmail.com & ben@projectveritas.com and via First class mail, postage prepaid: 4700 Millenia Blvd., Ste. 500, Orlando, FL 32839; and

Project Veritas Action Fund: To Joseph Barton, President, via electronic mail: joseph.j.barton@gmail.com and via First class mail, postage prepaid: 4700 Millenia Blvd., Ste. 500, Orlando, FL 32839

Respectfully Submitted,

*/s/ Jay M. Wolman*
Jay M. Wolman (JW0600)