# **<u>Exhibit A</u>**

Affidavit of Jay M. Wolman
ECF No. 115

7. Movant has notified Plaintiffs on more than one occasion of such failure, and has indicated that Movant would seek to withdraw in the event of continued failure, but such failure has continued.

8. Though the exact nature of the failure is confidential pursuant to the attorney-client privilege, Movant can represent to the Court that the failure is not one that can be cured by an extension of time to perform.

9. Plaintiffs will not be unduly prejudiced by the withdrawal of Movant. Though there are pending motions, Plaintiffs have other counsel of record in this matter who remain able to prosecute this matter and respond to any motions. No trial date has been set.

10. A copy of this Motion is being served on Plaintiffs and all counsel of record.

11. There is no retaining or charging lien.

I declare under the pains and penalties of perjury that the foregoing is true and accurate.

Executed this 30th day of December, 2024

/s/ Jay M. Wolman
Jay M. Wolman

7. The present posture of the case is that discovery is under way. Both sides have served and responded to initial interrogatories and document requests, with document production in progress by both sides. Plaintiffs have served two tranches of document production and could otherwise complete production by the end of the calendar year. Three depositions have been taken by Defendants; while Defendants intend to depose others, including Project Veritas's president and a corporate representative of each Plaintiff, such is not to occur well into January 2025. Issues regarding confidentiality of a deposition and certain documents and the settlement with Defendant Maxwell are pending, with deadlines set by order of December 13, 2024, but Movant should not bear the burden of compliance.

8. Movant is not asserting a retaining lien. Movant is asserting a charging lien pursuant to N.Y. Jud. Law § 475 on all claims and causes of action brought by Plaintiffs and on any award of fees for the defense of the counterclaims.

9. To avoid prejudice to all parties, a 60 day stay and extension of all deadlines should be granted to ensure that successor counsel can be retained and properly respond to all outstanding matters.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Dec 18, 2024

By: /s/ Jay M. Wolman