# Exhibit B

December 23, 2024, Order
ECF No. 117

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

PROJECT VERITAS, *et al.*,

                            Plaintiffs,         **ORDER**

      -against-                                  23 Civ. 4533 (CS) (AEK)

JAMES O'KEEFE, *et al.*,

                            Defendants.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

        The Court has reviewed the proposed order to show cause and motion to withdraw filed by Plaintiffs' counsel, ECF Nos. 110-115, and orders as follows:

        1.     By no later than **December 31, 2024**, Plaintiffs' counsel must file a copy of the "representation agreement" referenced in their motion papers. *See, e.g.*, ECF No. 114 ¶ 3. If necessary, counsel may file a motion, in accordance with Section 5 of the Court's Individual Practices, to submit the agreement under seal.

        2.     By no later than **December 31, 2024**, Plaintiffs' counsel must file proof of service of counsel's affidavit in support of the motion filed at ECF No. 115.

        3.     Any opposition to the motion to withdraw must be filed by no later than **January 7, 2025**.

        4.     All discovery deadlines will be held in abeyance pending the resolution of Plaintiffs' counsel's motion to withdraw. A revised discovery schedule will be entered after the motion to withdraw has been decided. In addition, the Court will reserve decision on Defendants' motion for alternative service filed at ECF No. 101.

5. An in-person conference regarding the motion to withdraw is hereby scheduled for **Wednesday, January 8, 2025, at 10:00 a.m.** in Courtroom 250 of the United States Courthouse at 300 Quarropas Street, White Plains, New York. Counsel for all parties must attend this a conference. In addition, the Court hereby orders that a corporate representative from each of the Plaintiffs must attend the conference. It is acceptable to have a single representative appear on behalf of both entities if the individual is properly authorized to represent the interests of both. Any request for adjournment of this conference must be filed as promptly as possible and must comply with Section 1.D of the Court's Individual Practices, including the requirement to propose two alternate dates for the proceeding.

6. Plaintiffs' counsel is also hereby directed to serve a copy of this order on Plaintiffs and to file proof of service on the docket by **December 30, 2024**.

Dated: December 23, 2024
       White Plains, New York

                                          **SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge