UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\----------------------------------------------------------x
PROJECT VERITAS and PROJECT
VERITAS ACTION FUND,

           Civil Action No. 7:23-cv-04533

         Plaintiffs,

    -against-

           **NOTICE OF FILING OF REPRESENTATION AGREEMENT**

JAMES O'KEEFE, TRANSPARENCY 1,
LLC d/b/a O'KEEFE MEDIA GROUP,
ANTHONY IATROPOULOS, and RC
MAXWELL,

         Defendants.
\----------------------------------------------------------x

In the Order of December 23, 2024 (ECF No. 117), the Court ordered, *inter alia*, as follows:

1.    By no later than December 31, 2024, Plaintiffs' counsel must file a copy of the "representation agreement" referenced in their motion papers. *See, e.g.,* ECF No. 114 Paragraph 3.

Consistent therewith, undersigned counsel hereby files a copy of the said representation agreement, attached hereto as **Exhibit A**. Undersigned counsel notes that, although Project Veritas Action Fund is not named as a party to that agreement, on or about May 25, 2023, a duly authorized representative of Project Veritas Action Fund, familiar with the terms of the said agreement with Project Veritas, expressed the desire that that Project Veritas Action Fund be represented by the undersigned on the same terms.

Dated: December 31, 2024.    Respectfully Submitted,

           */s/ Jay M. Wolman*
           Jay M. Wolman (JW0600)
           RANDAZZA LEGAL GROUP, PLLC
           100 Pearl Street, 14th Floor
           Hartford, CT 06103
           Tel: (888) 887-1776
           Email: jmw@randazza.com

1

Civil Action No. 7:23-cv-04533

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Copies have also been served upon Defendant R.C. Maxwell via electronic mail: rc@rcmaxwell.com, and upon Plaintiffs as follows:

Project Veritas: To Ben Wetmore, President, via electronic mail: benwetmore@protonmail.com & ben@projectveritas.com and via First class mail, postage prepaid: 4700 Millenia Blvd., Ste. 500, Orlando, FL 32839; and

Project Veritas Action Fund: To Joseph Barton, President, via electronic mail: joseph.j.barton@gmail.com and via First class mail, postage prepaid: 4700 Millenia Blvd., Ste. 500, Orlando, FL 32839

Respectfully Submitted,

*/s/ Jay M. Wolman*
Jay M. Wolman (JW0600)

2

RANDAZZA | LEGAL GROUP