UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

PROJECT VERITAS, *et al.,*

                Plaintiffs,                **ORDER**

     -against-                          23 Civ. 4533 (CS) (AEK)

JAMES O'KEEFE, *et al.,*

                Defendants.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The Court has reviewed the motion filed by the Randazza Legal Group to withdraw as counsel for Plaintiffs in this matter. *See* ECF Nos. 114, 115, 121. For the reasons stated in the affidavit filed by Mr. Wolman, ECF No. 115; *see also* ECF No. 121, and as stated by the Court on the record at a conference held on January 8, 2025, the application to withdraw as counsel is GRANTED. Randazza Legal Group's request for a charging lien, *see* ECF No. 114 ¶ 4, is GRANTED as well. Randazza Legal Group is not asserting a retaining lien. *See id.*

       Plaintiffs were advised at the conference, and are again advised in this Order that, as corporate entities, they cannot appear *pro se* in this matter and must appear through counsel. Accordingly, new counsel for Plaintiffs must file a notice of appearance **by no later than February 7, 2025**.

       All discovery remains held in abeyance until further order of the Court.

       Plaintiffs' counsel is directed to email a copy of this Order to Plaintiffs.

Dated: January 8, 2025
       White Plains, New York

                                      **SO ORDERED.**

                                      _____
                                      ANDREW E. KRAUSE
                                      United States Magistrate Judge