UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
PROJECT VERITAS and PROJECT  :
VERITAS ACTION FUND,         :  Civil Action No. 7:23-cv-04533
                             :
          Plaintiffs,        :
                             :
     -against-               :  **NOTICE OF DISMISSAL**
                             :  **WITH PREJUDICE AS TO**
JAMES O'KEEFE, TRANSPARENCY 1, :  **DEFENDANT RC MAXWELL**
LLC d/b/a O'KEEFE MEDIA GROUP, :
ANTHONY IATROPOULOS, and RC  :
MAXWELL,                     :
                             :
          Defendants.        :
-----------------------------------------------------------x

      Plaintiffs Project Veritas and Project Veritas Action Fund (collectively "Plaintiffs") hereby provide notice to this Court that in light of a settlement between Plaintiffs and Defendant RC Maxwell, Plaintiffs voluntarily dismiss its claims against Defendant RC Maxwell with prejudice pursuant to Fed. R. Civ. P. 41, with each party to bear its own costs and attorneys' fees. Plaintiffs' claims against all other Defendants remain in force.

Dated: Jan. 8, 2025

                                  Respectfully Submitted,

                                  */s/ Jay M. Wolman*
                                  Jay M. Wolman (JW0600)
                                  RANDAZZA LEGAL GROUP, PLLC
                                  100 Pearl Street, 14th Floor
                                  Hartford, CT 06103
                                  Tel: (888) 887-1776
                                  Email: jmw@randazza.com

RANDAZZA | LEGAL GROUP