UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
PROJECT VERITAS and PROJECT
VERITAS ACTION FUND,

                Civil Action No. 7:23-cv-04533

         Plaintiffs,

    -against-

                **NOTICE OF DISMISSAL
                WITH PREJUDICE AS TO
JAMES O'KEEFE, TRANSPARENCY 1,    DEFENDANT RC MAXWELL**
LLC d/b/a O'KEEFE MEDIA GROUP,
ANTHONY IATROPOULOS, and RC
MAXWELL,

         Defendants.
---------------------------------------------------------x

      Plaintiffs Project Veritas and Project Veritas Action Fund (collectively "Plaintiffs") hereby provide notice to this Court that in light of a settlement between Plaintiffs and Defendant RC Maxwell, Plaintiffs voluntarily dismiss its claims against Defendant RC Maxwell with prejudice pursuant to Fed. R. Civ. P. 41, with each party to bear its own costs and attorneys' fees. Plaintiffs' claims against all other Defendants remain in force.

Dated: Jan. 8, 2025

                                               Respectfully Submitted,

                                               */s/ Jay M. Wolman*
                                               Jay M. Wolman (JW0600)
SO ORDERED.                                     RANDAZZA LEGAL GROUP, PLLC
                                               100 Pearl Street, 14th Floor
*[signature]*   1/13/25                Hartford, CT 06103
CATHY SEIBEL, U.S.D.J.             Tel: (888) 887-1776
                                               Email: jmw@randazza.com