UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

PROJECT VERITAS, *et al.*,

                Plaintiffs,               **ORDER**

      -against-                           23 Civ. 4533 (CS) (AEK)

JAMES O'KEEFE, *et al.*,

                Defendants.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In granting the motion to withdraw filed by Plaintiffs' counsel, the Court advised Plaintiffs that "as corporate entities, they cannot appear *pro se* in this matter and must appear through counsel." ECF No. 128. The Court further ordered that new counsel for Plaintiffs "must file a notice of appearance **by no later than February 7, 2025**." *Id.* (emphasis in original). Plaintiffs have informed the Court via email that they need an additional two weeks to meet the deadline for new counsel to file a notice of appearance, and that they have informed opposing counsel, who do not oppose their request for additional time.

      The Court accordingly grants Plaintiffs' request and extends the time for their new counsel to file a notice of appearance to **February 21, 2025**. As the Court has previously advised Plaintiffs, corporate entities may not appear *pro se*. *See, e.g.*, *Omega Consulting v. Farrington Mfg. Co.*, 604 F. Supp. 2d 684 (S.D.N.Y. 2009) ("Federal law . . . is clear that a company may not appear *pro se* but rather must be represented by counsel."). Accordingly, Plaintiffs are required to retain new counsel by the February 21, 2025 deadline, or else face the possibility that Defendants will be permitted to file a motion to dismiss their case for failure to prosecute.

      A video status conference is hereby scheduled for **February 25, 2025 at 11:00 a.m.** A video link will be provided to the parties in advance of the conference. For members of the public wishing to

access the conference by telephone, please follow these directions: (1) dial the meeting number: (855) 244-8681; (2) enter the access code: 231 250 35451; (3) press pound (#); and (4) press pound (#) again to enter the teleconference as a guest.  Should anyone experience technical issues accessing the conference, please contact Chambers at (914) 390-4070.

All discovery remains held in abeyance until further order of the Court.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiffs at 4700 Millenia Blvd., Ste. 500, 5th Fl., Orlando, FL 32839, and Defendants' counsel is directed to email a copy of this Order to Plaintiffs and file proof of service on the docket.

Dated: February 10, 2025
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge