AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Project Veritas et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:23-CV-04533-CS-AEK |
| O'Keefe et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Project Veritas and Project Veritas Action Fund                                                                                            .

Date:     02-21-2025

/s/ Michael J. Harris
*Attorney's signature*

Michael J. Harris (5799937)
*Printed name and bar number*
Law Office of Michael J. Harris
43 W. 43rd Street, Suite 148
New York, NY 10036

*Address*

michael.j.harris56@gmail.com
*E-mail address*

(203) 231-7490
*Telephone number*

*FAX number*

| Print | Save As... | Reset |