IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PROJECT VERITAS et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES O'KEEFE et al., <br><br> Defendants. | Case No. 7:23-CV-04533-CS-AEK |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their counsel, that Plaintiffs Project Veritas and Project Veritas Action Fund ("Plaintiffs") hereby voluntarily dismiss all claims against Defendants James O'Keefe and Transparency 1, LLC d/b/a O'Keefe Media Group ("Defendants"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its respective attorneys' fees and costs related to such claims.

Defendants continue to pursue their counterclaims against Plaintiffs, and Plaintiffs reserve their right to seek attorneys' fees associated with such claims in accordance with law, agreement, or otherwise.

Dated: March 17, 2025

*[signature]*  
Michael J. Harris

**LAW OFFICE OF
MICHAEL J. HARRIS**
43 W. 43rd Street, Suite 148
New York, New York 10036
Tel: (203) 231-7490
Email: michael.j.harris56@gmail.com

*Counsel for Plaintiffs*

*Project Veritas and
Project Veritas Action Fund*

*[signature]*  
Seldon J. Childers
Nicholas P. Whitney

**CHILDERS LAW, LLC**
2135 NW 40th Terrace, Suite B
Gainesville, FL 32605
Tel: (352) 335-0400
Email: jchilders@smartbizlaw.com
         nwhitney@smartbizlaw.com

*Counsel for Defendants*

*James O'Keefe and
Transparency 1, LLC d/b/a
O'Keefe Media Group*