UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PROJECT VERITAS and PROJECT VERITAS ACTION FUND,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JAMES O'KEEFE, TRANSPARENCY 1, LLC d/b/a O'KEEFE MEDIA GROUP, RC MAXWELL, and ANTHONY IATROPOULOS,<br><br>　　　　　Defendants. | Civil Action No. 7:23-cv-04533<br><br>**PROOF OF SERVICE** |

Pursuant to the Court's Decision and Order of April 24, 2025 (the "Order") (ECF No. 146), a true and correct copy of the Subpoena to Testify at a Deposition in a Civil Action directed to Matthew Tyrmand was served via electronic mail on Matthew Tyrmand on Friday, April 25, 2025 via email and via X.  *See* **Exhibit 1** and **Exhibit 2** attached.

Dated: April 28, 2025.



2135 NW 40th Terrace, Suite B
Gainesville, Florida 32605
tel. 866-996-6104 fax 407-209-3870

*/s/ Nicholas P. Whitney*
Nicholas P. Whitney
Florida Bar No. 119450
Seldon J. Childers
Florida Bar No. 61112
jchilders@smartbizlaw.com
nwhitney@smartbizlaw.com
notice@smartbizlaw.com

*Counsel for Defendants, O'Keefe and OMG*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document (including any attached exhibits and documents) electronically with the Clerk of the Court using CM/ECF on April 28, 2025, which served same electronically upon all counsel of record.

*/s/ Nicholas P. Whitney*
Attorney

2