**Exhibit 1**

**DEPOSITION SUBPOENA FOR SERVICE | Project Veritas, et al. v. O'Keefe, et al. | S.D.N.Y. Case No. 7:23-cv-04533**

From: angela.masciulli@smartbizlaw.com <angela.masciulli@smartbizlaw.com>
Sent: Fri, Apr 25, 2025 at 4:16 pm
To: mtyrmand ▮
Cc: Nick Whitney, Jeff Childers

📎 20250425 Subpoena for Deposition - Matt Tyrmand (05-28-25).pdf (534.9 KB)
📎 Doc. 146 - Order Granting Motion for Supplemental Service on Matt Tyrmand.pdf (196.7 KB)   — **Download all**

Mr. Tyrmand,

Attached for service please find a Subpoena for your deposition in the matter of *Project Veritas, et al. v. O'Keefe, et al.,* S.D.N.Y., Case No. 7:23-cv-04533. As a courtesy, also attached is a copy of the Order authorizing service of the Subpoena by email.

Regards,

Angela

**Contact Information**

T 866 996 6104
352 335 0400
F 407 209 3870

www.smartbizlaw.com

**Angela Masciulli, Paralegal**
angela.masciulli@smartbizlaw.com

Childers*Law, LLC
2135 NW 40th Terrace, Suite B
Gainesville, FL 32605

The information contained in this email and/or attachments is intended only for the personal and confidential use of the intended recipient. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient(s) or any agent responsible for delivering it to the intended recipient(s), you are hereby notified that you may have received this document in error. Any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message. Thank you.