**Matthew Tyrmand** 

**Exhibit 2**

acrobat.adobe.com
Adobe Acrobat - 20250425 Subpoena for Deposition - Matt Tyrmand (05-28-...

Mr. Tyrmand,

Below you will find a link to a subpoena for your deposition to be conducted on May 28th in the case of Project Veritas v. James O'Keefe. Note that the Court has authorized service via X. You can reach our office at (352) 335-0400 should you have any questions.

4:03 PM · Sent