**Michael J. Harris**
**Law Office of Michael J. Harris**
**43 West 43rd Street, Suite 148**
**New York, NY 10036-7424**

May 5, 2025

**VIA ECF**

Hon. Andrew E. Krause, U.S.M.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      Re: *Project Veritas et al. v. O'Keefe et al.*, No. 23-CV-04533-CS-AEK (S.D.N.Y.)

Dear Judge Krause:

      I write on behalf of Counterclaim-Defendants Project Veritas ("PV") and Project Veritas Action Fund ("PVAF") (collectively, "Counterclaim-Defendants"), jointly with counsel for Counterclaim-Plaintiffs James O'Keefe and Transparency 1, LLC d/b/a O'Keefe Media Group (collectively, "Counterclaim-Plaintiffs"), further to the status conference held before Your Honor on April 28, 2025, and the Court's subsequent order relating thereto. (*See* Docket Sheet, Minute Entry dated Apr. 28, 2025).

      The parties met and conferred on May 1, 2025, to discuss the schedule for remaining depositions, confidentiality designations to the transcript of the deposition of Joseph Barton, and the subpoena to Joshua Hughes. Regarding the schedule for depositions of party witnesses, the parties agreed as follows:

- The deposition of Ben Wetmore will take place on June 5, 2025 (9 am-12 pm) and continue to June 6, 2025. Mr. Wetmore will testify both in his individual capacity and as a representative of PV and PVAF.
- The deposition of Joshua Hughes will take place on June 25, 2025. Mr. Hughes will testify both in his individual capacity and as a representative of PV.

      The parties continue to discuss narrowing of document requests to Mr. Wetmore and Mr. Hughes, including agreed-upon search terms, and no dispute in that regard is presently ripe for the Court's consideration.

      With respect to the depositions of third-party witnesses, the parties have agreed on the following tentative schedule, subject to any third-party objections and witness availability:

- **John Garvey**: May 14, 2025 (Back-Up Dates: June 26, 27, or 30, 2025);
- **Barry Hinckley**: May 21, 2025 (Back-Up Dates: June 26, 27, or 30, 2025);
- **Tom O'Hara**: May 22, 2025 (Back-Up Dates: June 26, 27, or 30, 2025); and
- **Matthew Tyrmand**: May 28, 2025.

Counterclaim-Plaintiffs also anticipate taking the depositions of the following third parties, and the parties have agreed to cooperate in scheduling such depositions, subject to witness availability:

- **Wendy and Dave Hirsch**: June 2, 2025;
- **Ken Larrey**;
- **Kyle Seraphin**; and
- **Paul Calli.**

Finally, the parties have resolved their dispute concerning the confidentiality designations for the transcript of Joseph Barton's deposition.

The parties thank the Court and remain available to address any questions the Court may have.

Respectfully Submitted,

*/s/ Michael J. Harris*

Michael J. Harris