# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
## District of New York

Index Number: CIVIL ACTION NO. 7:23-CV-04533

Date Filed: _____

Plaintiff: **Project Veritas & Project Veritas Action Fund**
vs.
Defendant: **James O'Keefe, et al.**

GIA2025003607

For: Childers Law, LLC

Received by Gleason Investigations on the 22nd day of April, 2025 at 12:25 pm to be served on **JOHN GARVEY GARY VENTURES, LLC, PRESIDENT, PETROLEUM, INC. MANAGING PARTNER, JK GARVEY INVESTMENT CO., LP, 300 W. DOUGLAS, SUITE 1050, WICHITA, KS 67202** I, __Britain Hutto__, being duly sworn, depose and say that on the __28th__ day of __April__, __2025__ at __12:47__ p.m., executed service by delivering a true copy of the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION & ATTACHMENT "A" TO SUBPOENA TO JOHN GARVEY WITH ATTACHED WITNESS FEE CHECK IN THE AMOUNT OF $10.00** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(x) SUBSTITUTE SERVICE: By serving __Anita Harris__ as __Administrative Assistant__.

( ) POSTED SERVICE: After attempting service on __/__ at _____ and on __/__ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

**COMMENTS:** _____

Age __50__ Gender M F Race __White__ Height __5'8__ Weight __180__ Hair __blond__
Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __1ST__ day of __May__, __2025__ by the affiant who is personally known to me.

NOTARY PUBLIC

PROCESS SERVER # _____
Appointed in accordance with State Statutes

Gleason Investigations
250 Palm Coast Parkway NE
Suite #607-194
Palm Coast, FL 32137
(386) 627-8222

Our Job Serial Number: 2025003607

JAKE PETERSEN
Notary Public, State of Kansas
My Appointment Expires
11/24/25

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d