

**PROJECT VERITAS**
and
**PROJECT VERITAS ACTION FUND**

# EMPLOYEE HANDBOOK

**Revised May 2020**

**WELCOME!**

Congratulations and welcome to Project Veritas!

We are a small, growing 501c3 non-profit company that encourages creativity, personal development and enthusiasm in an environment where we all learn from each other and support each other as we create and develop opportunities to educate the public. This handbook also covers Project Veritas employees and contractors working on Project Veritas Action Fund assignments and employees of Project Veritas Action Fund.

In this Employee Handbook, we may refer to Project Veritas as PV or the "Company" and we may refer to Project Veritas Action Fund as PVA or PV or the "Company".

As you learn our company, you will become increasingly aware of the positive impact our company has had and can have on the many serious issues facing our country and the world. In addition, you will meet and work with talented and dedicated people who are experts in their respective fields. Be confident you were hired because of your strengths and potential to contribute to the team of talented individuals already assembled. This is a great opportunity for both the Company and you, and we are confident you can make a positive impact that will be beneficial to all concerned.

The culture we strive to maintain at the Company is one of excellence. We believe it makes sense to surround ourselves with individuals who wish to work in a place where they are able to contribute in a meaningful way, where they feel wanted and where they are genuinely appreciated. The Company appreciates what each individual brings to the organization and recognizes that each person's contribution adds to the company operations as a whole.

We are excited about your decision to join us. Welcome to our team!

Sincerely,

James O'Keefe

*President and CEO*

**E-mail, the Internet, and Other Technology**

The Company has established this policy in an effort to make certain that Employees utilize electronic communication systems in a legal, ethical, and appropriate manner.

*Applicability*

This policy extends to all features of the Company's electronic communication systems, including, without limitation, computers, laptops, e-mail, the internet, Company-issued tablets, Company-issued cell phones, severs, clouds, and any other internal or external networks, voicemail, faxes, telephones, and any other form of electronic communications used by Employees currently or in the future (together, "ECS"). All Employees of the Company are subject to this policy and are expected to read, understand, and follow it.

*Rules*

Because it is not possible to list every standard when it comes to using the Company's electronic communications systems (ECS), Employees are therefore encouraged to use good judgment when using the Company's ECS. In order to provide Employees some general guidance, the following rules should be followed when using the Company's ECS:

1. The Company's policy against unlawful harassment, including but not limited to, sexual and racial harassment, extends to the use of the Company's ECS;

2. Employees shall not use the Company's ECS to receive, transmit, or access pornographic or sexually oriented material or information;

3. The Company's policy against unlawful discrimination extends to use of the Company's ECS;

4. Employees may not use the Company's ECS in a manner that violates trademark, copyright, or licensing rights of any person or entity;

5. Employees may not use the Company's ECS in a manner that infringes on, or discloses, trade secrets, propriety or Confidential Information of any person or entity;

6. Employees may not use the Company's ECS for any commercial purpose that is competitive, either directly or indirectly, with the interests of the Company; and

7. The Company's policy against improper solicitation and distribution extends to the use of the Company's ECS.

*Access, Storage, and No Expectation of Privacy*

The Company retains the right and ability to monitor Employees' compliance with the terms of this policy. While ECS are accessible to Employees for their convenience and to assist them in the execution of their job duties, all such ECS, whether used on or off the Company's premises, must remain fully accessible to the Company and remain the sole and exclusive property of the Company.

Therefore, Employees should have **no expectation of privacy** when it comes to information transmitted over, received by, or stored in or on ECS owned, leased, or operated by, or on behalf of, the Company. The Company reserves the right to gain access and monitor any information received or transmitted by,