**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PROJECT VERITAS and PROJECT VERITAS ACTION FUND,

Plaintiffs,

v.

JAMES O'KEEFE, TRANSPARENCY 1, LLC d/b/a O'KEEFE MEDIA GROUP, RC MAXWELL, and ANTHONY IATROPOULOS,

Defendants.

Civil Action No. 7:23-cv-04533

**NOTICE OF FILING HEARING TRANSCRIPT**

Defendants and Counterclaim-Plaintiffs, JAMES O'KEEFE and TRANSPARENCY 1, LLC d/b/a O'KEEFE MEDIA GROUP, hereby file the transcript of the hearing held in this matter before Judge Seibel on May 22, 2025, attached hereto as ***Exhibit 1***.

/

/

/

Dated: June 5, 2025.

CHILDERS LAW, LLC
2135 NW 40th Terrace, Suite B
Gainesville, Florida 32605
tel. 866-996-6104 fax 407-209-3870

*/s/ Nicholas P. Whitney*
Nicholas P. Whitney
Florida Bar No. 119450
Seldon J. Childers
Florida Bar No. 61112
jchilders@smartbizlaw.com
nwhitney@smartbizlaw.com
notice@smartbizlaw.com

*Counsel for Defendants O'Keefe and OMG*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 5, 2025, the foregoing document (including any attached exhibits and documents) was electronically filed with the Clerk of the Court using CM/ECF.

*/s/ Nicholas P. Whitney*
Attorney