## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PROJECT VERITAS and PROJECT VERITAS ACTION FUND,<br><br>    Plaintiffs/Counterclaim-Defendants,<br><br>    v.<br><br>JAMES O'KEEFE and TRANSPARENCY 1, LLC d/b/a O'KEEFE MEDIA GROUP,<br><br>    Defendants/Counterclaim-Plaintiffs. | Civil Action No. 7:23-cv-04533 |

### COUNTERCLAIM PLAINTIFFS O'KEEFE AND OMG'S NOTICE OF MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIMS

Counterclaim-Plaintiffs, JAMES O'KEEFE and TRANSPARENCY 1, LLC d/b/a O'KEEFE MEDIA GROUP, hereby submit this notice of filing a motion to this Court pursuant to Fed. R. Civ. P. 15(a)(2) and 16(b)(4) and Local Rules 7.1(a) and 15.1 for an order authorizing leave to amend their Counterclaims [ECF No. 73] against Counterclaim-Defendants, Project Veritas and Project Veritas Action Fund. The proposed Amended Counterclaim is attached hereto with amendments appearing in redline at **Exhibit A** and in final form at **Exhibit B**.

Dated: June 18, 2025.



2135 NW 40th Terrace, Suite B
Gainesville, Florida 32605
tel. 866-996-6104 fax 407-209-3870

*/s/ Nicholas P. Whitney*

Nicholas P. Whitney
Florida Bar No. 119450
Seldon J. Childers
Florida Bar No. 61112
jchilders@smartbizlaw.com
nwhitney@smartbizlaw.com
notice@smartbizlaw.com
*Counsel for Defendants and Counterclaim-Plaintiffs O'Keefe & OMG*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document (including any attached exhibits and documents) electronically with the Clerk of the Court using CM/ECF on June 18, 2025, which served same electronically upon all counsel of record.

*/s/ Nicholas P. Whitney*
Attorney