# EXHIBIT C

**AFFIDAVIT OF SERVICE**
UNITED STATES DISTRICT COURT
District of New York

Index Number: CIVIL ACTION NO.
7:23-CV-04533

Date Filed: _____

Plaintiff: **Project Veritas & Project Veritas Action Fund**
vs.
Defendant: **James O'Keefe, et al.**

GIA2025003606

For: Childers Law, LLC

Received by Delaware Detective Group, LLC on the 22nd day of April, 2025 at 12:08 pm to be served on **THOMAS O'HARA,** _____, **DE 19701-2042 I,** _____, being duly sworn, depose and say that on the _____ day of _____, 20___ at ___:___.m., executed service by delivering a true copy of the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION WITH ATTACHMENT "A" TO SUBPOENA TO THOMAS O'HARA WITH ATTACHED WITNESS FEE CHECK IN THE AMOUNT OF $4.24** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: After attempting service on __/__ at _____ and on __/__ at _____ to a conspicuous place on the property described herein.

(X) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

COMMENTS: *I made numerous attempts which were met with no answer*
*4/25/25 @ 12:10pm - No answer*
*4/26/25 @ 8:30am - No answer*
*4/28/25 @ 5:10pm - No answer*

Age ___ Gender M F Race _____ Height _____ Weight _____ Hair _____
Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the ___ day of _____ 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

PROCESS SERVER # **0958A**
Appointed in accordance with State Statutes

**Gleason Investigations**
250 Palm Coast Parkway NE
Suite #607-194
Palm Coast, FL 32137
(386) 627-8222

Our Job Serial Number: 2025003606

DELIA KEMPSKI
MY COMMISSION EXPIRES FEB. 03, 2026
NOTARY PUBLIC
STATE OF DELAWARE

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d