# EXHIBIT E

## GIA Status on (O'HARA, THOMAS)

From: Gleason Investigations, LLC <gleasoninvestigations@gmail.com>
Sent: Mon, May 26, 2025 at 10:31 pm
To: angela.masciulli@smartbizlaw.com, Ellen Lord

To: Childers Law, LLC

This message is in regard to:
Our Job Number: 2025004373
Your Reference Number:
Party To Be Served: O'HARA, THOMAS
Case Info: Case Number: CIVIL ACTION NO. 7:23-CV-04533 County: State: New York Court: Southern District
Caption: Project Veritas & Project vs. James O'Keefe, et al.
Court Date: 6/26/2025 Time: 9:00 am

Documents: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION WITH ATTACHMENT "A" TO SUBPOENA TO THOMAS O'HARA

Comments regarding this job:

5/26/2025 5:17 PM Server has attempted multiple times with no response, no vehicles. Garage door has been shut. Pending specific dates and times of attempts.