# EXHIBIT F

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

## AFFIRMATION OF DUE DILIGENCE



*19087*

Index no : 7:23-CV-04533

| Plaintiff(s): | **PROJECT VERITAS & PROJECT VERITAS ACTION FUND** |
|---|---|
| | vs. |
| Defendant(s): | **JAMES O'KEEFE, et al.** |

**Roberto Urena**, affirms deponent is not a party to this action, over the age of eighteen years and resides in the state of New York.

On **06/24/2025** at **12:50 PM**, I discontinued attempting service of the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION WITH ATTACHMENT "A" TO SUBPOENA TO THOMAS O'HARA** with the index#7:23-CV-04533 endorsed thereon on **THOMAS O'HARA** ▮▮▮▮▮▮▮▮▮▮▮▮ for the reason(s) indicated below:

**Date/Time**
06/20/2025 at 9:54 AM
06/24/2025 at 12:50 PM

**Comments:** Address attempted : ▮▮▮▮▮▮▮ New York, NY 1017 6-20 @ 9:54 AM, Ray the concierge stated that Company usually works remote Fridays and Mondays Called up and received no answer, Checked his directory and did not find Thomas O'hara listed. Access to Premises was refused. 6-24 @ 12:50 PM, Ray , the concierge called company, and received No answer, Access to Premises was refused.

I affirm this 25th day of June, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X _____
Roberto Urena
License#: 1263889
Benchmark Services LLC
95-22 63rd Road
Suite #428
Rego Park, NY 11374
718-350-4319
License#: 2037568-DCA

Notary Not Required Pursuant To N.Y. CPLR 2106

**GLEASON INVESTIGATIONS**