# EXHIBIT G

### Service of Subpoena for Deposition - Project Veritas, et al. v. O'Keffe, et al.

From: angela.masciulli@smartbizlaw.com <angela.masciulli@smartbizlaw.com>
Sent: Tue, Jun 10, 2025 at 3:47 pm
To: ██████@██████.com
Cc: Nick Whitney

20250508 Subpoena Duces Tecum with Deposition   Tom O'Hara (06 26 2025).pdf (606.5 KB)

Good afternoon, Mr. O'Hara,

Our office represents James O'Keefe and O'Keefe Media Group in the matter of Project Veritas, et al. v. O'Keefe, et al. pending in the Southern District of New York. We have attempted to personally serve you with the attached Subpoena to Testify in a Civil Matter. Would you be willing to accept service of the Subpoena via email or can you verify that 4 Stebbins Farm Rd., Pawling, NY 12564 is still a valid address for personal service?

Regards,

Angela

**Contact Information**

T 866 996 6104
352 335 0400
F 407 209 3870

www.smartbizlaw.com

**Angela Masciulli, Paralegal**
angela masciulli@smartbizlaw.com

Childers*Law, LLC
2135 NW 40th Terrace, Suite B
Gainesville, FL 32605

The information contained in this email and/or attachments is intended only for the personal and confidential use of the intended recipient. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient(s) or any agent responsible for delivering it to the intended recipient(s), you are hereby notified that you may have received this document in error. Any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message. Thank you.