# EXHIBIT A

**Fwd: Audit House Keeping**
From: Matthew Tyrmand <████@██.com>
Sent: Tue, May 30, 2023 at 11:14 pm
To: Daniel Strack

------
Matt Tyrmand

████@██.com

Begin forwarded message:

> From: Hannah Giles <Hannah@projectveritas.com>
> Date: May 30, 2023 at 11:10:32 PM EDT
> To: Matt Tyrmand <████@gmail.███>, George Skakel <████@███.com>
> Cc: Tom O'Hara <tomo@projectveritas.com>, "John K. Garvey" <████@███.com>, Joe Barton <████@███.net>
> Subject: Re: Audit House Keeping
>
> Zero intention to release anything. Internal matter only. I'm hoping this is not nearly the situation it's been made out to be. Tom is on PTO with his family this week. But he is in touch with Dorsey on this matter, and gathering all other files (I think over 2 million?) That were used to draw conclusions in the audit.
>
> I'm pragmatic on how you guys want to proceed. I personally want to be fully informed before I launch publicly with PV next week. Messy doesn't scare me, so long as the true state of play is known.
>
> Praying for us all,
>
> Hannah
>
>> From: Matthew Tyrmand <████@███.com>
>> Sent: Tuesday, May 30, 2023 10:58:56 PM
>> To: George Skakel <████@███.com>
>> Cc: Hannah Giles <Hannah@projectveritas.com>; Tom O'Hara <tomo@projectveritas.com>; John K. Garvey <████@███.com>; Joe Barton <████@███.net>
>> Subject: Re: Audit House Keeping
>>
>> I agree in practice since no one here did anything illegal or promoted doing anything illegal. We did not auction off James girlfriend's undergarments despite Joe Barton's suggestion in a group text to all of us (board and officers at

the time) in April- cooler heads prevailed there thankfully. Nor did any of us sexually harass any female employees- unless texting a female employee in February offering "free hug's" and a raise (concurrently) would qualify...in which case that would be grossly problematic and might lead to future legal problems as the power dynamic between such a male board member and a female employee could be litigable and publicly problematic for the organization. By the wider world, and courts, that probably would not be construed as locker room talk but actual harassment. But I'm not a lawyer. We can discuss with Dorsey tomorrow if this team decides this exercise in fishing for internal opposition research should proceed.

I await the consensus that shall be built by the members of this board.

------


@█████.com

> On May 30, 2023, at 10:44 PM, George Skakel <george@gskakel.com> wrote:
>
> I do not think releasing private text conversations that could attract attention because their salacious content serves anyone's purposes.
>
> George Skakel
> 
> @█████.com
>
>> On May 30, 2023, at 10:34 PM, Matthew Tyrmand <mtyrmand@gmail.com> wrote:
>>
>>
>> Unless those text messages are related to the management of PV they are not germane to an investigation of James actions (Ie: I told James to commit criminal acts- which there are none in existence).
>>
>> But in the vein of transparency I would be open to their presentation of any messages between myself and James, along with any other board member or officer communique with James that has been deemed worthwhile by the auditors for us to examine, on a zoom call.
>>
>> I will not consent to personal messages of mine or anyone else's being distributed in any fashion that would allow such images of personal correspondence to be electronically maintained by third parties that do not have the same level of custodial responsibility embedded in their roles (ie: the auditors who are compelled by law to maintain privacy). And there will also need to be a commitment made to not record such zoom call with the auditor as I am in a two way consent state and do not give that permission- last week, this week, or next week.
>>
>> Can set up the zoom for tomorrow for the people on this string and lead auditor Beth Forsythe.
>>
>> On Tue, May 30, 2023 at 9:31 PM Hannah Giles <Hannah@projectveritas.com> wrote:
>>> Gentlemen,
>>>
>>> I wanted to let you know we are set to file the complaint against James in Federal Court tomorrow morning. We will be updating our website with the evidence meant for public dissemination at 11 AM EST. There is one outstanding topic that has concerned me for many weeks now. I've discussed this briefly with each of you.
>>>
>>> Apparently, there are a series of text messages between Matthew and James that are less than appropriate, in multiple ways. I have asked the auditors from Dorsey to share the content with the board and I; with the hope of having an open, honest, and adult discussion concerning this part of the audit.

Based on the auditor's characterization, I feel the board should be able to see and assess internally how to move forward. I understand the arguments for and against seeing this content. I just want to be clear that my desire is more information not less. The auditors are willing to walk through these text messages with us via Zoom or to send us the files directly. I believe they are also sending us all the documentation they based their assessments off of, and we should have access to that information as well.

I'm looking forward to being on the other side of all this.

-Hannah


STATEMENT OF CONFIDENTIALITY: This electronic communication (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510  2522, sections, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, copying or reliance upon the information contained within this communication is strictly prohibited. The information contained in this email message and any attachments is intended for the use of the addressee(s) only. If you are not an intended recipient, please: (1) notify me immediately by replying to this message; (2) do not use, disseminate, distribute, reproduce, or rely upon any part of the message or any attachment; and (3) destroy all copies of this message and any attachments.

--
Matt Tyrmand
@.com

STATEMENT OF CONFIDENTIALITY: This electronic communication (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510  2522, sections, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, copying or reliance upon the information contained within this communication is strictly prohibited. The information contained in this email message and any attachments is intended for the use of the addressee(s) only. If you are not an intended recipient, please: (1) notify me immediately by replying to this message; (2) do not use, disseminate, distribute, reproduce, or rely upon any part of the message or any attachment; and (3) destroy all copies of this message and any attachments.