**Michael J. Harris**
**Law Office of Michael J. Harris**
**43 West 43rd Street, Suite 148**
**New York, NY 10036-7424**

July 2, 2025

**VIA ECF**

Hon. Andrew E. Krause, U.S.M.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    Re: *Project Veritas et al. v. O'Keefe et al.*, No. 23-CV-04533-CS-AEK (S.D.N.Y.)

Dear Judge Krause:

    I write as counsel for Counterclaim-Defendants Project Veritas and Project Veritas Action Fund (collectively, "PV"), in response to the Court's Order dated June 27, 2025 (Dkt. 180), which requires counsel for PV to "file a letter stating whether or not Project Veritas intends to oppose the motion" for alternative service, filed by Counterclaimants James O'Keefe and Transparency 1, LLC d/b/a O'Keefe Media Group (collectively, "Counterclaimants") at Dkt. 178-179.

    PV shares the Court's concerns concerning the deficiencies in Counterclaimants' motion. PV intends to oppose the motion.

                                                                     Respectfully Submitted,

                                                                     Michael J. Harris