# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PROJECT VERITAS and PROJECT VERITAS ACTION FUND,<br><br>Plaintiffs/Counterclaim-Defendants,<br><br>v.<br><br>JAMES O'KEEFE and TRANSPARENCY 1, LLC d/b/a O'KEEFE MEDIA GROUP,<br><br>Defendants/Counterclaimants. | Civil Action No. 7:23-cv-04533<br><br>**NOTICE OF FILING DECLARATION IN SUPPORT OF COUNTERCLAIMANTS O'KEEFE'S AND OMG'S MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE OF SUBPOENA FOR THIRD PARTY THOMAS O'HARA** |

COME NOW, Counterclaimants, JAMES O'KEEFE and TRANSPARENCY 1, LLC d/b/a O'KEEFE MEDIA GROUP (collectively "Counterclaimants"), pursuant to the Court's Order of June 27, 2025 [ECF No. 180], hereby give notice of filing the Declaration of Nicholas P. Whitney, Esq. In Support of Counterclaimants' Motion for Order Authorizing Alternative Service of Subpoena for Third Party Thomas O'Hara [ECF No. 178]. *See* **Exhibit A** attached.

/

/

/

Dated: July 2, 2025.



2135 NW 40th Terrace, Suite B
Gainesville, Florida 32605
tel. 866-996-6104 fax 407-209-3870

*/s/ Nicholas P. Whitney*
Nicholas P. Whitney
Florida Bar No. 119450
Seldon J. Childers
Florida Bar No. 61112
jchilders@smartbizlaw.com
nwhitney@smartbizlaw.com
notice@smartbizlaw.com

*Counsel for Defendants and Counterclaimants O'Keefe and OMG*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 2, 2025, the foregoing document (including any attached exhibits and documents) was electronically filed with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF served electronically upon all counsel of record.

*/s/ Nicholas P. Whitney*
Attorney