IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PROJECT VERITAS *et al.*,<br><br>*Counterclaim-Defendants*,<br><br>v.<br><br>JAMES O'KEEFE *et al.*,<br><br>*Counterclaimants*. | No. 7:23-CV-04533-CS-AEK |

**DECLARATION OF MICHAEL J. HARRIS IN OPPOSITION TO COUNTERCLAIMANTS' MOTION TO AMEND**

I, Michael J. Harris, hereby swear or affirm as follows:

I am an attorney at law in the State of New York, where I am a member in good standing of the bar, as well as an attorney duly admitted to practice before this Court. I am also counsel for Counterclaim-Defendants Project Veritas and Project Veritas Action Fund (collectively, "PV"). I submit this declaration in opposition to the motion to amend filed by Counterclaimants James O'Keefe and Transparency 1, LLC d/b/a O'Keefe Media Group (collectively, "Counterclaimants"). I submit this declaration based upon my personal knowledge, information, and belief.

1. Attached as Exhibit 1 is a true and correct copy of an email from counsel for Counterclaimants to counsel for PV, dated June 18, 2025.

2. Attached as Exhibit 2 is a true and correct copy of the transcript of a June 9, 2025 hearing before the Honorable Andrew E. Krause, U.S.M.J.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in Queens, New York.

Dated: July 9, 2025

_____

Michael J. Harris