# EXHIBIT 1

# Gmail

Michael Harris <michael.j.harris56@gmail.com>

## Fwd: Re: Service of Discovery | Project Veritas v. O'Keefe, et al. | Case No. 7:23-cv-04533

1 message

**Nick Whitney** <nwhitney@smartbizlaw.com>  Wed, Jun 18, 2025 at 12:33 PM
To: Michael Harris <michael.j.harris56@gmail.com>
Cc: Jeff Childers <jchilders@smartbizlaw.com>, Charlie Hardage <hardagelaw@gmail.com>, Angela Masciulli <angela.masciulli@smartbizlaw.com>, Ellen Lord <ellen.lord@smartbizlaw.com>

Michael,

Please see below. As part of your client's document production responsive to our discovery requests, Jay Wolman promised to send a flash drive containing Mr. O'Keefe's Telegram messages on December 5th, and then shortly thereafter filed a motion to withdraw. Upon checking, we never received the promised flash drive. Please confer with Mr. Wolman and/or your client and provide the flash drive with the "Telegram materials", as well as tracking information and/or delivery confirmation of the promised flash drive.

**Nick Whitney**
nwhitney@smartbizlaw.com
Childers Law, LLC
2135 NW 40th Terrace, Suite B
Gainesville, FL 32605
Phone
866.996.6104
352.335.0400
www.smartbizlaw.com

The information contained in this email and/or attachments is intended only for the personal and confidential use of the intended recipient. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient(s) or any agent responsible for delivering it to the intended recipient(s), you are hereby notified that you may have received this document in error. Any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message. Thank you.

---------- Forwarded message ----------
**From:** Jay M. Wolman <jmw@randazza.com>
**Date:** Dec 5, 2024 at 2:37 PM -0500
**To:** Cassidy Curran <csc@randazza.com>
**Cc:** Jeff Childers <jchilders@smartbizlaw.com>, Nick Whitney <nwhitney@smartbizlaw.com>, notice@smartbizlaw.com, Angela Masciulli <angela.masciulli@smartbizlaw.com>, Marc J. Randazza <staff@randazza.com>
**Subject:** Re: Service of Discovery | Project Veritas v. O'Keefe, et al. | Case No. 7:23-cv-04533

Counsel,

I should note I tried uploading the O'Keefe Telegram materials, but I could not. Those are being sent via flash drive.

Sincerely,
Jay Wolman

_____

**Jay Marshall Wolman, CIPP/US, Counsel**\*

**Randazza Legal Group, PLLC**

100 Pearl Street, 14th Floor | Hartford, CT 06103
30 Western Avenue,, Gloucester, MA 01930
353 Ocean Ave Ste. 4E, Brooklyn, NY 11226
Tel: 702-420-2001 | Email: jmw@randazza.com

_____
\* Licensed to practice law in Connecticut, Massachusetts, New York and the District of Columbia.

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited. If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them. Thank you.

> On Thu, Dec 5, 2024 at 2:29 PM Cassidy Curran <csc@randazza.com> wrote:
>
>> Counsel,
>>
>> Attached, for service, please find Plaintiffs' Supplemental Responses to First Requests for Production of documents, along with Plaintiffs' privilege log. Document production can be found at the following link: https://www.dropbox.com/scl/fo/it3s983eso1q2qwh32hif/AEW9SyRSay2F0d-fYAzAPHk?rlkey=tktjmjmsxee7y5l45i2u5xztf&st=7hwgy28o&dl=0
>>
>> Sincerely,
>> **Cassidy Curran**\* | **Randazza Legal Group**
>> 30 Western Avenue, Harbor Room | Gloucester, MA 01930
>> Tel: 702-420-2001 | Email: csc@randazza.com
>> Firm Offices - Las Vegas | Miami | New England
>>
>> \* Paralegal – not licensed to practice law.
>
>> On Mon, Dec 2, 2024 at 5:58 PM Cassidy Curran <csc@randazza.com> wrote:
>>
>>> Counsel,
>>>
>>> Attached, please find the attached correspondence from Attorney Wolman concerning the confidential designations of the productions of George Skakel and Daniel Strack, along with privilege logs thereto. The bates-stamped documents can be found at the following links:
>>>
>>> George Skakel: https://www.dropbox.com/scl/fo/hia9ncbxth8lti27mgwoh/ACyCJo_HppPsFavQwTik-Nk?rlkey=bdtiueeaawwn2wdvgsey086x3&st=86ddhh1k&dl=0
>>>
>>> Daniel Strak: https://www.dropbox.com/scl/fo/wnoye3e53kv3jmtdamcb4/AJq8qcOP2aRce5FmJO5spII?rlkey=7hnk68mt8iip53aqghaoe37i5&st=55bowlyl&dl=0
>>>
>>> Sincerely,
>>> **Cassidy Curran**\* | **Randazza Legal Group**
>>> 30 Western Avenue, Harbor Room | Gloucester, MA 01930
>>> Tel: 702-420-2001 | Email: csc@randazza.com
>>> Firm Offices - Las Vegas | Miami | New England