# Exhibit 1

**NOTICE TO ALL EMPLOYEES:**

NOTHING IN THIS EMPLOYEE HANDBOOK OR ANY SEPARATE POLICY IS INTENDED TO CONSTITUTE A CONTRACT OF EMPLOYMENT. ALL EMPLOYEES ARE EMPLOYED ON AN "AT WILL" BASIS.  THIS MEANS THAT THE EMPLOYEE MAY DISCONTINUE THE EMPLOYMENT RELATIONSHIP AT ANY TIME, WITH OR WITHOUT NOTICE OR CAUSE, AND THAT THE COMPANY MAY DISCONTINUE THE EMPLOYMENT RELATIONSHIP ON THE SAME GROUNDS.

ONLY THE PRESIDENT OR A DULY AUTHORIZED REPRESENTATIVE OF THE COMPANY HAS THE RIGHT TO ENTER INTO ANY AGREEMENT REGARDING LENGTH OF EMPLOYMENT OR GROUNDS FOR TERMINATION.  ANY SUCH AGREEMENT MUST BE IN WRITING AND SIGNED BY THE PRESIDENT OR A DULY AUTHORIZED REPRESENTATIVE OF THE COMPANY.

NOTHING IN THE COMPANY'S HANDBOOK, MANUALS, POLICIES, PROCEDURES, RULES, OR OTHER DOCUMENTS RELATING TO EMPLOYMENT CREATES AN EXPRESSED OR IMPLIED CONTRACT OF EMPLOYMENT.  NO PAST PRACTICES OR PROCEDURES, WRITTEN OR ORAL, CREATE AN EXPRESSED OR IMPLIED AGREEMENT TO CONTINUE SUCH PRACTICES OR PROCEDURES.

THE POLICIES SET FORTH IN THIS HANDBOOK ARE NON-BINDING, GENERAL GUIDELINES WHICH MAY NOT APPLY TO EVERY EMPLOYEE IN EVERY SITUATION. WHEN IT IS NOT PRACTICAL OR DESIRABLE TO FOLLOW THESE GENERAL GUIDELINE POLICIES, THE COMPANY WILL HANDLE THESE SITUATIONS AS IT DEEMS APPROPRIATE. THIS HANDBOOK SUPERSEDES AND REPLACES ALL PRIOR HANDBOOKS, POLICIES, AND PROCEDURES.

Print Name    _____

Signature     _____

Date          _____

*Please sign above and deliver this page to the Director of Human Relations*