

TEL (352) 335-0400
FAX (407) 209-3870
www.smartbizlaw.com

Jeff Childers, Esq.
*jchilders@smartbizlaw.com*

Nick Whitney, Esq.
*nwhitney@smartbizlaw.com*

Charlie Hardage, Esq.
*Of counsel*

August 1, 2025

**Via Electronic Filing**

Hon. Andrew E. Krause, U.S.M.J.
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:   Application to modify deposition schedule
       Case No.: 7:23-cv-04533
       ***Project Veritas, et al. v. James O'Keefe, et al.***

Dear Judge Krause:

I write on behalf of Counterclaimants James O'Keefe and O'Keefe Media Group (collectively, "Counterclaimants"), to respectfully bring Counterclaimants' request to modify the deposition schedule adopted by the Court on June 20, 2025 [ECF No. 177] to the attention of the Court.

Counterclaimants filed a Letter Motion [ECF No. 183] applying to modify the deposition schedule adopted by the Court on June 20, 2025 [ECF No. 177]. Counterclaimants sought to reschedule Hannah Giles' ("Ms. Giles") deposition from August 1, 2025, to August 8, 2025, in good faith to accommodate the schedules of both Ms. Giles and Mr. Harris, counsel for Counterclaim-Defendants, Project Veritas and Project Veritas Action Fund ("Counterclaim-Defendants"). This is Counterclaimants' first request to modify the deposition schedule adopted on June 20, 2025, and the application is made in good faith and is not intended to delay the proceedings.

Counterclaim-Defendants have not filed any opposition within the three days prescribed by Your Honor's Order on Discovery Dispute Resolution [ECF No. 84, pg. 2].

2135 NW 40th Terrace, Suite B
Gainesville, FL  32605

Counterclaimants respectfully request the Court's prompt attention to Counterclaimants' Letter Motion [ECF No. 183] given the approaching August 8, 2025, deposition date and discovery deadline of August 15, 2025 [Minute Entry, June 10, 2025]. Counterclaimants are mindful of the Court's directive at the June 9, 2025, hearing to bring any pending discovery issues to the Court's attention at least a week in advance and hope to have the opportunity to complete Ms. Giles' deposition next week as she has set aside the time.

Respectfully,

*/s/ Nick P. Whitney*

Nick Whitney, Esq.

cc:   all counsel of record via CM/ECF