# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

PROJECT VERITAS et al.,
    Counterclaim-Defendants,

v.

JAMES O'KEEFE et al.,
    Counterclaimant(s).

No. 7:23-CV-04533-CS-AEK



## MOTION TO REPORT AND REQUEST SANCTIONS FOR IMPROPER EXCLUSION FROM DEPOSITION

COMES NOW, Joseph J. Barton, party representative in the above-captioned matter, and respectfully moves this Court to take notice of the improper conduct of Attorney Michael J. Harris, who unlawfully excluded me from attending a deposition in this case, in violation of **Rule 30(c)(1)** of the Federal Rules of Civil Procedure.

### BACKGROUND

I am a designated party representative in the above-captioned federal matter. On or about [Insert Date], Attorney Michael J. Harris, representing [Insert Opposing Party], conducted a deposition related to this action. Despite my status as a party representative, I was improperly barred from attending the deposition by Mr. Harris, without justification, and in the absence of a protective order or court directive.

### LEGAL BASIS

Under **Rule 30(c)(1)** of the Federal Rules of Civil Procedure, a party representative is permitted to attend depositions unless otherwise limited by a protective order. I was previously designated as the party representative for Project Veritas Action Fund, having attended prior depositions and hearings with prior counsel. Mr. Harris's actions contravened this rule and interfered with my ability to participate meaningfully in the discovery process.

Such conduct undermines the fairness of these proceedings and may warrant sanctions under **Rule 37(d)** or the Court's inherent authority to regulate abusive litigation practices.

### REQUEST FOR RELIEF

WHEREFORE, I respectfully request that this Court:

1. Take judicial notice of Attorney Harris's improper exclusion of a party representative;
2. Direct Attorney Harris to show cause for his conduct;
3. Consider sanctions or remedial orders as the Court deems appropriate;
4. Grant any other relief the Court finds just and proper.

Respectfully submitted,

Dated: July 30, 2025

Hon. Joseph J. Barton
118 Cottage Street
Littleton, NH 03561
Party Representative, Pro Se

---

Mr. Harris is ordered to file a response to this motion by no later than **August 15, 2025**, and to serve a copy of his response on Mr. Barton. Proof of such service must be filed on the docket.

Dated: August 8, 2025

SO ORDERED.

ANDREW E. KRAUSE
United States Magistrate Judge



DISPATCHED
IK cottage 8
G Phelan, UT
0356

RECEIVED
AUG 05 2025
PRO SE OFFICE

Pro se
Attn Clerk of Court: No: 7:23-cv-04533-CS-AEK
US DISTRICT COURT, SOUTHERN DISTRICT OF NY
500 PEARL ST
New York, NY 10007

WHITE RIV JCT VT 050
1 AUG 2025 PM 2 L



RECEIVED
AUG -4 2025
CLERK'S OFFICE
SDNY

