

TEL (352) 335-0400
FAX (407) 209-3870
www.smartbizlaw.com

Jeff Childers, Esq.
*jchilders@smartbizlaw.com*

Nick Whitney, Esq.
*nwhitney@smartbizlaw.com*

Charlie Hardage, Esq.
*Of counsel*

Tuesday, August 12, 2025

<u>Via Electronic Filing</u>

Hon. Andrew E. Krause, U.S.M.J.
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:   Joint Revised Proposed Deposition Schedule
      Case No.: 7:23-cv-04533
      ***Project Veritas, et al. v. James O'Keefe, et al.***

Dear Judge Krause:

I write on behalf of Counterclaimants James O'Keefe and O'Keefe Media Group ("Counterclaimants"), jointly with counsel for Counterclaim-Defendants, Project Veritas and Project Veritas Action Fund (collectively "Counterclaim-Defendants"), in connection with Your Honor's Order [ECF No. 197] of August 5, 2025, directing the parties to submit a joint proposed revised schedule for remaining depositions, and concluding all fact depositions by September 30, 2025.

### <u>Counterclaimants' Position</u>

The parties have conferred to discuss the schedule of remaining depositions. Notices of Subpoenas for Deposition and/or Document Production will be served for the following non-party witnesses as follows:

- **Matt Tyrmand**: September 10, 2025; backup date of September 17, 2025 (the parties are in touch with Mr. Tyrmand's personal counsel, who has agreed to an additional day for Mr. Tyrmand's continued deposition from July 30, 2025; Mr. Tyrmand has not yet provided dates in September, so those above are placeholders pending Mr. Tyrmand's confirmation of his availability)

- **Citibank**: To the extent agreed upon by the parties, September 11, 2025; backup date of September 16, 2025 (as discussed further below)

- **Ken Larrey**: September 18, 2025; backup date of September 23, 2025

- **Tom O'Hara**: September 24, 2025; backup date of September 29, 2025 (Counterclaimants will serve Mr. O'Hara via alternative means as authorized in ECF No. 197).

- **Barry Hinckley**: September 30, 2025 (pending Southern District of Florida's ruling on Mr. Hinckley's Expedited Motion Seeking Protective Order)

### Counterclaim-Defendants' Position

Counterclaim-Defendants consent to the schedule above but separately note that Counterclaim-Defendants seek document production (and, to the extent determined to be necessary, a deposition) from Citibank, following the August 8, 2025, deposition testimony of Ms. Hannah Giles, former PV CEO. Counterclaimants do not oppose those efforts.

The parties remain available to address any questions the Court may have regarding the current status of discovery and the deposition schedule.

Regards,

*/s/ Nick Whitney/*

Nick Whitney, Esq.

cc: all counsel of record via CM/ECF

---

The parties' proposed deposition schedule is hereby ADOPTED as an order of the Court. If the parties seek to make any changes to this schedule, they must submit an application to the Court to modify the order. If the application is submitted on consent and does not require the adjustment of any discovery deadlines, the application is likely to be granted. If the application is not submitted on consent, or if it would require the adjustment of any discovery deadlines, the application is likely to be denied.

The Clerk of Court is respectfully directed to mark the motion at ECF No. 199 as GRANTED.

Dated: August 12, 2025

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge