UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

PROJECT VERITAS and PROJECT VERITAS
ACTION FUND,

                Plaintiffs / Counterclaim Defendants,       **SCHEDULING ORDER**

                -against-                     23 Civ. 4533 (CS) (AEK)

JAMES O'KEEFE and TRANSPARENCY 1, LLC,
d/b/a O'KEEFE MEDIA GROUP,

                Defendants / Counterclaimants.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has received and reviewed the letter submitted by counsel for Project Veritas and Project Veritas Action Fund (ECF No. 201) regarding the motion for sanctions filed by Joseph Barton (*see* ECF No. 198).  Counsel has reported multiple reasons why he needs direction from the Court in order to be able to respond to Mr. Barton's submission.  Accordingly, the Court hereby schedules a video conference for **Tuesday, August 19, 2025 at 11:00 a.m.**  The Court will send a video link to counsel for the parties in advance of the conference.  The Court does not intend for this to be a substantive hearing on the merits of the motion for sanctions, though some discussion of the merits may be required in order for the Court to fully understand the concerns raised in counsel's letter.

      Like all proceedings that have taken place in this matter (other than the March 19, 2024 settlement conference), this conference will be open to the public, and any members of the public wishing to attend the conference may use the following dial-in information:  (1) dial the meeting number: (855) 244-8681; (2) enter the access code: 231 250 35451; (3) press pound (#); and (4) press pound (#) again to enter the teleconference as a guest.

The Clerk of Court is respectfully directed to mark the motion at ECF No. 201 as GRANTED.

Dated:  August 14, 2025
        White Plains, New York

                                        **SO ORDERED.**

                                        _____
                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge