

TEL (352) 335-0400
FAX (407) 209-3870
www.smartbizlaw.com

Jeff Childers, Esq.
*jchilders@smartbizlaw.com*

Nick Whitney, Esq.
*nwhitney@smartbizlaw.com*

Charlie Hardage, Esq.
*Of counsel*

August 15, 2025

**Via Electronic Filing**

Hon. Andrew E. Krause, U.S.M.J.
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: Application to modify deposition schedule
Case No.: 7:23-cv-04533
***Project Veritas, et al. v. James O'Keefe, et al.***

Dear Judge Krause:

I write on behalf of Counterclaimants James O'Keefe and O'Keefe Media Group (collectively "Counterclaimants"), to request to modify the deposition schedule adopted by the Court on August 13, 2025 [ECF No. 200].

On August 12, 2025 [ECF No. 199] Counterclaimants and Counterclaim-Defendants, Project Veritas and Project Veritas Action Fund (collectively "Counterclaim Defendants") conferred and jointly filed a proposed deposition schedule in compliance with the Court's Order of August 5, 2025 [ECF No. 197]. In the deposition schedule, the parties proposed September 30, 2025, as the date for Barry Hinckley's deposition.

On August 13, 2025, just after this Court adopted the parties' proposed deposition schedule, the United States District Court for the Southern District of Florida entered an Order on Motion for Protective Order in Case No. 25-MC-80617-RS, which was initiated by counsel for Barry Hinckley related to his Subpoena for deposition in this matter. In the Order on Motion for Protective Order, the Court decided that "[t]he deponent shall sit for a videotaped deposition at a time mutually agreed by the parties." *See* Order attached as **Exhibit 1**.

In light of the Order on Motion for Protective Order, my office contacted counsel for Mr. Hinckley to coordinate Mr. Hinckley's deposition on September 30, 2025, the date previously agreed upon by Counterclaimants and Counterclaim-Defendants. Mr. Hinckley's counsel advised that due to out-of-country travel, Mr. Hinckley is unavailable for an in-person deposition on September 30, 2025. All parties are available, however, on September 3, 2025, for a deposition, prior to the Court's deadline of September 30, 2025, for all fact depositions [ECF No. 197].

Counterclaimants conferred with counsel for Counterclaim-Defendants, Project Veritas and Project Veritas Action Fund, who consent to this application to modify the deposition schedule adopted by the Court on August 13, 2025 [ECF No. 200].

Counterclaimants, therefore, respectfully request that the Court issue an order granting this application to modify the scheduled deposition date for Barry Hinckley from September 30, 2025, to September 3, 2025. The request to modify the deposition schedule is made for good cause and is the Counterclaimants' first request to modify the deposition schedule adopted on August 13, 2025.

Respectfully,

Nick Whitney, Esq.

cc:   all counsel of record via CM/ECF