# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-MC-80617-RS

PROJECT VERITAS, and
PROJECT VERITAS ACTION FUND,

              Plaintiffs,

       v.

JAMES O'KEEFE, and
TRANSPARENCY 1, LLC
    d/b/a O'KEEFE MEDIA GROUP,

             Defendants.

_____/

**ORDER ON MOTION FOR PROTECTIVE ORDER**

This dispute arises from a third-party deposition subpoena issued by the defendants in Southern District of New York case number 23-cv-04533. The deponent moves for a protective order prohibiting (1) the video taping of the deposition and (2) any use of the deposition testimony or video other than in a trial of the New York case. ECF No. 9. Defendants responded to the motion. ECF No. 17. The deponent filed a reply. ECF No. 18. I have reviewed these pleadings carefully. This matter is now ripe for decision.

WHERFORE it is ORDERED that the motion for protective order is GRANTED IN PART and DENIED IN PART. The deponent shall sit for a videotaped deposition at a time mutually agreed by the parties. The defense team may not use

or disclose the video and/or transcription of the deposition until further Order of the New York court.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 13th day of August 2025.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

2