UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
Project Veritas et al,

                                Plaintiff(s)

        -against-

O'Keefe et al,

                                Defendant(s).
------------------------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

7:23-CV-04533 (CS) (AEK)

A Bench Ruling (as to the pending motion) is scheduled for **September 22, 2025 at 12:00 p.m.** before the Honorable Cathy Seibel at the Charles L. Brieant United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.

                                                    /s/ Walter Clark, Courtroom Deputy

Dated:   August 19, 2025
            White Plains, New York