

TEL (352) 335-0400
FAX (407) 209-3870
www.smartbizlaw.com

Jeff Childers, Esq.
*jchilders@smartbizlaw.com*

Nick Whitney, Esq.
*nwhitney@smartbizlaw.com*

Charlie Hardage, Esq.
*Of counsel*

September 16, 2025

**Via Electronic Filing**

Hon. Andrew E. Krause, U.S.M.J.
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:   Application to modify deposition schedule
        Case No.: 7:23-cv-04533
        ***Project Veritas, et al. v. James O'Keefe, et al.***

Dear Judge Krause:

I write on behalf of Counterclaimants James O'Keefe and O'Keefe Media Group (collectively "Counterclaimants"), to request to modify the deposition schedule adopted by the Court on August 13, 2025 [ECF No. 200].

On August 5, 2025, the Court issued an Order [ECF No. 197] granting in part Counterclaimants' Motion for Order Authorizing Alternative Service of Subpoena for Third Party Thomas O'Hara [ECF No. 178], and Counterclaimants' application to modify the deposition schedule [ECF No. 183]. In Compliance with the Court's August 5, 2025, Order [ECF No. 197], Counterclaimants and Counterclaim-Defendants, Project Veritas and Project Veritas Action Fund (collectively "Counterclaim-Defendants") conferred and jointly filed a proposed deposition schedule on August 12, 2025 [ECF No. 199]. In the deposition schedule, the parties proposed September 24, 2025, and a backup date of September 29, 2025, as the dates for Thomas O'Hara's ("Mr. O'Hara") deposition. Also, in compliance with the Court's Order [ECF. 197], Counterclaimants filed a Proof of Service of a Subpoena to Testify at a Deposition in a Civil Action (the "Subpoena") directed to Mr. O'Hara via his authorized personal email and Pawling, NY address on August 15, 2025, and August 19, 2025, respectively [Doc. 206].

On September 12, 2025, David R. Osborne, Esq. ("Mr. Osborne"), sent an email stating that he was retained to represent Mr. O'Hara in connection with the Subpoena, but due to a previously scheduled commitment in Washington, D.C., Mr. Osborne requested to reschedule Mr. O'Hara's deposition scheduled for September 24, 2025, and proposed alternative dates in October.

In coordination with Counterclaim-Defendants, we have confirmed that all parties are available on October 14, 2025, for the rescheduled deposition. We note that the postponed deposition would occur after the Court's fact-deposition deadline of September 30, 2025 [ECF No. 197] and seek an exception to that deadline.

Counterclaimants conferred with counsel for Counterclaim-Defendants who consent to this application to modify the deposition schedule adopted by the Court on August 13, 2025 [ECF No. 200].

Counterclaimants, therefore, respectfully request that the Court issue an order granting this application to modify the scheduled deposition date for Mr. O'Hara from September 24, 2025, to October 14, 2025. The request to modify the deposition schedule is made for good cause and is the Counterclaimants' second request to modify the deposition schedule adopted on August 13, 2025.

Respectfully,

*[signature]*

Nick Whitney, Esq.

cc:   all counsel of record via CM/ECF