**Michael J. Harris**
**Law Office of Michael J. Harris**
**43 West 43rd Street, Suite 148**
**New York, NY 10036-7424**

September 17, 2025

**VIA ECF**

Hon. Cathy Seibel, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re: *Project Veritas et al. v. O'Keefe et al.*, No. 23-CV-04533-CS-AEK (S.D.N.Y.)

Dear Judge Seibel:

      I write pursuant to Section 10 of Your Honor's Individual Rules of Practice and S.D.N.Y. Standing Order M10-468 to request permission to bring a personal electronic device, namely, a cellular phone, into the Courthouse on September 22, 2025, when Your Honor is scheduled to issue a bench ruling in connection with Counterclaimants' outstanding motion to amend in the above-captioned action.

      If this request meets with Your Honor's approval, I respectfully request that the Court enter the Order attached hereto as Exhibit 1.

      I thank the Court for its consideration.

                                                          Respectfully Submitted,

                                                          Michael J. Harris