

TEL (352) 335-0400
FAX (407) 209-3870
www.smartbizlaw.com

Jeff Childers, Esq.
*jchilders@smartbizlaw.com*

Nick Whitney, Esq.
*nwhitney@smartbizlaw.com*

Charlie Hardage, Esq.
*Of counsel*

Wednesday, September 17, 2025

**Via Electronic Filing and E-Mail chambersnydeseibel@nysd.uscourts.gov**

Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:   Electronic Device Request
      Case No.:  7:23-cv-04533
      **Re:  *Project Veritas, et al. v. James O'Keefe, et al.***

Dear Judge Seibel:

    Pursuant to Section 10 of Your Honor's Individual Rules of Practice and S.D.N.Y. Standing Order M10-468, I respectfully request permission to bring two (2) personal devices to the hearing set in the above-referenced case on September 22, 2025.

    If approved by Your Honor, a proposed order authorizing my request is attached hereto as **Exhibit 1**.

    Thank you for your consideration.

Sincerely,

Nick Whitney, Esq.
cc:  all counsel of record via CM/ECF

2135 NW 40th Terrace, Suite B
Gainesville, FL  32605