

TEL (352) 335-0400  
FAX (407) 209-3870  
www.smartbizlaw.com

Jeff Childers, Esq.  
*jchilders@smartbizlaw.com*

Nick Whitney, Esq.  
*nwhitney@smartbizlaw.com*

Charlie Hardage, Esq.  
*Of counsel*

Monday, December 8, 2025

**Via Electronic Filing and E-Mail chambersnydeseibel@nysd.uscourts.gov**

Hon. Cathy Seibel  
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse  
300 Quarropas Street  
White Plains, NY 10601-4150

Re:  Electronic Device Request  
     Case No.:  7:23-cv-04533  
     **Re:** *Project Veritas, et al. v. James O'Keefe, et al.*

Dear Judge Seibel:

Pursuant to Section 10 of Your Honor's Individual Rules of Practice and S.D.N.Y. Standing Order M10-468 I respectfully request permission to bring two (2) personal devices to the hearing set in the above-referenced case on December 12, 2025.

If approved by Your Honor, a proposed order authorizing my request is attached hereto as **Exhibit 1**.

Thank you for your consideration.

Sincerely,

Nick Whitney, Esq.  
cc:  all counsel of record via CM/ECF

2135 NW 40th Terrace, Suite B  
Gainesville, FL  32605