UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PROJECT VERITAS, and PROJECT VERITAS
ACTION FUND,

                      Plaintiffs,

  - against -                                          No. 23-CV-4533 (CS)

JAMES O'KEEFE, TRANSPARENCY 1, LLC          **ORDER**
d/b/a/ O'KEEFE MEDIA GROUP, and
RC MAXWELL,

                      Defendants.
-------------------------------------------------------------x

Seibel, J.

      For the reasons set forth on the record today, Plaintiffs' motion to dismiss Defendants' counterclaims is GRANTED, and the counterclaims are dismissed without prejudice to re-filing in state court. The Clerk of Court shall terminate the pending motion, (ECF No. 217), and close the case.

**SO ORDERED.**

Dated: December 12, 2025
       White Plains, New York

                                                                    *Cathy Seibel*
                                                            CATHY SEIBEL, U.S.D.J.