**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PROJECT VERITAS, and PROJECT VERITAS
ACTION FUND,

                          Plaintiffs,

         -against-                                    23 **CIVIL** 4533 (CS)

                                                **JUDGMENT**

JAMES O'KEEFE, TRANSPARENCY 1, LLC
d/b/a/ O'KEEFE MEDIA GROUP, and
RC MAXWELL,

                          Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated December 12, 2025, Plaintiffs' motion to dismiss Defendants'

counterclaims is GRANTED, and the counterclaims are dismissed without prejudice to re-filing

in state court; accordingly, the case is closed.

**Dated:**  New York, New York

        December 15, 2025

                                    **TAMMI M. HELLWIG**
                                    _____
                                    **Clerk of Court**

                 **BY:**           *K. Mango*
                                    _____
                                    **Deputy Clerk**